# INDEX OF EXHIBITS

## Aldo Omar Crotte Sainez v. Raul David Bejarano, et al.

### Civil Case No.

<u>Page</u>

Diplomatic Note from Mexican Government (Exhibit A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Immigration Removal Proceedings (Exhibit B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 274

Employment Verification and Tax Return Forms (Exhibit C) . . . . . . . . . . . . . . . . . . . . . . . . 291

Permanent Disability Benefits (Exhibit D) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 313

School Certificates (Exhibit E) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 334

Workers' Compensation Documents (Exhibit F) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337

Letters of Support (Exhibit G) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 353

Declaration of Veronica Saltiel (Exhibit H) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 370

Mexican Treaty (Exhibit I) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 373

Order, February 8, 2008 (Exhibit J) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 384

Excerpts from Transcript of Hearing, September 26, 2007 (Exhibit K) . . . . . . . . . . . . . . . . . 385

# EXHIBIT A

U.S. Department of State

**CERTIFICATE TO BE ATTACHED TO DOCUMENTARY**
**EVIDENCE ACCOMPANYING REQUISITIONS IN**
**THE UNITED STATES FOR EXTRADITION**
**AMERICAN FOREIGN SERVICE**

Mexico, D.F., Mexico, March 16, 2007

Place and Date *(mm-dd-yyyy)*

David T. Donahue _____ Mexico, D.F., Mexico

Name Title

of th__ ___tes of America at Mexico, D.F., Mexico

hereb__ __t the annexed papers, being supporting documentation

propos__ __d upon an application for the extradition from the United States of America

__do Omar Crotte Sainez

charged __ __me of **Intentional Simple Homicide and Bodily Injuries**

alleged t__ __committed in the United Mexican States

are prope__ __y authenticated so as to entitle them to be received in evidence for similar purposes by

the tribun__ the United Mexican States

as required __ United States Code, Section 3190.

In v__ __reof I hereunto sign my name and cause my seal of office to be affixed

this __ __6th _____ day of March, 2007.

Month and Year

Signature

David T. Donahue

**Minister Counselor for Consular Affairs**

Type Name and Title

in the Uni__ __erica.

# Exhibit A
# 1

DS-36
09-2005

0001

UNITED MEXICAN STATES )
FEDERAL DISTRICT )
CITY OF MEXICO ) SS:
EMBASSY OF THE UNITED STATES )
OF AMERICA )

**WILLIAM HERZOG**
VICE CONSUL

Before me, _____, Consul of the United States of America at Mexico, D. F., Mexico, duly commissioned and qualified, personally appeared _Georgina Yasmin Trujillo Velasco_ who, being duly sworn deposes and says as follows:

1. My name is _Georgina Yasmin Trujillo Velasco_ and I reside at _México City_

2. I have been familiar with the English and _Spanish,_ languages for the past _11_ years; I made the annexed translation from _Spanish._ to English. The said translation is to the best of my knowledge and belief a true and exact translation of the original document.

And further deponent saith not.

Subscribed and sworn to before me this _____ day of ___MAR 1 6 2007___ 2____

_____
Consul of the United States
of America

**WILLIAM HERZOG**
VICE CONSUL

# Exhibit A
2

0002

UNITED MEXICAN STATES )
FEDERAL DISTRICT )
CITY OF MEXICO )    SS:
EMBASSY OF THE UNITED STATES )
OF AMERICA )

**WILLIAM HERZOG**
VICE CONSUL

Before me, _____, Consul of
the United States of America at Mexico, D. F., Mexico, duly commissioned and qualified,
personally appeared _Luis Daniel Davalos Anaya_
who, being duly sworn deposes and says as follows:

1. My name is _Luis Daniel Davalos Anaya_
   and I reside at _Mexico City_

2. I have been familiar with the English and _Spanish_
   languages for the past _6_ years, I made the annexed translation from
   _Spanish_ to English. The said translation is to the best of my
   knowledge and belief a true and exact translation of the original document.

And further deponent saith not.

Subscribed and sworn to before me this _____ day of __MAR 16 2007_____ 2____

_____
Consul of the United States
of America

**WILLIAM HERZOG**
VICE CONSUL

# Exhibit A
# 3

0003

UNITED MEXICAN STATES    )
FEDERAL DISTRICT    )
CITY OF MEXICO    )    ss:
EMBASSY OF THE UNITED    )
STATES OF AMERICA    )


**WILLIAM HERZOG**
VICE CONSUL

I, _____ Consul of the United States of America, duly commissioned and qualified, certify that the signature and official seal of:


**MYRNA GRANADOS HERNANDEZ**
(Name of Foreign Official)


an official empowered to act in the capacity designated in the annexed document, to which faith and credit are due, are true and correct.

For the contents of the annexed document I assume no responsibility.


(Signature of Consular Officer)

**WILLIAM HERZOG**
VICE CONSUL

(Type Name of Consular Officer)


MAR 2 0 2007

(Date)


# Exhibit A
# 4

0004

# EXHIBIT 1

Exhibit A

5

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

MINISTERIAL ATTESTATION.- Zapopan, Jalisco, being it the 22:05 hours of the 26th day of June, 1999, the undersigned Public Prosecutor, who legally acts along with the attesting personnel, appeared at the emergency room of the first-aid station of the adscription, since there appears a male person who shows wounds produced by fire arm projectile; once legally at the shock room, I attest that upon an anatomic stretcher, there was a dead male person, who is lying on his back head pointing north and the rest of his body to the opposite side, and shows wounds seemingly produced by fire arm projectile in the left side of the chest, as well as in the left arm, and having been reviewed by the medical staff on duty, they state that the person is already dead, so the personnel of the Forensic Medical Service were informed in order to focus themselves to investigate the facts; it is attested that at the place where we appeared, there appeared two persons who stated to be named ROGELIO RIOS MARTINEZ, 19 years of age, domiciled in Calle Moctezuma numero 179 in Cabecera Municipal de Zapopan and JOSE ANTONIO NAVA VALADEZ, 19 years of age, domiciled in Calle Francisco de Sales numero 370, Zapopan Centro, who coincide in their statements at manifesting that today at approximately 9:30 at night, they went to Colonia El Vigia, along with their friend DANIEL SANDOVAL ABUNDIS, and other friends, they were like twenty, and they were going to fight and look for trouble at the individuals who used to gather by the chapel, given that the day before they had been upsetting their friend DANIEL, for what they took him to the green cross in the car of a person who assisted them, and they point out and identify the male person who appeared dead, as their friend whose name was DANIEL SANDOVAL ABUNDIS; likewise, it is attested that in this moment I am informed that another person was taken to the first-aid station, who shows wounds seemingly produced by fire arm projectile, so, when I was at the emergency room of the first-aid station of the adscription, I attest that in one of the cubicles, up on a stretcher, there was a male person visibly injured, same who is lying on his back, head pointing north and the rest of his body to the opposite side, and very hardly he states to be named JULIO CESAR SEVILLANO GONZALEZ, 18 years of age, domiciled in Calle Nicolas Bravo numero 178 in Cabecera Municipal de Zapopan, who states that today at approximately 9:30 at night he was walking along Calle La Milpa in Colonia El Vigia, together with other friends, among them was DANIEL ABUNDIS, ROGELIO RIOS and others, and they were going to fight other guys called "Los Tejones", since they had

Exhibit A
6



FORMA C.G.-1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

kicked DANIEL'S ass, and they were going to defend him, so they arrived at the house where three of those individuals live, their names are RIGO and DAVID, and the other one's name is ALDO OMAR CROTE, and the last mentioned came out gun in hand, and shot them several times, he felt his hand and chest injured, and his friend DANIEL fell down, so they ran and he was transferred by his friends CAIN JUAN and JUANITO ALCALA to the Green Cross, and once the doctor on duty checked up this injured person, he told me that his health condition was delicate; it is attested that there really appeared a person who stated to be named CAIN JUAN EDUARDO VILLANUEVA ALVAREZ, who coincides in what the injured JULIO CESAR SEVILLANO GONZALEZ stated, at manifesting that he just helped transfer the injured to the first-aid station, but he does not know of the circumstances of the facts in which this person got injured; likewise, it is attested that the personnel of the Institute of Forensic Sciences of Jalisco (Instituto Jalisciense de Ciencias Forenses), so that they may be focused on investigating the facts and carry out the duties of their charge; having nothing further to add to the current proceedings, it is considered terminated; what is attested for due record and attestation.

THE PUBLIC PROSECUTOR
(signed)
CARLOS ROMERO VENEGAS


SECRETARY                     ATTESTING WITNESS
(signed)                          (signed)
JAIME CASILLAS GONZALEZ          JESUS MARTINEZ DIAZ


Exhibit A
7

# EXHIBIT 2

Exhibit A
8

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

A PERSON APPEARS TO RENDER STATEMENT.- Zapopan, Jalisco, being it the 23:30 hours of the 26th day of June, 1999, the undersigned Public Prosecutor, acting legally along with the attesting personnel, took the statement of a person who was sworn according to law so as to state the truth and warned of the penalties incurred by those who render false statement before an authority on exercise of his duties, stated about his general information to be named JOSE ANTONIO NAVA VALADEZ, Mexican, single, 19 years of age, born in and resident of Zapopan, Jalisco, domiciled in Calle San Francisco de Sales #370, Zapopan Centro, a bricklayer, not able to prove identity given that he is not bearing an official document to do so, having nothing further to add about his general information, he kept stating... "Today, Saturday June 26th, of the current year, at around 9:30 at night, we were going to fight along with other pals from the chapel, that is to El Vigia, and we were more than fifteen, all of them friends of mine from Zapopan Centro, and among them were ROGELIO, whose surnames I ignore, JULIO, whose surnames I ignore, DANIEL SANDOVAL, and I do not remember the others by their names, so all of us were heading to that place, looking for trouble with those who gather by the chapel, given that as DANIEL commented, and others who were with us, that yesterday, the guys from the chapel had been upsetting DANIEL, and when we were getting to the chapel, some of my friends started yelling fucking stuff like "hey you whiners, get out of your house, mother fuckers", and then a guy came out of his house, and started shooting towards where we were with his gun, and when we heard the shooting, we ran back, and ran like half a block, and when this guy stopped shooting, he went back into his house, so then we saw my friend DANIEL lying on the ground, so my friend ROGELIO and I, ran towards DANIEL, so we lifted him up and carried him like two blocks, but we asked for help to a guy whom I don't know, but he was driving by, so on board of his car we brought him to the green cross. I want to state that I didn't know how many times that guy shot, but he did it several times, and that guy who shot, was

Exhibit A

9

FORMA CG - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

short, had black hair, Van Dyke beard, and he entered a house which is in front of the chapel that is in El Vigia. Having nothing further to add, he ratified his statement prior reading in order to sign agreeing with its content at the margin and the bottom for due record.- Signed by the Public Prosecutor along with attesting witness with whom he legally acts and attests.

THE DEPONENT. _____ (signed) _____ .

