FORMA C G - 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

ABUNDIS dead and him bodily injured and the above is confirmed with the STATEMENT RENDERED by the eyewitness named JOSE ANTONIO NAVA VALADEZ who stated that the day the facts took place, they stopped in front of the building marked with number 376 of la calle Milpa, from where a short guy with straight black hair, and about 25 years old came out. He was very angry and holding a gun and **without saying a word** he aimed the gun at them and began shooting them, resulting from the aforementioned the dead of his friend DANIEL SANDOVAL ABUNDIS and his friend JULIO CESAR SEVILLANO bodily injured, and the above is confirmed with the STATEMENT RENDERED by ROGELIO RIOS RAMIREZ who stated that the day the facts took place he was together with some of his friends whose names are JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA nicknamed EL RATA, MARTIN nicknamed EL BULBO, MARTIN NAVARRO nicknamed EL SOBACO among others. They walked to the place where la BANDA DE LOS TEJONES hangs around, it is near a chapel in la colonia El Vigia, in Zapopan Jalisco, he stated that they were carrying no weapons, and when they got to the corner of calle La Milpa they saw three guys who were members of the band LOS TEJONES coming out of a house which is in front of the chapel. One of them was arguing with DANY and JULIO CESAR, he saw that one of them had a gun revolver like using it to shoot two times at DANY and JULIO CESAR then he saw the same guy shooting again at their friends DANY and JULIO CESAR leaving DANIEL SANDOVAL ABUNDIS dead and his friend JULIO CESAR SEVILLANO wounded. The statements above are supported by the Ministerial Attestation of bodily injuries of JULIO CESAR SEVILLANO GONZALEZ as well as Transcription of the medical-legal report which establishes that such injuries **WERE CAUSED BY A FIREARM PROJECTILE.** Due to the foregoing it is clear and precise that the aggressor was carrying **A FIRE ARM** with him. It was a fire arm caliber .22, leaving JULIO CESAR SEVILLANO GONZALEZ bodily injured being such injuries provoked by a **FIREARM**, thus there is no doubt that

Exhibit A

75

0075

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

there was **AN UNFAIR ADVANTAGE** in favor of the accused since it has been duly proven that he was **ARMED** while the victim was not armed, being the above confirmed with the statements given by the witnesses mentioned before, so there is no doubt that the victim **WAS NOT ARMED**, despite there are some statements in which it is mentioned that some of the guys that accompanied the now deceased were also carrying fire arms; it is to take into consideration that no evidence was found in the crime scene that made us **ASSUME** the existence of more firearms since no case was found, yet it is clear and established that the accused **DID CARRY A GUN** the same that he used to shoot the body of the today injured causing him the injuries aforementioned in the respective medical report, therefore there is full certainty that ALDO OMAR CROTTE SAINEZ had **AN UNFAIR ADVANTAGE** over the **DEFENSELESS (NOT ARMED)** bodily injured victim. There is no doubt that the aggravating circumstances in questioned are defined in the events referred to above - - - - - - - - - - - - -

    **IV).- PROBABLE CRIMINAL RESPONSIBILITY.-** The undersigned Public Prosecutor decides based on his legal criteria that the probable criminal responsibility of **ALDO OMAR COTTE SAINEZ (NO DETAINED)** in the perpetration of crime of **AGGAVATED HOMICIDE** set forth in article 213 related to Article 219 (I) in its modality of **UNFAIR ADVANTAGE** letter **b),** of the Criminal Code for the state of Jalisco, perpetrated in the harm of . **DANIEL SANDOVAL ABUNDIS** as well as his probable criminal responsibility in the crime of **AGGRAVATED BODILY INJURIES,** set forth in article 206 related to 219 (I) in its modality of **UNFAIR ADVANTAGE** clause **b)** of the Criminal Code aforementioned, perpetrated in the harm of **JULIO CESAR SEVILLANO GONZALEZ** are fully and legally proven with each and every evidentiary element mentioned in the previous findings which are herein considered as reproduced in order to avoid repetition from which it is especially the STATEMENT RENDERED by JULIO CESAR SEVILLANO GONZALEZ who

Exhibit A
76

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

stated that being around 21:00 (twenty one hours) of the 24th (twenty-fourth)
day of the month of June, of the current year, he was with a friend of his called
FERNANDO, when another friend of his called MARTIN arrived with two friends
more and MARTIN told us to help out DANY SINCE HE WAS BEING BEATEN
BY THE BAND LOS TEJONES, "as we heard that we all agreed to go there and
we got in MARTIN'S car. He took us to the corner of Cuauhtemoc and they
noticed that LOS TEJONES were beating their friends EL DANY, DESIDERIO
or EL DESI and MARTIN nicknamed EL BULBO, he could identify from LOS
TEJONES people like SAUL and his brother called EL TEJON as well as
another couple of brothers named DAVID and RIGOBERTO this last also called
EL JAPO and other one called ALDO, being these five who were beating my
friends, so they got closer to help their friends and LOS TEJONES went back
towards ALDO's car and he took out his left hand where he had a gun, using
that same hand to aim and shoot towards them without saying a word, he shot
at them 4 or 5 times without hurting anybody, afterwards ALDO started his car
went away so they decided to go back home. So being the 25th (twenty fifth) of
the month and current year he, EL DANY, EL BULBO, EL ROGER, EL RATA,
EL NIPO got together, and being around 22:00 (twenty two hours) they agreed
to go the next day 26th (twenty sixth) of the month of June to fuck LOS
TEJONES to avenge my friends beaten by them. So we agreed to meet the
next day in the house of my friend EL ROGER, so being around 21:00 (twenty
one hours) on Saturday June 26th EL DANY, EL ROGER, EL RATA, EL
BULBO, and other people got together, being a total of around 20. They all
agreed to go to the place where LOS TEJONES were, carrying sticks, stones,
tubes but no fire arm at all. They got to the corner of DE LA MILPA Street, the
house of the brothers DAVID and RIGOBERTO is on that corner in which ALDO
also lives, their house is in front of a chapel, they started yelling at them "COME
OUT ASSHOLES TO KICK YOUR ASS" so ALDO went out handing the same
weapon revolver like that he had used to shoot at them running towards them

Exhibit A

77

. FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

so DANY and he were going back, it was at that moment that ALDO started shooting at them as the brothers RIGOBERTO and DAVID were going out too. When ALDO was shooting them he felt his right hand and chest hurt. ALDO was shooting them as they were retreating. He didn't see where his friend DANY had gone and noticing that later his friends were carrying DANY who was hurt on his (sic), therefore a friend named CAIN took them to the Green Cross, and the above is confirmed with the STATEMENT RENDERED by ROGELIO RIOS MARTINEZ who stated that being around 22:30 hours of the 25th day of June of the current year, he was together with some of his friends whose names are JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA nicknamed EL RATA, MARTIN nicknamed EL BULBO, MARTIN NAVARRO nicknamed EL SOBACO among others. They were having some beers when they started saying that the band LOS TEJONES had beaten DANY, EL DESI and EL BULBO so they wanted to get even and they agreed to go to do so on Saturday 26th (twenty sixth) of June of the current year, so being around 21:30 hours on Saturday 26th of June of the current year EL DANY, EL RATA, JULIO CESAR, and his brother JUAN nicknamed EL NIPO, EL BULBO and MARTIN nicknamed EL SOBACO and some other friends who went there to help them out, got together. They walked to the place where la BANDA DE LOS TEJONES hangs around, it is near a chapel in la colonia El Vigia, in Zapopan Jalisco, he stated that they were carrying no weapons, and when they got to the corner of calle La Milpa they saw three guys who were members of the band LOS TEJONES coming out of a house which is in front of the chapel. One of them was arguing with DANY and JULIO CESAR, he saw that one of them had a gun revolver like, which use it to shoot two times at DANY and JULIO CESAR and all the others with them began running back and no more shooting was heard, thus they went back to the place where the three members of the band were and they saw the same guy shooting again at their friends and JULIO CESAR and at that moment his friends went down to the ground,

Exhibit A
78

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

RATA, EL NIPO and the deponent get closer to help DANY who had a hole at the height of the chest so they asked a friend to take DANY to the Green Cross. Another friend named CAIN got also there carrying JULIO CESAR whose hand and chest hurt since he also received a gunshot from the guy who was carrying the gun, and that his name is ALDO OMAR CROTE SAINEZ (sic). He was informed that his friend DANY died due to the gunshot he had received from ALDO OMAR, likewise it is taken the statement of a witness named JOSE ANTONIO NAVA VALADEZ who stated that June 26th twenty sixth of the current year and being around 21:30 twenty one hours and thirty minutes he got together with his friends DANIEL SANDOVAL ABUNDIS, ROGELIO, JULIO as well as other members of the band called BARRIO NICOLAS BRAVO at the crossing of the streets Cuauhtemoc and Libertad in Zapopan, and DANIEL told him to go to the chapel to fight some kids who had bothered him the day before June 25th twenty fifth, so DANY told them to go with him, and they headed to the chapel in la Colonia El Vigia. He DANIEL and JULIO were leading the way with the others behind, they were a total of around twenty and the were yelling fucking stuff, they stopped in front of the building marked with number 376 on la calle Milpa from where a short guy with black hair and about 25 years old holding a gun came out , and started aiming at them moving his gun from side to side, they were about 7 or 8 eight meters away from him, then without knowing who started the other boys began throwing stones and breaking the glass of the window of the house, so this guy got angry and began shooting at them, so that everybody ran back like half a block, and when this guy stopped shooting, he went back into his house, so then they saw DANY lying on the ground hurt by a gunshot the same as JULIO so they help them. He stated that the guy who attacked them apparently lives in The United States of America. -

- - - - - - - - - - - - -

Previous **Statements** that must be weighed under article 195 related to 194 of the Criminal Code for the State of Jalisco, since they perceived the criminal

Exhibit A
79

0079



PROCURADURIA GENERAL
DE LA
REPUBLICA

events through their senses and they didn't make them by inducement; therefore they are credible and coincide with the other evidence within the summary. So, once they are linked together with the other evidence it is concluded that they have FULL WEIGHT OF EVIDENCE, the above is confirmed with the given Ministerial Attestations to the crime scene location, of a corpse, of a bodily injured person, of a firearm projectile removed from the corpse of the now deceased. - - - - Evidence having FULL WEIGHT OF EVIDENCE under article 262 related to 269 of the Code of Criminal Procedure in force for the State of Jalisco since they were practiced in accordance with the requirements included in such law. **The report of a corpse, the transcription of the medical report of bodily injuries, and the result of the autopsy,** signed by the Forensic Experts of the Division of the Forensic Medical Service, therefore under article 220 related to 262 which is also related to 268 of the Criminal Code in force for the State of Jalisco, this Public Prosecutor's Office considered that such reports shall have FULL WEIGHT OF EVIDENCE since said report of a corpse, was performed by an Expert in Forensic Medicine - - - having also the content of the official letters number 17623/99, 17850/99, 17848/99, 17849/99 signed by experts of the Forensic Science Institute of Jalisco - - - - these last evidences set forth in article 262 related to 268 of the Criminal Prosecution in force for the State of Jalisco, **EVIDENTIARY WEIGHT** that should be granted by the Judge. Expert's opinions. : - - - - - - - - - - Evidentiary elements that once they are logically and legally linked together with the other evidence proved the EVIDENCE criminal responsibility of **ALDO OMAR CROTTE SAINEZ (NO DETAINED)** for the perpetration of the crime of **AGGRAVATED HOMICED** set forth in article 213 related to 219 (I) in its modality of **UNFAIR ADVANTAGE** letter b), of the Criminal Code for the State of Jalisco, perpetrated in the harm of **DANIEL SANDOVAL ABUNDIS** as well as his probable criminal responsibility in the crime of AGGRAVATED HOMICED set forth article 206 related to 219 (I) in its modality of **UNFAIR ADVANTAGE**

EXHIBIT A
80

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

letter **b)** of the same criminal code, perpetrated in the harm of **JULIO CESAR SEVILLANO GONZALEZ** being fully proven his criminal responsibility in the crime attributed to him, since the perpetrator showed **UNFAIR ADVANTAGE** letter **B),** since the accused was armed and the victims unarmed, fact that the perpetrator used to accomplish his bad intentions, such as taking away the life of the now deceased and left **JULIO CESAR SEVILLANO GONZALEZ** bodily injured, being fully proven the criminal responsibility of the accused, being fully proven that the accused took the life of a person in an **INTENTIONAL** way and it was already attested in the court records violating the rules and legal provisions established in the criminal code. - - - - - - - - - - - - - - - -

For all the above mentioned and under the article 8, 16 and 21 of the Mexican United States Political Constitution, 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 206, related to article 219, 213 related to article 219 (I) in its modality of **UNFAIR ADVANTAGE** letter b),of the Criminal Code of Procedures in force for the State of Jalisco, as well as 4 (I) of the New Organic Act of the Justice Attorney General's Office for the State of Jalisco, I the undersigned pronounce the following:

- - - - - - - - - - - - - - **DECISION** - - - - - - - - - - - - - - - -

**FIRST.-** Submit all the original records and their enclosures to the CRIMINAL JUDGE HEARING THE CASE so that he/she opens the respective JUDICIAL INVESTIGATION against **ALDO OMAR CROTTE SAINEZ (NO DETAINED)** for his probable criminal responsibility in the perpetration of the crime of **AGGRAVATED HOMICIDE**, set forth in the article 213 related to article 219 (I) in its modality of **UNFAIR ADVANTAGE** letter **b),** of the Criminal Code of the State of Jalisco perpetrated in the harm of **DANIEL SANDOVAL ABUNDIS** as well as, his probable criminal responsibility in the crime of **AGGRAVATED BODILY INJURIES** set forth in article 206 related to article 209 (I) in its modality of **UNFAIR ADVANTAGE** letter b) of the same criminal code

Exhibit A
81

FORMA CG - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

aforementioned, perpetrated in the harm of **JULIO CESAR SEVILLANO GONZALEZ**. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SECOND.-** Having enters the criminal action exercised by the public prosecutor as well as the action related to the moral and material redress of damage, having the right to extend or amend the criminal action exercised of the events being investigated and remitted. - - - - - - - - - - - - - - - - -

**THIRD.-** Under the requirements reunited set forth in Constitutional article 16 and article 104 of the Criminal Code for the State of Jalisco, I kindly request you Judge to issue the respective **ARREST WARRANT** for **ALDO OMAR CROTTE SAINEZ (NO DETAINED)** for the perpetration of the crime of **AGGRAVATED HOMICIDE**, set forth in article 213 related to 219 (I) in its modality of **UNFAIR ADVANTAGE**, letter b), for the Criminal Code for the State of Jalisco, perpetrated in the harm of **DANIEL SANDOVAL ABUNDIS**, as well as, his probable criminal responsibility in the crime of **AGGRAVATED BODILY INJURIES**, set forth in article 206 related to article 219 (I) in its modality of **UNFAIR ADVANTAGE** letter b), of the aforementioned Criminal Code, perpetrated in the harm of **JULIO CESAR SEVILLANO GONZALEZ**. - - - - -

**FOURTH.-** The corpse of **DANIEL SANDOVAL ABUNDIS** is not placed at your custody since his inhumation was ordered. - - - - - - - - - - - - -

**FIFTH.-** It is placed at the custody of the Securities Deposit of the State Supreme Court of Justice the firearm projectile removed from the corpse of DANIEL SANDOVAL ABUNDIS whose physical characteristics are mentioned in the Ministerial Attestation contained herein.

