madamente a las nueve y media horas de la noche, ibamos caminan-
do mi amigo DANIEL ABUNDIS, asi como otros amigos de nombres --
ROGELIO RIOS, y otros mas que no recuerdo sus nombres y yo, --
siendo nosotros aproximadamente veinte los que ibamos caminando
por la calle La Milpa, en la Colonia El Vigia, ya que nos diri-
giamos a pelear con unos batos que les dicen "Los Tejones" por-
que le ibamos a hacer el paro a mi amigo DANIEL, ya que este --
nos dijo que el dia de antier lo habian descontado esos sujetos
"Los Tejones" y queria que le hicieramos el paro y señalo que -
ya conozco a esos sujetos ya que ellos viven a unas cuadras de
mi domicilio, y llegamos directamente a la casa de tres de esos
sujetos, la cual esta ubicada en la calle Milpa, siendo esos tres
sujetos que viven en esa casa adonde llegamos RIGO y DAVID, los
cuales son hermanos y desconozco sus apellidos y ALDO OMAR CROTE,
y al llegar a esa casa, les gritamos a esos sujetos "salgan ca-
brones" y en eso salieron los dos hermanos RIGO y DAVID, asi co-
mo ALDO OMAR CROTE, y que este ultimo traia una pistola en -
la mano y nos hizo varios disparos a DANIEL y a mi, que ibamos -
adelante, asi como a mis demas amigos, y yo me senti lesionado-
de la mano derecha y me empezó a doler el costado izquierdo de
la misma, y en eso corrimos todos hacia la vuelta y ahi llego mi
amigo JUAN y JUANITO ALCALA, en un carro y me subi al mismo -
y me llevaron a la cruz verde, y quiero mencionar que antes de -
que me llevaran a la cruz verde, o sea cuando me encontraba toda
via adonde sucedieron estos hechos, vi que mi amigo DANIEL, cayo
al suelo, y ahimismo, mis amigos batearon el coche de ALDO, y a-
ventaron piedras. Que el mencionado ALDO OMAR CROTE,
de 70 de estatura, es güero, tiene barba y bigote, es -
que con mis lesiones si es mi deseo presentar Formal -
querella y pido se proceda conforme a derecho corresponda. Que-
que tiene que manifestar ratificando su dicho previa
lectura que el dió y firma y dice; y estampa sus huellas digi-
tales al calce para constancia, por no poder firmar.-
siendo el suscrito Agente del Ministerio Publico, en unión del
personal de asistencia con el que legalmente se actua y da fe.—
EL LESIONADO.

# Exhibit A
# 150

EL AGENTE DEL MINISTERIO PUBLICO.
LIC. CARLOS ROMERO VENEGAS.

SECRETARIO:                                              T. DE /0150
C. CASILLAS GONZALEZ.                        JESUS MARTINEZ DIAZ.

# PRUEBA 7

Exhibit A
151

0151

En nombre de los Estados Unidos Mexicanos

El C. Lic. Maria Elda Hernandez oficial del Registro Civil de esta Ciudad que en la Oficialía 01 de Zapopan, Jalisco, en el libro número 205 de Defunción del año 1999 con el número 806 se encuentra un acta del tenor siguiente:

No. DE CONTROL
56769

**ESTADOS UNIDOS MEXICANOS**

**REGISTRO CIVIL**

ACTA DE DEFUNCIÓN

CLAVE DE REGISTRO E IDENTIDAD PERSONAL

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD O DELEGACIÓN | | FECHA DE REGISTRO | | |
|---|---|---|---|---|---|---|---|
| | | | | | DIA | MES | AÑO |
| 01. UNO | 05. CINCO | 806 - | ZAPOPAN | | 27 | 06 | 1999 |
| MUNICIPIO | ZAPOPAN | | ENTIDAD FEDERATIVA | | JALISCO | | |

FINADO                                      SEXO: HOMBRE ⬤  MUJER ◯

NOMBRE: DANIEL    SANDOVAL    ABUNDIZ

FECHA DE NACIMIENTO: 24- 02- 1980   EDAD: 19  04  02  -   NACIONALIDAD: MEXICANA

LUGAR DE NACIMIENTO: ZAPOPAN    ZAPOPAN    JALISCO    MEXICO

DOMICILIO HABITUAL: MOCTEZUMA 253, ZAPOPAN

ZAPOPAN    ZAPOPAN    JALISCO    MEXICO    ESTADO CIVIL: SOLTERO

NACIONALIDAD: 

NOMBRE DEL CONYUGE: 

NOMBRE DEL PADRE: DANIEL SANDOVAL ALONSO    NACIONALIDAD: MEXICANA

NOMBRE DE LA MADRE: MA. MAGDALENA ABUNDIZ ORTEGA    NACIONALIDAD: MEXICANA

FALLECIMIENTO

FECHA DE DEFUNCION: 26. DE JUNIO DE 1999    HORA: 22:10

LUGAR: PG. ZAPOPAN, JALISCO PROYECTO CRUZ VERDE  CERTIFICADO No. 980730530

DESTINO DEL CADAVER: MUNICIPAL

UBICACION: ZAPOPAN, JALISCO    ORDEN No. 1418  1421

LUGAR DE FALLECIO: ZAPOPAN, JALISCO

CAUSAS DE LA DEFUNCION: HERIDA POR PROYECTIL ARMA DE FUEGO PENETRANTE DE TORAX Y ABDOMEN

TIPO DE DEFUNCION: HOMICIDIO

    CELIA OROPEZA VIRUETT.

GUADALAJARA, JALISCO

DECLARANTE

OSCAR EDUARDO SANDOVAL ABUNDIZ    EDAD: 25 AÑOS    PARENTESCO: HERMANO

MEXICANA    OCUPACION: COMERCIANTE

MOCTEZUMA 253, ZAPOPAN

TESTIGOS

HERMENEGILDO SOLANO FLORES    MEXICANA    EDAD: 25 AÑOS    PARENTESCO: NINGUNO.

PROGRESO DE SALES 236    MECANICO    MEXICANA

FERNANDO SOLANO FLORES    MEXICANA    EDAD: 18 AÑOS

FRANCISCO DE SALES 236    MECANICO    PARENTESCO: NINGUNO.