THE PUBLIC PROSECUTOR
(signed)
CARLOS ROMERO VENEGAS

SECRETARY                                    ATTESTING WITNESS
(signed)                                        (signed)
JAIME CASILLAS GONZALEZ            JESUS MARTINEZ DIAZ

Exhibit A
10

0010

# EXHIBIT 3

Exhibit A
11

FORMA CG - 1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

-----MINISTERIAL ATTESTATION AT THE CRIME SCENE LOCATION.-
Zapopan, Jalisco, being it the 00:20 hours of June 27th, 1999, the undersigned
Public Prosecutor, acting legally along with attesting personnel, I went to
Colonia El Vigia, in the Municipality of Zapopan, Jalisco, in order to render
ministerial attestation at the crime scene location, and once I was present at the
place, I attest that I am at the crossing of the streets La Milpa and Del Lazo, and
I attest that over the North sidewalk of Calle La Milpa, just at the crossing with
Calle Del Lazo, towards the west, there appears the building marked with
number 376 corresponding to a chapel, and like fifteen meters towards the
west, almost in the middle part of the façade, there can be seen an orifice
produced by an impact, and over the same façade, in the upper part, by the end
of the left side, that is, towards the west, there appears a second orifice
produced by an impact, and it is attested that on the contiguous side towards
the west of the aforementioned building, there is another building which
corresponds to number 380, and in the lower part of the right end of the façade,
there can be seen an third orifice produced by an impact, and it is attested that
said impacts were seemingly produced by firearm projectile; I attest that over
Calle Del Lazo, just by the crossing with Calle La Milpa, there is glass spreaded
over the ground on a diameter of approximately four meters; and I attest that
over the South sidewalk of the aforementioned Calle La Milpa, just in front of
the two of the aforecited buildings, there is another building marked with
number 373 which has a front that measures approximately 8 meters, with a
garage on the front left side, it is a two-story house, which ground floor is
painted in white and the second floor is not painted, and I attest that over the
façade, on the right side, there is a window of approximately 1 meter width by
80 centimeters height, and it is damaged, since its glasses are broken, and on
the upper part, that is, in the façade on the second floor, there is another
window damaged as well, and I attest that in that building I interviewed a person
who stated to be named MARIA LUISA CUEVAS DUEÑAS, 58 years of age,

Exhibit A
12

0012

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

domiciled in that building, since she states to be the owner of the same, and she told me that before, several individuals arrived blocking the way of ALDO OMAR CROTE, who came from the United States six days before, and they are renting him a room of that building, ALDO had arrived in a white vehicle of his own, and the individuals damaged the car throwing stones at it and assaulted him, for what he took out a gun, and from the corner of Calle La Milpa and Calle El Lazo, he shot at those individuals; having nothing further to add to the present proceedings, this is considered terminated; which is registered for due record as ministerial attestation.

THE PUBLIC PROSECUTOR

(signed)

CARLOS ROMERO VENEGAS

SECRETARY

(signed)

JAIME CASILLAS GONZALEZ

ATTESTING WITNESS

(signed)

JESUS MARTINEZ DIAZ

Exhibit A

13

0013

# EXHIBIT 4

Exhibit A

14

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[An illegible coat of arms appears]                    [The logo of the Green Cross appears]

## CONSTITUTIONAL COUNCIL OF ZAPOPAN
### EMERGENCY MEDICAL SERVICES
Unit: [x] NORTH  [ ] SOUTH
### QUALIFICATIVE MEDICAL-LEGAL REPORT

Number 17824
3032/99

(illegible) to: JULIO CESAR SEVILLANO GONZALEZ
(illegible) the:  22:10  hrs., of the day:  26  Month:  June  Year:  1999
(illegible):  YES AA  Sex:  Male  Age:  18 yrs  Occupation:  Employee
(illegible):  NICOLAS BRAVO # 178 ZAPOPAN, JAL. (CENTRO)
(illegible):  DIRECT  Class:  NO H.
(illegible):  01:00  hrs., of the day:  27  Month:  June  Year:  1999
(illegible):  P.D.L., X-RAY TAKES, HEALING, TETANUS I.V. TOXOID SOLUTIONS

(illegible):  PUBLIC PROSECUTOR.

### P R E S E N T S

Wounds seemingly produced by fire arm projectile, located at left intercostal space and clavicular medial line measuring approximately 0.7 cm. diameter, of inverted edges, which seems to be the entrance orifice, and right (illegible) measuring 0.5 cm. diameter at distal metacarpus of (illegible), of inverted edges, which seems to be the entrance orifice, measuring 1 cm. diameter, in hipotenar region, of everted edges, which seems to be the exit orifice. Wounds that, due to the kind of their nature and situation, endanger life and take more than 15 days to heal. Sequels are (illegible).

(signed)
LUZ ELENA LOPEZ VILLASEÑOR

[A seal that reads:
MEXICAN COAT OF ARMS
(ILLEGIBLE) OF JUSTICE
AGENCY OF THE PUBLIC PROSECUTOR]

[A seal that reads:
GREEN CROSS
MUNICIPAL MEDICAL SERVICES
ZAPOPAN
EMERGENCY SERVICES]

# Exhibit A
15

# EXHIBIT 5

Exhibit A

16

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

[Letterhead of the
Office of the
Attorney General of Justice]

## OFFICE OF THE ATTORNEY GENERAL
## OF JUSTICE FOR THE STATE OF JALISCO

### DIVISION OF PRELIMINARY INVESTIGATIONS
### AND METROPOLITAN COORDINATION

AGENCY NUMBER. ESP. HOM. INT. (SIC)

PRELIMINARY INVESTIGATION NUMBER 13975/99

PAGE NUMBER -14-

A PERSON APPEARS TO RENDER STATEMENT.- Guadalajara, Jalisco, on July 14th, 1999, being it the 13:00 hours , the undersigned Public Prosecutor, JOSE DE JESUS HERRERA BOCANEGRA, assigned to the Area of Intentional Homicides, along with attesting witnesses with whom he legally acts and attests, took the statement of a person appearing, who is warned according to Law, in order to tell the truth, once being informed of the contents of article 193, related to 197 (IV) of the Code of Criminal Procedure, as well as the penalties incurred by those who render false statement before an Authority on exercise of his duties, stated as general information to be named """"MARIA LUISA CUEVAS DUEÑAZ, Mexican, married, 58 years of age, a housewife born in Tanuato, Michoacan and resident of the Municipality of Zapopan, domiciled in Calle La Milpa numero 373 in Colonia El Vigia, identifying herself with Identification Card for Voting folio number 22530280, issued by the Electoral Federal Institute, and the photograph it bears tallies accurately with the features of the person appearing, who knows how to read and write given that she studied up to the third grade of elementary school, having nothing further to add about her general information, she stated """" That I appear

Exhibit A
17

0017

FORMA C G - 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

before the Public Prosecutor in order to state what I witnessed on June 26th of the current year, and it is that on that night at around the 09:30 I went to buy bread and milk to the bakery store located by Calle Cuauhtemoc and La Milpa, along with my two grand children JUAN PABLO and SUSI, of four and six years of age respectively; suddenly, when I came out of the bakery store, I saw a group of more than ten or fifteen boys, who were holding rocks in their hands, and two of them were holding guns in their hands, all of them were walking along Calle Cuauhtemoc, and I saw that they turned by Calle La Milpa, it was then when I was walking behind them and I saw that those who were holding rocks started to throw them at my house, breaking windows while they were yelling LET'S FUCK THAT SISSY, and suddenly they headed to the corner of La Milpa and Cerrada del Lazo, where out of the temple, the car of a family friend was parked, he is a person to whom my husband, my children and I house when he comes from San Francisco; and he is named ALDO OMAR CROTTE, I could clearly see so because I was quickly going to my house while seeing that they were breaking the glasses of my house, that they started to break the glasses of ALDO'S car and he was inside the vehicle while they were telling him GET OUT SISSY, WE ARE GOING TO KILL YOU AND TO FUCK YOU, and they kept throwing stones at his car, and suddenly, ALDO came out of the vehicle and ran to the house, it was then when I heard roaring, as pop of corn, and everybody started running all around, and it was then when I arrived home, ALDO was coming out, and without saying anything, he got into his car and left the place, seemingly afraid that those individuals would come back to harm him or beat him; at home were my husband SALVADOR GONZALEZ GONZALEZ and my son VICENTE GONZALEZ CUEVAS, a while later arrived the POLICE OF ZAPOPAN on their patrol vehicles, and started investigating around the place, and inquiring all who were present, later on they left the place and subsequently some persons who identified themselves as investigative Police Officers of the Justice Attorney General's Office of the State and told me

Exhibit A

18

FORMA C G - 1-A



PROCURADURIA GENERAL
DE LA
REPUBLICA

they were also investigating what had happened in said place, because seemingly one person had died and another was wounded, I told them what I had witnessed and let them in to my house so that they could verify on their own that ALDO was not home, because they wanted to inquire him surrounding what had happened before, and they entered to the room where ALDO stays, in my house, and when they saw he was not home, they asked me for a picture of him, but I told them I did not have any, then they left my house, without taking anything along with them, as I said before, my husband and my son were with me, likewise, those persons brought photographers to take pictures of the damages made to my house and the scattered glass that was on the ground outside the temple where ALDO'S car was parked; this is a small white car, with American license plates, and since that day, ALDO has not appeared home, and his belongings are still at the room where he used to spend the night, as he left them; I want to mention that as days went by, my neighbors named CARMELITA BECERRA GUERRERO, who is a teacher domiciled in Calle Cuauhtemoc, numero 649, and MARGARITA from the store, and CARMEN from the bakery store, told me they saw the facts previously described, and at the moment I am informed that the person who died was named DANIEL SANDOVAL ABUNDIZ, and the wounded one is JULIO CESAR SEVILLANO GONZALEZ, persons whom I know, since they lived in the neighborhood, and in this moment I am shown a series of color photographs postcard size of the area of my house that was damaged, as well as the glass of ALDO'S car scattered on the ground and some orifices at the wall in front of my house which they say were produced by shooting, what seemingly were those we heard like corn popping. The physical description of ALDO OMAR CROTTE is as follows: about 28 years of age, 1.67 meters tall, strong build, light brown skin, short brown hair, round-shape face, regular forehead, bushy eyebrows, light brown hair, regular nose, regular mouth, thin lips, he uses moustache, Van Dyke beard, and as a distinguishing mark his

Exhibit A

19



PROCURADURIA GENERAL
DE LA
REPUBLICA

back is wholly tattooed, but I ignore the figures he has tattooed, besides, I ignore whether he has relatives living in the City, because as far as I know all of them live in California, and we know him since he was twelve or thirteen years of age, that is why we have a very strong friendship with this person.- That is all she has to state, prior reading she ratifies her statement before RAUL ABARCA BRISEÑO, trustworthy person who appears along with the deponent who signs at the margin and the bottom of the present document given that the foregoing is true.—

DEPONENT: (an illegible signature appears)

SECRETARY
(signed)
GUILLERMO GARCIA CABALLERO

SECRETARY
(signed)
JESUS PORTILLO TORRES

THE PUBLIC PROSECUTOR
(signed)
JOSE DE JESUS HERRERA BOCANEGRA

# Exhibit A
## 20

# EXHIBIT 6

Exhibit A
21

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

[Letterhead of the
Office of the
Attorney General of Justice]

## OFFICE OF THE ATTORNEY GENERAL

## OF JUSTICE FOR THE STATE OF JALISCO

### DIVISION OF PRELIMINARY INVESTIGATIONS
### AND METROPOLITAN COORDINATION

AGENCY NUMBER. 31 C.V.Z. (SIC)

PRELIMINARY INVESTIGATION NUMBER 457/99

PAGE NUMBER -SIX-

TRANSLATOR'S NOTE: FOLLOWING THE FOREGOING THERE APPEARS THE TRANSCRIPT OF A MEDICAL REPORT, WHICH WAS NOT TRANSLATED GIVEN THAT THE PUBLIC PROSECUTOR HANDLING THE CASE CONSIDERED IT NOT RELEVANT FOR THIS EXTRADITION PROCEEDING.