It was decided and signed by the undersigned Public Prosecutor for Intentional Homicides **JOSE DE JESUS HERRERA BOCANEGRA** along with his attesting personnel **ANA MARIA GARCIA MORALES AND ANGELICA PACHECO VARGAS, Clerk and Summons Server** with whom he legally acts and attests.

# Exhibit A
## 82

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

PUBLIC PROSECUTOR

signed

JOSE DE JESUS HERRERA BOCANEGRA


SECRETARY

(signed)
ANA MARIA GARCIA MORALES

SUMMONS SERVER

(signed)
ANGELICA PACHECO VARGAS

Exhibit A

83

# EXHIBIT 14

Exhibit A
84

0084

FORMA C G - 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

PUENTE GRANDE, JALISCO ON NOVEMBER 5TH 1999.

          HAVING REVIEWED.- In order to decide upon the request of an
ARREST WARRANT brought by the Public Prosecutor against ALDO OMAR
CROTTE SAINZ, for his probable criminal responsibility in the commission of
the crimes of AGGRAVATED HOMICIDE and AGGRAVATED BODILY
INJURIES committed to the harm of DANIEL SANDOVAL ABUNDIS and JULIO
CESAR SEVILLANO GONZALEZ within the criminal case 440/99-D and; ------

------------------------------------ F I N D I N G -----------------------------------

1.- The present criminal case was initiated with preliminary investigation number
13975/99, from the Office of the Public Prosecutor Specialized in Intentional
Homicides in which the following records appear: Ministerial Attestation carried
out by the Public Prosecutor assigned; Ministerial Attestation of the injuries
related to JULIO CESAR SEVILLANO GONZALEZ; statement rendered by
ROGELIO RIOS MARTINEZ; statement rendered by JOSE ANTONIO NAVA
VALADEZ, Ministerial Attestation at the crime scene location; transcript of the
medical report of JULIO CESAR SEVILLANO; statement rendered by JULIO
CESAR SEVILLANO GONZALEZ, Ministerial Attestation of a projectile;
statement rendered by JORGE ARMANDO SANDOVAL ABUNDIS; statement
rendered by MARIA LUISA CUEVAS DUEÑAS; statement rendered by
SALVADOR GONZALEZ GONZALEZ; as well as CARLOS CROTTE IBARRA,
JOSE ANTONIO NAVA VALADEZ, CARMEN BECERRA GUERRERO,
VICENTE GONZALEZ CUEVAS, JULIO CESAR SEVILLANO GONZALEZ,
ROGELIO RIOS MARTINEZ; the medical report of injuries number 17824,
signed by the doctors on duty of the Medical Services in Zapopan, Jalisco;
Ministerial Attestation carried out by the Public Prosecutor upon several objects

Exhibit A
85

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

with the identification of the corpse made by MAGDALENA ABUNDIS ORTEGA; Ministerial Attestation of a corpse; transcript of the report of a corpse; medical report number 1369/99 of the Forensic Science Institute of Jalisco, Forensic Medical Service regarding the deceased person, official letter number 17623/99/480/650 signed by the Person on Duty and the Expert in Criminalistics and Photographer in which they render a report of fixing and collecting of evidence; a set of 17 postcard-size color photographs related to the crossing of the streets at the crime scene location; official letter number 17849/99/320.3/650 by means of which a chemistry report is rendered; official letter number 17848/99/320.2/650 by means of which a colorimetry and physical chemistry report related to DANIEL SANDOVAL ABUNDIS is rendered; official letter number 17850/99/320.2/650 in which a chemistry report related to ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, CAIN JUAN EDUARDO VILLANUEVA ALVAREZ YULIO CESAR SEVILLANO is rendered as well; with the autopsy result carried out upon the corpse of DANIEL SANDOVAL ABUNDIS by forensic experts of the Forensic Science Institute of Jalisco; 18696/99/150/650 (sic) by means of which a report in Forensic Ballistics is rendered; with the death certificate related to DANIEL SANDOVAL ABUNDIS, with each and every one of the records that make up the summary, as well as the determination in which it is ordered that all the proceedings be remitted to this Presiding Court.------------------------------------------------

2.- This court was focused on knowing the present facts on November 4th, 1999, the Presiding Court was notified according to law and the Public Prosecutor took the corresponding part; proceeding to resolve upon the request of an arrest warrant under the following: ------------------------------------------------

------------------------------------------------------------------------

# Exhibit A
## 86

0086

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

————————————————— W H E R E A S —————————————————

I.- Article 16 of the Political Constitution, as far as what is contained herein is concerned, textually sets out: "An arrest warrant may only be issued by a Judicial Authority, and only if there is a previous complaint, accusation, or grievance of a determined fact that the Law defines as a crime, punished at least by imprisonment and as long as there exists information proving the corpus delicti as well as the criminal responsibility of the person being accused".

II.- CRIMINAL DEFINITION OF HOMICIDE.- That according to the Presiding Judge, the crimes of HOMICIDE and INJURIES set forth in articles 213 and 206 of the State Criminal Code in force are duly and legally proven in records; being the former committed to the detriment of DANIEL SANDOVAL ABUNDIS and the latter to the detriment of JULIO CESAR SEVILLANO GONZALEZ by ALDO OMAR CROTTE SAINEZ. ————————————————————————————

So, in order to prove the materialization of the crime of HOMICIDE, the following elements must be considered: a) the previous existence of a human life, b) the loss of the same, and c) the casual link between the conduct and the result.————————————————————————————

On the other hand, the materialization of the criminal definition of Injuries set forth in article 206 of the State Criminal Code in force, the following elements must be considered: a) To cause a harm; b) on the health of another person; c) carried out by any means; and d) the casual link between the conduct and the result.————————————————————————————

In order to justify the foregoing, the following evidentiary elements are in file the summary: ————————————————————————————

Exhibit A
87

FORMA C G - 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

1.- Ministerial Attestation carried out by the Public Prosecutor who appeared at the emergency room of the first aid station, given that a male person who stated to be wounded by a fire arm projectile had been taken therein; it was attested as well that a dead male person was found on a stretcher lying on his back head pointing north and the rest of his body towards the opposite side, who was showing wounds seemingly produced by fire arm projectile in the left side of the chest, as well as in the left arm; likewise, it is attested that RODOLFO RIOS MARTINEZ and JOSE ANTONIO NAVA VALADEZ appeared to state that at approximately nine thirty at night of the twenty sixth day of the year in progress (sic), they went to Colonia El Vigia, along with DANIEL SANDOVAL ABUNDIS and other individuals, given that they were going to fight those who get along by the chapel, because the day before they had been upsetting DANIEL, so when they arrived to said place, they heard shooting made by a "buddy" who came out of a house, they all ran away and when the shooting stopped, they came back and saw their friend DANIEL lying on the ground, so they took him to the Green Cross station in a car lent to them; likewise, it is attested that a person appeared wounded by fire arm projectile, who barely could state that his name was JULIO CESAR SEVILLANO GONZALEZ, who said that at approximately nine thirty at night they were walking along Calle La Milpa in Colonia El Vigia, together with other friends, among them was DANIEL ABUNDIS, ROGELIO RIOS and others, and they were going to fight other guys called "Los Tejones", since they had kicked DANIEL'S ass, and they were going to defend him, so they arrived at the house where three of those individuals live, their names are RIGO and DAVID, and the other one's name is ALDO OMAR CROTE, and the last mentioned came out gun in hand, and shot them several times, he felt his hand and chest injured, and his friend DANIEL fell down, so they ran and he was tran̶s̶p̶o̶r̶t̶e̶d̶ ̶b̶y̶ friends CAIN JUAN and JUANITO ALCALA to the Green Cross, and once the̶y̶

Exhibit A
88

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

doctor on duty checked up this injured person, he told me that his health condition was delicate; it is attested that there really appeared a person who stated to be named CAIN JUAN EDUARDO VILLANUEVA ALVAREZ, who coincides in what the injured JULIO CESAR SEVILLANO GONZALEZ stated, at manifesting that he just helped transfer the injured to the first-aid station, but he does not know of the circumstances of the facts in which this person got injured.

2.- Ministerial Attestation of Wounds carried out by the Public Prosecutor over JULIO CESAR SEVILLANO GONZALEZ, who attested to have him at sight, presenting wounds on the right hand as well as in the left side and the medial clavicle line, seemingly produced by fire arm projectile. -------------------

3.- ROGELIO RIOS MARTINEZ renders his statement before the Public Prosecutor assigned to the Preliminary Investigation, indicating that on July twenty six nineteen ninety nine, at around nine at night, DANIEL SANDOVAL ABUNDIS, JULIO MARTIN NAVARRO, JOSE ANTONIO NAVA and other individuals whose name he cannot recall, making a total of about twenty people, got together in Calle Moctezuma, by the Mail Offices of Zapopan; DANIEL told them they were going to Colonia El Vijia to fight some mother fuckers from Colonia El Vijia, since he told them that the day before he had had trouble with them, but the deponent ignores who were along with those who would fight; they all went to El Vijia on foot, but he was right at the back and did not know the right place, but it was by a small chapel; they did not see anyone and were going to return, they had walked a few meters when he heard some shooting, like three, so they all ran for Avenida Hidalgo, and half a block ahead, they came back because they did not hear any more shooting, but then we heard more shooting that I don't know who they were coming from, but in that moment I saw DANIEL fell on the ground, when we saw him, all of us ran towards Avenida Hidalgo, and the deponent stayed in the place along with three more

Exhibit A
89

0089

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

friends he does not recall who they were, subsequently they lifted DANIEL up to aid him, when a guy passed by on a car and he heard his friends say they were going to board the car to take DANIEL to the Green Cross. ----------------------

4.- JOSE ANTONIO NAVA VALDEZ, states that on June 26 of the year in progress, at around nine or ten at night, he was searching for trouble with some guys from the Chapel, that is El Vijia, where like fifteen friends were going along, among them were ROGELIO, JULIO, DANIEL SANDOVAL and he does not know the names of the rest of them, since DANIEL and others from those who were along with them, had been bothered the day before, so when they arrived to the Chapel, some of those friends who were along with them started to yell "hey! Whinners", "get out of your house mother fuckers", and a guy came out shooting with a gun everywhere they all were, when they heard the shooting, they ran back like half a block and when that guy stopped shooting, he went back to his house, and then they saw DANIEL lying on the ground, so ROGELIO and the deponent ran towards DANIEL and they lifted him up and carried him like two blocks crying for help to a guy whom he does not know but he was passing by, so they took him to the Green Cross, adding that he did not know how many times the guy shot, but they were several times, and the physical description of the one who shot is: short size, black hair, Van Dyke beard, and he got into the house in front of the chapel.----------------------------

5.- Ministerial attestation of the crime scene location carried out by the Public Prosecutor in charge of the Preliminary Investigation, who attests that at the crossing of Calle La Milpa and Calle del Lazo, on the north side of Calle La Milpa towards the west, there is a building marked with number three hundred sixty six, which corresponds to a Chapel, and like fifteen meters towards the west, almost at the middle part of the façade, there is an impact orifice and over the same façade in the upper part of the left end, there is a second impact

Exhibit A
90

FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPÚBLICA

orifice, and towards the west there appears building 380, in the lower part of the façade there is a third impact orifice, those three orifices were seemingly produced by fire arm projectile, over Calle del Lazo, and next to its crossing with Calle La Milpa, there is glass scattered over the ground in a diameter of approximately four meters; it is attested as well that on the south side of Calle La Milpa in front of the aforementioned buildings, there is the one with number 373 with a front of approximately eight meters, with a front parking space on the left side, two floors, the lower one is painted in white and the upper one is not painted; it is attested that over the façade, on the right side, there is a window approximately one meter wide by eighty centimeters tall, which was damaged since it had the glasses broken, on the façade, by the upper floor, there is another window which also has the glasses broken; it is attested that MARIA LUISA CUEVAS DUEÑAS is present at said building informing that previously some subjects arrived looking for a person named ALDO OMAR CROTTE, who comes from the United States and has been in the place for six days, and he rented a room in the building, ALDO arrived in a white vehicle of his property, which was damaged after being hit with stones, and those individuals were upsetting him, so he took out a fire arm and from the corner of those streets La Milpa and El Lazo he shoot at the individuals. --------------------------------

6.- Transcript of the medical report by the Public Prosecutor assigned, who transcribed the medical report number 3032/99 related to JULIO CESAR SEVILLANO GONZALEZ, who shows a wound seemingly produced by fire arm projectile, located at the level of the sixth left intercostal space, and medial clavicle line of approximately 0.7 centimeters diameter of inverted edges which is seemingly an entrance orifice, and in right hand of approximately 0.5 centimeters diameter in distal metacarpus of index finger of inverted edges, seemingly an entrance orifice of approximately one centimeter in hypothenar region of everted edges, seemingly an exit orifice, wounds that

Exhibit A
91

FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

given their situation and nature, do not endanger (sic) and take less than fifteen days to heal. ----------------------------------------------------------------

7.- Statement rendered by JULIO CESAR SEVILLANO GONZALEZ before the Public Prosecutor assigned, referring that on July 26th of the year in progress, at around nine thirty he was walking along with DANIEL ABUNDIS and other friends along Calle La Milpa towards Colonia El Vijia, where they were going to fight "Los Tejones", because they were going to defend their friend DANIEL who had been upset the day before, and he wanted them to defend him, he adds that he does know said individuals given that they live a few blocks from where he lives, they arrived directly to the house of three of those individuals, which is located in Calle La Milpa, being RIGO and DAVID of unknown surnames, and ALDO OMAR CROTTE, and when they arrived to that house, the individuals shouted "get out mother fuckers", and RIGO and DAVID came out as well as ALDO OMAR CROTTE, who was holding a gun in his hand, shooting at DANIEL and the deponent, who felt injured of his right hand, running around the corner where CAIN JUAN and JUANITO ALCALA arrived and got into a car to take them to the GREEN CROSS; seeing that DANIEL fell to the ground, adding that his friends kicked ALDO'S car and damaged the house by throwing stones at it. ----------------------------------------------------------------