SE HICIERON LAS ANOTACIONES SIGUIENTES: Testada. AUPO. no vale
SE AUTORIZO LA INHUMACION POR EL C. AGENTE DEL MINISTERIO PUBLICO
LIBRO 327/99 A.P. 1266/99 AGENCIA SEMEFO FECHADO HOY. 0152
DR. P. A-65907. Testado 1418 no vale

Exhibit A
152

FIRMAS

# PRUEBA 8

Exhibit A
153

DIRECCION DEL SERVICIO MEDICO FORENSE

A.P. 1266/99 SEMEFO.

OFICIO Nº 1728/99

EXP. MF/224.632(02)/29(99)

A.P. 1397/99    J-34.

ASUNTO: Se remite resultado de la autopsia
practicada en el cadáver de DANIEL-
SANDOVAL ABUNDIS. 19 AÑOS.-

Guadalajara, Jal., Junio 28 de 1999.

AL C. JEFE DE LA DIVISION
DE AVERIGUACIONES PREVIAS Y
COORDINACION METROPOLITANA.
PRESENTE.-

ANTECEDENTES: OF. Nº 3176/99 A.P. 1266/99 AGENCIA 43.

Con relación a su atento oficio citado en antecedentes, los su
critos Médicos Forenses, bajo Protesta Legal, tenemos la honra de e
poner a ...

Que el 27 del presente mes, a la 1.30 horas, la Dra. Arcel
Oropeza Viruett, procedió a practicar la autopsia a un cadáver que
nos fué remitido con el nombre de DANIEL SANDOVAL ABUNDIS.

Cadáver del sexo masculino en buen estado general de nutrición
con hipotermia generalizada moderada rigidez cadavérica y lividece
en la cara posterior del cuerpo. Talla de 180 cms., perímetros: Cef
lico de ... torácico de 80 cms. y abdominal de 70 cms. Present
ba una herida por proyectil de arma de fuego, con 3 orificios; el p
mero de entrada, situado en la cara externa, tercio medio del brazo
izquierdo, de forma ovalada, 10 por 9 mm. de diámetro y bordes i
vertidos, con anillo de fisch de 5 mm. de diámetro; el segundo orif
cio de salida, situado en la cara interna, tercio medio del mismo b
zo, de forma ovalada, de 9 por 8 mm. de diámetro y bordes evertidos
el tercero nuevamente de entrada, situado en la cara anterior del h
mitórax izquierdo, a nivel del tercer espacio intercostal y sobre l
línea clavicular externa, de forma ovalada, de 14 por 10 mm. de diá
tro y bordes invertidos.- Abiertas las cavidades se encontró: CRANE
el encéfalo y cerebelo de peso y volúmen normales, pálidos y anemia
dos, sin alteraciones de tipo traumático.- CUELLO, esófago, tráquea
gruesos bronquios libres.- TORAX Y ABDOMEN, la trayectoria que sigu
el proyectil que produjo la herida descrita, fué de izquierda a der
cha, ligeramente de delante a atrás y de arriba hacia abajo, en su
trayecto lesionó músculos del brazo, penetró a la ca
dad pleural izquierda, donde perforó el lóbulo superior del pulmón,
en seguida perforó el pericardio y el corazón, siguiendo su trayect
ria en forma descendente, perforando el diafragma penetrando a la c
vidad abdominal donde lesionó el lóbulo izquierdo del hígado, perfo
rando el páncreas, quedando alojado en el parénquima del m ... de
DONDE SE EXTRAJO Y ADJUNTO SE REMITE; se recolectaron unos 3,800 c
de sangre libre en estas cavidades (tórax y abdómen). El bazo de fo

Exhibit A
54
0-54



...ción de Dictaminación ...

OFICIO: 18696/99/1...

ASUNTO: SE RINDE D...
BALISTICA

...ERA BOCANEGRA
...LICO ESP.
...NALES.

...a su oficio Número 1234/99, rel...
...3975/99. En el cual y entre otras petic...
...istica Forense, con respecto a la id...
...fuera recabado como indicio, para es...
...origen. Dicho proyectil a continuación...

...disparado en su estilo de plomo,...
...a respondiera al nombre de Daniel S...
...su estructura cilíndrica por consecuen...

...o a que fue sometido el proyectil indi...
...e presenta, obteniendo el siguiente re...

"... Proyectil "

| ... Físicas | |
|---|---|
| | No Detectable |
| ...trías | 06 (seis) |
| ...) Rayado | Dextrógira (Derech... |
| | 064 plg. (1.62 mm... |
| ...trías | 050 plg. (1.27 mm... |
| ...ampos | 40 (2.59 gramos) |

...royectil indicio sufrió deformación
...es características detectadas, este
...e).

**DE LA VUELTA.* *.*. * .* * * * * * * * * *.**

**DE LO EXPUESTO, DEDUCIMOS:**

Que la muerte de DANIEL SANDOVAL...
...iraciones causadas en los órganos interes...
...produjo la herida descrita y que se ver...
...dios, desde que fué lesionado...

ATENTAMENTE

PRACTICO LA AUTOPSIA

DRA. MARCELIA OROPEZA VIRUETT.

Exhibit A

155

...ial Guadalajara, Jal. ...
...(3)-810-9558  91(3)-810-... 50 Fax 91(3)-81...

55

# PRUEBA 9

Exhibit A
156

0156



Exhibit A
157

0157





Exhibit A

0159





Exhibit A
161

0161

# PRUEBA 10

Exhibit A
162

armados con pistolas y decían todos estos sujetos " VAMOS A DARLE EN
LA MADRE A ESE PUTO ", por lo que al no ver a que persona se referían