STATEMENT RENDERED BY A WOUNDED PERSON.- Zapopan, Jalisco, being the 01:30 hours of the 27th day of June, 1999, the undersigned Public Prosecutor, who legally acts along with the attesting personnel, took the statement of a wounded person who was sworn according to law so as to state the truth, being warned of the penalties incurred by those who render false statement before an authority exercising his duties, and for his generals he said to be named: JULIO CESAR SEVILLANO GONZALEZ, Mexican, single, 18 years of age, born in and resident of Guadalajara, Jalisco, domiciled in Calle Nicolas Bravo, numero 178, Cabecera Municipal de Zapopan, an employee, who identified himself with an identification card for voting folio number 116865850 issued by the Electoral Federal Institute, and having nothing further to add about his general information, he kept saying """that yesterday the 1st of the year in progress, at approximately the 09:30 hours at night, my friend

Exhibit A
22

0022

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

DANIEL ABUNDIS, another friend named ROGELIO RIOS, and others whose names I cannot recall but summed up like twenty, were walking along Calle La Milpa in Colonia El Vigia, because we were going to fight some guys named "Los Tejones" because we were going to defend my friend DANIEL, since he told us that two days earlier they had been bothering him and I want to mention that I know these guys "Los Tejones" because they live a few blocks from my house and we directly arrived to the house of three of those individuals, which is located in Calle Milpa; those three who live in the house where we arrived are RIGO and DAVID, who are brothers and whose surnames I ignore, and ALDO OMAR CROTE, and when we arrived to that house we yelled at them "come out bastards", and in that moment the two brothers RIGO and DAVID came out, as well as ALDO OMAR CROTE, and I saw he was holding a gun with his hand, and shoot at DANIEL and me, who were walking ahead, as well as at the rest of my friends, and suddenly I felt my right hand wounded, and the left side of my chest was hurting bad, so we ran around the corner and my friend CAIN JUAN and JUANITO ALCALA arrived in a car which I boarded so they brought me to the green cross, and I want to mention that before they brought me to the green cross, that is when I still was at the place where the facts took place, I saw that my friend DANIEL fell to the ground, and therein my friends kicked ALDO'S car and threw stones at the house. That the aforementioned ALDO OMAR CROTE, is like 1.70 meters tall, he is blond, has beard and moustache, is thin. That for my wounds it is my wish to bring a formal complaint and I ask to be proceeded according to law. There is nothing further to add and prior reading given to his statement he signs, a correction is made, prints his fingers at the margin and bottom for due record due to his inability to sign. The undersigned Public Prosecutor signs along with attesting personnel with whom he legally acts and attests.—

# Exhibit A
# 23

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

THE WOUNDED: (a fingerprint appears)

THE PUBLIC PROSECUTOR
(signed)
CARLOS ROMERO VENEGAS

SECRETARY
(signed)
JAIME CASILLAS GONZALEZ

ATTESTING WITNESS
(signed)
JESUS MARTINEZ DIAZ

Exhibit A
24

# EXHIBIT 7

Exhibit A
25

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

AN ILLEGIBLE COAT OF
ARMS APPEARS HEREIN

**NUMBER 286333 A**

In behalf of the Mexican Republic and acting as Registrar of the Bureau of Vital
Statistics of this place, MATEO JULIO FERNANDEZ O. hereby CERTIFIES that in
Office 01 of Zapopan, Jalisco; within book number 05 of Death Records of the year
1999, there is a death certificate which textually sets out:



UNITED MEXICAN STATES

BUREAU OF VITAL RECORDS AND
STATISTICS

CONTROL NUMBER

**56769**

DEATH RECORD
REGISTRY CODE AND PERSONAL IDENTITY

| OFFICE NO.<br>01 ONE | BOOK NO.<br>05 FIVE | RECORD<br>NO. 806 | ENTITY<br>ZAPOPAN | REGISTRY DATE | | |
| --- | --- | --- | --- | --- | --- | --- |
| MUNICIPALITY<br>ZAPOPAN | | | FEDERATIVE ENTITY<br>JALISCO | DAY<br>27 | MONTH<br>06 | YEAR<br>1999 |

### DECEASED                    SEX: MALE x    FEMALE _

NAME:  __DANIEL       SANDOVAL       ABUNDIZ__
     (NAME)     (FIRST NAME)     (SECOND NAME)
BIRTH DATE: FEB-24-1980 AGE: 19  04  02 ---- NATIONALITY: MEXICAN
          YEARS MONTHS DAYS HOURS
BIRTH PLACE: __ZAPOPAN   ZAPOPAN    JALISCO       MEXICO__
          (PLACE)  (MUNICIPALITY)  (FEDERAL ENTITY)  (COUNTRY)
HABITUAL DOMICILE
     __MOCTEZUMA 253, ZAPOPAN__
     (NAME OF THE STREET, EXTERIOR AND INTERIOR NUMBER)
__ZAPOPAN    ZAPOPAN    JALISCO       MEXICO__ MARITAL STATUS: __SINGLE__
 (PLACE)   (MUNICIPALITY)  (FEDERAL ENTITY)  (COUNTRY)

SPOUSE'S NAME: _____ NATIONALITY: _____
FATHER'S NAME: __DANIEL SANDOVAL ALONSO__ NATIONALITY: __MEXICAN__
MOTHER'S NAME: __MA. MAGDALENA ABUNDIZ ORTEGA__ NATIONALITY: __MEXICAN__

### DEATH
DEATH DATE:  __JUNE 26, 1999__       TIME: __22:10__
DEATH PLACE: __ZAPOPAN, JALISCO, GREEN CROSS PROJECT__  CERTIFICATE NO. 980730530

DESTINATION OF THE CORPSE: INHUMATION X CREMATION __ NAME OF THE CEMETERY OR CREMATORIUM MUNICIPAL
LOCATION: __ZAPOPAN, JALISCO__ ORDER NO. __1421__
PLACE OF DEATH: __ZAPOPAN, JALISCO__
CAUSES OF DEATH: __WOUND PRODUCED BY FIRE ARM PROJECTILE PENETRATING THORAX
AND ABDOMEN.__---------------------------------------
TYPE OF DEATH: HOMICIDE
NAME OF THE PHYSICIAN WHO CERTIFIED THE DEATH: __ARCELIA OROPEZA VIRUETT__
LICENSE TO PRACTICE NO.: __1737895__
ADDRESS: __BELEN 636, GUADALAJARA, JALISCO__

# Exhibit A

# 26

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

## DEPONENT

NAME: OSCAR EDUARDO SANDOVAL ABUNDIZ                    AGE 25 YEARS
NATIONALITY: MEXICAN                    RELATIONSHIP: BROTHER
ADDRESS: MOCTEZUMA 253, ZAPOPAN.        OCCUPATION: STUDENT

## WITNESSES

NAME: JOSE TRINIDAD SOLANO FLORES        NATIONALITY: MEXICAN  AGE: 33 YEARS
ADDRESS: FRANCISCO DE SALES 236  OCCUPATION: MECHANIC  RELATIONSHIP: NONE
NAME: FERNANDO SOLANO FLORES             NATIONALITY: MEXICAN  AGE: 18 YEARS
ADDRESS: FRANCISCO DE SALES 236  OCCUPATION: MECHANIC  RELATIONSHIP: NONE

THIS RECORD HAS THE FOLLOWING NOTES ENCLOSED:

Testate. AQPO. (slc) not valid
THE INHUMATION WAS ORDERED BY THE PUBLIC PROSECUTOR BY MEANS OF OFFICIAL
LETTER 3177/99, PRELIMINARY INVESTIGATION 1266/99 AGENCY OF FORENSIC MEDICAL
SERVICE DATED TODAY. Conny. p. of P. A-65907. Testate 1418 not valid

## SIGNATURES

(an illegible signature)
DEPONENT

(an illegible signature)
WITNESS

(an illegible signature)
WITNESS

| SEAL OF THE OFFICE OF VITAL RECORDS AND STATISTICS (sealed) | THIS RECORD WAS READ, SO ITS CONTENT WAS RATIFIED AND SIGNED BY THOSE WHO AGREED WITH IT AND KNOW HOW TO SIGN, THOSE WHO DO NOT KNOW HOW TO, SHALL PRINT THEIR FINGERS. I CERTIFY THE FOREGOING |
|---|---|
|  | REGISTRAR 01 OF THE BUREAU OF VITAL RECORDS AND STATISTICS |
|  | MARCO TULIO FERNANDEZ OROZCO            (signed) |
|  | (NAME)                                 (SIGNATURE) |

Exhibit A

27

# EXHIBIT 8

Exhibit A

28

0028

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

FORENSIC SCIENCE INSTITUTE OF JALISCO
DIRECTION OF THE FORENSIC MEDICAL SERVICE

Preliminary investigation number: 1266/99

Forensic Medical Service

Official Letter Number 1728/99
File MF/224.632(02)/29(99)

Re:  Remittance of the results of autopsy carried out
Upon the corpse of DANIEL SANDOVAL ABUNDIS.
19 YEARS OF AGE.-

Guadalajara, Jalisco, June 28th, 1999.

TO: HEAD OF THE DIVISION
OF PRELIMINARY INVESTIGATIONS
AND METROPOLITAN COORDINATION
BY HAND.

BACKGROUND: Official Letter number 3176/99.

Preliminary Investigation 1266/99

Agency 43

With regard to the official letter cited on the heading BACKGROUND, the undersigned Forensic Experts, under Legal Oath, render the following:

On the 27th day of the year in progress, at the 1:30 hours, Arcelia Oropeza Viruett performed an autopsy upon a corpse that was delivered to us, and whose name was DANIEL SANDOVAL ABUNDIS.

# Exhibit A
## 29



PROCURADURIA GENERAL
DE LA
REPUBLICA

Male corpse well nourished, with generalized hypothermia, moderate rigor mortis, and lividities in the back side of his body. 180 centimeters tall, cephalic perimeter of 55 centimeters, thoracic perimeter of 80 centimeters and abdominal perimeter of 70 centimeters. It had a wound produced by fire arm projectile, with 3 orifices; the first one was an entrance orifice located in exterior side and middle third of left arm, oval shape, 10 by 9 millimeters diameter, inverted edges, ring of Fish; the second one was an exit orifice, located in interior side and middle third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was also an entrance orifice, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges.- At opening cavities it was found: CRANIUM: brain and cerebellum of normal weight and volume, pale and anemic, without traumatic alterations.- NECK, esophagus, trachea and thick bronchi free.- THORAX AND ABDOMEN, the path followed by the projectile that produced the wound described was from left to right, slightly from back to front and from top to bottom; on its path, it injured muscles of the arm, subsequently it perforated the left pleural cavity, where it perforated the upper lobe of the lung, then the pericardium and finally the heart, following a descending trajectory, it perforated the diaphragm penetrating the abdominal cavity where it injured the left lobe of the liver, perforating pancreas and being lodged in its parenchyma, FROM WHERE IT WAS EXTRACTED FOR FURTHER REMISSION; approximately 3,800 c.c. of free blood in these cavities (thorax and abdomen) was collected. Spleen of normal shape and volume; pale kidneys and found anemic after being cut; stomach and intestinal loops slackened by gas.- PELVIS, with no alterations.- The amount of ETHYLIC ALCOHOL in blood, calculated in the Direction of Expert Reports, was POSITIVE, 180 mg. by 100 c.c. of blood.

# Exhibit A
## 30

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

FROM THE FOREGOING IT IS CONCLUDED:

That the death of DANIEL SANDOVAL (illegible) injuries caused in the organs involved (illegible) produced the wound described and verified (illegible) days since he was wounded.

**Translator's note**: The conclusion of this report was not properly translated since the photocopy given to the Public Prosecutor handling the case was half folded, making this part of the report unreadable. Seemingly, the report has been signed by more than one person, but only the following could be fully read:

RESPECTFULLY

PERFORMED THE AUTOPSY
(signed)
ARCELIA OROPEZA VIRUETT

Exhibit A
31

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

**Translator's note:** Following the forensic report, there appears a written page which seems to be the ballistics report, which was not translated since the photocopy given to the Public Prosecutor handling the case was not legible.