JULIO CESAR SEVILLANO GONZALEZ appears once again before the Public Prosecutor and refers that actually on June 24th of the current year, at around the twenty first hour, he was outside his domicile in Calle Nicolas Bravo numero 178, in Colonia of Municipio de Zapopan, Jalisco (sic) along with a friend named FERNANDO, and they were talking when suddenly a guy named MARTIN, called "El Martin", along with two friends whose names he cannot recall, arrived on a red station wagon vehicle and at being with him, MARTIN told him that "Los Tejones were beating DANY." so that they had to go and defend him, all of

Exhibit A
92

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

them agreed and got into MARTIN'S car who took them to the corner of
Cuauhtemoc, known as "El Chaparral", where they were beating DANIEL
SANDOVAL, also known as "El Dany", DESIDERIO, also known as "El Desy",
and MARTIN, also known as "El Bulbo", and when they saw how the aforecited
were being beaten, he recognized SAUL and his brother who is called "El
Tejon", as well as other two brothers named DAVID and RIGOBERTO, called
"El Japo"; likewise, he recognized ALDO and those five were the ones who
were beating his friends, they jumped out of the car as well as MARTIN and
FERNANDO walking towards "Los Tejones" who were going towards ALDO'S
car, and when they were approaching ALDO, he took out his left hand with
which he was holding a gun, since he could see its cylinder being held towards
them without saying anything and shot them like four or five times without
injuring anyone; subsequently ALDO started his car and drove towards the
Chapel, so when they saw that they decided to leave for their houses, so the
next day, which was Friday, June 25th of that same year, "El Dany", "El Bulvo"
(sic), "El Roger", "El Rata" and his brother Juan called "El Nipo" and the
deponent, at around the twenty second hour, were having some beer at
ROGER'S house, and they accorded that on the twenty sixth of that same day
they would go to "fuck off" Los Tejones" to get even with them for what they
had done to their friends, so they agreed at ROGER'S house, so on June 26 at
around the 21 hours, he appeared with his brother JUAN at ROGER'S house,
where DANY, EL ROGER, EL RATA AND EL BULBO and others whom he
knew by sight but did not know their names were already there, they all
summed up like twenty, and after they agreed to go with Los Tejones, they
walked without carrying sticks, rocks, tubes or any other type of arm with them,
DANY and the deponent were walking towards the corner of Calle La Milpa, and
DAVID and RIGOBERTO were left behind, but when they were outside the
place where ALDO lives, they started shouting "come out mother fuckers, I owe
you some shit", and after the yelling, ALDO came out, and he saw the gun

Exhibit A
93

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

again, which was the same with which he had shot them, when he came out he shot at DANY and the deponent, so they stepped behind because in that moment they were being shot, DAVID, RIGOBERTO and ALDO came out, and when they were shooting he felt his right arm wounded, as well as his chest underneath the left nipple, so when they felt himself injured, he fell to the ground while walking backwards, so ALDO shot DANY and the deponent when they were walking back and while he was on the ground he was not able to see where DANY was, because he fell unconscious and dizzy, and felt that someone was pulling him, but a while later he recovered and it was then when he realized that his friends were carrying him, leaving him beside the Chapel, a correction is made, behind the Chapel, going towards his friend "DANY" from whom he could see an orifice at the height of the left side of his chest, and when he saw him he tried to talk to him, but he did not reply nor was he moving, so when he saw that, he preferred to leave his friend going towards the corner of a street which name he does not remember, and it was then when a friend named CAIN passed by on a car, and he told him to get on the car to be taken to the Green Cross because CAIN saw that his hand was bleeding. ---------------

8.- Ministerial Attestation of a projectile, carried out by JOSE DE JESUS HERRERA BOCANEGRA, where he attests that he had at sight a fire arm projectile extracted from the corpse of DANIEL SANDOVAL ABUNDIS. ---------

9.- The statement rendered by EDUARDO SANDOVAL ABUNDIS, who stated that ALDO OMAR CROTTE was the person who killed his brother, who hid at the place marked with number 183 of Calle Matamoros in Zapopan, where a guy known as "El Borres" lives, and he is the person who helped ALDO OMAR CROTTE, whose whereabouts are ignored; the aforementioned information was obtained by a contact whose name he cannot recall.

Exhibit A
94

FORMA C G · 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

10.- The statement rendered by MARIA LUISA CUEVAS DUEÑAS, who
stated that on June 26th of the year in progress, at around nine thirty at night he
went to buy milk to the bakery store located in Calle Cuauhtemoc and La Milpa
along with JUAN PABLO and SUSY, four and six years of age, and when she
was coming out of the bakery store, she saw a group of more than ten or fifteen
boys, who were holding rocks in their hands, and two of them were holding
guns in their hands, all of them were walking along Calle Cuauhtemoc, and they
turned by Calle La Milpa, it was then when she was walking behind them and
she saw that those who were holding rocks started to throw them at her house,
breaking windows while they were yelling let's fuck that sissy, and suddenly
they headed to the corner of La Milpa and Cerrada del Lazo, where out of the
temple, the car of a family friend was parked, he is a person to whom her
husband, her children and she house when he comes from San Francisco and
he is named ALDO OMAR CROTTE, she could clearly see so because she was
quickly going to her house while seeing that they were breaking the glasses of
her house, that they started to break the glasses of ALDO'S car and he was
inside the vehicle while they were telling him "get out sissy, we are going to kill
you and to fuck you", and they kept throwing stones at his car, and suddenly,
ALDO came out of the vehicle and ran to the house, it was then when she
heard like corn popping, and everybody started running all around, and it was
then when she arrived home, ALDO was coming out, and without saying
anything, he got into his car and left the place, seemingly afraid that those
individuals would come back to harm him; at home were her husband
SALVADOR GONZALEZ GONZALEZ and her son VICENTE GONZALEZ
CUEVAS, a while later arrived patrol vehicles, and those boarding them started
investigating and they left since seemingly there had been a person killed and
another person wounded; she told them what she had witnessed and let them in
to her house so that they could verify on their own that ALDO was inside it;
ALDO'S car is a small white car, with American license plates, and since that

**Exhibit A**
**95**

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

day, ALDO has not appeared home, and his belongings are still at the room where he used to spend the night, as he left them; she pointed out that some neighbors named CARMELITA and MARGARITA told her they had seen the facts previously described, and she was informed that the person who died was named DANIEL SANDOVAL ABUNDIS, and JULIO CESAR SEVILLANO GONZALEZ is wounded; she finally added the physical description of ALDO OMAR CROTTE which is as follows: about 28 years of age and 1.67 meters tall, strong build, light brown skin, round-shape face, regular forehead, bushy eyebrows, light brown eyes, regular mouth, thin lips, he uses moustache, Van Dyke beard, and as a distinguishing mark his back is tattooed and he is a person whom she has known for twelve or thirteen years. ------------------------

11.- SALVADOR GONZALEZ GONZALEZ, who stated in relation to the facts that took place the twenty sixth day of July (sic) of the current year and being around 20:30 twenty two hours (sic), he was in the upper part of his house together with his son VICENTE GONZALEZ since his wife MARIA LUISA CUEVAS DUEÑAS had gone to the store, when suddenly a glass of the window facing the street was broken since the pieces of broken glass fell over him, he stood up and stuck his head out of the window seeing that there were around fifteen guys (sic). They were around 8 meters away from him and he could see them carrying pistols and yelling "we are going to fuck that fag", so since he couldn't see who they were referring to and seeing that they were throwing stones at his house, he decided to go out, when he was going out, he heard several explosions, as pop of corn, so he stayed inside the house behind the entrance door which was not closed, then ALDO a friend of his family and who currently lives in his house ran into the house and went upstairs, then he ran out and got in the car that was parked on the corner of his house, outside the temple on la calle cerrada del Lazo y La Milpa. ALDO left and Salvador didn't know where. Salvador said that by the time ALDO ran into the house after the

Exhibit A

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

explosions he had heard, everybody was running all around the place. His wife then arrived and told him what had happened. She told him that she had seen those guys throwing stones at the house and were threatening ALDO, she was afraid of those guys, that's why she got into her house till the police of Zapopan arrived. The police asked them what had happened and informed them that a boy had gotten killed. After knowing this they let the police enter their house to verify that ALDO was not hiding there. They said that they have not either seen him or known where he is since the majority of his family live in California. He was informed that the deceased person was DANIEL SANDOVAL ABUNDIS and JULIO CESAR SEVILLANO GONZALEZ the injured one. He didn't know either of them but he was told they were from the neighborhood. He gave the physical characteristics of ALDO: he is about 28 years old, strong build, kind of short, light olive, short hair, regular forehead, beetle-browed, regular nose, regular mouth, thin lips, light-brown eyed; he wears mustache and Van Dyke beard, and that is everything he's got to state. ------------------------------------------

12.- CARLOS CROTTE GUEVARA appeared and stated that his son had trouble with the authority. He is informed that a person had died and other was injured but he wants to have investigated to what extent his son ALDO OMAR CROTTE was involved. He also stated that ALDO OMAR CROTTE is son of MARIA AUXILIO SAINEZ, and he received all his belongings from MARIA LUISA CUEVAS DUEÑAS and SALVADOR GONZALEZ GONZALEZ who were the people whom he lived with during vacation in this city and very good friends of him for several years. He knew that the person who had died was named DANIEL SANDOVAL ABUNDIZ and JULIO CESAR SEVILLANO GONZALEZ the injured one, people who were from the same neighborhood where his son lived in la colonia El Vigia, and whose physical characteristics are: He is 28 years old, strong build, 1.65 one meter and sixty five centimeters height, light olive, short hair, regular forehead, beetle-browed, regular nose, regular mouth

Exhibit A
97

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

thin lips, light-brown eyed, he wears mustache and Van Dyke beard, ignoring if he has got any tattoos". ------------------------------------------------------------

    13.- The STATEMENT RENDERED by JOSE ANTONIO NAVA VALADEZ, who stated that the twenty sixth day of July (sic) of the current year and being around 21:30 twenty one hours and thirty minutes he got together with his friends DANIEL SANDOVAL ABUNDIS, ROGELIO, JULIO at the crossing of the streets Cuauhtemoc and Libertad in Zapopan as well as other members of the band called BARRIO NICOLAS BRAVO, and el Barrio U.R. whose members he didn't know except DANIEL SANDOVAL ABUNDIS who told him to go to the chapel to fight some kids who had bothered him the day before June 25th twenty fifth, that was why he had called his buddies, so DANY told them to go with him walking along the street that leads to the barrio of the chapel in la Colonia El Vigia. He, DANIEL SANDOVAL ABUNDIS and JULIO nicknamed EL JULY or JUI were leading the way with the others behind, they were a total of around twenty, walking along the street that leads to the chapel in la Colonia El Vigia, all of them were yelling fucking stuff. A photograph marked with number 14 showing a building painted white on the lower part and no painting on the upper part with two windows shaped like arches from where a short guy about a meter and sixty centimeters tall, thin, with black hair and about 25 years old came out. He came out of the building marked with the number 373 of la Calle Milpa apparently drunk and holding a gun, he started aiming at them moving his gun from side to side, they were about 7 or 8 eight meters away from him because he was holding the gun, then without knowing who started the other boys began yelling and throwing stones breaking the glass of the window of the house from where he had come out , as well as the glasses of a car parked outside the building, so this guy got angry and began shooting at them, so that everybody ran back like half a block then this guy stopped shooting, and went back into his house, then they saw DANY lying on

Exhibit A
98

FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

the ground hurt by a gunshot the same as JULIO being a distance of about three meters between them at the middle of the street where ALDO had shot, so they helped them. He stated that they had gone to fight no specific guy but the guys that hang around the chapel and that they had never seen the guy who shot at them before. The only thing that he knows is that the guy who attacked them apparently lives in The United States of America. ————————————————

14.- The STATEMENT RENDERED by CARMEN BECERRA GUERRERO who stated that related to the facts that took place the day that EL DANY died, being around twenty one hours and thirty minutes of the 26th twenty sixth day of the month of June 1999 nineteen ninety nine, she was buying some corns on the cob in the corner of Sabino Delgado and Cuahutemoc (sic) and saw a bunch of boys holding little haversacks, so when they got to the corner they took out little pistols apparently caliber .22 from the little haversacks and started to shoot towards calle Milpa while yelling "DON'T CHICKEN OUT , DON'T YOU HAVE ANY BALLS , COME AND GET SOME, I'LL STICK IT UP YOUR ASS " then suddenly these guys and girls began running towards calle Cuahutemoc (sic) while a young guy fell to the floor on the corner of la calle Milpa. Two guys went back to help him by dragging him away, then she knew that they hade taken him in a car to the Green Cross where he died. One of the guys carrying arms was JUAN ALCALA who lives around la calle Cuahutemoc (sic). Adding that those guys had fought the day before in the same street because of a son of Don Ramon and that they were going there to run riot in the neighborhood. She has lived there for twenty years therefore she knows the majority of the young boys and they are calm. ————————————————

15.- VICENTE GONZALEZ CUEVAS appeared to state that the 26th t twenty sixth day of the month of June the current year and being around 13:00 twenty two hours, he was sleeping in his house when he heard some noises

Exhibit A
99

0099

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

coming from the street, so he stood up and stuck his head out of the window seeing that there were around twenty guys who were throwing stones at his house and yelling "get out you motherfuckers, this time we are going to kill you" noticing that some of them were carrying guns and without knowing who they were since he doesn't know them, so he went back and heard several explosions around eight made by a firearm, then he went upstairs to check if his mother was inside because she had gone to buy some things. His parents were inside the house and the guys who were attacking his house and yelling bad words started to retreat and the police cars arrived. ------------------------------