de sin decirme nada, se subió a su cuarto, y así como de rápido se subió así se bajo y salió corriendo, para ver que se subía a su carro que estaba estacionado en la esquina de la casa, o sea fuera del templo, en la calle cerrada del lazo y la Milpa, y este se fué, para esto los vidrios de su carro estaban rotos, ya que se quedaron tirados varios vidrios en la calle, y sin saber a donde este ALDO, se fuera, señalo que cuando ALDO, entro corriendo a la casa después de los truenos escuche que todos los sujetos rian sin fijarme para que parte, y a propósito de que este ALDO, se fué en su carro, llego mi esposa MARIA LUISA, y me dijo que que había pasado, ya que ella había visto cuando estos sujetos habían tirado de piedras a la casa y amenazaban a este ALDO, hasta que le habían roto los vidrios de su carro, pero no sabíamos por que, a lo que por temor a que nos fueran agredir a nosotros, nos metimos a la casa hasta que llegaron Policías de Zapopan, los cuales nos preguntaron que había pasado y a quienes les dijimos lo que antes declare, y después también llegaron Policías Investigadores de la Procuraduría del Estado, quienes se identificaron y nos hicieron también preguntas, ya que ellos nos informaron que habían matado a un muchacho y herido a otro en ese lugar, ignorando en esos momentos eso, y después de que les comentamos a estas personas lo sucedido, les permitimos pasar a nuestro domicilio para que vieran que no teníamos escondiendo a este ALDO, ya que este se había retirado en su carro, el cual es de color blanco con placas de California, y una vez que terminaron se salieron sin encontrar nada que les sirviera para su investigación, como fotos o datos del mismo ALDO, y en la calle tomaron fotos de los daños a mi casa, así como de unos balazos que había en la pared de frente a mi casa y después se fueron del lugar, sabiendo que hasta la fecha no hemos visto a este ALDO, e ignoro donde se encuentre, ya que la mayoría de su familia vive en California, y este únicamente dejo en la casa sus cosas personas las cuales todavía se encuentran en el cuarto donde el dormía, y en estos momentos se me hace saber que la persona que falleció ese día respondía al nombre de DANIEL S. DOVAL ABUNDIZ, y el lesionado JULIO CESAR SEVILLANO GONZÁLEZ, personas que no conozco pero dicen que eran del barrio, así mismo se me muestran una serie de fotos a color donde aparece mi casa dañada y los proyectiles en la pared de frente a mi casa, y señalo la media filiación de ALDO, el cual se llama ALDO OMAR CROTTE, es de unos 28 veintiocho años, complexión robusta, mide bajito, moreno claro, pelo corto, frente regular, mucha ceja, nariz regular, boca regular, labios delgados, ojos café claros, usa bigote y barba cortita, tanta como se esta usando actualmente, y se encuentra con tatuajes en su espalda.- Que es todo lo que tiene que manifestar, previa lectura que se le dio, ......... su dicho, encontrándose presente el Licenciado RAÚL ABARCA BRISEÑO, persona de su confianza, y quien acompaña al ahora compareciente, firmando al margen y calce la presente por ser verdad

COMPARECIENTE

Exhibit A
163

# PRUEBA 11

Exhibit A
164

0164



**PROCURADURIA GENERAL DE JUSTICIA**
**DEL ESTADO DE JALISCO**

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. ___ESP. HOM. INT.___
A.P. No. __13975/99__
HOJA No. ___- 17 -___

- - DECLARA UNA PERSONA COMPARECIENTE.-Guadalajara, Jalisco a los 14, catorce dias del mes de Julio de 1999 mil novecientos noventa y nueve y siendo las 15:00 quince horas, el Suscrito Agente del Ministerio Público, Licenciado JOSE DE JESÚS HERRERA BOCANEGRA, adscrito al Área de Homicidios Intencionales, en unión del personal de Asistencia con los que legalmente actúa y, dan Fé, procedió a tomarle declaración a una persona compareciente, la cual es protestada y advertida en los términos de Ley, para que se conduzca con la verdad y enterada que fué del contenido de los numerales, 193, en relación al 197 fracción I, del Código de Procedimientos Penales para el Estado de Jalisco, así como de las penas en que incurren los que declaran con falsedad ante una Autoridad en el ejercicio de sus funciones, misma que por sus generales, manifestó llamarse.- - - - - - - - - - - - - - - - -
- - - - - - """CARLOS CROSTE GUEVARA, Mexicano, casado, de 70, setenta años de edad, pensionado, originario de Puebla, Puebla y vecino de Orizba, Veracruz, y que actualmente se encuentra hospedado en ésta Ciudad, en la finca marcada con el número 712, setecientos doce, de la calle universal, en fraccionamiento jardines del bosque, identificándose en estos momentos con la credencial de elector número de folio: 50217676, expedida por el Instituto Federal Electoral cuya fotografia concuerda fielmente con los rasgos del compareciente, si, sabe leer y escribir en virtud de haber terminado la educación secundaria, y sin más generales por manifestar siguió diciendo"""Que me presento ante esta Agencia del Ministerio Público, a efecto de manifestar que me entere que mi hijo tenia problemas con la Autoridad, ignorando de que tipo, hasta este momento que se me informa que habia muerto una persona y estaba herida otra, ignorando los hechos, por lo que quiero se investigue hasta que grado exista de responsabilidad por parte de mi hijo ALDO OMAR CROSTE, asi mismo señalo que es hijo de MARIA AUXILIO SAINEZ, y quien es el menor de tres hijos que procreamos, y en la actualidad mi hijo vive en California, ignorando su paradero, y señalo que por parte de las personas MARIA LUISA CUEVAS DUEÑAS y SALVADOR GONZÁLEZ GONZÁLEZ, me fué entregado a mi entera satisfacción las pertenencias en su totalidad personales de mi hijo que tenía en casa de estas personas con las que el pasaba temporada de vacaciones en ésta Ciudad, y con quienes tenia una estrecha amistad desde hace varios años.- Señalo que mi hijo tiene un carro blanco, tipo guayina, ignorando marca ni modelo, pero con placas de California y en estos momentos se me hace saber que la persona que falleció el dia de los hechos que se investigan, respondia al nombre de

**Exhibit A**
**165**

0165



busta, mide 1.65 de estatura, moreno claro, pelo corto, frente regular, mucha ja, nariz regular, boca regular, labios delgados, ojos café claros, usa bigote, rba cortita, e ignoro si este ALDO, tenga tatuaje alguno.- Que es todo, lo le tiene que manifestar, previa lectura que se le dio, ratifica su dicho, contrándose presente el Licenciado RAUL ABARCA BRISEÑO, persona de confianza y quien acompaña al ahora compareciente, firmando al margen y lee la presente por ser la verdad. - - - - - - - - - - - - - - - -

OMPARE____

UO.            EL AGENTE DEL M.P.                SRIO.
UILLERMO GARCIA CABALLERO.      JESUS PORTILLO TORRES.