Exhibit A
32

0032

# EXHIBIT 9

Exhibit A
33

FORMA CG. PA



PROCURADURIA GENERAL
DE LA
REPUBLICA



Exhibit A
34

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA





Exhibit A

35

FORMA CG-1A



PROCURADURIA GENERAL
DE LA
REPUBLICA





Exhibit A

36

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA





Exhibit A
37

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA





Exhibit A

38

# EXHIBIT 10

Exhibit A

39

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

[Letterhead of the
Office of the
Attorney General of Justice]

## OFFICE OF THE ATTORNEY GENERAL
## OF JUSTICE FOR THE STATE OF JALISCO

### DIVISION OF PRELIMINARY INVESTIGATIONS
### AND METROPOLITAN COORDINATION

AGENCY NUMBER. ESP. HOM. INT. (SIC)
PRELIMINARY INVESTIGATION NUMBER 13975/99
PAGE NUMBER -16-

A PERSON APPEARS TO RENDER STATEMENT.- Guadalajara, Jalisco, on July 14th, 1999, at the 14:00 hours, the undersigned Public Prosecutor, JOSE DE JESUS HERRERA BOCANEGRA, assigned to the Unit of Intentional Homicides, along with attesting personnel with whom he legally acts and attests, took the statement of an appearing person, who is sworn and warned according to Law, in order to tell the truth, and once informed of the contents of articles 193 related to 197 (IV) of the Code of Criminal Procedure for the State of Jalisco, as well as of the penalties incurred by those who render false statement before an authority exercising his faculties, same person who by his general information, manifested to be named.--- SALVADOR GONZALEZ GONZALEZ, Mexican, married, a driver of public cleaning for the City Council of Zapopan, 58 years of age, born in and resident of Zapopan, Jalisco, domiciled in Calle La Milpa numero 373, in Colonia El Vigia, identifying himself with an identification card for voting folio number 22530281, issued by the Electoral Federal Institute and which photograph tallies with the features of the person appearing, who points out that he only knows how to write his own name, given that he only studied up to the first grade of Elementary Education, having nothing further to add about his general information, he kept stating.----- "That with regard to the facts that took place on Saturday, June 26th of the year in progress, I manifest the following given that it is true; that day at around eight thirty at night, I was inside my house, which address was stated along with the general information regarding my person, in m̲y̲ ̲h̲o̲u̲s̲e̲ ̲w̲h̲i̲l̲e̲ my son VICENTE GONZALEZ CUEVAS, was in the upper floor, since my wife MARIA

Exhibit A

40

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

LUISA CUEVAS DUEÑAS had gone out along with my two grand children to buy milk and bread, suddenly a glass was broken while I was in my bedroom lying on my bed, and since the glasses fell on my body, I stuck my head out of the window and I saw many boys, like fifteen, because I can clearly see to the street from my window, and among them, there were two whom I saw at a distance of eight meters, and they were armed with guns while all of them were saying, "LETS FUCK THAT SISSY", but I could not see (sic) who they were talking about, and I tried to go out to the street, but I heard noise, like corn popping, and I stayed inside the house, that is behind the entrance door, which was not fully closed, and suddenly ALDO, who is a friend of the family for years and lives in my house came in running, and without saying a thing, he went upstairs to his room and like he came in, he went out and I saw that he was boarding his car which was parked on the corner of the house, that is outside the church, in the enclosed street named El Lazo and La Milpa, and he left, the glasses of his car were broken; I ignore where ALDO had gone, but I want to point out that ALDO came into the house running after the noise I heard, and all of the boys were running randomly, and I could not see where they went; right after ALDO left on his car, my wife MARIA LUISA arrived and she told me what had happened, since she had seen when those boys had been throwing stones at the house and were threatening ALDO, they had even broken the glasses of his car, but we did not know why, and for fear of being attacked, we went back into the house until the Police of Zapopan arrived; they asked us what had happened, and we told them what I have stated, then the Investigative Police of the Justice Attorney General's Office arrived as well, they identified themselves, and asked us questions, because they informed us that a boy had been killed and another had been injured in that place, I didn't know anything about it at the moment, and after we told these persons what had happened, we allowed them in into our house, so that they could see that we were not hiding ALDO, given that he had left in his car, which is a white vehicle with license plates of the state of California, and once they finished, they left without having found anything useful for their investigation, like photographs or information of ALDO, and in the street they took photographs of the damage made to my house, as well as of some orifices on the wall in front of my house that had been caused by shooting, and then they left the place, I want to mention that ever since, we have not seen ALDO, and I ignore where he might be.

Exhibit A

41

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

since most of his family live in California, and he only left in the house his belongings, which still remain in the room where he slept, in this moment I am informed that the person who died that day was named DANIEL SANDOVAL ABUNDIZ and the one wounded was JULIO CESAR SEVILLANO GONZALEZ, whom I don't know although they say they lived in the neighborhood; likewise, I am being shown a series of color photographs of the part of my house that was damaged, and I want to describe ALDO, whose full name is ALDO OMAR CROTTE, who seemingly is 28 years old, strong build, short height, light brown skin, short hair, regular forehead, bushy eyebrows, regular nose, regular mouth, thin lips, light brown eyes, uses very short moustache and beard as it is being used, and he has his back tattooed.- That is all he has to state, prior reading of the statement he rendered, he ratifies his statement before RAUL ABARCA BRISEÑO, trustworthy person who appears along with the deponent who signs at the margin and the bottom of the present document given that the foregoing is true.—

THE DEPONENT: (an illegible signature appears)

THE PUBLIC PROSECUTOR
(signed)
JOSE DE JESUS HERRERA BOCANEGRA

SECRETARY
(signed)
GUILLERMO GARCIA CABALLERO

ATTESTING WITNESS
(signed)
JESUS PORTILLO TORRES

Exhibit A
42

# EXHIBIT 11

Exhibit A
43

0043

FORMA CG-1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

**STATEMENT RENDERED BY A PERSON APPEARING.** In the City of Guadalajara of the State of Jalisco, being 15:00 (FIFTEEN HOURS) of the 14th (FOURTEENTH) day of the month of JULY, 1999, (NINETEEN NINETY NINE), the undersigned Public Prosecutor **JOSE DE JESUS HERRERA BOCANEGRA** assigned to Intentional Homicide, along with the attesting personnel with whom he legally acts and attests, proceeded to take statement to an appearing person, who was warned about the penalties imposed to those individuals who render false statement before an Authority on exercise of his duties, according to the article 193 related to the 197 (I) of the Code of Criminal Procedures of the State of Jalisco, he is sworn to conduct himself with truth in the statement he is about to render. He stated: to be named CARLOS CROTTE GUEVARA, to be 70, seventy years old, to be married, that he is from Puebla, Puebla but currently lives in Orizaba, Veracruz, domiciled at Universo number 712 (seven hundred twelve) in Jardines del Bosque, identifying himself with Identification Card for Voting folio number 50217676, issued by the Electoral Federal Institute, and the photograph bears tallies accurately with the features of the person appearing. He knows how to read and write given that he finished junior high school, and having nothing further to state regarding his personal information, he stated - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

"I am in this Public Prosecutor's Office in order to state that I am aware that my son had trouble with the law without knowing of what kind, not until this moment I am informed that a person had died and another was injured thus I want to have investigated to what extent my son ALDO OMAR CROTTE was involved. I also state that ALDO OMAR CROTTE is son of MARIA AUXILIO SAINEZ, and the youngest of our three sons. My son currently lives in California although I don't know his whereabouts, and I state that I received all his belongings from MARIA LUISA CUEVAS DUEÑAS and SALVADOR GONZALEZ GONZALEZ who are the people whom he lives with, during vacation in this city and very

Exhibit A

44

0044

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

good friends of him for several years. I state that my son has a white car station wagon-like ignoring brand or model but it has number plate of The State of California, and in this moment I am told that the person who died the day that the acts under investigation took place was named DANIEL SANDOVAL ABUNDIZ (sic) and the injured one JULIO CESAR SEVILLANO GONZALEZ, people who I don't know but it is said that they were from the same neighborhood where my son lived along with these people in El Vigia in Zapopan. These are the physical features of ALDO, who is named ALDO OMAR CROTTE SAINEZ, he is about 28, twenty eight years old, strong build, 1.65 one meter and sixty five centimeters height, light olive, short hair, thin lips, light-brown eyed, he wears mustache and Van Dyke beard, and I don't know if this ALDO has any tattoos". After reading his statement, the deponent along with RAUL ABARCA BRISEÑO whom he trusts, ratified and signed it at the end and at the margin of this proceeding for due legal record.


THE DEPONENT

(signed)


SECRETARY

(signed)
GUILLERMO GARCIA CABALLERO

SECRETARY

(signed)
JESUS PORTILLO TORRES


(signed)
PUBLIC PROSECUTOR
JOSE DE JESUS HERRERA BOCANEGRA


## Exhibit A
## 45

# EXHIBIT 12

Exhibit A
46

FORMA C.G. 1 E



PROCURADURIA GENERAL
DE LA
REPUBLICA

STATEMENT RENDERED BY A PERSON (PREVIOUSLY SUMMONED). In the City of Guadalajara of the State of Jalisco, being 10:00 (TEN HOURS) of the 2nd (SECOND) day of the month of SEPTEMBER, 1999 (NINETEEN NINETY NINE), the undersigned Public Prosecutor HORACIO VEGA PAMANES, along with the attesting personnel with whom he legally acts and attests CESAR EDUARDO GARCIA RODRIGUEZ and GUILLERMO GARCIA CABALLERO proceeded to take statement to a person (previously summoned), who in this moment is being properly warned about the penalties imposed to those individuals who render false statement and once he was aware of this, he stated: to be named JULIO CESAR SEVILLANO GONZALEZ, identifying himself with Identification Card for Voting folio number 116865850, issued by the Electoral Federal Institute, and the photograph bears tallies accurately with the features of the person appearing and  other personal data that are within this investigation which are herein considered as reproduced in order to avoid repetition, so he continued stating that - - - - - - - - - - - - - -

"The reason why I am in this Public Prosecutor's Office, is first of all to ratify in all its parts the statement that I previously made in the Public Prosecutor's Office assigned to the green cross, I see and recognize as mine the fingerprint of the thumb that appears at the end and at the margin of my statement, I didn't sign it that day since my right hand was wounded by a shotgun that is why I continue stating: that being around 21:00 (TWENTY ONE HOURS) on Thursday of the 24th (TWENTY-FOURTH) day of the month of JUNE, 1999 ( NINETEEN NINETY NINE), I was outside my house which is located on NICOLAS BRAVO Number 178 (ONE HUNDRED SEVENTY EIGHT)  in Municipio de Zapopan, Jalisco, there was a friend of mine called FERNANDO with me, as we were chatting another friend of mine called MARTIN also known as EL MARTIN arrived, this one came with two friends more, whose names I don't recall at this moment, they all arrived on MARTIN'S car which is a red

Exhibit A
47

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

wagon station-like which brand I don't know, so as we were all together MARTIN told us to help out DANY SINCE HE WAS BEING BEATEN BY THE BAND LOS TEJONES, as we heard that, we all agreed to go there and we got in MARTIN'S car. He took us to the corner of Cuauhtemoc and other street which name I don't remember, the thing is that there is known as EL CHAPARRAL, so when we got there I noticed that they were beating my friends EL DANIEL SANDOVAL nicknamed EL DANY, DESIDERIO nicknamed EL DESI and MARTIN also called EL BULBO, so my friends previously mentioned were beaten by the band LOS TEJONES from which I could identify SAUL and his brother called EL TEJON as well as another couple of brothers named DAVID and RIGOBERTO this last also called EL JAPO and finally I identified ALDO, being these five who were beating my friends, so as I saw this I went out the car together with my friends, MARTIN, FERNANDO, and the other two, as we were getting closer to help my friends LOS TEJONES went back towards ALDO's car which is a white wagon station-like Chevrolet I think, so they went in ALDO's car and he took out his left hand where he had a gun that looked like a revolver I assumed that since I saw a cylinder, using that same hand to aim and shoot towards us without saying a word, he shot us 4 or 5 times without hurting any of my friends, after shooting us ALDO started his car and went with his friends to the chapel, so seeing this we decided to go back home. The next day on Friday of the 25th (TWENTY FIFTH) of the month of JUNE the current year , my friends EL DANY, EL BULBO, EL ROGER, EL RATA, and my brother JUAN nicknamed EL NIPO got together, being around 22:00 (TWENTY TWO HOURS) we were outside ROGER's house having some beers and all agreed to go the next day on Saturday of the 26th (TWENTY SIXTH) of the month of June this year to fuck LOS TEJONES to avenge my friends beaten by them. So we agreed to meet the next day in the house of my friend EL ROGER , so being around 21:00 (TWENTY ONE HOURS) on Saturday of the 26th (TWENTY SIXTH) day of the month of JUNE, my brother JUAN and I got to the house of