16.- STATEMENT RENDERED by ROGELIO RIOS MARTINEZ who stated that being around 22:30 twenty two hours and thirty minutes of the 25th twenty fifth day of June 1999 nineteen ninety nine, he was outside his house located on calle Moctezuma number 179 in Zapopan. He was having some beers and alcoholic beverages together with Julio Cesar, Daniel Sandoval, Antonio Nava (A.K.A.) el rata, Martin (A.K.A.) el bulbo, Martin Navarro (A.K.A.) EL SOBACO. They started saying that the band LOS TEJONES had fucked Dani, EL TESE (sic) and EL BULBO, so they wanted to get even and they agreed to get together outside his house on Saturday twenty sixth at 12:00 (sic) twenty one hours to go to take their revenge. El  Dani, El rata, Julio Cesar (A.K.A.) el Nipo, el bulbo, el martin, el sobaco, and some other friends who he knows by sight and went there to help them out, got together. They walked to a chapel in la colonia el Bigia (sic), he stated that they were carrying no weapons. He fell behind since he was tying his shoelaces, the rest got to the corner of calle La Milpa then the deponent got closer and saw three male persons who were members of the band Los tejones coming out of a house which is in front of the chapel. One of them was arguing with el Dani and Julio Cesar, he saw that one of them had a revolver and began to shoot two times at el Dani and Julio Cesar, so he began running back and when no more shooting was heard,

Exhibit A
100

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

he went back to the place where the three members of the band were and he saw the same guy shooting again at their friends el Dani and Julio Cesar who went down to the ground, EL NIPO, EL RATA and the deponent got closer to help Dani who had a hole at the height of the left part of the chest and a blood stain. They noticed that he didn't speak so they asked a friend whose name he doesn't recall to take Dani, EL RATA, EL CAIN and Julio Cesar who also had his chest hurt by a gunshot made by one the three guys to the Green cross. Julio Cesar told them that the person who had shot was ALDO OMAR CROTTE SAINES (sic). ------------------------------------------------------------------------

17.- Medical Report of bodily injuries number 17824 signed by the doctors of the Emergency Medical Services of the Constitutional Council of Zapopan in which it is observed that the injuries caused on the victim do not endanger life and take more than fifteen days to heal (sic), ------------------

18.- With the Ministerial Attestation practiced by the Public Prosecutor assigned to the Preliminary Investigation who went to the Green Cross and attested that there appeared a dead male person of around 20 years of age upon an anatomic stretcher lying on his back head pointing north and the rest of his body to the opposite side. He was wearing boxer shorts, two metal chains on the neck, a cloth bracelet on the wrist and it is a it is a corpse about one meter and seventy centimeters tall, thin build, light brown skin, straight black hair, regular forehead, brown eyes, straight nose, no mustache, no beard, regular lips with no other particular sign. Rogelio Rios Martinez identified who during lifetime was named DANIEL SANDOVAL ABUNDIS. It was also presented Julio Cesar Sevillano Gonzalez who turned out bodily injured by a fire arm, and it is attested the existence of a black plastic bag containing: a torn blue shirt, a white t-shirt, a pair of tennis shoes trademark Naik (sic) with a white

**Exhibit A**
**101**

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

sock in each of them, a pair of jeans containing a wallet with a pocket agenda,
and several key rings and a bunch (sic). --------------------------------------------------

19.- MAGDALENA ABUNDIS ORTEGA appeared before the Public
Prosecutor's Office to fully identify the corpse at her sight who was identified as
her son who during lifetime was named DANIEL SANDOVAL ABUNDIS, and
that at around 22:00 twenty two hours of the 26th twenty sixth day of July (sic)
she was in her house and was informed by her son Oscar Eduardo Sandoval
that her other son had been hurt and taken to the Green Cross. She went to
such place where she was informed that her son had died ignoring the facts. --

20.- With the Ministerial Attestation of a corpse practiced by the Social
Representation where it is attested to have at sight DANIEL SANDOVAL
ABUNDIS who presented as sign of violence apparently just a wound produced
by firearm projectile with 3 holes; the first one was an entrance hole located in
exterior side and middle third of left arm, the second one was an exit hole,
located in interior side and middle third of the same arm, the third one was a
reentrance hole, located in front side of left thorax, at the height of the nipple. ---

21.- Transcription of report of the corpse made by the Public Prosecutor
who proceeded to transcript the report of the corpse related to DANIEL
SANDOVAL ABUNDIS, the report reads; Male corpse well nourished, with
generalized hypothermia, moderate rigor mortis, and lividities in the back side of
his body. 180 centimeters tall, cephalic perimeter of 55 centimeters, thoracic
perimeter of 80 centimeters and abdominal perimeter of 70 centimeters. It had a
wound produced by fire arm projectile, with 3 holes; the first one was an
entrance hole located in exterior side and middle third of left arm, oval shape,
10 by 9 millimeters diameter, inverted edges, ring of Fish 5 millimeters
diameter; the second one was an exit hole, located in interior side and middle

**Exhibit A**
**102**

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

third of the same arm, oval shape, 9 by 8 millimeters diameter and everted edges; the third one was a reentrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, 14 by 10 millimeters diameter and inverted edges. ------------

22.- Official Letter number 1369/99 signed by Doctor Arcelia Oropesa Biruett assigned to the forensic medical service of the Forensic Science Institute of Jalisco who emitted the medical report of DAVID SANDOVAL ABUNDIS -----

23.- 17623/99/480/650 signed by Arturo Cisneros Cuarenta, Criminology Expert Victor Hugo Garcia Aceves, and the Expert in Photography Filiberto de la Roca Salas who submitted the fixing and gathering of the pieces of evidence attaching planimetry. They went to the building marked with the number 376 of la Calle Milpa to the East, to la calle del Laso in la Colonia el Bijia (sic) where a meticulous observation of the pieces of evidence was performed. ------------------

24.- A set of 17 seventeen color photographs postcard size, related to the place where the facts took place. -------------------------------------------------

25.- Official Letter number 17849/99/320.3/650 signed by Chemistry Experts Jesus Reyes de la Torre Villegas and Dario Molina Arvisu assigned to the Chemistry Laboratory in service of the Division of Expert Services of the Forensic Science Institute of Jalisco in order to examine the material sent to them to perform the Walker test obtaining negative results. ------------------

26.- Official Letter number 17848/99/320.2/650 signed by Chemistry Experts Jesus Reyes de la Torre Villegas and Dario Molina Arvizu in which they emit the Chemistry result of the tests performed on DANIA SANDOVAL ABUNDIS (sic) with negative results. --------------------------------

Exhibit A
103

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

27.- Official Letter number 17850/99/320.2/650 in which the Chemistry result of the colorimetric and physicochemical tests related to Rogelio Rios Martinez, Jose Antonio Nava Valadez, Cain Juan Eduardo Villanueva Alvarez, Julio Cesar Sevillano is emitted. --------------------------------------------------

28.- Official Letter number 1266/99 signed by Doctor (sic) Arcelia Oropesas Viruet and Elias Avila Perez in which they submit the result of the autopsy carried out upon the corpse of DANIEL SANDOVAL ABUNDIS in which it is informed that the corpse showed a wound produced by fire arm projectile, with three holes; the first one was an entrance hole located in exterior side and middle third of left arm, oval shape, ten by nine millimeters diameter, inverted edges, ring of Fish five millimeters diameter ; the second one was an exit hole, located in interior side and middle third of the same arm, oval shape, nine by eight millimeters diameter and inverted edges (sic); the third one was also an entrance hole, located in front side of left hemithorax, at the height of the third intercostal space and over external clavicle line, oval shape, fourteen by ten millimeters diameter and inverted edges; CRANIUM brain and cerebellum of normal weight and volume, pale and anemic, without traumatic alterations.- NECK, esophagus, trachea and thick bronchi free.- THORAX AND ABDOMEN, the path followed by the projectile that produced the wound described was from left to right, slightly from back to front and from top to bottom; on its path, it injured muscles of the arm, subsequently it perforated the left pleural cavity, where it perforated the upper lobe of the lung, then the pericardium and finally the heart, following a descending trajectory, it perforated the diaphragm penetrating the abdominal cavity where it injured the left lobe of the liver, perforating pancreas and being lodged in its parenchyma, from where it was extracted for further remission; approximately three thousand and eight hundred c.c. of free blood in these cavities (thorax and abdomen) it was collected. Spleen of normal shape and volume; the amount of ethylic alcohol in blood

Exhibit A
104

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

calculated in the Division of Expert Reports, was positive. It is concluded that the death of DANIEL SANDOVAL ABUNDIS was caused due to the injuries caused in the organs involved by the projectile which produced the wound described and verified within sixty days since he was wounded. ------------------

29.- Official Letter number 18696/99/150/650 signed by Forensic Ballistics Expert Sergio Palacios Reynoso in which it is informed the result of the test performed on the projectile extracted from the corpse of who during lifetime was named DANIEL SANDOVAL ABUNDIS, concluding that the projectile corresponds to .22 caliber (Long-Rifle) lead-bullet, and an original weight of forty grains (sic) 2.59 grains (sic). ------------------------------------------

30.- Death Record number 56769 issued by Office number 01 of Zapopan, Jalisco related to DANIEL SANDOVAL ABUNDIS, registered in the book 05 five, record 806, the 27th twenty seventh day of the month of June 1999 nineteen ninety nine from which it is concluded that the death of the aforementioned was caused due to the wound produced by a fire arm projectile penetrating thorax and abdomen. ------------------------------------------------

The above elements even when isolated they are just classified as pieces of evidence once they are logically linked together and weighed under articles 264,265,266,268,269,271,272 of the Code of Criminal Procedure for the Entity they justify that around 21:30 twenty one hours and thirty minutes of the 26th twenty sixth of June 1999 nineteen ninety nine the victim DANIEL SANDOVAL ABUNDIS was alive and then he died because of the injuries inflected by a firearm and his death was verified within the following 60 days after they were inflicted without any justification, injuries cited in the corresponding Ministerial Attestation and which caused the decease of the victim according to the result of the autopsy on page (59 of the original

Exhibit A
105

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

summary) and somebody caused the injuries showed by the victim JULIO
CESAR SEVILLANO GONZALEZ as it has been attested in the respective
Ministerial Attestation and bodily injuries medical report, harming his health,
injuries that due to the kind of their nature and situation, do NOT endanger life
and take more than 15 days to heal meeting each and every constitutive
element of the crimes of HOMICIDE AND BODILY INJURIES set forth in article
213 and article 206 of the Criminal Code in force for the Entity, related to (I) of
the article 6 of the criminal code aforementioned under the articles 116,117,119
and 132 of the Criminal Code in the State. - - - - - - - - - - - - - - - - - -

Regarding to the circumstance of aggravation referred by the Public Prosecutor
in his conclusion related to the crimes of HOMICIDE AND INJURIES the
Undersigned Judge estimated that the aggravating circumstance pursuant to (I)
article 219 letter B) in which it is considered aggravated "when the defendant is
stronger due to the weapons, instruments or objects he uses, by his greater skill
with those weapons or due to the number who accompany him" is not met since
the aggravating circumstance of unfair advantage it's not met just by the
superiority of the perpetrator over the victim but besides it is also necessary that
the perpetrator doesn't run any risk at all, he needs to be in a situation of
invulnerability based on the criterion supported by The First Division of the
Supreme Court of Justice of the Nation in the Judicial Precedent number 292
and 294 of the Second Part, Sixth Epoch, Appendix 1917-1985 of the Weekly
Judicial Gazette, pages 641 and 642 which reads. - - - - - - - - - - - - -

UNFAIR ADVANTAGE, AWARENESS OF THE. Unfair advantage in any
of the circumstances contemplated in the Criminal Law, in order for it to exist,
can only be punished as an aggravating circumstance of the crime, if the
perpetrator is fully aware of his superiority over the victim... "

UNFAIR    ADVANTAGE,    EXISTANCE    OF    AGGRAVATING
CIRCUMSTANCE. – To complete the aggravating circumstance of UNFAIR
ADVANTAGE it is not enough the existence of facts constituting one or more

Exhibit A
106

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

hypotheses defined specifically by the criminal code specifying the facts that may constitute it, but it is necessary that the aggravating circumstance has a specific nature in which the perpetrator does not run any risk of being killed or bodily injured.

So, in this specific case the Public Prosecutor's Office did not justify the respective considerations from which it concluded that the perpetrator was aware of his superiority, of being stronger, more skilled, and he did not run any risk of being bodily injured or killed, therefore this office is not technically able to carry out an analysis "ex-oficio" of the aggravating circumstance in question, since the Public Prosecutor made reference of the subjective element, it can not be studied, because it would violate what it is established by the article 21 of our Constitution in harm of the accused, therefore such aggravating circumstance will be considered undemonstrated, not taking it into consideration to influence on the penalty and the crime of HOMICIDE AND INJURIES will be considered just as intentional conduct, as well as, the statements made by JULO CESAR SEVILLANO who stated that they went along la calle Milpa in el Vigia. They were around 20 persons then they found DAVID RIGO AND ALDO and this last shot some times at DANIEL and him, to later hurt them. And ROGELIO RIOS MARTINEZ claimed that he was having some beers along with some friends, among them were JULIO CESAR AND DANIEL SANDOVAL, then they started to say that they wanted to get even with the band Los Tejones, so they agreed to go the chapel in la colonia El Vigia, and they got to a house and outside such house there were three persons and one of them was carrying a pistol; JOSE ANTONIO NAVA VALADEZ stated that the day the facts took place he went with some friends who told him they were going to fight to the chapel, they were about twenty people and when they got to the building from where an guy came out holding a pistol aiming at everybody without distinction, he was very angry because they were yelling. If it made the previous statements reported that DANIEL SANDOVAL ABUNDIS lost his life

Exhibit A
107

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

due to a wound caused by a fire arm projectile, as well as JULIO CESAR SEVILLANO GONZALEZ suffered wounds that, due to the kind of their nature and situation, do not endanger life and take more than 15 days to heal, wounds which were provoked by a firearm projectile, likewise the attestations and constancies that complete the summary, it was not determined that at the time the crime took place the accused was aware of his superiority or that he was not in any danger, because it is necessary a subjective element to be present in the intention of the perpetrator to consider the aforementioned aggravating circumstances met, thus the existence of the aggravating circumstance of UNFAIR ADVANTAGE can not be proven in proceedings. - - - - - - - - - - -

IV.- PROBABLE CRIMINAL RESPONSABILITY.- That in concept of the Undersigned Judge it is duly and legally proven in proceedings the probable criminal responsibility of the defendant ALDO OMAR CROTTE SAINEZ in the perpetration of the crimes of INTENTIONAL SIMPLE HOMICIDE AND BODILY INJURIES the former perpetrated in the harm of who during lifetime was named DANIEL SANDOVAL ABUNDIS and the latter in the harm of JULIO CESAR SEVILLANO GONZALEZ. - - - - - - - - - - - - - - - - - - - - - - - - -