LIC. JOSE DE JESUS HERRERA BOCANEGRA.

Exhibit A
166

0.166

# PRUEBA 12

4 4 [□]

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. E.P.H.I.
A.P. No. 13975/99.
HOJA No. - 23 -

- - - DECLARA UNA PERSONA (PREVIAMENTE CITADA).- En la Ciudad
de Guadalajara, Jalisco y siendo las 10:00 diez horas del día
02 dos de Septiembre de 1999 mil novecientos noventa y nueve,
el suscrito Agente del Ministerio Público Licenciado HORACIO-
VEGA PAMANES, en unión de su personal de asistencia con los -
que legalmente actúa y da fe los C.C. CESAR EDUARDO GARCIA RO-
DRIGUEZ Y GUILLERMO GARCIA CABALLERO, procedió a recabar la
declaración a una persona (previamente citada), quien en es--
tos momentos es debidamente protestada y advertida con las --
formalidades que exige la Ley, haciendo esto para que se con-
duzca con verdad en lo que va a declarar, haciéndole saber de
las Penas en las que incurren las que lo hacen falsamente, es
por lo que una vez enterado de esto, por sus generales dijo -
llamarse . . . . . . . . . . . . . . . . . . . . . . . . .
. . . JULIO CESAR SEVILLANO GONZALEZ, quien en estos momentos
se identifica con la credencial del Instituto Federal Electo-
ral número de folio 115863850, la que porta fotografía misma-
que concuerda fielmente con los razgos físicos del deponente,
y demás generales que obran dentro de la presente Indagato-
ria, las cuales se dan por reproducidas en su totalidad en --
obvio de repeticiones, así por lo que siguió diciendo :- - - -
- - - Que los motivos por los cuales me encuentro en el inte--
rior de esta Representación Social Especial para Homicidios -
Intencionales, es primeramente para Ratificar en todas y cada
una de sus partes le declaración que vertí anteriormente en -
el interior de la agencia del Ministerio Público adscrita a -
la Cruz Verde, en donde al ponerseme a la vista reconozco co-
mo mía la huella de mi dedo pulgar que aparece al calce y al
margen de mi dicho, no firmando esta declaración en virtud
de que me encontraba lesionado de mi mano derecha en conse---
cuencia de haber recibido un impacto por proyectil de arma de
fuego', es por lo que sigo diciendo :- - - - - - - - - - - - -
- - - que efectivamente el día Jueves 24 veinticuatro de Ju--
lio del presente año, al ser como eso de las 21:00 veintiuna-
horas, yo me encontraba a las afueras de mi domicilio ubicado

Exhibit A
168
0168

#########se presento ante nosotros un amigo mio de nombre MARTIN al que le apodamos "EL MARTIN", y este llego acompañado de otros dos amigos de los cuales de momento no recuerdo sus nombres, y es el caso que ellos llegaron a bordo del carro de MARTIN el cual - es un vehiculo de color rojo, tipo guayin sin saber que marca -- sea, y al estar con nosotros estos amigos, MARTIN nos dijo "QUE-SE ESTABAN DESCONTANDO AL DANY, LOS DE LA BANDA LOS TEJONES, QUE LE HICIERAMOS UN PARO", fue por lo que al decernos esto todos es de acuerdo y nos subimos al carro de MARTIN, en donde -- este nos llevo hacia la esquina de Cuauhtemoc y otra que no re--- cuerdo, pero que ahi se le conoce como "EL CHAPARRAL", y es el- caso que una vez que llegamos a dicha esquina, efectivamente me -- di cuenta que estaban golpeando a mis amigos "EL DANIEL SANDO-- VAL al que le apodamos "EL DANY", DESIDERIO al que le decimos --- "EL DESI" Y MARTIN al que le decimos "EL BULBO", y es el caso - que al ver como golpeaban a mis amigos antes citados, los de la -- banda "LOS TEJONES" de los que reconoci a SAUL y a su hermano -- al que le dicen "EL TEJON", asi como a otros dos hermanos que se - que se llaman DAVID Y RIGOBERTO el que le apodan como "EL JAPO"-- y por ultimo reconoci a ALDO, siendo estos cinco los que golpe-- aban a mis amigos, y yo al ver esto me baje del carro al igual --- que mis amigos llamados MARTIN, FERNANDO y los otros dos, y al -- ######### para hacerle el paro a mis amigos los de la --- banda "LOS TEJONES" se hicieron hacia atras para dirijirse hacia el carro de ALDO el cual es tambien una guayin de color blanca-- ########## de marca chevrolet, y al ver que los sujetos de -- la banda "LOS TEJONES" se iban hacia el carro de ALDO en donde -- se subieron, este ALDO saco su mano izquierda, en donde vi que te- nia una pistola parecida a un revolver ya que yo le alcance a -- ver su cilindro y con la misma nos apunto a nosotros disparando- nos sin decirnos nada y nos disparo como en unas 4 cuatro o 5 --- cinco veces, sin que lograra lesionar a nadie de mis amigos, y -- despues de dispararnos ALDO arranco su carro y se fue con sus -- amigos hacia la capilla, y ya nosotros al ver esto optamos mejor por irnos cada quien a su casa, y resulta entonces que el dia --- viernes es decir al dia siguiente 25 veinticinco de junio del -- presente año, nos volvimos a juntar mis amigos "EL DANY" "EL BULBO", "EL ROGER" "EL RATA" mi hermano JUAN al **Exhibit A** "EL NIPO" y YO, en donde al ser como eso de las 22:00 vein **169** horas y al estar a las afueras de la casa de mi amigo "EL ROGER estabamos tomando unas cervezas, por loque entre todos acordamos en ir al dia siguiente es decir el sabado 26 veintiseis de JU-- nio del presente año, a chingar a los de la banda "LOS TEJONES" ###################################