Exhibit A

48

FORMA C G . 1



PROCURADURIA GENERAL
DE LA
REPUBLICA

EL ROGER and there were my friends EL DANY, EL ROGER, EL RATA, EL BULBO, and other people that I only knew by sight as well as other friends whose names I don't remember right now, being a total of around 20 (TWENTY) people. We started to talk about going to the place where LOS TEJONES were and once we all agreed; we left walking without carrying any sticks, stones, pipes or any other kind of weapon. Once we were walking we got to the corner of DE LA MILPA street. The first to get there were my friend EL DANY and I the rest of my friends were behind, the house of brothers DAVID and RIGOBERTO is on that corner, their house is in front of a temple or chapel, so when EL DANY and I were outside the brothers' house in which ALDO also lives, we started to yell at them "come out assholes to kick your ass" we did it several times so ALDO went out holding the same weapon that he had used to shoot at us previously as I stated before. When ALDO went out he ran towards us aiming his gun at us, so DANY and me were going back, it was at that moment that he started shooting at us as the brothers DAVID and RIGOBERTO were going out too. When ALDO was shooting us I felt my right hand injured and at the same time I felt my chest right under my left nipple injured too, I felt that I was wounded and fell to the ground as I was going back, since ALDO was shooting us as we were retreating. When I was on the ground I didn't see where my friend DANY had gone because I was a bit unconscious and dizzy, but I felt that I was being dragged by my shoulders, I got better after a while and then I noticed that my friends were carrying my friend DANY and left him laying on his back, so I went towards DANY and noticed that there was a hole on his shirt around the left part of his chest, so since I saw him under these circumstances I started to talk to him but DANY neither answer nor could he move, so seeing this I better got away from my friend DANY and went to the corner of the street which name I don't remember, at that moment a friend of mine named CAIN was passing by together with another boy and CAIN told me to get in his car to take me to the GREEN CROSS because he noticed my hand was bleeding

**Exhibit A**
**49**

0049

FORMA C.G.-9



PROCURADURIA GENERAL
DE LA
REPUBLICA

and in this moment I give you ALDO's full name which is ALDO OMAR CROTTE SAINEZ and he does live in the house of the brothers DAVID and RIGOBERTO, and that he is frequently hanging around the chapel, and that is everything I stated", I ratify and sign it at the end and at the margin of this proceeding for due legal record.

THE DEPONENT
(signed)

SECRETARY                                    SECRETARY
(signed)                                     (signed)
CESAR EDUARDO GARCIA RODRIGUEZ      GUILLERMO GARCIA CABALLERO

(signed)
PUBLIC PROSECUTOR
HORACIO VEGA PAMANES

Exhibit A
50

0050

# EXHIBIT 13

Exhibit A
51

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

- - - - - - - - - **INDICTMENT** - - - - - - - - - -

In the City of Guadalajara of the State of Jalisco, being 10:00 (TEN HOURS) of the 24th (TWENTY FOURTH) day of the month of SEPTEMBER, 1999, (NINETEEN NINETY NINE), - - - Having reviewed it in order to decide regarding the records that complete the preliminary investigation 13975/99 which was filed with the Special Prosecutor's Office for International Homicides

- - - - - - - - - - - **FINDINGS** - - - - - - - - - - -

1).-The completion of this investigation commenced with the ministerial record 457/99 initiated by the Public Prosecutor CARLOS ROMERO VENEGAS assigned to the Green Cross of Zapopan the 26th (TWENTY SIXTH) day of the month of JUNE, 1999, (NINETEEN NINETY NINE), obtaining the following ministerial proceedings: - - - - - - - - - - - - - - - - - - - - - -

a).- Ministerial Attestation where it is attested that the 26th (TWENTY SIXTH) day of the month of JUNE, 1999, (NINETEEN NINETY NINE), the Public Prosecutor appeared at the emergency room of the first-aid station of the adscription Green Cross of Zapopan, since there appeared a male person who shows wounds produced by firearm projectile; once legally at the shock room, I attest that upon an anatomic stretcher, there was a dead male person, who is lying on his back head pointing north and the rest of his body to the opposite side, and shows wounds seemingly produced by firearm projectile in the left side of the chest, as well as in the left arm, being there ROGELIO RIOS MARTINEZ and JOSE ANTONIO NAVA VALADEZ who identified the dead person as his friend DANIEL SANDOVAL ABUNDIS, likewise, another person was taken to the first-aid station, who shows wounds seemingly produced by fire arm projectile, so, it is attested that in one of the cubicles, up on a stretcher, there was a male person visibly injured, same who is lying on his back, head

**Exhibit A**
**52**

FORMA C G - 1 a



PROCURADURIA GENERAL
DE LA
REPUBLICA

pointing north and the rest of his body to the opposite side, and very hardly he states to be named JULIO CESAR SEVILLANO GONZALEZ - - - -

b).- Ministerial Attestation of bodily injuries of JULIO CESAR SEVILLANO GONZALEZ who presented  on his right hand as well as the left side and the clavicle midline seemingly produced by firearm projectile shot - -

c).- STATEMENT RENDERED by ROGELIO RIOS MARTINEZ who stated that being at around 21:00 (TWENTY ONE HOURS) on Saturday June 26th, of the current year, in Calle San Francisco, Zapopan, He got together with some of his friends and among them there were DANIEL SANDOVAL ABUNDIS, MARTIN NAVARRO, JOSE ANTONIO NAVA, and others whose names and surnames he ignored. They were about twenty and DANIEL told them they were to go to Colonia El Vigia to fight some FUCKING BATOS since they were upsetting him, they got to El Vigia without knowing the exact place but it was near a chapel, since they saw nobody they were going back, when they had walked a few meters they heard gunshots so all of them ran like half a block towards Avenida Hidalgo , when they heard no more gunshots they went back to the same place, then he heard other gunshots, without knowing either how many they were or who had shot, then he saw his friend DANIEL falling down, and seeing this everybody ran to Avenida Hidalgo, staying there just he and three of his friends to help DANIEL, so they stopped a guy in his car and took DANIEL to the Green Cross. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

d).- STATEMENT RENDERED by JOSE ANTONIO NAVA VALADEZ who stated that on Saturday 26th of the month June, of the current year, at around 9:30 at night, they were going to fight some pals from the chapel, that is to El Vigia, and they were more than fifteen, all of them friends of his and among them were ROGELIO, JULIO, DANIEL SANDOVAL, and he did not remember the others by their names, so all of them were heading over there looking for trouble with those who gather by the chapel, given that DANIEL

Exhibit A
53

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

commented, that the day before, the guys from the chapel had been upsetting him, and when they were getting to the chapel, some of his friends started yelling fucking stuff like " YOU WHINERS, GET OUT OF YOUR HOUSE, MOTHER FUCKERS", and then a guy came, and started shooting towards where they were with his gun, and when they heard the shooting, everybody ran back and when the shooting stopped, they saw their friends DANIEL and ROGELIO (sic) lying on the ground, so they lifted them up and asked for help to a friend who was driving by, they took them to the green cross, stating that the guy who shot, was short, had black hair, Van Dyke beard, and he entered a house which is in front of the chapel that is in El Vigia - - - - - - - - - - - - - - - - - - - - - - - - - - -

e).- Ministerial Attestation at the Crime Scene Location, where the Public Prosecutor, acting legally along with the attesting personnel went to Colonia El Vigia, in Zapopan, and once they were present at the place, it was attested that at the crossing of the streets La Milpa and Del Lazo, over the North sidewalk of Calle La Milpa, and just at the crossing with Calle Del Lazo, towards the west, there appears the building marked with number 376 corresponding to a chapel, and like fifteen meters towards the west, almost in the middle part of the façade, there can be seen a hole produced by an impact, and over the same façade, in the upper part, by the end of the left side, that is, towards the west, there appears a second hole produced by an impact, and it is attested that on the contiguous side towards the west of the aforementioned building, there is another building which corresponds to number 380, and in the lower part of the right end of the façade, there can be seen a third hole produced by an impact, and it is attested that said impacts were seemingly produced by firearm projectiles; and that there is glass spread over the ground on a diameter of approximately four meters; and it is attested that over the South sidewalk of the aforementioned Calle La Milpa, just in front of the two aforementioned buildings, there is another building marked with number 373 which has a

Exhibit A
54

FORMA CG-1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

damaged window, since its glasses are broken, and on the upper part, there is another damaged window, then proceeding to interview a person who stated to be named MARIA LUISA CUEVAS DUEÑAS, and states to be the owner, and that several individuals arrived blocking the way of ALDO OMAR CROTE (sic), who came from the United States and they are renting him a room of that building, and that the individuals damaged the car belonging to him, for what he took out a gun and shot at those individuals. - - - - - - - - - - - - - - - - - -

f).- Transcription of the medical-legal report 3032/99 related to JULIO CESAR SEVILLANO GONZALEZ, the report states - - - - Shows bodily injuries seemingly produced by fire arm projectile, located at left intercostal space and clavicular medial line measuring approximately 0.7 cm. diameter, of inverted edges, which seems to be the entrance hole, and at the right hand measuring approximately 0.5 cm. diameter at distal metacarpus of the index, of inverted edges, which seems to be the entrance hole, measuring 1 cm. diameter, in hipotenar region, of inverted edges, which seems to be the exit hole. Bodily injuries that, due to the kind of their nature and situation, do not endanger life and take less than 15 days to heal. Sequels are ignored. - - - -

g).- STATEMENT RENDERED by a bodily injured person named JULIO CESAR SEVILLANO GONZALEZ who stated that approximately at 09:30 hours of the 26th of the month of June of the year in progress, his friend DANIEL ABUNDIS, another friend named ROGELIO RIOS, and others whose names he cannot recall but summed up like twenty, were walking along Calle La Milpa in Colonia El Vigia, because they were going to fight some guys named "Los Tejones" because they were going to defend his friend DANIEL, since he told them that two days earlier they had been bothering him, they arrived directly to the house of three of those individuals, which is located in Calle Milpa; those three who live in the house where they arrived, are RIGO and DAVID, who are brothers, and ALDO OMAR CROTE (sic), and when they arrived at his house they yelled at them "come out bastards", and in that moment the two brothers

Exhibit A
55

0055

FORMA C G . 1



PROCURADURIA GENERAL
DE LA
REPUBLICA

RIGO and DAVID came out, as well as ALDO OMAR CROTE (sic) this last holding a gun with his hand, shooting several times; DANIEL and he were walking ahead, so he felt his right hand wounded, and the left side of his chest was hurting bad, so they ran around the corner and his friend CAIN JUAN and JUANITO ALCALA arrived in a car, watching how DANIEL was falling to the ground, so they took them both to the Green Cross but before he left the place he saw his friends throwing stones at ALDO'S house and car. - - - - - - - - - - - - - - - - -

2). - The 27th twenty seventh day of the month of June 1999, (NINETEEN NINETY NINE), in this Special Prosecutor's Office for Intentional Homicides the aforementioned proceedings were filed under the number 13975/99 in which the following was admitted - - - - - - - - - - - - - - - - - - - - - - - - - -