The aforementioned determination is based on the evidentiary elements that have been duly reported in the aforecited whereas, form which outstands due to its importance and relevance the STATEMENT RENDERED by the victim JULIO CESAR SEVILLANO GONZALEZ, the same that before the Public Prosecutor's Office stated that around twenty one hours of the twenty fourth day of June the current year, he was outside his house located on la calle Nicolas Bravo number 178 in la Colonia del Municipio de Zapopan, Jalisco. He was with a friend named FERNANDO and as they were chatting MARTIN nicknamed EL MARTIN and other two friends whose names he doesn't remember got there in a red vehicle station wagon like. Then MARTIN told them the band LOS

Exhibit A
108

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

TEJONES were beating DANY and ask them to help him out, so they all got into MARTIN'S car and he took them to the corner of Cuauhtemoc that place is known as El Chaparral where DANIEL SANDOVAL nicknamed EL DANY, DESIDERIO nicknamed El Desi and MARTIN nicknamed El Bulbo were being beaten. While LOS TEJONES were beaten them he identified SAUL and his brother who is nicknamed El Tejon, as well as other couple of brothers named DAVID AND RIGOBERTO nicknamed El Japo and he also identified ALDO being these five who were beating his friends, so as he saw this he got out of the car together with MARTIN and FERNANDO, as they were getting closer to help their friends, LOS TEJONES went back towards ALDO'S car, so they got in ALDO'S car and he took out his left hand where he had a gun that looked like a revolver since he saw its cylinder, using that same hand to aim and shoot towards them without saying a word, he shot them about 1(sic) or 4 or 5 times without anybody, after shooting at them ALDO started his car and went with his friends to the chapel so seeing this they decided to go back home. The next day on Friday of the twenty fifth of the month of June the current year, he and his friends EL DANY, EL BULVO (sic), EL ROGER, EL RATA, and his brother JUAN nicknamed EL NIPO got together, being around twenty two hours they were outside ROGER'S house having some beers and all agreed to go the twenty sixth day of the same month to fuck LOS TEJONES to avenge their friends beaten by them. So they agreed to meet the next day in the house of his friend EL ROGER, so being around twenty one hours of the twenty sixth day of June, his brother JUAN and he got to the house of EL ROGER and there were his friends EL DANY, EL ROGER, EL RATA, EL BULBO, and other people that he only knew by sight, being a total of around twenty people. They started to talk about going to the place where LOS TEJONES were, and once they all agreed they left walking without carrying any sticks, stones, pipes or any other kind of weapon. Once they were walking they got to the corner of la Milpa, and DANY and the deponent stay behind such corner, the brother

Exhibit A
109

FORMA C G-. 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

DAVID and RIGOBERTO (sic), so when EL DANY and he were outside the house where ALDO lives, they started to yell "come out assholes to kick your ass" so ALDO went out handing the same weapon revolver like that he had used to shoot at them previously, when ALDO went out he ran towards them aiming his gun at DANY and the deponent, so DANY and he were going back, it was at that moment that the shooting started as DAVID, RIGOBERTO and ALDO were going out and then he felt his right hand as well as his chest right under his left nipple hurt, he felt that he had been hurt and fell to the ground while going back, since ALDO was shooting them as they were retreating. When he was on the ground he didn't see where his friend DANY had gone because he was a bit unconscious and dizzy, but he felt that he was being dragged, he got better after a while and then he noticed that his friends were carrying him and left him by the chapel "a correction is made" behind the chapel, so he went towards DANY and noticed that there was a hole on his shirt around the left part of his chest, he started to talk to him but DANY neither answer nor could he move, so seeing this he better got away from his friend DANY and went to the corner of the street which name he doesn't remember, at that moment a friend of his named CAIN was passing by together with another boy and CAIN told him to get into the car to take him to the GREEN CROSS because he noticed his hand was bleeding, ministerial attestation which evidentiary weight is granted in compliance with the article 266 of the Criminal Code for the State since it is corroborated with other evidentiary elements, like the STATEMENT RENDERED by ROGELIO RIOS MARTINEZ who stated that at around nine hours at night in la calle Moctezuma where the post office of Zapopan is, DANIEL SANDOVAL ABUNDIS, JULIO MARTIN NAVARRO, JOSE ANTONIO NAVA as well as other persons he doesn't know their names got together. They were a total of around twenty. Daniel told them that they were going to la Colonia el Vigia to fight some "fucking batos" from la colonia el Vijia, since he had had problems with them the day before. The deponent didn't

Exhibit A
110

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

know who they were going to fight. They walked to the Vijia but he was a little behind, without knowing the exact place but it was near a chapel. since they saw nobody they were going back, when they had walked a few meters they heard gunshots so all of them ran like half a block towards avenida Hidalgo, when they heard no more gunshots they went back to the same place, then he heard other gunshots, without knowing either how many they were or who had shot, then he saw his friend DANIEL falling down, and seeing this everybody ran to avenida Hidalgo, staying there just he and three of his friends without remembering who they were to help DANIEL, so they stopped a guy in his car and took DANIEL to the Green Cross; JOSE ANTONIO NAVA VALADEZ, for his part, stated that the twenty sixth of June the current year, at around nine or ten at night, he was going to fight some pals from the chapel, that is to El Vigia, and they were more than fifteen, all of them friends of his and among them were ROGELIO, JULIO, DANIEL SANDOVAL, and he did not remember the others by their names, given that DANIEL and others who were there commented, that the day before, the guys from the chapel had been upsetting them, and when they were getting to the chapel, some of his friends started yelling fucking stuff like " you whiners, get out of your house, mother fuckers", and then a guy came out, and started shooting towards where they were with his gun, and when they heard the shooting, everybody ran back like half a block and when the shooting stopped, they saw DANIEL lying on the ground, so ROGELIO and the deponent went towards him, they lifted him up and carried him for about two blocks, and asked for help to a guy who he doesn't know but was driving by, heading to the Green Cross, stating that he didn't know how many times that guy had shot but he, was short, had black hair, Van Dyke beard, and he entered the house which is in front of the chapel; Ministerial Statements which have full weight of evidence pursuant to article 264 of the Code of Criminal Procedures in force in the State, because it has the circumstances of manner, time, and place of the criminal conduct; in addition to the above in addition to the above (sic) there is

Exhibit A
111

FORMA C G . 1 a



PROCURADURIA GENERAL
DE LA
REPUBLICA

the STATEMENT RENDERED by MARIA LUISA CUEVAS DUEÑAS who
stated that the twenty sixth of June of the current year at around the 21:30
twenty one hours and thirty minutes she saw a group of ten or fifteen boys, who
were holding rocks in their hands and two of them were carrying pistols, they
were walking along la Calle de Cuauhtemoc to then turned around the corner of
la calle La Milpa, she followed them and then they started throwing rocks at her
house breaking the glasses, while they were yelling "let's fuck that sissy". They
headed to the corner of La Milpa and Cerrada del Lazo, there outside the
temple the car of a friend of her family to whom her sons and wife (sic) offer her
house when he arrives from San Francisco was parked, he is named ALDO
OMAR CROTTE. Then those guys started to break the glasses of her house
and the glasses of ALDO'S car and he was inside while they were telling him
GET OUT SISSY, WE ARE GOING TO KILL YOU AND TO FUCK YOU,
throwing stones at him, and then ALDO came out of the vehicle and ran into the
house. It was then when she heard roaring, as pop of corn, and everybody
started running all around, then when she arrived home, ALDO was coming out
and without saying a word, he got into his car and left the place, apparently for
fear of being hurt. SALVADOR GOMEZ GONZALEZ (sic) and her son
VICENTE GONZALEZ CUEVAS were inside her house. Then she provided the
physical description of ALDO OMAR CROTTE, he is 28 years old, around 1.67
centimeters (sic), strong build, light brown skin, round-shape face, regular
forehead, bushy eyebrows, light brown eyes, regular mouth, thin lips, he uses
moustache, Van Dyke beard, and as a distinguishing mark his back is wholly
tattooed, and that she was acquainted with him for about 12 to 13 years,
Ministerial Statement which have full weight of evidence pursuant to article 265
of the Code of Criminal Procedures in force for the State, in addition to the
above there is the Ministerial Attestation made by the Public Prosecutor who
appeared at the emergency room of the first-aid station of the Red Cross of Zapopan, since there appeared a male person who showed wounds

Exhibit A
112

0112



PROCURADURIA GENERAL
DE LA
REPUBLICA

produced by fire arm projectile; once legally at the shock room, he attested that upon an anatomic stretcher, there was a dead male person, who was lying on his back head pointing north and the rest of his body to the opposite side, and showed wounds seemingly produced by firearm projectile in the left side of the chest, as well as in the left arm, being there ROGELIO RIOS MARTINEZ and JOSE ANTONIO NAVA VALADEZ who stated that being around nine and a half at night of the twenty sixth current year they went to la Colonia el Vijia together with DANIEL SANDOVAL ABUNDIS and other guys since they were going to fight the guys who hang around the chapel because they had bothered their friend DANIEL the day before and when they got to such place they heard some gunshots made by a "guy" who came out of a house and that ran away, then when the shooting stopped they went back and saw their friend DANIEL lying on the floor, so they took him to the Green Cross in a car that a person had lent them, likewise, it is attested that another person was taken to the first-aid station, who showed wounds seemingly produced by firearm projectile, and very hardly stated to be named JULIO CESAR SEVILLANO GONZALEZ who stated that around nine and a half at night they were walking along Calle La Milpa in Colonia El Vigia, together with DANIEL ABUNDIS, ROGELIO RIOS, and others because they were going to fight some "batos" called "Los Tejones" because these guys had beaten his friend Daniel and they were going to defend him. They arrived directly to the house of three of those individuals, two of them are RIGO and DAVID, who are brothers, and the other is named ALDO OMAR CROTTE this last came out holding a gun with his hand, shooting several times, so the deponent felt his hand and chest wounded, so their friends CAIN JUAN and JUANITO ALCALA ran and took them to the Green Cross, being there CAIN JUAN EDUARDO VILLANUEVA ALVAREZ who agrees with the stated by the injured JULIO CESAR SEVILLANO, but he ignores under which circumstances the facts took place, likewise a set of 17 seventeen color photographs related to the place where the facts took place, likewise the

Exhibit A
113

FORMA CG-1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

Official Letter number 17849/99/320.3/650 signed by Chemistry Experts Jesus Reyes de la Torre Villegas and Dario Molina Arvisu (sic) assigned to the Chemistry Laboratory in service of the Division of Expert Services of the Forensic Science Institute of Jalisco in order to examine the material sent to them to perform the Walker test obtaining negative results, adding to the above the Official Letter number 17848/99/320.2/650 signed by Chemistry Experts Jesus Reyes de la Torre Villegas and Dario Molina Arvizu in which they emit the Chemistry result of the tests performed on DANIAL SANDOVAL ABUNDIS (sic) with negative results and the Official Letter number 17850/99/320.2/650 in which the Chemistry result of the colorimetric and physicochemical tests related to Rogelio Rios Martinez, Jose Antonio Nava Valadez, Cain Juan Eduardo Villanueva Alvarez, Julio Cesar Sevillano is emitted; Official Letter number 1266/99 signed by Doctor Arcelia Oropesas Viruet and Elias Avila Perez in which they submit the result of the autopsy carried out upon the corpse of DANIEL SANDOVAL ABUNDIS in which it is concluded that death of DANIEL SANDOVAL ABUNDIS was caused due to the injuries caused in the organs involved by the projectile which produced the wound described and verified within sixty days since he was wounded, as well as the medical report of injuries number 3032 signed by the doctors of the Green Cross related to JULIO CESAR SEVILLANO GONZALEZ concluding that such bodily injuries due to the kind of their nature and situation, do not endanger life and take more than 15 days to heal, evidentiary elements in compliance with articles 264, 265, 266, 268, 269, 271, 272 and 275 of the Criminal Code for the State, they have full weight of evidence together with the rest of the records in the present decision, since according to the pieces of evidence and taking into consideration the nature of the different circumstances that took place in it, as well as, a logical, legal and natural link, they do not demonstrate (sic) as probable that ALDO OMAR CROTTE SAINEZ being 21:30 twenty one hours and thirty minutes of the 26th twenty sixth day of the month of June 1999 nineteen ninety nine (sic)

Exhibit A
114

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

the victim DANIEL SANDOVAL ABUNDIS was alive and then killed because of the injuries inflicted by the accused using a firearm and his death was verified within the following 60 days after they were inflicted without any justification, injuries cited in the corresponding Ministerial Attestation and which caused the deceased of the victim according to the result of the autopsy on page (59 of the original summary), as well as, ALDO OMAR CROTTE SAINEZ caused bodily injuries to the victim JULIO CESAR SEVILLANO GONZALEZ as it has been attested in the respective Ministerial Attestation and bodily injuries medical report 3032, issued by medical emergency services, on page (ilegible), provoking harm of his health, injuries that due to the kind of their nature and situation, (sic) endanger life and take more than 15 days to heal under the article 213 and article 206 related to (I) of the Criminal Code for the State, since the crimes in question were perpetrated by the defendant because he made the shots using a firearm, causing death and bodily injuries to the victims, therefore he shall be responsible for his conducts before the law, so once there are met the requirements set forth in article 16 of the Constitution it is proceeded to issue the respective arrest warrant. - - - - - - - - - - - - - - - - - - - - - -

Due to the aforementioned and under article 213 and article 206 related to article 6 (I) Criminal Code in force for the State, as well as, article 104 and article 157 and relatives of the Criminal Code for the State, it is issued the ARREST WARRANT for ALDO OMAR CROTTE SAINEZ as probable criminal responsibility (sic) in the perpetration of the crimes of INTENTIONAL SIMPLE HOMICIDE AND BODILY INJURIES, the former perpetrated in the harm of DANIEL SANDOVAL ABUNDIS and the latter in the harm of JULIO CESAR SEVILLANO GONZALEZ it is resolved and decided in compliance with the following: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Exhibit A
## 115

FORMA C.G. 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

Due to the above stated it is resolved and decided in compliance with the following: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - GROUNDS - - - - - - - - - - - - - - -

FIRST.- It is issued the ARREST WARRANT requested by the Public Prosecutor for ALDO OMAR CROTTE SAINEZ for his probable responsibility in the perpetration of the crimes of **INTENTIONAL SIMPLE HOMICIDE AND BODILY INJURIES** the former perpetrated in the harm of who during lifetime was named DANIEL SANDOVAL ABUNDIS and the latter in the harm of JULIO CESAR SEVILLANO GONZALEZ. - - - - - - - - - - - - - - - - - - - - - -