DEL ESTADO DE JALISCO

DIVISION DE AVERIGUACIONES PREVIAS
Y COORDINACION METROPOLITANA

AGENCIA No. E.P.H.I.
A.P. No. 13975/99.
HOJA No. - 24 -

mente junto con mi hermano JUAN a la casa de "EL ROGER" —
y ahi ya estaban mis amigos "EL DANY", "EL ROGER" "EL RATA" —
"EL BULBO" y otros sujetos más que nada YO conocía de vista —
así como más amigos de los cuales no recuerdo ahorita, siendo
un total como unos 20 veinte, y estando todos juntos nos empe-
zamos a poner de acuerdo para ir con los de la banda "LOS TE-
JONES" en donde una vez ya de acuerdo todos nos fuimos cami---
nando sin que nnadie de nosotros llevara palos, piedras, tu---
bos o ningun tipo de arma, ya una vez llendonos caminando,
llegamos a la esquina de la calle De La Milpa, primeramente —
lo hicimos "EL DANY" Y YO, quedandose atras mis demás amigos,
y al estar en dicha esquina ahi tienen su casa los hermanos —
DAVID Y RIGOBERTO, y dicha casa de unica enfrente de un tem---
plo o capilla, y al estar a las afueras de la casa de estos —
hermanos en donde tambien vive ALDO, "EL DANY" Y YO, les
empezamos a gritar "SALGANSE CABRONES, PARA DARNOS SOLOS UNOS-
PLAZOS" y esto lo hicimos en repetidas ocasiones, es decir —
hací les gritamos, fue por lo que despues de nuestros gritos-
inmediatamente salio ALDO el cual le vi de nuevo su pistola de tipo —
revolver siendo la misma con la que nos había disparado ya an-
teriormente como ya lo declare, y al salir se nos dejo venir —
junto con su pistola, con la que nos apuntaba y al ir hacien-
do esto DANY Y YO nos haciamos para atras, fue en esos momen-
tos, que empezo a dispararnos viendo que tambien salian los --
hermanos DAVID Y RIGOBERTO, y ALDO al estarnos disparando YO-
senti lesionado de mi mano derecha y al mismo tiempo me senti
lesionado en la parte de mi pecho abajo de mi tetilla del —
lado izquierdo y al sentirme YO lesionado me caí al suelo cuan
do y caminada hacia atras ya que esta ALDO nos dispara a —
DANY Y a mi cuando retrocesiamos, y a estar YO en el suelo —
no vi para donde se haya ido mi amigo DANY, YA QUE YO me sen-
ti un poco inconsiente, quedando algo mareado, pero senti que
alguien me jalaba de mis hombros, en donde al poco rato me re-
puse y fue ahi en donde me di cuenta de que mis demás amigos-
traian cargando a mi amigo DANY al cual lo dejaron a un lado-

Exhibit A
170

0170

Yo, al verlo así le empezé a hablar pero DANY no me con-
testaba ni se movía y al ver yo esto mejor me retire del mi ami-
go DANY, me dirigí hacia la esquina de la calle que no recuerdo
su nombre, y en eso pasó un amigo mío de nombre CAIN arriba de —
un carro el cual venía con otro muchacho, y al verme CAIN me di-
jo que me subiera al carro para lleverme a la Cruz Verde, ya que
CAIN me vió que me salí sangre de mi mano, y que en estos momen-
tos proporsiono el nombre completo de ALDO y es ALDO OMAR CROTE-
SANZ y que el mismo vive en la casa de los hermanos DAVID y RI-
GOBERTO, y que seguido se junta a las afueras de la capilla, y —
que es todo lo que manifiesto ratificó mi dicho firmó al calce y
al margen, estando conforme con su contenido.- - - - - - - - -

C I T A D O.

SECRETARIO                                              SECRETARIO
CESAR EDUARDO GARCIA RODRIGUEZ.         GUILLERMO GARCIA CABALLERO.

AGENTE DEL MINISTERIO PUBLICO
LIC. HORACIO VEGA PAMANES.

Exhibit A
171

0181

# PRUEBA 13

Exhibit A
172



DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.

AV. PREVIA: 13975/99

HOJA No. 28

**D E T E R M I N A C I O N**

En la ciudad de Guadalajara, Jalisco y siendo las 10:00 diez horas del día 24 veinticuatro de septiembre de 1999, mil novecientos noventa y nueve.- Vistas para resolver en determinación, las actuaciones que integran la Averiguación Previa 13975/99, que fué radicada en la Agencia Especial para Homicidios Intencionales; Y.-

**R E S U L T A N D O.-**

- I).- Que dio inicio la integración de la presente indagatoria con el acta Ministerial número 457/99, levantado por el Licenciado CARLOS ROMERO VENEGAS, Agente del Ministerio Público, adscrito a la Cruz Verde de Zapopan, de fecha 26 veintiséis de junio de 1999, mil novecientos noventa y nueve, de donde se desprenden las siguientes diligencias ministeriales:

- a).- Fe ministerial en donde se hace constar que el, día 26 veintiséis de junio de 1999, mil novecientos noventa y nueve, se trasladó el Agente del Ministerio Público a la Sala de Urgencias del puesto de Socorros de la adscripción Cruz Verde de Zapopan, en virtud de haber sido presentado una persona del sexo masculino, el cual presenta heridas producidas por proyectil de arma de fuego, en donde estando plena y legalmente constituidos en dicho lugar DA FE ministerial de que se tiene a la vista en una camilla anatómica a una persona del sexo masculino ya sin vida, el cual se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y, el resto de su economía corporal en sentido opuesto, el cual presenta heridas producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, encontrándose presentes en el lugar los CC. ROGELIO RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ, los cuales identifica al cadáver como a su amigo de nombre DANIEL SANDOVAL ABUNDIS, presentando también otro lesionado por proyectil de arma de fuego por lo que se DA FE que sobre una camilla se encuentra una persona del sexo masculino visiblemente lesionado, mismo que se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, quien al parecer y con dificultad manifestó llamarse JULIO CESAR SEVILLANO GONZALEZ.-

- b).- Fe ministerial de lesiones, del lesionado de nombre CESAR SEVILLANO GONZALEZ, el cual presenta heridas en la mano derecha, así como en el costado izquierdo y en la línea media clavicular, al parecer producidas por proyectil de arma de fuego.-

- c).- Declaración del compareciente de nombre ROGELIO RIOS MARTINEZ, quien refiere que el día 26 veintiséis de junio del año en curso,