3). - It was received the Ministerial Record number 12616/99 drafted by the Public Prosecutor ESPERANZA GARCIA ALVARADO assigned to Forensic Medical Services on the 26th day of June 1999, (NINETEEN NINETY NINE), from which the following ministerial proceedings are obtained. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

a).- Ministerial Attestation where it is attested that the 26th (TWENTY SIXTH) day of the month of JUNE, 1999, (NINETEEN NINETY NINE), the Public Prosecutor appeared at the operating room having at sight a dead male person of around 20 years of age upon an anatomic stretcher lying on his back head pointing north and the rest of his body to the opposite side. Being also there ROGELIO RIOS MARTINEZ and CAIN JUAN EDUARDO VILLANUEVA ALVAREZ who presented and identified the dead person whose name was DANIEL SANDOVAL ABUNDIS, presenting another injured person named JULIO CESAR SEVILLANO GONZALEZ - - - - - - - - - - - - - - - - - - - - -

b).- Statement rendered by MAGDALENA ABUNDIS ORTEGA who identified the corpse as her son whose name was DANIEL SANDOVAL ABUNDIS, and who stated that she was informed that a person coming from the

Exhibit A
56

FORMA CG-11



PROCURADURIA GENERAL
DE LA
REPUBLICA

United States of America had killed her son ignoring how the facts had taken place - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

c).- Ministerial Attestation of corpse related to DANIEL SANDOVAL ABUNDIS who showed as sign of violence apparently just a wound produced by fire arm projectile with 3 holes; the first one was an entrance hole located in exterior side and middle third of left arm, the second one was an exit hole, located in interior side and middle third of the same arm, the third one was a reentrance hole, located in front side of left thorax, at the height of the nipple.

d).- Transcription of report of the corpse related to DANIEL SANDOVAL ABUNDIS, the report reads: - - - - - - - - - - - - - - - - - - - - - - - Male corpse well nourished, with generalized hypothermia, moderate rigor mortis, and lividities in the back side of his body. 180 centimeters tall, cephalic perimeter of 55 centimeters, thoracic perimeter of 80 centimeters and abdominal perimeter of 70 centimeters. It had a wound produced by fire arm projectile, with 3 holes; the first one was an entrance hole located in exterior side and middle third of left arm, oval shape, 10 by 9 millimeters diameter, inverted edges, ring of Fish 5 millimeters diameter; the second one was an exit hole, located in interior side and middle third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was a reentrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges. - - - - - - - - - - - - - - - - - - - - - - - - - - - -

e).- The following Official letters were received from the Forensic Science Institute of Jalisco: - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1).- 17623/99 signed by the Field Criminology Experts in which they submit the pieces of evidence attaching a planimetry and a set of 17 seventeen postcard size color photographs. - - - - - - - - - - - - - - - - - - - - -

2).- 17850/99 signed by the Chemistry Experts in which they submit the result of the colorimetric and physicochemical tests performed upon ROGEL

Exhibit A
57



FORMA C G. 1



PROCURADURIA GENERAL
DE LA
REPUBLICA

RIOS MARTINEZ obtaining NEGATIVE results on both hands and sides; upon JOSE ANTONIO NAVA VALADEZ getting NEGATIVE results in left hand both sides and POSITIVE in right hand internal side, upon CAIN JUAN EDUARDO VILLANUEVA ALVAREZ getting NEGATIVE results in left hand both sides and POSITIVE in right hand internal side, and upon JULIO CESAR SEVILLANO getting POSITIVE results in left hand external side and NEGATIVE in left hand internal side. - - - - - - - - - - - - - - - - - - - - - - - - - - -

3).- 17848/99 signed by Chemistry experts in which they submit the result of the colorimetric and physicochemical tests performed upon the corpse of DANIEL SANDOVAL ABUNDIS obtaining NEGATIVE results on both hands and sides - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4).- 17849/99 signed by Chemistry experts in which they submit the result of the test of WALKER getting NEGATIVE results which means that the shot was made from a distance larger than 1 meter - - - - - - - - - - - - - -

5).- 1728/99 signed by Chemistry experts in which they submit the result of the autopsy carried on upon the corpse of DANIEL SANDOVAL ABUNDIS from which it is concluded that the death of DANIEL SANDOVAL ABUNDIS was caused due to the injuries caused in the organs affected by the projectile which produced the wound with three holes; the first one was an entrance hole located in exterior side and middle third of left arm, oval shape, 10 by 9 millimeters diameter, inverted edges, ring of Fish 5 millimeters diameter; the second one was an exit hole, located in interior side and middle third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was a reentrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges - - - - - - - - - - - - - - - - - - - - -

f).- Ministerial Attestation of a projectile extracted from the corpse of DANIEL SANDOVAL ABUNDIS which presents scratches on its structure

Exhibit A
58



FORMA C G - 11



PROCURADURIA GENERAL
DE LA
REPUBLICA

g).- It was taken the STATEMENT RENDERED by OSCAR EDUARDO SANDOVAL ABUNDIS who stated that according to inquiries made by him, he found out that the person that killed his brother DANIEL was named ALDO OMAR CROTE (sic) who took refuge in the building marked with the number 183 in Matamoros street in Zapopan and between Javier Mina and Avenida Hidalgo, and there lives a boy whose nickname is EL BORRES and whose surname is SAENZ (sic) who helped ALDO OMAR CROTE (sic) to ran away from the city. OSCAR EDUARDO SANDOVAL ABUNDIS got the aforementioned information from an acquaintance of his that lives in la calle RAMON CORONA - - - - - - - - - -.

h).- It was received the Official Letter number 18696/99 coming from the Forensic Science Institute of Jalisco signed by the Forensic Ballistics Experts in which they submit the result of the Comparative and Identifying Ballistics Report performed on the projectile extracted from the corpse of the deceased, concluding that the projectile corresponds to .22 caliber (Long-Rifle) lead-bullet, without being possible to determine from what kind of gun it could have come.---

i).- It was taken the statement rendered by MARIA LUISA CUEVAS DUEÑAS who stated that the day that the facts took place at around the 21:30 twenty one hours and thirty minutes she went to buy bread and saw a group of more than ten or fifteen boys, who were holding rocks in their hands, then they started to throw them at her house, while they were yelling LET'S FUCK THAT SISSY, they headed to the corner of La Milpa and Cerrada del Lazo, where the car of ALDO OMAR CROTTE was parked, and that he lives in her house ,and that then they started to break the glasses of ALDO'S car and he was inside while they were telling him GET OUT SISSY, WE ARE GOING TO KILL YOU AND TO FUCK YOU, then ALDO came out of the vehicle. It was then when she heard roaring, as pop of corn, and everybody started running all around, then when she arrived home, ALDO was coming out. He got into his place. She later became aware that a boy had died and another one was

Exhibit A
59

FORMA C G . 1



PROCURADURIA GENERAL
DE LA
REPUBLICA

wounded, then she provided the physical description of ALDO OMAR CROTE. (sic). - - - - - - - - - - - - - - - - - - - - - - - - - - -

j).-It was taken the STATEMENT RENDERED by SALVADOR GONZALEZ GONZALEZ who stated that the day that the facts took place at around 21:30 twenty one hours and thirty minutes he was in his house lying on his bed, when the glass of a window was broken, so he stuck his head out of the window and saw many boys, like fifteen, they were armed with guns and saying, "LETS FUCK THAT SISSY", and he tried to go out to the street, but he heard noise, like corn popping, and he stayed behind the entrance door, and suddenly ALDO, who lives in his house went in running, and without saying a thing, he went out , boarded his car and left. Then SALVADOR GONZALEZ GONZALEZ was informed that a person who was named DANIEL SANDOVAL ABUNDIZ had died that day and another one named JULIO CESAR SEVILLANO GONZALEZ was wounded, then he provided the physical description of ALDO OMAR CROTTE - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

k).- It was taken the STATEMENT RENDERED by CARLOS CROTTE GUEVARA who stated that he was aware that his son ALDO OMAR CROTTE had trouble with the law ignoring to what extent his son was involved in the death of DANIEL SNDOVAL ABUNDIS and the condition of a bodily injured boy named JULIO CESAR SEVILLANO GONZALEZ and provided his son full name; ALDO OMAR CROTTE SAINEZ as well was his physical description. - - - - - - - -

l).- It was taken the STATEMENT RENDERED by CARMEN BECERRA GUERRERO who stated that the day that facts took place being around 21:30 twenty one hours and thirty minutes she was buying some corns on the cob and saw a bunch of boys and girls coming, some of them take out guns from little haversacks and started to shoot towards calle Milpa while yelling "DON'T CHICKEN OUT , DON'T YOU HAVE ANY BALLS , COME AND GET SOME

Exhibit A

60

0060

FORMA CG - 11



PROCURADURIA GENERAL
DE LA
REPUBLICA

I'LL STICK IT UP YOUR ASS " then suddenly these guys began to run while a young guy fall to the floor. Two guys went back to help him by dragging him away, to take him in a car to the Green Cross. - - - - - - - - - - - - - - - - - - -

m).- It was taken the STATEMENT RENDERED by VICENTE GONZALEZ CUEVAS who stated that the day that facts took place being around 22:00 twenty two hours, he was sleeping in his house when he heard some noises coming from the street, so he stood up and stuck his head out of the window seeing that there were around 25 guys who were throwing stones at his house and yelling "GET OUT YOU MOTHERFUCKERS, THIS TIME WE ARE GOING TO KILL YOU" three of them were carrying guns, so he went back and saw how they broke the glass of the window, then he heard several explosions made by a firearm, then the guys who were attacking started retreating and police cars arrived there asking him regarding what had happened there. - - - - - - - - -

n).- It was taken the STATEMENT RENDERED by ANTONIO NAVA VALADEZ who stated that the 26th twenty sixth day of the month of June being around 21:30 twenty one hours and thirty minutes he got together with his friends DANIEL SANDOVAL ABUNDIS, ROGELIO, JULIO as well as other members of the band called BARRIO NICOLAS BRAVO at the crossing of the streets Cuauhtemoc and Libertad in Zapopan, and DANIEL told him to go to the chapel to fight some kids who had bothered him the day before it means June 25th twenty fifth, so DANY told them to go with him, and they headed to the chapel in la Colonia El Vigia. He, DANIEL and JULIO were leading the way with the others behind, they were a total of around twenty and they were yelling fucking stuff, they stopped in front of the building marked with number 376 on la calle Milpa from where a short guy with black hair and about 25 years old holding a gun came out, and started aiming at them moving his gun from side to side, they were about 7 or 8 eight meters away from him, then <del>nething</del> who started the other boys began throwing stones and breaking the glass of the

Exhibit A
61

FORMA C G. 1



PROCURADURIA GENERAL
DE LA
REPUBLICA

window of the house, so this guy got angry and began shooting at them, so everybody ran back like half a block; and when this guy stopped shooting and went back into his house, so then they saw DANY lying on the ground hurt by a gunshot the same as JULIO, so they help them. He stated that the guy who attacked them apparently lives in The United States of America. - - - - - - -

o).- It was taken again the STATEMENT RENDERED by a bodily injured victim named JULIO CESAR SEVILLANO GONZALEZ named JULIO CESAR SEVILLANO GONZALEZ who stated that being around 21:00 (TWENTY ONE HOURS) on Thursday of the 24th (TWENTY-FOURTH) day of the month of JUNE, 1999 (NINETEEN NINETY NINE), he was in company of his friend named FERNANDO, as another friend of his called MARTIN along with two friends more arrived and they told them to help out DANY SINCE HE WAS BEING BEATEN BY THE BAND LOS TEJONES, so they all got in MARTIN'S car and get to la calle Cuauhtemoc and noticed that they were beating his friends EL DANY, DESIDERIO or EL DESI and MARTIN nicknamed EL BULBO, and he could identify some members of the band like SAUL and his brother called EL TEJON as well as another couple of brothers named DAVID and RIGOBERTO this last also called EL JAPO and other one named ALDO, being these five who were beating his friends, so they got closer to help their friends and LOS TEJONES went back into ALDO's car and he took out his left hand holding a gun using it to aim and shoot towards them without saying a word 4 or 5 times without hurting any of them, then ALDO started his car and left, so they went back home. The next day on Friday of the 25th (twenty fifth) of the current month and year, he and his friends EL DANY, EL BULBO, EL ROGER, EL RATA, and EL NIPO got together, being around 22:00 (twenty two hours) they all agreed to go the next day on Saturday of the 26th (twenty sixth) of the month of June to fuck LOS TEJONES to avenge his friends beaten by them. So the next day JUNE 26th being around 21:00 (twenty one hours) EL DANY, EL ROGER, EL RATA, EL BULBO, and other friends got together, being