SECOND.- Be it notified personally to the assigned Public Prosecutor for his knowledge and for the pertinent legal effects - - - - - - - - - - - - - - -

THIRD.- Therefore, a certified copy of this decision be remitted to the Attorney General of Justice for the State, so as to order to whomever it may concern form his personnel to direct their efforts to locate and arrest the accused, and once it be done, the accused shall be deliver to the custody of the undersigned in the Preventive Metropolitan Detention Center to continue with legal sequence of the process. - - - - - - - - - - - - - - - - - - - - - - - -

BE IT NOTIFIED PERSONALLY

# Exhibit A
## 116

0116

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

It was decided and signed by the Eleventh Judge of the Criminal Court, GABRIELA DE LOEON CARRILLO along with her Court Clerk, JORGE ARMANDO RUBIO SALAZAR who legally acts and ATTESTS. - - - - - - - -

(illegible signatures appear)

The Public Prosecutor is informed the day: (the following is hand written) November 9th 1999 at the facilities of the court. Juan Martinez signs

(illegible signatures appear)

NOTE: On the same date the Official Letter number 23090/99 was issued to fulfill what was ordered. - - - - - - - - - - - - - so be it - - - - - - - -

## Exhibit A
## 117

# EXHIBIT 15

Exhibit A
118

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

REPORT.- Being the 22nd twenty second day of the month of April 2005 two thousand and two I reported to the Judge with Official Letter number 281/2005 that signs the Public Prosecutor assigned, presented the 19th nineteenth day of the month of April the current year

COURT CLERK

(signed)

EDUARDO PEÑA PEÑA

**RECORD.- PREVENTION AND SOCIAL RE-HABILITATION  CENTER OF THE STATE OF JALISCO 22ND TWENTY SECOND OF APRIL 2006. - - - - -**

It is received the official letter number 281/2005, signed by the Public prosecutor assigned to this Court, having it reviewed and meeting his request, it is for his acknowledgment that the arrest warrant issued by this Court in the Criminal cause number 440/99-D,05 for ALDO OMAR CROTTE SAINEZ for the crimes of INTENTIONAL SIMPLE HOMICIDE AND BODILY INJURIES the former perpetrated in the harm of DANIEL SANDOVAL ABUNDIS and the latter in the harm of JULIO CESAR SEVILLANO GONZALEZ, the above in relation to the crime of HOMICIDE, set forth in article 213 of the Criminal code for the State is currently in force, in the time the facts took place contemplate a penalty from 12 twelve to 18 eighteen years of prison, so for the statute of limitations a period of 18 eighteen years 03 three months of prison has to elapse, which up to this date has not occurred.

Likewise it is requested to issue to the Public Prosecutor certified copies in triplicate of the above record. - - - - - - - - - - - - - - - - - - - - - -

BE IT NOTIFIED

# Exhibit A
## 119

FORMA C G . 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

Thus this was decided and signed by the Eleventh Judge of the Criminal
Court, **GABRIELA DE LEON CARRILLO** before her Court clerk **EDUARDO
PEÑA PEÑA** who legally acts and attests it. - - - - - - - - - - - - - - - -

(illegible signatures appear)

The public Prosecutor has been notified in the facilities of the court

# Exhibit A
## 120

0120

# EXHIBIT 16

Exhibit A

121

FORMA CG- 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

# CHAPTER VIII
## Statute of limitations of the Criminal Action

**ARTICLE 81.** The statute of limitations terms for of the criminal action shall be continuous and shall begin to run, from the moment in which the crime was perpetrated, if the crime is instantaneous; from the date the conduct ceased to be criminal, if the crime is a permanent crime, from the day the last criminal act was perpetrated, if it is a continuous crime; and from the day the last criminal act of a serial crime was carried out, and from the date the last act of preparation took place, if it is a crime of attempt.

**ARTICLE 82.** The criminal action shall be prescribe in a term which is equal to mathematical mean of the minimum and maximum imprisonment penalty which corresponds to the crime; the statute of limitations shall be increased in a fourth part more than such term, if it is penalized by a fine, statute of limitations shall prescribe in six months if it is penalized by dismissal or suspension of rights, the statute of limitations shall be concluded in one year.

**ARTICLE 85.** The statute of limitations of the criminal action shall never be less than three years, three months, and it shall only be interrupted by the arrest of the defendant

# TITLE XVI

## CHAPTER II
## Bodily Injuries

**ARTICLE 206.** A person commits the crime of injuries when he causes any harm to another's health.

**ARTICLE 207.** Whoever is responsible for the crime of injuries that do not endanger life, shall be imposed:

   I.    An imprisonment penalty from three days to six months or a fine for the amount of two to eight days of minimum wage, as long as the injuries take a period of time no longer than fifteen days to heal. If said injuries are simple, they shall only be prosecuted by complaint filed by the victim;

Exhibit A
122

FORMA C G - 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

II.    An imprisonment penalty from three months to two years, whenever the injuries take more than fifteen days to heal;

III.    An imprisonment penalty from six months to five years, whenever the injuries leave the victim with a notable scar on the face, neck and outer ear;

IV.    An imprisonment penalty from one to six years, whenever the injuries cause harm to the functions or organs of the victim; and

V.    An imprisonment penalty from two to eight years, whenever the injuries cause loss of any organic function, a limb, or an eye; or a probably incurable disease, an uncorrectable deformity or a permanent incapability to work, or whenever the victim is left deaf, blind, impotent or looses his mental faculties.

## CHAPTER III
### Homicide

**ARTICLE 213.** An imprisonment penalty from twelve to eighteen years shall be imposed upon whoever kills another person; but in case of an aggravated homicide the imprisonment penalty imposed shall be from twenty to thirty-five years.

**ARTICLE 214.** In order to apply to any person the penalties corresponding to the commission of homicide, a bodily injury will not be classified as mortal unless the following two circumstances are met:

I.    Death results from the changes caused by the injury to the affected organ or organs, or by immediately related consequence, or any complication resulting from the same injury, which could not be treated either because it was incurable or there were not available the resources necessary to treat it, and

II.    The death of the victim occurs within sixty days as of the day he was injured.

Exhibit A

123

# EXHIBIT 17

Exhibit A
124

FORMA CG-1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

[Letterhead of the
Office of the
Attorney General of Justice]

## OFFICE OF THE ATTORNEY GENERAL
## OF JUSTICE FOR THE STATE OF JALISCO

CIRCUMSTANTIAL RECORD: 03/2007

**CIRCUMSTANTIAL RECORD.-** In the city of Guadalajara, Jalisco, being it the 19:00 nineteen hours, of the 07th seventh day of the month February 2007 two thousand and seven, the undersigned Public Prosecutor JOSE CARBAJAL JIMENEZ, who acts and attests along with his assistant witnesses ALBERTO JUAN, GERARDO INIGUEZ PEREZ and SERGIO ARMANDO VELAZQUEZ RAMIREZ, I proceeded to make the Circumstantial Record since I received by fax the Official Letter number DEX/0316/07, dated 23rd of the current month and year, signed by ALEJANDRO FLORES RODRIGUEZ, Deputy Director of Extraditions in absence of the Director of Extraditions, having it reviewed, he requests a copy of a printed photograph of ALSO OMAR CROTTE SAINEZ, to the Extradition International proceedings in order to sent it to the of the Legal Attaché's Office of the of the Attorney General's Office in Washington D.C., The United States of America and if it is the case of not having it, the ministerial proceedings to obtain a photograph image of the extraditable shall be practiced. The Eleventh Judge of the Criminal Court of the First Judicial District of the State issued the arrest warrant for the extraditable, in the criminal case 440/99-D, for his probable responsibility in the perpetration of the crimes of INTENTIONAL SIMPLE HOMICIDE and BODILY INJURIES, to carry out urgently and as soon as possible the identification of the aforecited, such people (sic) are voluntarily here in this Division and stated their willing to cooperate, therefore it is proceeded to take their respective statements in this moment, copies from their identifications shall be attached and once the

Exhibit A
125

FORMA C G . 9 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

proceedings conclude, they will be sent to the General Division of Extraditions,
the above is recorded here in for the corresponding legal purposes ----------------

It was decided and signed by the Public Prosecutor along with his Assisting
Witnesses with whom he legally acts. -----------------------------------------------------

PUBLIC PROSECUTOR ASSIGNED TO THE

DIVISION OF EXECUTION OF

JUDICIAL ORDERS

(signed)

JOSE CARVAJAL JIMENEZ


(signed)                                              (signed)

ASSISTING WITNESS                          ASSISTING WITNESS

ALBERTO JUAN GERARDO                 SERGIO ARMANDO

INIGUEZ PEREZ                                   VELAZQUEZ RAMIREZ


# Exhibit A
## 126

FORMA C.G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

STATEMENT MADE BY A PERSON APPEARING VOLUNTARILY.- In the city of Guadalajara, Jalisco being it the 20:00 hours, of the 07th seventh day of the month of February 2007 two thousand and seven, the undersigned Public Prosecutor along with his assisting witnesses with whom he legally acts and attests, proceeded to take statement of a person appearing voluntarily, who is sworn and warned according to the provisions set forth in articles 201 and 202 of the Code of Criminal Procedures of the State of Jalisco , so as to state the truth and warned of the penalties incurred by those who render false statement before an authority on exercise of his duties, such person may incur in the crime of False Statement and data given to an Authority which is punishable by three months to two years imprisonment, pursuant to article 168 of the Criminal code of the State, once the foregoing is informed, he stated regarding his personal information to be named: --------------------------------------------------------------------

CESAR BENITEZ CASTILLO, Mexican, of legal age, native of Zapopan, Jalisco, domiciled in the building marked with the number 341 of la calle Milpa, colonia El Vigia, Zapopan, Jalisco, bricklayer, he knows how to write and read given that he finished junior high school, identifying himself with Identification Card for Voting folio number 2911091728022, issued by the Electoral Federal Institute, and the photograph bears tallies accurately with the features of the person appearing, having nothing further to add about his general information he stated: ---------------------------------------------------------------------------------

"I appeared before this Public Prosecutor in order to state voluntarily as I was asked and I state the following: In this moment and once I am in this office, I state that I do know the person named ALDO OMAR. I do not remember his first surname, but I know his second surname is SAINEZ, I know him because he came from The United States of America, and he stayed a in house located on la calle La Milpa, without remembering the number, that he has been acquainted with ALDO for around 15 fifteen years, since the person that always lived in the address aforementioned. Aldo came just once or twice, a

**Exhibit A**
**127**

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

year and he barely hung around with the same people of the neighborhood. In this moment a photograph is shown to me, in such photo there is a person in profile and just part of his face is distinguishable, he has short hair, short beard, hairy, he is wearing a t-shirt with different colored motifs, I fully identify this person as ALDO OMAR who I believe is from 30 thirty to 35 thirty five years old, and the last time I saw him was the 23 twenty third day of the month of June 1999 nineteen ninety nine, adding that he is from 1.65 to 1.70 meters tall, fair skin, light brown eyes, he has always worn goatee beard, in fact some people call him "el chivo" (the goat), strong build, and by then he was flashily-dressed (pachuco style), wearing tanks, dressing pants, patent leather shoes, and as a distinguishing mark he has a Virgin of Guadalupe tattooed on his chest, and other tattoos on different parts of his body without remembering them.- There is nothing further to add and after reading his statement, the deponent ratified and signed it at the end and at the margin of this proceeding before the Public Prosecutor, who legally acts along with assisting witnesses who attest. -----------

SIGNATURE OF THE DEPONENT. (an illegible signature appears)

PUBLIC PROSECUTOR ASSIGNED TO THE
DIVISION OF EXECUTION OF
JUDICIAL ORDERS
(signed)
JOSE CARVAJAL JIMENEZ

(signed)                              (signed)
ASSISTING WITNESS                    ASSISTING WITNESS
ALBERTO JUAN GERARDO                 SERGIO ARMANDO
INIGUEZ PEREZ                        VELAZQUEZ RAMIREZ.

Exhibit A
128

FORMA C.G. 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A seal that reads:
MEXICAN COAT OF ARMS
UNITED MEXICAN STATES
EXECUTIVE BRANCH OF THE STATE
JALISCO]

[Letterhead of the
Office of the
Attorney General of Justice]

## OFFICE OF THE ATTORNEY GENERAL
## OF JUSTICE FOR THE STATE OF JALISCO



Exhibit A
129

FORMA C G . I A



PROCURADURIA GENERAL
DE LA
REPUBLICA



**FEDERAL ELECTORAL INSTITUTE**
**FEDERAL VOTER REGISTRATION**
UNITED MEXICAN STATES **VOTER REGISTRATION CARD**

NAME                                    AGE  21
BENITEZ                                 SEX  H
CASTILLO
CESAR

ADDRESS:
C LA MILPA 341                          (PHOTOGRAPH)
COL EL VIGIA 45140
ZAPOPAN, JAL.

FOLIO  148204968              REGISTRY YEAR   2002 01
VOTER'S CODE:        BNCSCS81120714H400
STATE:          14           DISTRICT:
MUNICIPALITY: 120 LOCATION: 0001   SECTION: 2911

THUMB
FINGERPRINT

SIGNATURE

CERTIFICATION. - In the city of Guadalajara, Jalisco, being the 21:00 twenty one hours of the 07 seventh day of February 2007 two thousand and seven. ALBERTO JUAN GERARDO INIGUEZ PEREZ and SERGIO ARMANDO VELZQUEZ RAMIREZ, Mexican, of legal age, public officers, and in compliance with the article 14 fourteen of the Criminal Code of Procedures of the State; **CERTIFIED AND ATTEST** that this copy, consisting of one page or

Exhibit A
130

0130

FORMA C·9·1A



PROCURADURIA GENERAL
DE LA
REPUBLICA

text tallies with its original document, which was compared and was at sight in the facilities of this Office of the Division of Execution of Judicial Orders. The foregoing is recorded for the pertinent legal effects.