Exhibit A
178

01-73

...armas de los cuales desconoce sus nombres y apellidos, que en total eran aproximadamente como unos veinte, que entonces DANIEL les comentó que iban a ir a la Colonia el Vigía para pelearse con unos PINCHES BATOS, ya que había tenido broncas con batos de esa Colonia, que iban a descontrolarlos, que llegaron a la Colonia El vígía, sin saber el lugar exacto, pero cerca de una capillita, que como no vieron a nadie, ya se iban a regresar, que habían caminado pocos metros cuando escuchó unas detonaciones o disparos, que entonces todos corrieron hacia la Avenida Hidalgo corriendo como media cuadra, que cuando ya no escucharon disparos, se regresaron de nueva cuenta al mismo lugar, que entonces escuchó otros disparos, sin precisar cuantos fueron, ni quién fue el que disparo, viendo como su amigo DANIEL caía al suelo, que al ver lo anterior, todos corrieron hacia la Avenida Hidalgo, quedándose él y dos amigos más, procediendo a darle auxilio a DANIEL, por lo que detuvieron a un muchacho de un carro y llevaron a DANIEL a la Cruz Verde. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - d).- Declaración del Compareciente de nombre JOSE ANTONIO NAVA VALADÉZ, quien refiere que el día 26 veintiséis de junio del año en curso, siendo aproximadamente como las 20:30 veintiún horas con treinta minutos, iban a echar pleito con unos cuates de la Capilla, en la Colonia El Vígía, siendo más de quince, entre los cuales iban sus amigos ROGELIO, JULIO y DANIEL SANDOVAL, sin conocer a los demás, ya que iban a echar bronca con unos sujetos que se juntan en la capilla, ya que DANIEL les dijo que un día antes estos sujetos le habían echado bronca, que al llegar a la capilla empezaron a gritar varios de sus acompañantes "¡BATOS MIEDOSOS, SALGAN DE SUS CASAS CABRONES" y en eso salió de una casa un cuate y el cual empezó a disparar con un arma de fuego hacia donde ellos se encontraban, por lo que todos procedieron a correr, dejando de disparar, que entonces vieron tirado a su amigo DANIEL y a su amigo ROGELIO y procedieron a recogerlos, pidiendo ayuda a un amigo de un carro, en donde los llevaron a la Cruz Verde, manifestando que el sujeto que realizó los disparos era chaparro, de cabello negro, barba de candado, el cual se metió a una finca que se encuentra frente a la Capilla en la Colonia El Vígía. - - - - - - - - - - - -

- - - e).- Se dio la fe ministerial del lugar de los hechos, en donde EL agente del ministerio Público en unión de su personal procedieron a trasladase a la Colonia El Vígía en Zapopan, en donde estando plena y legalmente constituidos, se dio FE de que en el cruce de las calles La Milpa y Del Lazo, sobre la acera norte de la citada calle La Milpa y justo en el cruce con la calle Del Lazo y hacia el lado poniente se localiza la finca marcada con el número 376 que corresponde a una capilla y como a quince metros hacia el poniente, casi en la parte media de la fachada se aprecia un orificio de impacto y sobre la misma fachada y en la parte superior sobre el extremo del lado izquierdo, se aprecia un segundo orificio de impacto, haciéndose constar que al lado contiguo y hacia el poniente se localiza otra finca con el número 374, parte inferior del extremo derecho de la fachada se aprecia un tercer orificio de impacto, todos los impactos al parecer producidos por arma de fuego apreciándose vidrios esparcidos en un diámetro de cuatro metros, así mismo se DA FE que justo frente a los dos fincas antes mencionadas se localiza la finca marcada con el número 373, la cual tiene una ventana del lado derecho, la cual presenta quebrados los vidrios, así mismo en la fachada de la planta alta se encuentra otra ventana, la cual también presenta los vidrios quebrados...

**Exhibit A**
**174**

0074

DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
AV. BREVIA: 13975/99
HOJA No. 29

de los Estados Unidos de América, al cual le esta rentando un cuarto de su domicilio, que los sujetos le dañaron un vehículo de su propiedad, por lo que ALDO sacó un arma de fuego y les disparo a los sujetos.-------

f).- Transcripción del parte médico número 3032/99, relativo a JULIO CESAR SEVILLANO GONZALEZ, el cual a la letra dice!"""""Presenta heridas al parecer producidas por agente proyectil arma de fuego, localizadas a nivel del sexto espacio intercostal izquierdo, y línea media clavicular, de aproximadamente 0.7 centímetros de diámetro, de bordes invertidos, al parecer orificio de entrada y en mano derecha de aproximadamente 0.5 centímetros de diámetro en metacarpo distal de dedo índice de bordes invertidos, al parecer orificio de entrada y de aproximadamente 1, un centímetro de diámetro en región hipotenar de bordes evertidos al parecer orificio de salida. Lesiones que por su situación y naturaleza no ponen en peligro la vida y tardan menos de 15 quince días en sanar, se ignoran secuelas.-

g).- Declaración de una persona ofendida de nombre JULIO CESAR SEVILLANO GONZALEZ quien refiere que el día 26 veintiséis de junio del año en curso, siendo aproximadamente las 21:30 veintiún horas con treinta minutos, iban caminando como veinte sujetos, entre ellos sus amigos DANIEL ABUNDIS, ROGELIO, DOS, y otros más, esto por la calle Milpa en la Colonia El Vigía, ya que iban a pelear con unos batos que les dicen "LOS TEJONES", ya que le iban a hacer el paro a su amigo DANIEL, ya que les comento que el día de anteriio habían descontado "LOS TEJONES", llegando directamente a la tarde tres de los integrante de los "TEJONES", la cual se encuentra ubicada en la calle Milpa, siendo RIGO y DAVID, los cuales son hermanos, viviendo también ahí ALDO OMAR CROTE, que al llegar les gritaron "SALGAN CABRONES", saliendo los dos hermanos, RIGO y DAVID, así como ALDO OMAR CROTE, en donde éste último traía en su mano una pistola, con la cual realizó varios disparos, que él y DANIEL iban adelante, por lo cual en esos momentos él se sintió lesionado de su mano derecha y le empezó a doler el costado izquierdo, pegando todos hacia la vuelta, en donde llego su amigo CAIN JUAN y JUANITO ESCALA en un carro, viendo como también DANIEL caía herido, procediendo a llevar a ambos a la Cruz Verde, viendo como los demás les tiraban piedras a la casa y vehículo de ALDO OMAR.-



2).- El día 27 veintisiete de junio de 1999, mil novecientos noventa y nueve, se radicó en esta Agencia Especial para Homicidios Intencionales, las actuaciones antes mencionadas bajo el...