Exhibit A
62

FORMA CG-1



PROCURADURIA GENERAL
DE LA
REPUBLICA

a total of around 20. They left walking carrying any sticks, stones, pipes but not any fire arm (sic). They got to the corner of DE LA MILPA Street. The house of brothers DAVID and RIGOBERTO is on that corner in front of a chapel, so they started yelling at them "COME OUT ASSHOLES TO KICK YOUR ASS" they did it several times and ALDO went out holding the same weapon that he had used to shoot at them previously, he ran towards them aiming his gun at them, so DANY and he were going back and at that moment ALDO started shooting at them as the brothers DAVID and RIGOBERTO were going out too. When ALDO was shooting them he felt his right hand and his chest hurt, since ALDO was shooting them as they were retreating, he didn't see where his friend DANY had gone, then he noticed that his friends were carrying his friend DANY who was hurt so that a friend named CAIN took them to the Green Cross. - - - - - - - -

p).- With the STATEMENT RENDERED by ROGELIO RIOS MARTINEZ who stated that being around 22:30 hours of the 25th day of JUNE of the current year, he was together with some of his friends whose names are JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA (sic) nicknamed EL RATA, MARTIN nicknamed EL BULBO, MARTIN NAVARRO nicknamed EL SOBACO among others. They were having some beers when they started saying that the band LOS TEJONES had beaten DANY, EL DESI and EL BULBO so they wanted to get even and they agreed to go to do so on Saturday 26th (twenty sixth) of June of the current year, so being around 21:30 hours on Saturday 26th of June of the current year EL DANY, EL RATA, JULIO CESAR, and his brother JUAN nicknamed EL NIPO, EL BULBO and MARTIN nicknamed EL SOBACO and some other friends who went there to help them out, got together. They walked to the place where la BANDA DE LOS TEJONES hangs around, it is near a chapel in la colonia El Vigia, in Zapopan Jalisco, he stated that they were carrying no weapons, and when they got to the corner of calle La Milpa they saw three guys who were members of the band LOS TEJONES coming out of a house which is in front of the chapel. One of them was arguing with DANY and

Exhibit A

63

FORMA C G - I A



PROCURADURIA GENERAL
DE LA
REPUBLICA

JULIO CESAR, he saw that one of them had a gun revolver like using it to shoot two times at DANY and JULIO CESAR and all the others with them began running back and no more shooting was heard, thus they went back to the place where the three members of the band were and they saw the same guy shooting again at their friends DANY and JULIO CESAR and at that moment his friends went down to the ground, EL RATA, EL NIPO and the deponent get closer to help DANY who had a hole at the height of the chest so they asked a friend to take DANY to the Green cross. Another friend named CAIN got also there carrying JULIO CESAR whose hand and chest hurt since he also received a gunshot from the guy who was carrying the gun, and that his name is ALDO OMAR CROTE SAINZ (sic). He was informed that his friend DANY died due to the gunshot he had received from ALDO OMAR - - - - - - - - - - - - - - - - -

q).- With the other resolutions and records contained in the present proceedings under the article 21 of the Constitution, I initiated the following: - - - - - - - - - - - - - - - - - **WHEREAS** - - - - - - - - - - - - - - - -

I).- **CORPUS DELICTI OF THE HOMICIDE.-** Regarding the material and legal existence of the Corpus Delicti of the HOMICIDE set forth in the article 213 of the Criminal Code in force for the State of Jalisco, it is proven with the evidence listed below: - - - - - - - - - - - - - - - - - - - - - - - - - -

With the ministerial attestation at the crime scene location. - - - - - - -

With the statements made by the deponents whose names are ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR SEVILLANO GONZALEZ, OSCAR EDUARDO SANDOVAL ABUNDIS, MARIA LUISA CUEVAS DUEÑAS, SALVADOR GONZALEZ GONZALEZ, CARLOS CROTTE GUEVARA, CARMEN BECERRA GUERRERO, VICENTE GONZALEZ CUEVAS - - - - - - - - - - - - - - - - - - - - - - - - - - -

With the Ministerial Attestation of the corpse of DANIEL SANDOVAL ABUNDIS - - - - - - - - - - - - - - - - - - - - - - - - **Exhibit A**

**64**



FORMA C G - 1

PROCURADURIA GENERAL
DE LA
REPUBLICA

With the Transcription of the report of the corpse number 1969/99 related to DANIEL SANDOVAL ABUNDIS - - - - - - - - - - - - - - - - - - - - -

With the results of autopsy carried out upon the corpse of DANIEL SANDOVAL ABUNDIS. - - - - - - - - - - - - - - - - - - - - - - - - -

With the STATEMENT RENDERED by MAGDALENA ABUNDIS ORTEGA who identified the corpse as her son whose name was DANIEL SANDOVAL ABUNDIS. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

With the Ministerial Attestation of a projectile extracted from the corpse of DANIEL SANDOVAL ABUNDIS. - - - - - - - - - - - - - - - - - - - - - - -

Once the requirements set forth in Article 16 of the Constitution are met (sic) regarding Articles 116 and 119 of the Criminal Code in force for the State of Jalisco the elements defining the crime of **HOMICIDE** set forth in Article 213 of the Criminal Code in force for the State of Jalisco are the following:

(a) **The existence of a human life**

(b) **The extinction of said human life**

(c) **Someone else's intention or negligence causing somebody's death.**

**FIRST).-** Ministerial Attestation at the Crime Scene Location, where the Public Prosecutor, acting legally along with the attesting personnel went to Colonia El Vigia, in Zapopan, and once they were present at the place, it was attested that at the crossing of the streets La Milpa and Del Lazo, over the North sidewalk of Calle La Milpa, and just at the crossing with Calle Del Lazo, towards the west, there appears the building marked with number 376 corresponding to a chapel, and like fifteen meters towards the west, almost in the middle part of the façade, there can be seen an hole produced by an impact, and over the same façade, in the upper part, by the end of the left side, that is, towards the west, there appears a second hole produced by an impact, and it is attested that on the contiguous side towards the west of the

Exhibit A
65



FORMA C G - 1

PROCURADURIA GENERAL
DE LA
REPUBLICA

aforementioned building, there is another building which corresponds to number 380, and in the lower part of the right end of the façade, there can be seen a third hole produced by an impact, and it is attested that said impacts were seemingly produced by firearm projectile; and that there is glass spread over the ground on a diameter of approximately four meters; and it is attested that over the South sidewalk of the aforementioned Calle La Milpa, just in front of the two aforecited buildings, there is another building marked with number 373 which has a damaged window, since its glasses are broken, and on the upper part, there is another window damaged as well, then proceeding to interview a person who stated to be named MARIA LUISA CUEVAS DUEÑAS, domiciled there, and that several individuals arrived blocking the way of ALDO OMAR CROTE, who came from the United States and is renting a room of that building, and that the individuals damaged the car belonging to him, for what he took out a gun and shot at those individuals. - - - - - - - - - - - - - - -

SECOND).- Ministerial Attestation where it is attested that the 26th (twenty sixth) day of the month of JUNE, 1999, (nineteen ninety-nine), the Public Prosecutor appeared at the emergency room of the first-aid station of the adscription Green Cross of Zapopan, since there appeared a male person who showed wounds produced by firearm projectile; once legally at the shock room, he attests that upon an anatomic stretcher, there was a dead male person, who is lying on his back head pointing north and the rest of his body to the opposite side, and shows wounds seemingly produced by firearm projectile in the left side of the chest, as well as in the left arm, being there ROGELIO RIOS MARTINEZ and JOSE ANTONIO NAVA VALADEZ who identified the dead person as his friend DANIEL SANDOVAL ABUNDIS, likewise, another person was taken to the first-aid station, who showed bodily injuries seemingly produced by firearm projectile, so, it is attested that in one of the cubicles, up on a stretcher, there was a male person visibly injured, same who is lying on his

Exhibit A

66



FORMA C.G. 11



PROCURADURIA GENERAL
DE LA
REPUBLICA

back, head pointing north and the rest of his body to the opposite side, and very hardly he stated to be named JULIO CESAR SEVILLANO GONZALEZ - - - -

THIRD).- Ministerial Attestation of corpse related to DANIEL SANDOVAL ABUNDIS who presented as sign of violence apparently just a wound produced by firearm projectile with 3 holes; the first one was an entrance hole located in exterior side and middle third of left arm, the second one was an exit hole, located in interior side and middle third of the same arm, the third one was a reentrance hole, located in front side of left thorax, at the height of the nipple.

FOURTH).- With the Transcription of the report of the corpse number 1969/99 related to DANIEL SANDOVAL ABUNDIS the report reads: - - - - - Male corpse well nourished, with generalized hypothermia, moderate rigor mortis, and lividities in the back side of his body. 180 centimeters tall, cephalic perimeter of 55 centimeters, thoracic perimeter of 80 centimeters and abdominal perimeter of 70 centimeters. It had a wound produced by fire arm projectile, with 3 holes; the first one was an entrance hole located in exterior side and middle third of left arm, oval shape, 10 by 9 millimeters diameter, inverted edges, ring of Fish 5 millimeters diameter; the second one was an exit hole, located in interior side and middle third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was a reentrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges. - - - - - - - - - - - - - - - - - -

FIFTH).- With the official letter number 1728/99 signed by Forensic experts in which they submit the result of the autopsy carried on upon the corpse of DANIEL SANDOVAL ABUNDIS from which it is concluded that the death of DANIEL SANDOVAL ABUNDIS was caused due to the injuries caused in the organs affected by the projectile which produced the wound with three holes; the first one was an entrance hole located in exterior side and middle third of left arm, oval shape, 10 by 9 millimeters diameter, inverted edges, ring

Exhibit A
67

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

of Fish 5 millimeters diameter; the second one was an exit hole, located in interior side and middle third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was a reentrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIXTH).- STATEMENT RENDERED by MAGDALENA ABUNDIS ORTEGA who identified the corpse as her son whose name was DANIEL SANDOVAL ABUNDIS, and who stated that she was informed that a person coming from the United States of America had killed her son ignoring how the facts had taken place - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEVENTH).- Ministerial Attestation of a projectile extracted from the corpse of DANIEL SANDOVAL ABUNDIS which presents scratches on its structure. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Once all evidentiary elements are analyzed jointly they prove legally the mens rea and actus reus of the crime in question since physically a person was killed and the fault elements used were suitable, consisting in the causal link between the perpetration of the events and the means used the intentional will of the perpetrator, the foregoing proves that there was really a person killed with the logical intent to obtain such purpose, as it was already certified in the court records in the ministerial attestation of a corpse it is described the lifeless body, and pursuant to article 269 of The Code Of Criminal Procedures For The State Of Jalisco, such ,ministerial inspection should be considered as a full weight of evidence since it was practiced in compliance with the formalities of the law; likewise, there is described by means of the official letter 1928/99 signed by the forensic experts in which it is concluded the bodily injuries that caused the death of said person who during lifetime was named DANIEL SANDOVAL ABUNDIS, such bodily injuries were verified within the following 60 days after

Exhibit A
68

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

they were inflicted, the above demonstrated that a person was killed, and it was already attested in the court records and there is fully proven the requirements set forth in articles 116,119 and 132 of the Court Of Criminal Procedures for the State of Jalisco, violating the rules and legal provisions established in the Criminal Code.