Assisting Witness                      Assisting Witness

(signed)                                    (signed)

JUAN GERARDO INIGUEZ PEREZ      SERGIO ARMANDO
                                                 VELAZQUEZ RAMIREZ

# Exhibit A
## 131

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

In the City of Mexico, Federal District, on March 15th, 2007.----------------------------
--------------------------------------------------------------------------------------------------------------

The undersigned, Jorge Rosas Garcia, General Director of Extraditions and Legal Assistance of the Assistant Attorney General's Office for Legal and International Affairs dependent on the Mexican Attorney General's Office and Public Prosecutor of the Federation, in compliance with articles 2 and 4 (VIII) (d) of the Internal Regulations of the Organic Law of the Mexican Attorney General's Office, in performance of the powers set forth in article 35 (I) related to article 12 (X) of the same Regulations, acting in compliance with the provisions set forth in article 16 of the Federal Code of Criminal Procedure along with the attesting witnesses who sign at the bottom and attest it.--------
--------------------------------------------------------------------------------------------------------------

------------------------------------------ C E R T I F I E S ------------------------------------------

That the present photocopies consisting of ninety four (94) written pages are true and tally in each and every term with the original documents that make up the certified copy of criminal case number 440/99-D, pertaining to the index of the Eleventh Criminal Court sitting in Puente Grande, Jalisco, documents that are related to the international extradition file brought against ALDO OMAR CROTTE SAINEZ, for his presumable responsibility in the commission of the crimes of intentional simple homicide and bodily injuries, and that we had at sight to make the corresponding comparison, which is recorded for the pertinent legal effects. --------------------------------
-------------------------------------------- WE ATTEST IT --------------------------------------

(An illegible signature appears)


Attesting Witness

(signed)

Alejandro Flores Rodriguez

Attesting Witness

(signed)

Tisbe Cazares Mejia


[A seal reading:
UNITED MEXICAN STATES
(Mexican Coat of Arms)
MEXICAN ATTORNEY GENERAL'S OFFICE.
GENERAL DIVISION OF EXTRADITIONS
AND LEGAL ASSISTANCE.]


# Exhibit A
## 132

FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

[A SEAL READING:
MINISTRY OF THE INTERIOR
UNIT OF GOVERNMENT]

BY DECISION OF THE SECRETARY OF THE INTERIOR, **MARIA DEL ROCÍO GARFIAS AGUILAR**, HEAD OF THE AUTHENTICATION PROCESS OFFICE OF THE ASSISTANT DIRECTOR'S OFFICE OF CONTROL AND FORMALIZATION OF THE DIVISION OF POLITICAL COORDINATION WITH THE BRANCHES OF THE UNION, **CERTIFIES: THAT JORGE ROSAS GARCIA WAS GENERAL DIRECTOR OF EXTRADITIONS AND LEGAL ASSISTANCE OF THE ASSISTANT ATTORNEY GENERAL'S OFFICE FOR LEGAL AND INTERNATIONAL AFFAIRS DEPENDENT ON THE MEXICAN ATTORNEY GENERAL'S OFFICE, ON MARCH 15, 2007, AND THAT THE SIGNATURE APPEARING ON THE PRESENT DOCUMENT IS HIS OWN.**

MEXICO, FEDERAL DISTRICT, ON MARCH 16, 2007.

REGISTRY No. 4105
TAXES PAID 0.00
TAX EXEMPT

(Sealed and signed)

THIS MINISTRY DOES NOT ASSUME ANY LIABILITY
AS FOR THE CONTENTS OF THE DOCUMENT
BEING AUTHENTICATED.

*LGA/AML/

[A SEAL READING:
UNITED MEXICAN STATES
(Mexican Coat of Arms)
MINISTRY OF FOREIGN AFFAIRS
CONSULAR SERVICE
AUTHENTICATIONS]

F. 8 (Consular)

386467

**THE MINISTRY OF FOREIGN AFFAIRS CERTIFIES: that** MARIA DEL ROCÍO GARFIAS AGUILAR WAS HEAD OF THE AUTHENTICATION PROCESS OFFICE OF THE ASSISTANT DIRECTOR'S OFFICE OF CONTROL AND FORMALIZATION OF THE DIVISION OF POLITICAL COORDINATION WITH THE BRANCHES OF THE UNION OF THE MINISTRY OF THE INTERIOR ON **MARCH 16, 2007,** the preceding signature is her own.

Tlatelolco, Federal District, on MARCH 16, 2007.

BY RESOLUTION OF THE MINISTER
The Deputy of the
Ministry of Foreign Affairs

(signed and sealed)
**Myrna Granados Hernandez.**

THIS MINISTRY DOES NOT ASSUME ANY LIABILITY
AS FOR THE CONTENTS OF THE DOCUMENT
BEING AUTHENTICATED

Exhibit A
133

0133

# PRUEBA 1

Exhibit A
134

- - - FE MINISTERIAL.- Zapopan, Jalisco, siendo las 22:05 ---
veintidos horas con cinco minutos, del día 26 veintiseis de -
Junio de 1999 Mil Novecientos Noventa y nueve, el suscrito ---
Agente del Ministerio Publico, quien actúa legalmente en unión
del personal de asistencia procedí a trasladarme a la sala ---
de urgencias del puesto de socorros de la adscripción, en vir-
tud de haber sido presentado una persona del sexo masculino ---
quien presenta heridas producidas por proyectil de arma de fue
go, y una vez encontrandome legalmente constituido en la sala-
de shock, Doy Fe de que en una camilla anatomica se localizó -
una persona del sexo masculino ya sin vida, mismo que se en-
cuentra en posición de cubito dorsal, con su cabeza apuntando-
hacia el norte y el resto de su cuerpo en sentido opuesto, y -
presenta heridas al parecer producidas por proyectil de arma -
del fuego en el pecho del lado izquierdo, asi como en el brazo -
izquierdo, y habiendo sido revisado esta persona por los medi-
cos en turno, manifiestan que ya se encuentra sin vida, -
por lo cual se procedió a darle aviso al personal de Los Servi
cios medicos forenses, para el efecto de que se avoquen al co-
nocimiento de estos hechos, Se hace constar, que en el lugar -
en que se actua se encuentran presentes dos personas que dije-
ron llamarse ROGELIO RIOS MARTINEZ, de 19 años de edad, con -
domicilio en la Calle Moctezuma # 179 ciento setenta y nueve,-
en la Cabecera Municipal de Zapopan, y JOSE ANTONIO NAVA VALA-
DEZ, de 19 años de edad, con domicilio en la Calle Francisco -
de Sales # 370 trescientos setenta, Zapopan Centro, quienes ---
coinciden en sus dichos al manifestar que aproximadamente a --
las nueve y media horas de la noche del dia de hoy se dirigie-
ron a la colonia El Vigia, acompañados de su amigo DANIEL SAN-
DOVAL ABUNDIS, y otros amigos ya que eran aproximadamente unos
veinte e iban a pelear y echar bronca con los sujetos que se -
juntan ahí en la capilla, ya que el dia anterior le habian ---
echado bronca a su amigo DANIEL, y al llegar a ese lugar, escu
charon unos disparos que hicieron cuate que salió de una casa y
todos ellos corrieron y al cesar los disparos se regresaron y-
vieron tirado a su amigo DANIEL por lo que procedieron a tras
ladarlo a la cruz verde, en un carro de una persona que les --
presto auxilio, y señalan e identifican a la persona del sexo -
masculino que se encuentra ya sin vida, como su amigo de nombre
DANIEL SANDOVAL ABUNDIS; Asimismo, se hace constar, que en este
momento se me hace saber, que fue presentada otra persona al --
puesto de socorros, la cual presenta lesiones al pareder por --
proyectil de arma de fuego, por lo que endontrandome legalmente
constituido aún en la sala de urgencias del puesto de socorros-
de la adscripción, Doy Fe de que en una camilla anatomica y so-
bre una camilla, se localizó a una persona del sexo masculino -
visiblemente lesionada, misma que se encuentra en posición de -
cubito dorsal, con su cabeza apuntando hacia el norte y el res-

Exhibit A
135

DEL ESTADO DE JALISCO

DIVISION DE AVERIGUACIONES PREVIAS
Y CONSIGNACION METROPOLITANA

AGENCIA No. 31 C.V.Z.
A.P. No. 457/99
HOJA No. DOS.

to de su cuerpo en sentido opuesto, y con mucha dificultad --
manifiesta llamarse: JULIO CESAR SEVILLANO GONZALEZ, de 18 --
años de edad, con domicilio en la Calle Nicolas Bravo # 178 -
ciento setenta y ocho, en la Cabecera Municipal de Zapopan, --
quien refiere que aproximadamente a las nueve y media horas --
de la noche, del dia de hoy caminaba por la calle La Milpa,-
en la Colonia El Vigia, en compañia de muchos otros amigos en
tre ellos DANIEL ABUNDIS Y ROGELIO RIOS, y otros, ya que iban-
a pelear con unos batos que les dicen "Los Tejones", ya que --
es os habian descontado a DANIEL, y le iban hacer el paro, --
y llegaron directamente a la casa donde viven tres de esos su
jetos, dos de los cuales son hermanos y se llaman RIGO y DA-
VID, Y el otro se llama ALDO OMAR CROTE, y este ultimo salió-
con pistola en mano y les hizo varios disparos, sintiendose -
lesionado de la mano y el pecho, y su amigo DANIEL, quedó ti
rado, por lo que corrieron y fue trasladado por sus amigos --
CAIN JUAN Y JUANITO ALCALA a la cruz verde; y una vez que el
medico de guardia, procedio a revisar a esta persona lesionada
me manifiesta que su estado de salud es delicado; y se hace -
constar, que efectivamente en este lugar se encuentra presen-
te una persona que dijo llamarse: CAIN JUAN EDUARDO VILLANUEVA
ALVAREZ, quien coincice en lo que refiere el lesionado JULIO -
CESAR SEVILLANO GONZALEZ, al manifestar que él solo trasladó -
al lesionado al puesto de socorros, pero desconoce las circuns
tancias de los hechos en que esta persona resulto lesionado; -
Asimismo, se hace constar, que de los presentes hechos, se le-
dió aviso al personal del Instituto Jalisciense de Ciencias --
Forenses, a efecto de que se avoquen al conocimiento de los --
presentes hechos, y realicen las funciones inherentes a su car
go; y no habiendo de momento mas por adelantar en la presente
diligencia, se da por terminada la misma; Lo que se asienta --
para constancia y en via de Fe Ministerial.- - - - - - - - - -

EL AGENTE DEL MINISTERIO PUBLICO.
LIC. CARLOS ROMERO VENEGAS.

SECRETARIO.
JAIME CASILLAS GONZALEZ.

JESUS MARTINEZ DIAZ.

Exhibit A
136

0136

# PRUEBA 2

Exhibit A
137

0137

PROCURADURIA GENERAL DE JUSTICIA
DEL ESTADO DE JALISCO

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA



AGENCIA No. 31 C.V.Z.
A.P. No. ___457/99___
HOJA No. ___CUATRO___

- - DECLARA UNA PERSONA COMPARECIENTE.- Zapopan, Jalisco, --
siendo las 23:30 veintitres horas con treinta minutos, del dia
26 veintiseis de Junio de 1999 Mil Novecientos Noventa y nueve
el suscrito Agente del Ministerio Publico, quien actua legal--
mente en unión del personal de asistencia, procedo a tomarle -
declaración a una persona compareciente la que fue protestada-
en los terminos legales para que se conduzca con la verdad, --
siendo advertida de las penas en que incurren los que declaran
con falsedad ante una autoridad en el ejercicio de sus funcio-
nes y por sus generales dijo llamarse: JOSE ANTONIO NAVA VALA--
DEZ, ser mexicano, soltero de 19 años de edad, Originario y -
vecino de Zapopan, Jalisco con domicilio en la Calle San Fran
cisco de Sales # 370 trescientos setenta, Zapopan Centro, de -
ocupación albañil, No habiendose identificado de momento por -
no traer documento idoneo para ello y sin mas generales que ma
nifestar siguió diciendo. """"""""""Que el dia de hoy sabado-
26 veintiseis de junio del año en curso, como a las nueve y me
dia horas de la noche, ibamos a echar pleito con unos cuates -
de la capilla o sea al Vicra, e ibamos pasados de quince mucha
chos amigos mios de ahimismo de zapopan centro, y entre los --
que ibamos son ROGELIO, sin saber sus apellidos, JULIO, sin sa
ber sus apellidos, DANIEL SANDOVAL, y a los demás no los conoz
co por sus nombres, y todos nosotros ibamos a ese lugar, a echar
bronca con los sujetos que se juntan ahi en la capilla, ya que
según comento DANIEL, y otro de los que ibamos, que el dia de-
ayer los sujetos de la capilla se habian echado bronca a DANIEL,
y al llegar cerca de la capilla empezaron a gritar algunos de-
los amigos mios que iban atras de la bola, chingadera y media --
como "eh batos miedosos, salgan de su casa cabrones" y en eso sa
lió de una casa un cuate y este empezó a disparar con su pistola
hacia todos lados donde estabamos nosotros y al escuchar nosotros
los disparos corrimos hacia atras y corrimos como media cuadra,
y ya que dejo de disparar ese muchacho se metió a su casa, y en-
tonces vimos tirado a mi amigo DANIEL, y mi amigo ROGELIO y yo,
nos dirigimos hasta donde estaba tirado DANIEL, y lo recogimos-
y lo cargamos caminando como dos cuadras y pedimos auxilio a -
un cuate que no conozco que iba pasando en un carro y abordo -
del mismo lo trajimos a la cruz verde. Quiero manifestar que --

Exhibit A
138

# PRUEBA 3

Exhibit A
139

0139

los disparos que hizo, y ese muchacho que disparó era chaparro, pelo negro, tenía barba de candado, y se metió a una casa que está frente a la capilla que está en el Vigía. Que es todo lo que tiene que manifestar ratificando su dicho, previa lectura que se le dió y firma conforme con su contenido al margen y al calce para constancia.- Firmando el suscrito Agente del Ministerio Público, en unión del personal de asistencia con el que legalmente se actúa y da fe.- - - - - - - - - - - - - -

EL COMPARECIENTE.

EL AGENTE DEL MINISTERIO PUBLICO.
LIC. CARLOS ROBLES VENEGAS.

SECRETARIO.                                    T. DE A.
JAIME CASILLAS GONZALEZ.                        JESUS MARTINEZ DIAZ.