0175

Junio de 1999, mil novecientos noventa y nueve, de donde se
desprenden las siguientes diligencias ministeriales: - - - - - - - - - - - -
a).- Fe ministerial del lugar de los hechos en donde se hace constar que
el día 26, veintiséis de junio de 1999, mil novecientos noventa y nueve, se
traslado el Agente del Ministerio Público a la Cruz Verde de Zapopan, en
donde estando plena y legalmente constituidos en dicho lugar, DA FE
ministerial de que se tiene a la vista en el área de Quirófano, sobre una camilla
rodante, en posición decúbito dorsal, con su cabeza apuntando hacía el norte
y el resto de su economía corporal en sentido opuesto, un cadáver del sexo
masculino, de aproximadamente 20 años de edad, encontrándose presentes en
el lugar los CC. ROGELIO RIOS MARTINEZ y CAIN JUAN EDUARDO
VILLANUEVA ALVAREZ, quienes manifestaron que ellos presentaron al
hoy occiso, al cual identifican como quien en vida llevara el nombre de
DANIEL SANDOVAL ABUNDIS, presentando también a otro lesionado de
nombre JULIO CESAR SEVILLANO GONZALEZ. - - - - - - - - - - - - - - -
b).- Declaración de la Ciudadana de nombre MAGDALENA ABUNDIS
ORTEGA, quien identificó el cadáver como el de su hijo quien en vida llevara
el nombre de DANIEL SANDOVAL ABUNDIS, quien refiere que se enteró
que un amigo de su hijo que acaba de llegar de los Estados Unidos había matado a su
hijo, desconociendo como hayan sucedido los hechos. - - - - - - - - - - - - -
c).- Fe ministerial de un cadáver relativo a DANIEL SANDOVAL
ABUNDIS, quien como huellas de violencia presenta al parecer una sol herida
por arma de fuego, la cual se encuentra con tres orificios, el primero de entrada
situado en el brazo izquierdo cara externa; el segundo orificio de salida, situado
en la cara interna del brazo izquierdo, pero en la cara interna, el tercer orificio
de encontrada situado en el tórax lado izquierdo a nivel de la tetilla. - - - - - - -
d).- Transcripción de parte de cadáver número 1369/99, relativo al
cadáver de DANIEL SANDOVAL ABUNDIS, el cual a la letra dice:
"... cadáver del sexo masculino, en buen estado general de nutrición, con
hipotermia generalizada y con livideces en cara posterior del cuerpo con
hipotermia... una herida por proyectil de arma de fuego con tres orificios; el
primero de entrada localización en tercio medio de brazo izquierdo cara lateral
externa de 10 diez por 9 nueve milímetros, de forma ovalada, de bordes
in... tidos con un anillo de fish de 5 punto cinco centímetros de diámetro; el
segundo orificio de salida localizado en el mismo brazo y tercio, en su cara
lateral interna de 9 nueve por 8 ocho milímetros, de bordes evertidos, de
forma ovalada; el tercer orificio nuevamente de entrada, localizado en
hemitórax izquierdo a nivel del tercer espacio intercostal y la línea clavicular
externa de 14 catorce por 10 diez milímetros, de forma ovalada, de bordes
invertidos. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
e).- Se recibieron procedentes del Instituto Jalisciense de Ciencias
Forenses los siguientes oficios: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - 1).- 17623/99, suscrito por los peritos de criminalista de Campo,
mediante el cual remiten la fijación y recolección de indicios, adjuntando una
planimetría y un juego de 17 diecisiete fotografías tamaño postal a colores. -
- - - 2).- 17850/99, suscrito por los peritos químicos, mediante el cual remiten
el resultado de las pruebas colorimétricas y fisicoquímicas practicadas a
ROGELIO RIOS MARTINEZ, obteniéndose resultados NEGATIVOS en
ambas manos y regiones, a JOSE ANTONIO NAVA VALADEZ

**Exhibit A**

**176**

0176

### DEL ESTADO DE JALISCO

**DIRECCION GENERAL DE AVERIGUACIONES PREVIAS**

AGENCIA: ESP. HOM. INT.
AV. PREVIA: 13975/99.
HOJA No. 30

JULIO CESAR SEVILLANO, obteniéndose resultados POSITIVOS en mano izquierda región externa NEGATIVO en mano izquierda región interna.

- 3).- 17848/99, suscrito por los peritos químicos, mediante el cual remiten resultado de la prueba de colorimétrica y fisicoquímicas practicadas al cadáver de DANIEL SANDOVAL ABUNDIS, obteniéndose resultados NEGATIVOS en ambas manos y regiones.

- 4).- 17849/99, suscrito por peritos químicos, mediante el cual remiten el resultado de prueba de WALKER, obteniéndose resultados NEGATIVO lo que técnicamente indica que el disparo fue realizado a una distancia mayor de un metro.

- 5).- 1728/99, suscrito por los médicos forenses, mediante el cual remiten el resultado de la autopsia practicada al cadáver de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, del cual se deduce que su muerte se debió a las alteraciones causadas en los órganos interesados por el proyectil que produjo la herida con tres orificios, el primero de entrada, situado en la cara externa y tercio medio del brazo izquierdo, de forma oválada, de 10 diez por 9 nueve milímetros de diámetro y bordes invertidos, con anillo de fish de 5 cinco milímetros de diámetro, el segundo orificio de salida, situado en la cara interna tercio medio del mismo brazo, de forma oválada, de 9 nueve por cuatro milímetros de diámetro y bordes evertidos; el tercero nuevamente de entrada, situado en la cara anterior del hemitórax izquierdo, a nivel del tercer espacio intercostal y sobre la línea clavicular externa, de forma oválada, de 14 catorce por 10 diez milímetros de diámetro y bordes invertidos.

- 6).- Fe ministerial de un proyectil extraído del cadáver de DANIEL SANDOVAL ABUNDIS, el cual presenta ralladuras en su estructura.

- g).- Se recabó la declaración del Ciudadano OSCAR EDUARDO SANDOVAL ABUNDIS, quien refiere que por investigaciones que realizó se enteró que la persona que privó de la vida a su hermano DANIEL se llama ALDO OMAR CROTE, quien se encuentra refugiado en la finca marcada con el número 183, de la calle Matamoros, en Zapopan, entre las calles Javier Mina y Avenida Hidalgo, en donde vive un muchacho que apodan "EL BORRES", quien se apellida SAENZ, el cual ayudó a ALDO OMAR CROTE a escapar de la Ciudad, obteniendo la información antes