II).- CLASSIFICATION OF THE CRIME RELATED TO THE CONDUCT. With regard to the complete analysis of the conduct perpetrated by the accused **ALDO OMAR CROTTE SAINEZ, (NO DETAINED)**, it must be considered as an **AGGRAVATED** crime in compliance with provisions set forth in article 213 related to 219 (I) in its modality of **UNFAIR ADVANTAGE**, letter (b) of the Criminal Code for the State of Jalisco, there are met the elements of **AGGRAVATED HOMICIDE.** - - - - - - - - - - - - - - - - - - - - - - - -

Related to letter (b) in its modality of **UNFAIR ADVANTAGE** set forth article 219 (I), of the Criminal Code for the State of Jalisco ,which sets that Homicide is considered **AGGRAVATED**, <u>**"When the defendant is stronger due to the weapons, instruments or objects he uses, by his greater skill with those weapons or due to the number who accompany him"**</u>. The preceding aggravating conduct is fully proven within the court records within the statements made by the deponents ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR SEVILLANO, being the first person appearing who stated that the day the facts took place he was together with some of his friends whose names are JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA nicknamed EL RATA, MARTIN nicknamed EL BULBO, MARTIN NAVARRO nicknamed EL SOBACO among others. They walked to the place where la BANDA DE LOS TEJONES hangs around, it is near a chapel in la colonia El Vigia, in Zapopan Jalisco, he stated that they were carrying no weapons, and when they got to the corner of calle La Milpa they saw three guys who were members of the band LOS TEJONES coming out of a house which is in front of the chapel. One of them was arguing with DANY and

Exhibit A

69

FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

JULIO CESAR, he saw that one of them had a gun revolver like using it to shoot two times at DANY and JULIO CESAR then he saw the same guy shooting again at their friends DANY and JULIO CESAR leaving DANIEL SANDOVAL ABUNDIS dead and his friend JULIO CESAR SEVILLANO wounded, the above is confirmed with the STATEMENT RENDERED by the second person appearing who stated that they stopped in front of the building marked with number 376 of la calle Milpa, from where a short guy with straight black hair, and about 25 years old came out. He was very angry and holding a gun and without saying a word he aimed the gun at them and began shooting them, resulting from the aforementioned the dead of his friend DANIEL SANDOVAL ABUNDIS and his friend JULIO CESAR SEVILLANO bodily injured. The person arriving stated that the person carrying the gun is named ALDO OMAR CROTE SAINZ (sic), and the above is confirmed with the STATEMENT RENDERED by the last of the persons appearing who resulted bodily injured and stated that he was informed that the members of the band LOS TEJONES had beaten his friend DANIEL, and that he could identify some members of the band like SAUL and his brother called EL TEJON as well as another couple of brothers named DAVID and RIGOBERTO this last also called EL JAPO and other one named ALDO, so on Saturday 26th being around 21:00 (twenty one hours) EL DANY, EL ROGER, EL RATA, EL BULBO, and other friends got together to go to fight LOS TEJONES. They left walking carrying sticks, stones, pipes but not any fire arm (sic). They got to the corner of LA MILPA. The house of brothers DAVID and RIGOBERTO is on that corner in front of a chapel, so they started yelling at them "COME OUT ASSHOLES TO KICK YOUR ASS" they did it several times and **ALDO went out holding the same weapon revolver like** that he had used to shoot at them previously, he ran towards them started shooting at them leaving his friend DANIEL SANDOVAL ABUNDIS dead and he ended bodily injured as a result. The above statements are supported by the material Attestation of a projectile extracted from the corpse of DANIEL SANDOVAL

Exhibit A
70

FORMA C G - 2 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

ABUNDIS. Due to the foregoing it is clear and precise that the aggressor was carrying **A FIREARM** with him. It was a fire arm caliber .22, giving as a result the dead of DANIEL SANDOVAL ABUNDIS which was caused by a wound provoked by a **FIREARM**, thus there is no doubt that there was **AN UNFAIR ADVANTAGE** in favor of the accused since it has been duly proven that he was **ARMED** while the victim was not armed, being the above confirmed with the result of the **COLORIMETRIC AND PHYSICOCHEMICAL** tests practiced on the corpse of DANIEL SANDOVAL ABUNDIS which turned out **NEGATIVE** which means that **HE NEVER MADE ANY SHOT** thus there is no doubt that **HE WAS NOT ARMED** despite there are some statements in which it is mentioned that some of the guys that accompanied the now deceased were also carrying firearms it is to take into consideration that no evidence was found in the crime scene that made us **ASSUME** the existence of more fire arms, since no case was found yet it is clear and established that the accused **DID CARRY A GUN** the same that he used to shoot the body of the today bodily injured causing him the injuries aforementioned in the respective medical report, therefore there is full certainty that ALDO OMAR CROTTE SAINEZ **HAD AN UNFAIR ADVANTAGE** over the **DEFENSELESS (NOT ARMED)** bodily injured victim. There is no doubt that the aggravating circumstances in questioned are defined in the events referred to above. - - - - - - - - - - - - - - - - - - - - - - - - - -

IV.- ELEMENTS DEFINING THE CRIME OF BODILY INJURIES.- The physical and legal existence defining crime of bodily injuries set forth in article 206 of the Criminal Code for the State of Jalisco is fully proven with Evidentiary Elements mentioned below; - - - - - - - - - - - - - - - - - - - - - - - -

a).- The assumption necessary for the completion of the crime translated in the existence of the health of a human being. - - - - - - - -

b).- The physical elements of Homicide translated in the harm of the health of a human being. - - - - - - - - - - - - - - - **Exhibit A**

**71**

FORMA C G. 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

c).- The moral element translated in the negligence of other man to harm to harm the health of another. - - - - - - - - - - - - - - - - - - - - - -

FIRST.- Ministerial Attestation where it is attested that the 26th (TWENTY SIXTH) day of the month of JUNE, 1999, (NINETEEN NINETY NINE), the Public Prosecutor appeared at the emergency room of the first-aid station of the adscription Green Cross of Zapopan, since there appeared a male person who showed wounds produced by firearm projectile; once legally at the shock room, he attested that upon an anatomic stretcher, there was a dead male person, who was lying on his back head pointing north and the rest of his body to the opposite side, and showed wounds seemingly produced by fire arm projectile in the left side of the chest, as well as in the left arm, being there ROGELIO RIOS MARTINEZ and JOSE ANTONIO NAVA VALADEZ who identified the dead person as his friend DANIEL SANDOVAL ABUNDIS, likewise, another person was taken to the first-aid station, who shows wounds seemingly produced by fire arm projectile, so, it is attested that in one of the cubicles, up on a stretcher, there was a male person visibly injured, same who is lying on his back, head pointing north and the rest of his body to the opposite side, and very hardly he stated to be named JULIO CESAR SEVILLANO GONZALEZ - - - - - - - - -

SECOND.- Ministerial Attestation of bodily injuries of JULIO CESAR SEVILLANO GONZALEZ who presented bodily injuries on his right hand as well as the left side and the clavicle midline seemingly produced by fire arm projectile shot - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIRD.- Transcription of the medical-legal report 3032/99 related to JULIO CESAR SEVILLANO GONZALEZ, the report states - - - - He shows bodily injuries seemingly produced by firearm projectile, located at left intercostal space and clavicular medial line measuring approximately 0.7 cm. diameter, of inverted edges, which seems to be the entrance hole, and at the right hand measuring approximately 0.5 cm. diameter at distance region of the index, of inverted edges, which seems to be the entrance hole, measuring

Exhibit A
72

0072

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

cm. diameter, in hipotenar region, of inverted edges, which seems to be the exit hole. Bodily injuries that, due to the kind of their nature and situation, do not endanger life and take less than 15 days to heal. Sequels are ignored. - - - - -.

**FOURTH.-** STATEMENT RENDERED by a bodily injured person named JULIO CESAR SEVILLANO GONZALEZ who stated that approximately at 09:30 hours of the 26th of the month of June of the year in progress, his friends DANIEL ABUNDIS, ROGELIO RIOS among others being a total of around twenty people, were walking along Calle La Milpa in Colonia El Vigia, because they were going to fight some guys named "Los Tejones" because they were going to defend his friend DANIEL, since he told them that two days earlier they had been bothering him, directly arriving to the house of three of those individuals, which is located in Calle Milpa; those three who live in the house where they arrived are RIGO and DAVID, who are brothers, and ALDO OMAR CROTE, (sic) and when they arrived at that house they started yelling at LOS TEJONES "come out bastards", and in that moment the brothers RIGO and DAVID came out, as well as ALDO OMAR CROTE (sic) this last holding a gun with his hand, shooting several times, DANIEL and he were walking ahead, so he felt his right hand wounded, and the left side of his chest was hurting bad, so they ran around the corner and his friend CAIN JUAN and JUANITO ALCALA arrived in a car, watching how DANIEL was falling to the ground, so they took them both to the Green Cross but before he left the place he saw his friends throwing stones at ALDO'S house and car. - - - - - - - - - - - - - - - - - - - - - -

So, once the aforementioned was analyzed we get that being around 21:30 twenty one hours and thirty minutes of the 26th twenty sixth day of the month of June of the current year at the crossing of the streets La Milpa and Del Lazo in la Colonia El Vigia, ALDO OMAR CROTE SAINEZ used a firearm revolver like caliber .22 to shoot JULIO CESAR SEVILLANO GONZALEZ causing him the injuries aforementioned in the medical report of bodily injuries number 3032

**Exhibit A**

**73**

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

being duly proven that such shots were meant to adversely affect the health of a victim, since ALDO hit him on an arm and the his left side, causing him the injuries previously mentioned in the corresponding ministerial attestation. - - -

AGGRAVATING CIRCUMSTANCES OF THE CRIME RELATED TO THE CONDUCT. With regard to the complete analysis of the conduct perpetrated by the accused, it must be considered as an **AGGRAVATED** crime in compliance with provisions set forth in article 206 related to 219 (I) in its modality of **UNFAIR ADVANTAGE**, letter (b) of the Criminal Code for the State of Jalisco herein considered as reproduced, particularly in relation to letter (b) in its modality of **UNFAIR ADVANTAGE** set forth article 219 (I), of the Criminal Code for the State of Jalisco, which sets that the injuries are considered AGGRAVATED, **"When the defendant is stronger due to the weapons, instruments or objects he uses, by his greater skill with those weapons or due to the number who accompany him"**. The preceding aggravating conduct is fully proven within the court records within the statements made by the bodily injured victim named JULIO CESAR SEVILLANO GONZALEZ who stated he was informed that the members of the band LOS TEJONES had beaten his friend DANIEL, and that he could identify some members of the band like SAUL and his brother called EL TEJON as well as another couple of brothers named DAVID and RIGOBERTO this last also called EL JAPO and other one named ALDO, so on Saturday 26th being around 21:00 (twenty one hours) EL DANY, EL ROGER, EL RATA, EL BULBO, and other friends got together to go to fight LOS TEJONES. They left walking carrying sticks, stones, pipes but not any fire arm (sic). They got to the corner of LA MILPA. The house of brothers DAVID and RIGOBERTO is on that corner in front of a chapel, so they started yelling at them "COME OUT ASSHOLES TO KICK YOUR ASS" they did it several times and **ALDO went out handing the same weapon revolver like** that he had used to shoot at them previously, he ran towards them and started shooting at them leaving his friend DANIEL SANDOVAL

Exhibit A

74