- - FE MINISTERIAL DEL LUGAR DE LOS HECHOS.- Zapopan, Jalisco, siendo las 00:20 cero horas con veinte minutos, del día 27 veintisiete de Junio de 1999 Mil Novecientos noventa y nueve, el suscrito Agente del Ministerio Público quien actúa legalmente en unión del personal de asistencia, procedo a trasladarme a la Colonia el Vigía, en el Municipio de Zapopan, Jalisco, a efecto de darme ministerial del lugar de los hechos, y una vez encontrandome legalmente constituido en ese lugar, Doy Fe de que me encuentro presente en el cruce de las calles La Milpa y del Lazo, y Doy Fe de que sobre la acera norte de la citada calle La Milpa, y justo en el cruce con la calle del Lazo, y hacia el lado poniente se localiza la finca marcada con el numero 376 trescientos setenta y seis, que corresponde a una Capilla y como a quince metros hacia el poniente casi en la parte media de la fachada se aprecia un orificio de impacto y sobre la misma fachada y en la parte superior sobre el extremo del lado izquierdo, es decir, mas hacia el poniente se aprecia un segundo orificio de impacto, y se hace constar que sobre el lado contiguo y hacia poniente de la mencionada finca se localiza otra finca que es la numero 380 trescientos ochenta, y en su parte inferior del extremo derecho de la fachada, se aprecia un tercer orificio de impacto, haciendose constar, que dichos impactos al parecer de proyectil de arma de fuego; y Doy Fe de que sobre la calle del Lazo, y justo en su cruce con la citada calle La Milpa, se aprecian vidrios esparcidos en un diametro de aproximadamente cuatro metros; y Doy Fe de que sobre la acera sur de la citada calle La Milpa, justo frente a las dos fincas antes citadas, se localiza la finca marcada con el numero 373 trescientos setenta y tres, la cual tiene un frente de aproximadamente 08 ocho metros, con cochera del lado izquierdo, es de dos plantas, y tiene enjarrada la planta baja color blanco, y la planta alta sin pintar, y Doy Fe de que sobre la fachada del lado dere

Exhibit A
140

0140

PROCURADURIA GENERAL DE JUSTICIA
DEL ESTADO DE JALISCO

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. 31 C.V.Z.
A.P. No. 457/99
HOJA No. CINCO.

cho se localiza una ventana de aproximadamente un metro de an
cho por 80 ochenta centimetros de alto, y la misma presenta —
daños ya que tiene los vidrios quebrados, y en la parte supe—
rior, es decir, en la fachada sobre la planta alta se localiza
otra ventana y la cual presenta daños ya que tambien tiebe los
vidrios quebrados. Y Doy fe de que en esta finca me entreviste
con una persona que dijo llamarse: MARIA LUISA CUEVAS DUEÑAS,—
de 58 años de edad, con domicilio en esa finca ya que refiere—
ser la dueña de la misma y me informo que anteriormente llega—
ron varios sujetos que interceptaron a una persona de nombre —
ALDO OMAR CROTE, quien viene de Los Estafos Unidos, teniendo —
seis dias de haber llegado, y este le estana rentando un cuar—
to de esa finca, este ALDO, habia llegado en un vehiculo color
blanco de su propiedad y los sujetos se lo dañaron a pedradas—
encima de esas calles La Milpa y del Lazo les disparo a los su—
jetos, y no habiendo de momento mas por adelantar en la presen
te diligencia, se da por terminada la misma; Lo que se asienta
para constancia y en via de Ministerial.— — — — — — — — — — —

EL AGENTE DEL MINISTERIO PUBLICO.
LIC. CARLOS ROMERO VENEGAS.

T. DE A.
(SECRETARIO.                          JESUS MARTINEZ DIAZ.
JAIME CASILLAS GONZALEZ.

Exhibit A
141

0141

# PRUEBA 4

Exhibit A
142

0142



Unidad: [X] NORTE [ ] SUR

DICTAMEN MEDICO-LEGAL CLAS...

Nº 17824
3032/99.

JULIO CESAR SEVILLANO GONZALEZ

22:10   hrs., del Día: 26   Mes: junio   Año: 1999

SI AA Sexo: MASCULINO   Edad: 18 a.   Ocupación: ...

NICOLAS BRAVO ... ZAPOTAN JAL (CENTRO)

DIRECTA   Clasificación: NO H.

01:00 hrs., del Día: 27   Mes: junio   Año: 1999

... RADIOGRAFIAS, CURACION, S... T, V, y V DE CRONICO,

MINISTERIO PUBLICO

PRESENTA

... agente proyectil arma de fuego, loc lizad... a nivel
... intercostal izq. y linea media clavicular, de a...x. 0.7 -
... de bordes invertidos, al parecer orificio de entrada, y -
... de ...ox. 0.5 cm de ... diámetro, en metacar o dist 1 de
... bordes invertidos, al parecer orificio de entrada, y de -
... de diámetro, en región hipotenar, de bordes ...vertidos, al ...
... de salida... ...siones que por su situación y naturaleza, ...
... la vida, y tardan menos de 15 días en sanar. se lo ...

... LOPEZ V... LASEÑOR

AGENTE DEL MINISTERIO PUBLICO
LIC. ESPERANZA GARCIA ALVARADO

SERVICIOS
DE URGENCIAS

Exhibit A
143

0143

# PRUEBA 5

Exhibit A
144

0144

PROCURADURIA GENERAL DE JUSTICIA
**DEL ESTADO DE JALISCO**

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. **ESP. HOM. INT.**
A.P. No. **13975/99**
HOJA No. **- 14 -**

-.- DECLARA UNA PERSONA COMPARECIENTE.-Guadalajara, Jalisco a los 14, catorce dias del mes de Julio del año de 1999, mil novecientos noventa y nueve y siendo las 13:00 trece horas, el Suscrito Agente del Ministerio Público, Licenciado JOSE DE JESUS HERRERA BOCANEGRA, adscrito al Area de Homicidios Intencionales en unión del personal de Asistencia con los que legalmente actúa y dan Fé, procedio a tomarle declaración a una persona compareciente, la cual és protestada y advertida en los terminos de Ley, para que se conduzca con la verdad y enterada que fué del contenido del articulo 193, en relación al 197, fracción IV, del Codigo de Procedimientos Penales; así como de las penas en que incurren los que declaran con falsedad ante una Autoridad en el ejercicio de sus funciones, misma que por sus generales, manifesto llamarse """"MARIA LUISA CUEVAS DUEÑAZ, Mexicana, casada, de 38, cincuenta y ocho años de edad, de ocupación ama de casa, originaria de Tanuato, Michoacán y vecina del Municipio de Zapopan, con domicilio en la calle La No.  número 373, trecientos setenta y tres de la Colonia El Vigia, identificandose en estos momentos con la credencial de elector número de folio: 22359080, expedida  por el Instituto Federal Electoral, cuya fotografia concuerda fielmente con los rasgos de la compareciente, si sabe leer y escribir en virtud de haber cursado hasta el tercer año de educación primaria, en mas generales por manifestar siguio diciendo "."" "Que en relación a mi comparecencia ante esta Agencia del Ministerio Público, es para decir lo que presencie el dia 26, veintiseis del mes de Junio del presente año, ya que ese dia siendo las nueve y media de la noche, acudi a comprar pan y leche a la panadería que se localiza por la calle Cuahutemoc y La Milpa, acudiendo con mis dos nietos de nombres JUAN PABLO y SUSI, de cuatro y seis años de edad respectivamente, cuando al salir de la panadería, vi que hiba una bola de muchachos mas de diez o quince los cuales traian en sus manos piedras, y como dos sujetos traian dos pistolas en sus manos y estos hiban camianando, por la misma calle de la milpa, y vi que dieron vuelta por la calle La Milpa, y que cuando iba atras de ellos, comense a ver que los que traian las piedras las tiraban a mi casa, rompiendo 14 vidrios y ademas gritaban HAY QUE DARLE EN SU MADRE A ESE PUTO, y de pronto se dirigieron hasta la esquina de la Milpa y Cerrada del Lazo, donde estaba estacionado fuera del templo el carro de un amigo de la familia 0145 quién tenemos tiempo de brindarle nuestra casa mis hijos y mi esposa y en ocaciones cuando llega de San Francisco, llega a mi casa y este responde al

MATAR Y PARTIRTE TU MADRE, y seguian tirandole de piedras a su
carro, al identificarlo este ALDO, salio del vehiculo y corrio a la casa, y de pronto
escuchal varios truenos como si fuera de palomitas y en esos momentos todos
comenzaron a correr por diferentes rumbos, y fuè cuando llegueª a mi casa
liba saliendo ALDO, y este sin decirme nada, se subio a su carro y se retiro
del lugar, al parecer por miedo a que regresaran estos sujetos a seguir
dañandole o golpearlo y en la casa en esos momentos se encontraba mi
espo SALVADOR GONZALEZ GONZALEZ y mi hijo VICENTE
GON ALEZ CUEVAS, al poco rato llegaron unas patrullas de la POLICIA
DE ZAPOPAN, y comenzaron a investigar en el lugar a interrogarnos a
todos los presentes y despues estos se retiraron, y mucho mas tarde, llegaron
personas que se identificaron como Policias Investigadores de la Procuraduria
del Estado, quienes al identificarse y decirme que estaban tambien
investigando en torno a lo que sucedio en dicho lugar por que al parecer habia
fallecido una persona y estaba otra herida, les manifieste lo anterior y les
permiti el paso a mi casa para que checaran que en la misma no se encontraba
este ALDO, ya que querian interrogarlo en torno a lo que habia sucedido
momentos antes, y entraron hasta el cuarto que tiene ALDO, en mi casa y al
no se encontraba, me solicitaron alguna fotografia de el y les dije que
no tenia de el, y posteriormente se retiraron de mi casa, sin llevarse nada de la
misma, encontrandose como manifeste mi esposo y mi hijo, asi mismo
tambien llevaron estas ultimas personas fotografias a que tomaran fotos de los
daños que habian hecho a mi casa, y de los vidrios que estaban tirados en el
piso fuera del templo donde estaba estacionado el carro de ALDO, siendo este
un carro chico en color blanco, con placas americanas, y desde ese dia este
ALDO, no se ha presentado a la casa y en el cuarto donde el dormia se
encuentran sus pertenencias, tal y como el lo dejo, señalo que al paso de los
dias unas vecinas que responde a los nombres de CARMELITA BECERRA
GUERRERO, quièn es nuestra con domicilio en la calle Cuahutemoc, nùmero
649, seiscientos cuarenta nueve y MARGARITA, la de la tienda y la señorita
CARMEN de la PANADERIA, me comentaron que vieron los hechos antes
narrad , y en estos momentos se me hace saber que la persona que fallecio
spondia al nombre de DANIEL SANDOVAL ABUNDIZ, Y EL
LESIONADO JULIO CESAR SEVILLANO GONZALEZ, personas a quièn
conozco; ya que eran vecinos del barrio, y en estos momentos se me muestra
una serie de fotografias a color tamaño postal donde aparece retratada mi
casa que fuè dañada, asi como los vidrios del carro de ALDO, en el piso y
unos orificios en la pared de frente de mi casa que dicen que son unos balazos.
lo que al parecer fue lo que escuchamos esa dia como truenos o palomitas. La
media filiacion de ALDO OMAR CROTTE, es de unos 28 **Exhibit A** años, **146**
mide 1.67 de estatura, complexión fornido, tez moreno claro, pelo castaño
corto, cara redonda, frente regular, cejas gruesas, ojos color cafe claros, nariz
regular, boca regular, labios delgados, usa bigote y barba tipo candado, y
como seña particular esta tatuado toda la espalda, ignorando que tipo de
figuras tie , ademas señalo que desconozco si tenga o no familiares en esta
Ciudad, ya que todos se que viven en California y quièn tenemos de conocerlo

0146

PROCURADURIA GENERAL DE JUSTICIA
**DEL ESTADO DE JALISCO**

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. ESP. HOM. INT.
A.P. No. _____13975/99_____
HOJA No. _____- 15 -_____

ahora compareciente, firmando al margen y calce la presente por ser verdad de
los hechos antes narrados. - - -

COMPARECIENTE:

SRIO.                    EL AGENTE DEL M.P.              SRIO.
GUILLERMO GARCIA CABALLERO        JESUS PORTILLO TORRES.

LIC. JOSE DE JESUS HERRERA BOCANEGRA.

Exhibit A
147

0147

# PRUEBA 6

Exhibit A
148

PROCURADURIA GENERAL DE JUSTICIA
**DEL ESTADO DE JALISCO**



DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. 31 C.V.Z.
A.P. No. 457/99
HOJA No. SEIS.

TRANSCRIPCION DE PARTE MEDICO.- Zapopan, Jalisco, siendo las 04:15 una horas con quince minutos, del dia 27 veintisiete de Junio de 1999 Mil Novecientos Noventa y nueve, el suscrito- Agente del Ministerio Publico, quien actua legalmente en union del personal de asistencia, procedo a transcribir el Parte Me- dico numero 3032/99 relativo a JULIO CESAR SEVILLANO GONZALEZ,- de 18 años, Clasificacion No. H, presenta: 1.- Heridas al ppp- agente proyectil arma de fuego, localizadas a nivel de 6o. espa cio intercostal izq. y linea media clavicular de aprox. 0.7 cm. de diametro, de bordes invertidos al parecer orificio de entra- da y en mano der. de aprox. 0.5 cm de diametro, en metacarpo - distal de dedo indice de bordes invertidos al parecer orificio- de entrada y de aprox. 1 cm. de diametro en region hipotenar de bordes evertidos al parecer orificio de salida. Lesiones que -- por su situacion y naturaleza no ponen en peligro la vida y tar dan menos de 15 dias en sanar, se ignoran secuelas; Un sello y- una firma al calce.- - - - - - - - - - - - - - - - - - CONSTE.--

EL AGENTE DEL MINISTERIO PUBLICO.
LIC. CARLOS ROMERO VENEGAS.

SECRETARIO.
JAIME CASILLAS GONZALEZ.

P. DE A.
JESUS MARTINEZ DIAZ.

- DECLARA UNA PERSONA LESIONADA.- Zapopan, Jalisco, siendo- las 01:30 una hora con treinta minutos, del dia 27 veintisiete- de Junio de 1999 Mil Novecientos Noventa y nueve, el suscrito- Agente del Ministerio Publico, quien actua legalmente en union- del personal de asistencia, procedo a tomarle declaracion a una persona lesionada la que fue protestada en terminos legales, para que se conduzca con la verdad, siendo advertida de las pe- nas en que incurren los que declaran con falsedad ante una auto ridad en el ejercicio de sus funciones y por sus generales dijo llamarse: JULIO CESAR SEVILLANO GONZALEZ, Ser mexicano, soltero de 18 años de edad, Originario y vecino de Guadalajara, Jalisco, con domicilio en la Calle Nicolas Bravo # 178 ciento setenta y-

Exhibit A
149
0149