Exhibit A
1/7
Q177

57

concluyéndose como conclusiones que el proyectil corresponde al calibre nominal 22 (Long-Rifle) en su estilo de bala de plomo, no siendo posible establecer que tipo de arma pudo haberlo disparado de origen. - - - - - - - - - -
- i).- Se recabó la declaración de la Ciudadana de nombre MARIA LUISA CUEVAS DUEÑAS, quien refiere que el día de los hechos salió a comprar pan, siendo aproximadamente las 21:30 veintiún horas con treinta minutos, viendo cómo a diez o quince muchachos con piedras en las manos, las cuales empezaron a tirar a su casa gritando "HAY QUE DARLE EN SU MADRE A ESE PUTO", dirigiéndose hasta la esquina de la Milpa y Cerrada Del Lazo, en donde se encontraba estacionado el vehículo de ALDO OMAR CROTE, el cuál vive en su casa, viendo como estos sujetos rompían los vidrios del vehículo, encontrándose ALDO en su interior, al cual le gritaban "SALTE PUTO, TE VAMOS A PARTIR TU MADRE", saliéndose ALDO del vehículo, escuchándose varios truenos como palomitas, por lo que todos empezaron a correr, por lo que cuando ella llegó a su casa, iba saliendo ALDO, el cual se subió a su carro y se retiro, enterándose que había fallecido un muchacho y que otro más se encontraba herido, proporcionando la media filiación de ALDO OMAR CROTE. - - - - - - - - - - - - - - - - - - - - - - - - -
- j).- Se recabó la declaración del Ciudadano de nombre SALVADOR GONZALEZ GONZALEZ, quien refiere que el día de los hechos, siendo aproximadamente 21:00 veintiún horas con treinta minutos se encontraba asomado en su domicilio cuando rompieron el vidrio de la ventana de la calle, asomándose viendo que había como quince muchachos entre dos cuales unos se encontraban armados y todos decían "VAMOS A DARLE EN LA MADRE A ESE PUTO", que entonces trató de salir a la calle, escuchando varios truenos como palomitas, hincándose detrás de la puerta, que de pronto como viendo a ALDO OMAR, que vive en su casa, quien sin decir nada se subió a la calle y se subió a su vehículo y se retiro, enterándose que había resultado muerto un joven de nombre DANIEL SANDOVAL ABUNDIS y que había resultado lesionado otro muchacho de nombre JULIO CESAR SEVILLANO GONZALEZ, proporcionando en esos momentos la media filiación de ALDO OMAR CROTE. - - - - - - - - - - - - - - - - - - - - - - -
- k).- Se recabó la declaración del Ciudadano de nombre CARLOS CROTTE GUEVARA, quien refiere que se enteró que su hijo ALDO OMAR CROTTE tenía problemas con la autoridad, ignorando hasta que grado tenga responsabilidad en la muerte de DANIEL SANDOVAL ABUNDIS y del muchacho lesionado de nombre JULIO CESAR SEVILLANO GONZALEZ, proporcionando el nombre completo de su hijo, siendo el de ALDO OMAR CROTTE SAINEZ, así mismo proporciona la media filiación de su hijo. - - -
- L).- Se recabó la declaración de la Ciudadana de nombre CARMEN BECERRA GUERRERO, quien refiere que el día de los hechos, siendo aproximadamente las 21:30 veintiún horas con treinta minutos, se encontraba comprando unos elotes, viendo que venían un montón de muchachos y muchachas, en donde algunos sacaron pistolas de unos mortalito, con la cuales comenzaron a disparar hacia la calle Milpa, gritando "NO SEAN GALLINAS, PENOS, QUE NO TIENEN HUEVOS, VEN YO LE LOS PONGO, MI ILA PELAS, YO LE LA METO", que de pronto estos muchachos empezaron a correr, viendo cuando cayó un joven al piso, regresándose dos

Exhibit A

0178

# PROCURADURIA GENERAL DE JUSTICIA
## DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.
AV. PREVIA: 13975/99
HOJA No. 31

interior de su domicilio, cuando escuchó ruidos que provenían de la calle, por lo que e levantó y se asomó por la ventana, viendo que afuera se encontraban como 25 muchachos, los cuales estaban aventando piedras hacía su casa y gritaban "SALGAN CABRONES, AHORA SI, LOS VAMOS A MATAR", viendo que tres sujetos traían arma de fuego, quitándose de la ventana, viendo como quebraban los vidrios de la ventana, que en eso escuchó varias detonaciones de arma de fuego, viendo como los muchachos que los estában agrediendo comenzaron a retirarse, empezando a llegar patrullas, preguntándole por lo que había pasado.

- - m).- Se recabó la declaración de JOSÉ ANTONIO NAVA VALADEZ, quien manifestó que el día 26 veintiseis de junio del año en curso, siendo aproximadamente las 21:30 veintiún horas con treinta minutos, en el cruce de las calles Cuauhtémoc y Libertad en Zapopan, se junto con sus amigos de nombres DANIEL SANDOVAL MUNDIS, ROGELIO, JULIO, así como demás integrantes de la banda BARRIO NICOLAS BRAVO, por lo que DANIEL le dijo que fueran a echar bronca a la capilla, ya que un día anterior ó sea el día 25 veinticinco de junio habían bronqueado a unos mofitos, por lo que el DANY les dijo que si lo acompañábamos, por lo que todos nos dirigimos a la Capilla en la Colonia El Vigía, por lo que al frente iban DANIEL, JULIO y el de la voz y los demás atrás, ya que eran como veinte en total, por lo que todos iban gritando majaderías, por lo que se pararon enfrente de la finca número 176 de la calle Milpa, de donde salió un sujeto chaparro de pelo lacio hacía atrás de color negro, de unos 25 años, el cual salió muy bravo con una pistola en la mano, por lo que éste muchacho se molestó, y sin mas les apunto con la pistola, moviéndola hacía la derecha y hacía la izquierda, pero hacía donde ellos se encontraban, los cuales se encontraban parados como a unos 07 u 08 ocho metros, por lo que en eso sin saber quién empezó empezaron a aventar piedras y a quebrar los vidrios de la ventana de la casa que entonces este sujeto se enojó y comenzó a dispararles, por lo que todos se echaron a correr, corriendo como media cuadra, que cuando ya no escuchanon más disparos se pararon y vieron que el sujeto se metía de nueva cuenta a su casa, viendo que DANY se encontraba tirado en el piso, herido de bala, encontrándose JULIO también herido, que entonces procedieron a auxiliarlos, manifestando que el sujeto que los agredió, al parecer radica en los Estados Unidos de América.-

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - ñ).- Se recabó de nueva cuenta la declaración del ofendido lesionado de nobre JULIO CESAR SEVILLANO GONZALEZ, quien refiere que el día 24 veinticuatro de junio del año en curso, siendo aproximadamente las 21:00 veintiún horas, se encontraba en compañía de un amigo de nombre FERNANDO, cuando llegó otro amigo de nombre DANY, el cual venía acompañado de otros dos amigos, quien nos dijo "QUE SE ESTABAN DESCONTANDO AL DANY, LOS DE LA BANDA LOS TEPOES, QUE LE HICIERAMOS UN PARO", por lo que todos se subieron al carro



Exhibit A
179