MARTIN y llegaron a la calle de Cuauthemoc, viendo que efectivamente estaban golpeando a su amigo EL DANY, al "DESIDERIO O EL DESI" y a MARTIN alias "EL BULBO" reconociendo a varios integrantes de la banda "LOS TEJONES", entre ellos a SAUL y al hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde al uno lo apodan "EL JACO" y a otro de nombre ALDO, los cuales estaban golpeando a sus amigos, que entonces ellos se fueron directo hacia donde se encontraban estos sujetos, los cuales se dirigieron hacia el carro de ALDO, en donde ALDO sacó su mano izquierda, viendo que tenía una pistola, con la cual le apuntó, disparándole sin decidles nada como en cuatro ocasiones, sin lograr lesionar a alguien, y posteriormente ALDO arrancó el carro y se fue, por lo que ellos también se retiraron a su domicilio, siendo el caso, que el día viernes 25 veinticinco del mes y año en curso, se volvieron a juntar sus amigos DANY, EL BULBO, EL ROGER, EL RATA, EL NIPO y el de la voz, siendo aproximadamente las 22.00 veintidós horas, acordaron que al día siguiente 26 de junio iban a ir a chingar a los de la banda "LOS TEJONES" para desquitarse de la chinga que le habían puesto a sus amigos, por lo que el día sábado 26, siendo aproximadamente las 21:00 veintiún horas, se juntaron EL DANY, EL ROGER, EL RATA, EL BULBO y otros sujetos más, siendo en total 20, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando piedras, tubos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tiene su casa los hermanos DAVID y RIGOBERTO, la cual se ubica enfrente de una capilla, en donde también vive ALDO, por lo que todos le empezamos a gritar "SALGANSEN CABRONES PARA DARNOS UNOS PUTAZOS", viendo como salía ALDO con una pistola tipo revolver con la que anteriormente ya les había disparado, por lo que les dejo ir con la pistola, haciéndose para atrás EL DANY que en esos momentos ALDO les empezó a disparar, viendo que también salieron los hermanos RIGOBERTO Y DAVID, sintiéndose él lesionado de su mano derecha y en la parte de su pecho, ya que ALDO les disparó, él y a DANY cuando retrocedían, no viendo en donde queda su amigo DANY, dándose cuenta posteriormente de que sus amigos tenían a su amigo DANY el cual estaba herido en su ... por lo que un amigo de nombre CAIN los llevo en su carro a la Cruz Verde.

D) Con lo declarado por el C. ROGELIO RIOS MARTINEZ, quien manifestó, que el día 25 veinticinco de junio del año en curso, aproximadamente a las 22:30 horas se encontraba en compañía de varios amigos de nombre JULIO CESAR, DANIEL SANDOVAL, ANTONIO ... alias el "EL RATA", MARTIN alias "BULBO", MARTIN ... alias "EL SOBACO" y demás amigos, los cuales se encontraban tomando cerveza, cuando empezaron a decir, que los de la banda los TEJONES se habían chingado al DANY, el TESI, y a el BULBO, por lo cual se querían desquitar, y se pusieron de acuerdo, para el sábado 26 veintiséis de junio del año en curso ir a desquitarse de los TEJONES, y el día sábado 26 veintiséis, siendo las 21:00 horas, se juntaron "EL DANY, EL RATA, JULIO CESAR y su hermano JUAN alias "EL NIPO", EL BULBO, y MARTIN alias el SOBACO, y demás amigos, los cuales llegaron a hacerles un paro, por lo que se fueron caminando, al lugar en donde se juntan la BANDA DE LOS TEJONES, cerca de una capilla en la colonia El Vigia, en el Municipio de Zapotlán Jalisco, aclarando que ninguno de ellos llevaban armas, llegando a la esquina de la calle la Milpa, viendo que de una casa que esta frente a la capilla, salieron tres sujetos, que eran de la BANDA TEJONES, viendo que uno de ellos discutía con su amigo DANY y JULIO

Exhibit A
180

01...

PROCURADURIA GENERAL DE JUSTICIA
DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
AV. PREVIA 13975/99
HOJA No. 32

CESAR, viendo que uno de los sujetos traía una pistola tipo revolver con la
cual empezó a disparar en dos ocasiones, y lo hizo en contra de DANY Y
JULIO CESAR y todos los demás que los acompañaban se hicieron hacia
atrás, y ya no se escucharon más disparos, por lo que de nueva cuenta
regresaron a donde estaban los tres sujetos, viendo como este sujeto volvía a
disparar en contra de sus amigos DANY Y JULIO CESAR y fue cuando
vio que sus amigos cayeron al piso y se acercaron EL RATA, EL NIPO, y el
declarante, y ayudaron al DANY, el cual tenía un agujero a la altura del pecho,
y le pidieron a un amigo que llevara a EL DANY a la cruz verde, llegando a la
cruz verde su amigo de nombre CAIN, quien llevaba a JULIO CESAR
lesionado de la su mano derecha y del pecho, ya que también recibió un
disparo del sujeto que traía la pistola, el cual se llama ALDO OMAR CROTE
SAINZ, enterándose que el DANY había dejado de existir debido al disparo
que le dio ALDO OMAR.

II). Con las demás acuerdos y constancias que obran en las presentes
actuaciones, por lo que el suscrito con fundamento en el artículo 21
Constitucional, tengo a bien entrar al estudio del siguiente:

C O N S I D E R A N D O.

I).- CUERPO DEL DELITO DE HOMICIDIO.- Respecto de la
existencia material y legal del Cuerpo del delito de HOMICIDIO previsto por
el artículo 213 del Código Penal vigente para el Estado de Jalisco, se acredita
con las probanzas que a continuación se señalan.
- Con la diligencia de fe ministerial practicada en el lugar de los hechos.
- Con lo declarado por los comparecientes de nombres ROGELIO RIOS
MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR
SEVILLANO GONZALEZ, OSCAR EDUARDO SANDOVAL
ABUNDIS, MARIA LUISA CUEVAS DUEÑAS, SALVADOR
GONZALEZ GONZALEZ, CARLOS CROTE GUEVARA, CARMEN
BECERRA GUERRERO, VICENTE GONZALEZ CUEVAS.
- Con la fe ministerial del cadáver de DANIEL SANDOVAL ABUNDIS.
- Con la transcripción del parte médico de cadáver número 1869/99, relativo
a DANIEL SANDOVAL ABUNDIS.
Con el resultado de la autopsia practicada al cadáver de quien en vida llevara el
nombre de DANIEL SANDOVAL ABUNDIS.
- Con la declaración de MAGDALENA ABUNDIS ORTEGA, quien
identifica el cadáver como el de su hijo, que en vida llevara el nombre de
DANIEL SANDOVAL ABUNDIS.
- Con la fe ministerial de un proyectil extraído del cadáver de DANIEL
SANDOVAL ABUNDIS.
Con lo que se han reunido los requisitos su... los extremos... los
extremos del artículo 16 Constitucional en vigor, ahora bien en cuanto los
extremos de los artículos 116 y 119 del Enjuiciamiento Penal vigente para el
Estado de Jalisco, los Elementos del Tipo Penal de HOMICIDIO, previsto


Exhibit A
8
0181



con el artículo 213 del Código Penal en Vigor para el Estado de Jalisco, constituyéndose que se traducen en.

a).- El presupuesto necesario para la integración del delito traducido en la existencia de una vida humana.

b).- El elemento material del Homicidio traducido en la privación de la vida humana.

c).- El elemento moral traducido en la intención o imprudencia de otro hombre para causar la muerte de un ser humano.

Los mismos se encuentran plenamente acreditados con los elementos de prueba y medios de convicción que se señalan a continuación.

- - (PRIMERO).- Se dio fe ministerial del lugar de los hechos, en donde El agente del Ministerio Público en unión de su personal procedieron a trasladarse a la Colonia El Vigía en Zapopan, en donde estando plena y legalmente constituidos, se dio FE de que en el cruce de las calles La Milpa y Del Lazo, sobre la acera norte de la citada calle La Milpa y justo en el cruce con la calle Del Lazo y hacia el lado poniente se localiza la finca marcada con el número 676 que corresponde a una capilla, como a quince metros hacia el poniente casi en la parte media de la fachada se aprecia un orificio de impacto y sobre la misma fachada y en la parte superior sobre el extremo del lado izquierdo, se aprecia un segundo orificio de impacto, haciéndose constar que al lado contiguo y hacia el poniente se localiza otra finca con el número 380 y en su parte inferior del extremo derecho de la fachada se aprecia un tercer orificio de impacto, todos los impactos al parecer producidos por arma de fuego, apreciándose vidrios esparcidos en un diámetro de cuatro metros, así mismo se DA FE que justo frente a las dos fincas antes mencionadas se localiza la finca marcada con el número 373, la cual tiene una ventana del lado derecho, la cual presenta quebrados los vidrios, así mismo en la fachada de la planta se encuentra esta ventana, la cual también presenta los vidrios quebrados, procediendo a entrevistarse con la moradora de la finca de nombre MARIA LUISA CUEVAS DUEÑAS, quien manifestó que llegaron varios sujetos que interceptaron a una persona de nombre ALDO OMAR CROTE, quien viene de los Estados Unidos de América, al cual le esta rentando un cuarto de su domicilio, que los sujetos le dañaron un vehículo de su propiedad, por lo que ALDO sacó un arma de fuego y les disparó a los sujetos. - - - - - - - - - - - -

- - SEGUNDO.- Fe ministerial, en donde se hace constar que el día 26 veintiséis de junio de 1999, mil novecientos noventa y nueve, se trasladó el Agente del Ministerio Público a la Sala de urgencias del puesto de Socorros de la adscripción Cruz Verde del Zapopan, en virtud de haber sido presentado una persona del sexo masculino, el cual presenta heridas producidas por proyectil de arma de fuego, en donde estando plena y legalmente constituidos en dicho lugar, DA FE ministerial de que se tiene a la vista en una camilla anatómica a una persona del sexo masculino ya sin vida, el cual se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual presenta heridas producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, encontrándose presentes en el lugar los CC. ROGE_ _ _RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ, los cuales identifica al cadáver, como a su amigo de nombre DANIEL SANDOVAL ABUNDIS, presentando también a otro lesionado por proyectil de arma de fuego, por lo que se DA FE que se solicita que se encuentra una persona del sexo masculino visiblemente lesionado, mismo que se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual con

**Exhibit A**
**182**

**DEL ESTADO DE JALISCO**

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.
A.V. PREVIA: 13975/99.
HOJA No. 33.

mucha dificultad manifestó llamarse JULIO CESAR SEVILLANO GONZALEZ.

TERCERO.- Fe ministerial de un cadáver relativo a DANIEL SANDOVAL ABUNDIS, quien como huellas de violencia presenta al parecer un así llamado por arma de fuego, el cual se encuentra con tres orificios, el primero de entrada situada en el brazo izquierdo cara externa, el segundo orificio de salida situado en el mismo muslo del brazo izquierdo pero en la cara interna, el tercer orificio de entrada situado en el tórax lado izquierdo, a nivel de tercilla costal.

CUARTO.- Transcripción de parte de cadáver número 1369/99, relativo al cadáver de DANIEL SANDOVAL ABUNDIS, el cual a la letra dice.- El cadáver del sexo masculino, en buen estado general de nutrición, con hipotermia generalizada y víctima de fleces, en cara posterior del cuerpo con hipotermia, esta una herida por proyectil de arma de fuego con tres orificios, el primero de entrada localizado en tercio medio de brazo izquierdo cara lateral externa de 10 diez por 9 nueve milímetros, de forma ovalada, de bordes invertidos con un anillo de fisch de punto cinco centímetros de diámetro, el segundo orificio de salida localizado en el mismo brazo y tercio, en su cara lateral interna de 9 nueve por 8 ocho milímetros, de bordes evertidos, de forma ovalada, el tercer orificio nuevamente de entrada, localizado en hemitórax izquierdo a nivel del tercer espacio intercostal y la línea clavicular externa de 14 catorce por 10 diez milímetros, de forma ovalada, de bordes invertidos.

QUINTO.- Con el oficio número 1728/99, suscrito por los médicos forenses, mediante el cual remite el resultado de la autopsia practicada al cadáver de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, del cual se deduce que su muerte se debió a las alteraciones causadas en los órganos interesados por el proyectil que produjo la herida con tres orificios, el primero de entrada, situado en la cara externa, tercio medio del brazo izquierdo, de forma ovalada, de 10 diez por 9 nueve milímetros de diámetro y bordes invertidos, con anillo de fisch de 5 cinco milímetros de diámetro, el segundo orificio de salida, situado en la cara interna, tercio medio del mismo brazo, de forma ovalada, de 9 nueve por 8 ocho milímetros de diámetro y bordes evertidos, el tercero nuevamente de entrada, situado en la cara anterior del hemitórax izquierdo, a nivel del tercer espacio intercostal y sobre la línea clavicular externa, de forma ovalada de 14 catorce por 10 diez milímetros de diámetro, y bordes invertidos.

SEXTO.- Declaración de la Ciudadana de nombre MAGDALENA ABUNDIS ORTEGA, quien identificó el cadáver del que en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, quien refiere que se enteró que un sujeto que acababa de llegar de los Estados Unidos había matado a su hijo, desconociendo como hayan sucedido los hechos.

Exhibit A
183

SEPTIMO.- Fe ministerial de un proyectil extraído del cadáver de DANIEL SANDOVAL ABUNDIS, el cual presenta ralladuras en su estructura.

Material probatorio que al ser analizado en su conjunto con la totalidad de las probanzas, nos acredita fehacientemente los elementos objetivos y subjetivos del tipo penal en estudio, ya que objetivamente una persona fue privada de la vida y subjetivamente los medios empleados fueron los idóneos consiguiendo el nexo causal entre la ejecución de los hechos y los medios empleados a la voluntad intencional del Agente activo, demostrándose que efectivamente se privó de la vida a una persona con la intención lógica de conseguir este objetivo, ya que como a quedado fedatado en actuaciones específicamente en la Fe Ministerial de un cadáver se describe fehacientemente el organismo sin vida de un ser humano, y que de acuerdo al artículo 269 del Enjuiciamiento Penal vigente para el Estado de Jalisco, dicha inspección Ministerial debe considerarse como lo pleno valor probatorio por practicarse con las formalidades de ley, así también se describen mediante el oficio número 1786/99, suscrito por los médicos forenses, del cual se desprende las lesiones que causaron la muerte a dicho ser humano que en vida llevaba el nombre de DANIEL SANDOVAL ABUNDIS, lesiones verificadas dentro de los sesenta días siguientes a que fueron causadas éstas, demostrándose que se privó de la vida a una personal cuya preexistencia ha quedado fedatada en actuaciones, demostrándose plenamente los extremos de los numerales 116, 119 y 132 del Enjuiciamiento Penal para Jalisco, violando normas y preceptos jurídicos establecidos en la ley con carácter de punitivos.

OCTAVO.- CLASIFICACIÓN DEL TIPO CON RELACIÓN A LA CONDUCTA.- Respecto al análisis irrelevante la conducta desplegada por el activo ALDO OMAR GROTTE SAÍNEZ, (NO DETENIDO)", éste es el considerarse como CALIFICADO de acuerdo a lo previsto por el artículo 213 con relación al 219 fracción I en su modalidad de VENTAJA, en su inciso, b), del Código Penal del Estado de Jalisco, se dan por reunidos los elementos de HOMICIDIO CALIFICADO con respecto al inciso B) en la modalidad de VENTAJA, de la fracción I del artículo 219 de la Ley Punitiva vigente para el Estado de Jalisco, que dice que el Homicidio se considera como CALIFICADO, "Cuando es superior por las armas que emplea por su mayor destreza en el manejo de ellas, o por el número de los que lo acompañan," Calificativa anterior que queda plenamente demostrada dentro de las actuaciones con lo manifestado por los comparecientes antes mencionados de nombres ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR SEVILLANO, en donde el primero refiere en lo que nos interesa; que el día de los hechos, se encontraba en compañía de varios amigos de nombres JULIO CESAR, DANIEL SANDOVAL ANTONIO LARA Alias el "EL RATA", MARTIN, alias "BILBO", MARTIN NAVARRO, alias "EL SOBACO", y demás amigos, los cuales se fueron caminando, al lugar en donde se juntan la BANDA DE LOS TEJONES, cerca de una capilla, en la colonia El Vigía, aclarando que ninguno de ellos iba armado; y llegando a la esquina de la calle la M...a, viendo que de una casa que esta frente a la capilla, salieron tres sujetos que eran de la BANDA LOS TEJONES, viendo que uno de ellos discutía con su amigo DANY y JULIO CESAR, viendo que uno de los sujetos traía una pistola tipo revolver con la cual empezó a disparar lo hizo en contra de DANY y JULIO CESAR, viendo como este sujeto volvía a disparar en contra de sus amigos DANY Y JULIO CESAR, resultando de lo anterior muerto su amigo DANIEL SANDOVAL

Exhibit A
184

01...

## DEL ESTADO DE JALISCO

DIRECCIÓN GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.
AV. PREVIA: 13975/99
HOJA No. 34

ANTERIO
ABUNDIS y su amigo lesionado JULIO CESAR SEVILLANO, corroborándose aún más lo anterior con el dicho del segundo compareciente al manifestar que se pararon enfrente de la finca número 376 de la calle Milpa, de donde salió un sujeto chaparro de pelo lacio hacia atrás de color negro, de unos 25 años, el cual salió muy bravo con una pistola en la mano, por lo que este muchacho se molestó y sin más les apuntó con la pistola, y comenzó a dispararles resultando de ello anterior muerto su amigo DANIEL SANDOVAL ABUNDIS y su lesionado su amigo JULIO CESAR SEVILLANO, manifestando que el sujeto que traía la pistola se llama ALDO OMAR OROTE SAINZ, corroborándose aún más lo anterior con el dicho del último de los comparecientes que resulto lesionado, quien refiere que se enteró que los de la banda llamada "LOS TEJONES", habían golpeado a DANIEL, siendo varios los integrantes de la banda "LOS TEJONES", entre ellos SAUL y el hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan "EL PÁJARO" y otro de sujeto de nombre ALDO, que el día sábado 26, siendo aproximadamente las 21:00 veintiún horas se juntaron EL DANY, EL ROCO, EL RATA, EL BRUJO y otros sujetos más, poniéndose de acuerdo para unión la banda de "LOS TEJONES", llevando piedras, tubos, cadenas y alguna arma de fuego, llegando a la esquina de la calle Milpa, en donde estaban sus casas los hermanos DAVID y RIGOBERTO, la cual se ubica enfrente de una capillita en donde también vive ALDO, por lo que todos le empezamos a gritar "SALGANSE CABRONES PARA DARNOS UNOS PUTAZOS" viendo como salía ALDO con una pistola tipo revolver con la cual le había disparado por lo que se les dejo ir con la pistola haciéndose para atrás él y DANY, que en esos momentos ALDO les empezó a disparar, por lo que su amigo DANIEL SANDOVAL ABUNDIS resulto muerto y él resulto lesionado. Declaraciones anteriores que se robustecen con la fe ministerial que se dio de un proyectil extraídos del cadáver de DANIEL SANDOVAL ABUNDIS, por lo que queda claro y preciso que el sujeto agresor llevaba consigo UN ARMA DE FUEGO, siendo en este caso el arma de fuego calibre 22, resultando muerto DANIEL SANDOVAL ABUNDIS, siendo la causa de su muerte una herida producida por ARMA DE FUEGO, por lo que no queda la menor duda de que existía UNA VENTAJA SUPERIOR a favor del inculpado de mérito, ya que quedo acreditado que efectivamente éste se encontraba ARMADO, mientras que el hoy occiso se encontraba desarmado, corroborándose lo anterior en virtud con el resultado de la prueba de COLORIMETRICA Y FISICOQUIMICA que le fue practicada al cadáver de DANIEL SANDOVAL ABUNDIS, la cual obtuvo resultados NEGATIVOS, lo cual indica que EN NINGUN MOMENTO EFECTUO DISPARO alguno, por lo que no queda la menor duda de que NO SE ENCONTRABA ARMADO que si

EXHIBIT A
185

tenemos cierto de que existen declaraciones en las cuales se menciona que los que acompañaban al hoy occiso también llevaban armas de fuego, es de tomarse en consideración de que no se encontraron en el lugar de los hechos indicios que nos hicieran PRESUMIR la existencia de más armas, ya que no se encontró casquillo o cascajo alguno en el lugar de los hechos, más sin embargo si queda por demás claro y establecido que el inculpado SI PORTABA ARMA, con la cual realizó varios disparos en la economía corporal del hoy occiso, causándole la muerte, lo cual se comprueba con el proyectil que fue extraído del cadáver, así como con el dicho de los testigos oculares antes mencionados, por lo que existe la plena CERTEZA de que ALDO OMAR CROTTE SAINEZ TENIA UNA VENTAJA sobre el hoy occiso, el cual se encontraba en estado INDEFENSO ( NO ESTABA ARMADO) por lo que no queda la menor duda de que cobra vida en los hechos que nos ocupa la calificativa en comento.

IV.- ELEMENTOS DEL TIPO PENAL DE LESIONES.- Que la existencia material y legal del Tipo Penal de LESIONES previsto por el artículo 206 del Código Penal vigente para el Estado de Jalisco, queda a juicio jurídico de esta Representación Social plena y legalmente acreditada con los Elementos de Prueba y medios de convicción que se mencionan a continuación:

a).- El presupuesto necesario para la integración del delito traducido en la existencia de la Salud de un ser humano b).- El elemento material del Homicidio traducido en el menoscabo de la salud de un ser humano; c).- El elemento moral traducido en la intención o imprudencia de otro hombre para causar el menoscabo en salud de otro;

Los mismo se encuentran plenamente acreditados en los términos de los artículos 116, 117 y 132 del Código de Procedimientos Penales de la Entidad, con los elementos de prueba y medios de convicción que se señalan a continuación:

PRIMERO.- Fe ministerial, en donde se hace constar que el día 26 veintiséis de junio de 1999, mil novecientos noventa y nueve, se trasladó el agente del Ministerio Público a la Sala de Urgencias del puesto de Socorros de la Cruz Verde de Zapopan, en virtud de haber sido presentado una persona del sexo masculino, el cual presenta heridas producidas por proyectil de arma de fuego, en donde estando plenamente legalmente constituidos en dicho lugar DA FE ministerial de que se tiene a la vista en una camilla anatómica a una persona del sexo masculino ya sin vida, el cual se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual presenta heridas producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, encontrándose presentes en el lugar los CC. ROGELIO RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ, los cuales identifica al cadáver como a su amigo de nombre DANIEL SANDOVAL ABUNDIS, presentando también a otro lesionado por proyectil de arma de fuego, por lo que se DA FE que sobre una camilla se encuentra otra persona del sexo masculino visiblemente lesionado, mismo que se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual con mucha dificultad manifestó llamarse JULIO CESAR SEVILLANO GONZALEZ.-

SEGUNDO.- Fe ministerial de lesiones del lesionado de nombre JULIO CESAR SEVILLANO GONZALEZ el cual presenta heridas en la mano

Exhibit A
186




PROCURADURIA GENERAL DE JUS...
DEL ESTADO DE JALISCO

DIRECCION GENERAL... ...IGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
A.V. PREVIA: 13975/99
HOJA No. 35

...CLAVICULAR... en línea media clavicular, al derecha, así como en el costado izquierdo y en el línea media derecha, así como en el costado izquierdo y en... al parecer producidas por proyectil de arma de fuego evertidos...

TERCERO.- Transcripción del parte médico número 3032/99, relativa a la letra dice:""" Presenta heridas al parecer producidas por agente proyectil arma de fuego, localizadas a nivel del sexto espacio intercostal izquierdo y línea media clavicular de aproximadamente 0.7 centímetros de diámetro, de bordes invertidos, al parecer orificio de entrada y en mano derecha, de aproximadamente 0.5 centímetros de diámetro, en metacarpo distal de dedo índice de bordes invertidos, al parecer orificio de entrada y aproximadamente 1 centímetro de diámetro en región hipotenar de bordes evertidos al parecer orificio de salida lesiones que por su situación y naturaleza no ponen en peligro la vida y tardan menos de 15 quince días en sanar, se ignoran secuelas.--- persona ofendida de nombre JULIO,

CUARTO.- Declaración de una persona ofendida de nombre JULIO CESAR SEVILLANO GONZALEZ quien refiere que el día 26 veintiséis de junio del año en curso siendo aproximadamente las 21:30 veintiún horas con treinta minutos iban caminando con su amigo...

DANIEL ABUNDIS ROGELIO RIOS y otros más, esto por la calle Milpa, en la Colonia El Vigía, y a que iban a ponerla con unos batos que les dicen "LOS TEJONES", ya que iba a hacer ella fue a su amigo DANIEL, ya que les comento aquel el día de ...tier los hab... descontado "LOS TEJONES", llegando directamente a la casa de tres de los integrante de los "TEJONES", la cual se encuentra ubicada en la calle Milpa, siendo RIGO y DAVID, los cuales son hermanos y viviendo también ahí ALDO OMAR CROTE, que al llegar les gritaron "SALGAN CABRONES" saliendo los dos hermanos RIGO y DAVID, así como ALDO OMAR CROTE, en donde éste último traía en su mano una pistola con la cual realizó varios disparos, que él y DANIEL iban adelante, por lo cual en esos momentos él sintió lesionado de su mano derecha y le empezó a doler el costado izquierdo del pecho, corriendo todos hacia la vuelta, en donde llegó su amigo CAIN JUAN y JUANITO ALCALA en un carro, siendo como también DANIEL caía herido, procediendo a llevar a ambos a la Cruz Vigía, viendo como los demás les tiraban piedras a la casa y vehículo de ALDO OMAR...

De lo que una vez analizada se desprende que ALDO OMAR CROTTE ...NEZ, el día 26 veintiséis de junio del año en curso, aproximadamente a las 21:30 veintiún horas con treinta minutos, en el cruce de las calles La Milpa y Del Lazo, en la Colonia El Vigía, le disparó con una pistola tipo revolver, calibre 22 mm, en contra de JULIO CESAR SEVILLANO GONZALEZ, en varias ocasiones causándole las lesiones que se mencionan... parte médico de lesiones número 3032, que y obra dentro de actuaciones, quedando plenamente demostrado y comprobado que dichos disparos tenían la intención

Exhibit A
187

0187

causar un menoscabo en la salud del sujeto pasivo, ya que le dio en el rostro y en el costado izquierdo, causándole de esta manera las lesiones que presenta, de las cuales se dio la respectiva fe ministerial de las mismas. - - - - - - - - CALIFICATIVA DEL DELITO DE ACUERDO A LA CONDUCTA.- Respecto del análisis integral de la conducta desplegada por el activo, esta es la que consideramos como CALIFICADA de acuerdo a lo previsto por el artículo 206 en relación al 219 fracción I en su modalidad de VENTAJA en su inciso b) numerales del Código Penal vigente para el Estado de Jalisco, el que se da por reproducido, y en particular lo que respecta a la fracción I en su modalidad de VENTAJA en su inciso b) en referencia, que dichas lesiones se consideran como CALIFICADAS, "CUANDO EL ACTIVO ES SUPERIOR POR LAS ARMAS QUE EMPLEA, POR SU MAYOR DESTREZA EN EL MANEJO DE ELLAS, O POR EL NÚMERO DE LOS QUE LO ACOMPAÑAN", queda debidamente acreditada. Con lo propiamente mencionado por el ofendido lesionado de nombre JULIO CESAR SEVILLANO GONZÁLEZ, quien manifiesta por lo que ve a los que dos interesa que se enteró que los de la banda llamada "LOS TEJONES", habían golpeado a DANIEL, siendo varios los integrantes de la banda "LOS TEJONES", entre ellos SAUL y el hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan EL JAPO y otro de sujeto de nombre ALDO, que el día sábado 07 siete aproximadamente las 21:00 veintiún que se juntaron EL DANY, EL ROGER, EL RATA, EL BULBO y otros sujetos más, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando piedras, tubes, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tiene su casa los hermanos DAVID y RIGOBERTO, la cual se ubica frente de una capilla, en donde también vive ALDO, por lo que todos empezamos a gritar "SALGANSEN CABRONES PARA DARNOS UNOS PLOMAZOS", viendo como salía ALDO con una pistola tipo revolver con la que anteriormente ya les había disparado, por lo que se les salio con la pistola, haciéndose para atrás él y NO que en esos momentos ALDO les empezó a disparar, por lo que su amigo DANIEL SANDOVAL ABUND resulto muerto y él resulto lesionado, corroborándose aún más lo interior con el dicho del testigo ocular de nombre JOSÉ ANTONIO NAVA VALDEZ, quien manifestó que el día de los hechos se encontraba enfrente de la finca número 376 de la calle Milpa, de donde salió un sujeto chaparro, de pelo lacio, hacia atrás de color negro, de unos 23 años, el cual salió muy bravo con una pistola en la mano, por lo que este muchacho se molesto y sin más les apuntó con la pistola, y comenzó a disparar, resultando que lo anterior muerto su amigo DANIEL SANDOVAL ABUNDIS, y lesionado a su amigo JULIO CESAR SEVILLANO, manifestando que el sujeto que traía la pistola, se llama ALDO OMAR CRUZ SAINZ, corroborándose aún más lo anterior con el dicho del como testigo ocular de hombre ROGELIO RIOS MARTINEZ, quien dijo que el día de los hechos, se encontraba en compañía de varios amigos de nombre JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA, Alias el "EL RATA", MARTIN, alias "BULBO", MARTIN NAVARRO alias "EL SOBACO", y demás amigos, dos cuales se fueron caminando a lugar en donde se junta la BANDA DE LOS TEJONES, cerca de una capilla en la colonia El Vigía, aclarando que no sabía que iban armado, y llegando a la esquina de la Milpa, viendo que de una casa que esta frente a la capilla salieron tres sujetos, que eran de la BANDA TEJONES, viendo que uno de ellos discutía con su amigo DANY y JULIO.

Exhibit A
188

0.88"

# PROCURADURIA GENERAL DE JUSTICIA
## DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS.

AGENCIA ESP. HOM. INT.

A.V. PREVIA: 13975/99

HOJA No. 36

CESAR viendo que uno de los sujetos traía una pistola, tipo revolver con la cual empezó a disparar en dos ocasiones, y le hizo en contra de DANY Y JULIO CESAR, viendo como este sujeto volvía a disparar en contra de ellos mismos DANY Y JULIO CESAR, resultando de lo anterior muerto su amigo DANIEL SANDOVAL ABUNDIS y lesionado su amigo JULIO CESAR SEVILLANO. Declaraciones anteriores que se robustecen con la fe ministerial que se le dió, en las lesiones que presentó JULIO CESAR SEVILLANO, así como la transcripción del correspondiente parte médico de lesiones, del cual se desprende que sus heridas FUERON CAUSADAS POR PROYECTIL DE ARMA DE FUEGO, por lo que queda claro y preciso que el sujeto agresor llevaba consigo UN ARMA DE FUEGO, siendo en este caso el arma de fuego calibre 22, resultando lesionado JULIO CESAR SEVILLANO GONZALEZ siendo sus heridas causadas como consecuencia de un ARMA DE FUEGO, por lo que no queda la menor duda de que existía UNA VENTAJA SUPERIOR a favor del inculpado de mérito, ya que que lo evidencia que efectivamente este se encontraba ARMADO, mientras que el ofendido en mención se encontraba desarmado, corroborándose lo anterior en virtud con el dicho de los testigos mencionados con anterioridad, por lo que no lesionado a la múltiplo de que este que el hoy lesionado, NO SE ENCONTRABA ARMADO, ya que si bien es cierto de que existen declaraciones en las cuales se menciona que los que acompañaban al hoy ocaso también llevaban armas de fuego es de tomarse en consideración de que no se encontraron en el lugar de los hechos indicios que nos hicieran PRESUMIR la existencia de mas armas ya que no se encontró casquillo o casado alguno en el lugar de los hechos, mas sin embargo si queda por demás claro y establecido que el inculpado SI PORTABA ARMA, con la cual realizo varios disparos en la economía corporal del hoy lesionado, causándole las lesiones que se mencionan en el respectivo parte médico, por lo que existe la plena CERTEZA de que ALDO OMAR CROTTE SAINEZ TENIA UNA VENTAJA sobre el ofendido/lesionado el cual se encontraba en estado INDEFENSO (NO ESTABA ARMADO) por lo que no queda la menor duda de que cobra vida en los hechos que nos ocupa la calificativa en comento.- IV).- PROBABLE RESPONSABILIDAD PENAL.- A juicio y criterio jurídico del suscrito Representante Social resuelve, la probable responsabilidad penal de ALDO OMAR CROTTE SAINEZ (NO DETENIDO) en la comisión del delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con relación al 219 fracción I en su modalidad de VENTAJA (en su inciso b), del Código Penal del Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS así como su probable responsabilidad penal en el delito de LESIONES CALIFICADAS, previsto por el artículo 206 en

Exhibit A
189



0189

...(... fracción (... en su modalidad de VENTAJA, en su inciso b) del ... de Leyes antes invocado, cometido en agravio de JULIO CESAR SEVILLANO GONZALEZ, se encuentran plena y legalmente ... con todos y cada uno de los medios de prueba y elementos de convicción que se mencionan en el resultado que antecede, los cuales se dan por ... su totalidad en obvio de repeticiones y por economía ... los cuales sobresale de manera muy en especial lo declarado por ... JULIO CESAR SEVILLANO GONZALEZ, quien refiere que el día 24 veinticuatro de junio del año en curso, siendo aproximadamente las 21:00 veintiún horas, se encontraba en compañía de un amigo de nombre FERNANDO, cuando llegó otro amigo de nombre MARTIN, el cual venía acompañado de otros dos amigos, quien nos dijo "QUE SE ESTABAN DESCONTANDO AL DANY, LOS DE LA BANDA LOS TEJONES, QUE LE HICIERAMOS UN PARO", por lo que todos se subieron al carro de MARTIN y llegaron a la calle de Cuauhtémoc, viendo que efectivamente estaban golpeando a su amigo EL DANY al "DESIDERIO O EL DESI" y a MARTIN, dijo "EL BULBO" reconociendo a varios integrantes de la banda "LOS TEJONES", entre ellos a SAUL y al hermano de éste que le dicen "EL T...NE", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan "EL JAPO" y a otro de nombre ALDO, los cuales estaban golpeando a sus amigos, que entonces ellos se fueron directo hacia donde se encontraban estos sujetos, los cuales se dispersan hacia el carro de ALDO, en donde ALDO sacó su mano izquierda, viendo que tenía una pistola, con la cual los apuntó, disparándole sin decirles nada como en cuatro ocasiones, sin lograr lesionar a alguien, y posteriormente ALDO arrancó el carro y se fue, por lo que ellos también se retiraron a su domicilio, siendo el caso que el día viernes 25 veinticinco del mes y año en curso, se volvieron a juntar sus amigos DANY, EL BULBO, EL ROGER, EL RATA, EL JAPO y él de la voz, siendo aproximadamente las 22:00 veintidós horas, acordando que al día siguiente 26 de ... iban a ir a una chingar a los de la banda "LOS TEJONES" para desquitarse de la chinga que le habían puesto a si amigos, por lo que el día sábado 26, siendo aproximadamente las 21:00 veintiún horas, se juntaron EL DANY, EL ROGER, EL RATA, EL BULBO y otros sujetos más, siendo de un total 20, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando piedras, palos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tiene su casa los hermanos DAVID y RIGOBERTO, el cual se ubica enfrente de una capilla, en donde también vive ALDO, por lo que todos le empezamos a gritar "SALGANSEN CABRONES PARA DARNOS UNOS PUTAZOS", viendo cómo salió ALDO con una pistola tipo revólver con ya que anteriormente ya les había disparado, por lo que se les dejo ir con la pistola, haciéndose para atrás él y DANY, que en esos momentos ALDO les empezó a disparar, viendo que también salían los hermanos RIGOBERTO Y DAVID, sintiéndose él lesionado de su mano derecha y en la parte de su pecho, ya que ALDO les disparó a él y a DANY, cuando retrocedían, viendo en donde quedó su amigo DANY, dándose cuenta posteriormente de que sus amigos tenían a su amigo DANY, el cual estaba herida en su ... lo que un amigo de nombre CAÍN lo llevó en su carro a la Cruz Verde, corroborándose aún más su versión con el dicho del testigo de nombre ROGELIO RÍOS MARTÍNEZ, quien manifestó, que el día 25 veinticinco del mes y año en curso, aproximadamente a las 22:30 horas, se encontraba en compañía de varios amigos de nombres JULIO CESAR, DANIEL SANDOVAL ANTONIO LARA Alias el "EL RATA", MARTIN alias "BULBO",

Exhibit A
90

# PROCURADURIA GENERAL DE JUSTICIA
## DEL ESTADO DE JALISCO



DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.

AV. PREVIA 13975/99

HOJA No. 27

Exhibit A
191

altamente bravo con una pistola en la mano, por lo que éste muchacho se molestó más les apuntó con la pistola, moviéndola hacia la derecha y hacia la izquierda, pero hacia donde ellos se encontraban, los cuales se encontraban parados como a unos 07 u 08 ocho metros, por lo que en eso sin saber quien empezó empezaron a aventar piedras y a quebrar los vidrios de la ventana de la casa, que entonces éste sujeto se enojó y comenzó a dispararles, por lo que todos se echaron a correr, corriendo como media cuadra, que cuando ya no escucharon más disparos, se pararon y vieron que el sujeto se metió de nueva cuenta a su casa, viendo que DANY se encontraba tirado en el herido de bala, encontrándose JULIO también herido, que entonces se pusieron a auxiliarlos, manifestando que el sujeto que los agredió, al ... en los Estados Unidos de América ... Declaraciones ... que se deberán valorar conforme lo establecen los artículos 195 con relación al 264 de Enjuiciamiento Penal del Estado de Jalisco, toda vez que ... se refiere los que por éstos fueron percibidos por medio de sus sentidos y no ... por lo cuales resultan verosímiles y concuerdan fielmente con las ... modificadas en ... dentro del sumario, por lo que con atendidos con ... deberán ... tener UN VALOR PROBATORIO PLENO, ... más si atención con las respectivas fes ministeriales que se ... respecto a los hechos, del cadáver, de una persona lesionada, de un ... de la víctima del ... Pruebas éstas ... que son del ... de PLENO VALOR PROBATORIO, de acuerdo a lo ... en el artículo 264 en relación al 268 del Código de Procedimientos ... para el Estado de Jalisco, por haberse practicado con los ... relativos ... El parte de cadáver, la ... del parte médico de lesiones, y el resultado de la autopsia ... emitidos por los médicos Forenses de la Dirección del Servicio Médico ... que se ... de acuerdo al valor que la ... otorga, según lo dispuesto por el artículo 220 en relación al 268 del Enjuiciamiento Penal vigente para el ... de Jalisco, sin embargo esta Representación Social, considera que ... con las fotografías de los dictámenes es de VALOR PROBATORIO debido a que dicho parte de cadáver, fue elaborado por un ... Médico Forense ... Encontrándose además el contenido de los ... números 17833/99, no 17850/99, 17818/99, 17849/99, 18696/99 ... por documentos del Instituto Jalisciense de Ciencias Forenses ... pruebas éstas últimas que se consideran de acuerdo al artículo 262 ... relación al 268 del Enjuiciamiento Penal vigente para el estado de Jalisco, VALOR que tiene en pleno el Juzgador, distintamente ... de pruebas todos los anteriores, los cuales entrelazados de una manera lógica y jurídica tienden por demostrada la responsabilidad penal de, AEDO OMAR GROUE SAINEZ (NO DETENIDO) en la comisión del delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con relación al 219, tipificado así, modalidad de VENTAJA, en su inciso, b), del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, así como su probable responsabilidad penal en el delito de LESIONES CALIFICADAS, previsto por el artículo 206 en relación al 219 fracción I, en su modalidad de VENTAJA, con su inciso b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de JULIO CESAR SEVILLA ... queda do plenamente demostrada su responsabilidad penal en el delito que se le imputa, toda vez que dicho inculpado, de ... mérito haciendo uso de VENTAJA, en su inciso B, por el hecho de que el inculpado se encontraba

Exhibit A
92



**DEL ESTADO DE JALISCO**

circunstancia anterior que
llevar a cabo sus negras intenciones, como fue el
dejar lesionado a **JULIO CESAR**
SEVILLANO GONZALEZ, quedando plenamente acreditada la
responsabilidad penal del inculpado, como se comento, quedando plenamente
comprobado que el indiciado de referencia de una manera DOLOSA e
INTENCIONAL priva de la vida a una persona física, cuya preexistencia
así mismo le causó un
a JULIO CESAR SEVILLANO, violando con ello normas y
POLITICA PUBLICO
expuesto y con fundamento en lo
establecido por los artículos 8, 16 y 21 de la Constitución Política de los
Estados Unidos Mexicanos; 2, 3, 4, 5, 6, 7, 8, 9, 11, 206, con relación al 219,
213 fracción I en su modalidad de **VENTAJA** inciso b),
del Código Penal vigente para el Estado de Jalisco; 1, 2, 3, 4, 5, 6, 7, 8, 88, 89,
268, 269, 271, 272, y demás relativos y
aplicables del Código de Procedimientos Penales en vigor para el Estado de
Jalisco; así como 4 fracción I de la Nueva Ley Orgánica de la Procuraduría
General de Justicia del Estado de Jalisco, que el suscrito tengo a bien dictar la
siguiente:

**------------------ DETERMINACION -----------------**

PRIMERO: Remítase la totalidad de las presentes actuaciones en
originales y anexos al C. JUEZ PENAL QUE LE CORRESPONDA
CONOCER DE LA CAUSA, a efecto de que se sirva abrir la
correspondiente AVERIGUACIÓN JUDICIAL en contra de ALDO
OMAR CROTTE SAINEZ (NO DETENIDO) por su Probable
Responsabilidad Penal en la comisión del delito de HOMICIDIO
CALIFICADO, previsto por los artículos 213 con relación al 219 fracción I
en la modalidad de VENTAJA en su inciso b), del Código Penal del
Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de
DANIEL SANDOVAL ABUNDIS, así como su probable responsabilidad
penal en el delito de LESIONES CALIFICADAS, previsto por el artículo
213 con relación al 219 fracción I en su modalidad de VENTAJA en su inciso
b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de JULIO
CESAR SEVILLANO GONZALEZ.

SEGUNDO: Téngase a esta Representación Social ejercitando la acción
penal y la reparación del daño moral y material, reservándome el
derecho de ampliar o variar o modificar el ejercicio de la acción penal de los
hechos que se reconozcan.

TERCERO: En virtud de que se encuentran reunidos los requisitos
previstos por el artículo 16 Constitucional y 104 del Enjuiciamiento Penal del
Estado de Jalisco, le solicito a Usted C JUEZ que sirva
girar la correspondiente ORDEN DE APREHENSIÓN en contra de
ALDO OMAR CROTTE SAINEZ (NO DETENIDO) en la comisión del
delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con

0193



relación al 219 fracción I en su modalidad de VENTAJA, en su inciso, b) del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS así como su probable responsabilidad penal en el delito de LESIONES CALIFICADAS, previsto por el artículo 206 en relación al 219 fracción I en su modalidad de VENTAJA en su inciso, b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de JULIO CESAR SEVILLANO GONZALEZ.- - - -

CUARTO.- El cadáver de DANIEL SANDOVAL ABUNDIS no se

QUINTO.-

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EL AGENTE DEL MINISTERIO PUBLICO

JOSE DE JESUS HERRERA BOCANEGRA

ACTUARIO
ANA MARIA GARCIA        ANGELICA BALDERO VARGAS

Exhibit A
194

PUENTE GRANDE, JALISCO A 5 CINCO DE NOVIEMBRE DE 1999
MIL NOVECIENTOS NOVENTA Y NUEVE.

VISTO: Para resolver sobre el pedimento de ORDEN DE
APREHENSIÓN solicitada por el Fiscal Consignador en contra de
AUDOMAR CROTTE SAINZ, por su probable responsabilidad
criminal en la comisión de los delitos de HOMICIDIO CALIFICADO
Y LESIONES CALIFICADAS perpetrados en agravio de DANIEL
SANDOVAL ABUNDIS y JULIO CÉSAR SEVILLANO GONZÁLEZ, en
la causa penal 310/99 D.y;

R E S U L T A N D O

Se inicia la presente causa criminal con el número de la
averiguación previa número 13975/99 procedente de la Agencia
del Ministerio Público Especial para Homicidios Intencionales en la
que obran las siguientes constancias: Fe Ministerial practicada por
el Agente del Ministerio Público Integrado; Fe Ministerial de
lesiones practicas a JULIO CÉSAR SEVILLANO GONZÁLEZ; la
declaración realizado por ROGELIO RÍOS MARTÍNEZ; lo declarado
por JOSÉ ANTONIO NAVA VALADEZ, Fe Ministerial del lugar de los
hechos; trascripción del parte médico de JULIO CÉSAR
SEVILLANO declaró JULIO CÉSAR SEVILLANO GONZÁLEZ, Fe
Ministerial de un proyectil; la declaración realizado por JORGE
ARMANDO SANDOVAL ABUNDIS; la declaración realizada por
MARÍA LUISA CUEVAS DUEÑAS; declaró SALVADOR GONZÁLEZ
GONZÁLEZ, así como CARLOS CROTTE IBARRA, JOSÉ ANTONIO
NAVA VALADEZ, CARMEN BECERRA GUERRERO, VICENTE
GONZÁLEZ CUEVAS, JULIO CÉSAR SEVILLANO GONZÁLEZ,
ROGELIO RÍOS MARTÍNEZ, el parte médico de lesiones número
17824 descrito por los médicos de guardia de los Servicios
Médicos de Zapopan, Jalisco; Fe Ministerial practicada por el
Fiscal Integrador de varios objetos; con la identificación de

Exhibit A
195

0195

cadáver por parte de MAGDALENA ABUNDIS ÓRTEGA; Fe de cadáver; trascripción del parte de cadáver; parte número 1569/99 del Instituto Jalisciense de Ciencias Forenses Servicio Médico Forense relativo al occiso; oficio número 7523/99/480/650 suscrito por el Encargado de Guardia y el criminalista y Fotógrafo en donde rinden dictamen de fé y recolección de indicios; un juego de 17 fotografías a color tamaño postal relativa al cruce de las calles del lugar de los hechos; oficio número 17849/99/320.3/650 mediante el cual se rinde dictamen químico; oficio número 17848/99/320.2/650 mediante el cual se rinde dictamen de colorimetría y físicoquímicas relativa a DANIEL SANDOVA ABUNDIS, oficio número 17850/99/320.2/650, también se rinde dictamen químico relativo a ROGELIO RIOS MARTINEZ JOSÉ ANTONIO NAVA VALADEZ, CAIN JUAN EDUARDO VILLANUEVA ALVAREZ YULIO CÉCAR SEVILLANO por el resultado de autopsia practicada en el cadáver de DANIEL SANDOVAL ABUNDIS por parte de los médicos forenses del Instituto Jalisciense de Ciencias Forenses, 18696/99/150/650, mediante el cual se rinde dictamen de balística forense con el acta de defunción relativa a DANIEL SANDOVAL ABUNDIS, con todas cada una de las constancias que integran el sumario, así como la determinación en donde se ordenan remitir todo lo actuado a este Tribunal por correspondiente turno.

2.- Este Juzgado se avocó al conocimiento de los presentes hechos el día 30 treinta de noviembre mil novecientos noventa y nueve, se dieron los avisos de Ley al Superior y la intervención legalmente corresponde al Fiscal de la adscripción, procediéndose a resolver sobre el pedimento de orden de captura correspondiente.

CONSIDERANDO:

1-U1

... El Artículo 16 Constitucional en lo que aquí interesa, refiere "No podrá librarse orden de aprehensión sino por autoridad judicial y sin que preceda, denuncia, acusación o querella de un hecho determinado que la señale como delito, sancionado cuando menos con pena privativa de libertad y existan datos que acrediten el cuerpo del delito y la responsabilidad criminal del indiciado"...

DELITO PENAL DE HOMICIDIO.- Que en concepto de la Suscrita Juzgadora si se encuentra debida y legalmente acreditado en autos los ilícitos de HOMICIDIO Y LESIONES, previstos por los artículos 213 y 206 ambos del Código Penal en el primero perpetrado en agravio el primero de DANIEL SANDOVAL ... y el segundo de los ilícitos de JULIO CESAR SEVILLANO GONZALEZ y cuya comisión se le atribuye al implicado ALDO OMAR GROFFE SAINEZ.- ---------------------------------

... En efecto para acreditar la materialidad del ilícito de HOMICIDIO es menester, la concurrencia de los siguientes elementos: a).- la existencia previa de una vida humana; b).- la perdida de la misma y c).- el nexo causal entre la conducta y el resultado...

... Por su parte la materialidad del tipo penal de Lesiones previsto en el artículo 206 del Código Punitivo Estatal vigente, es menester la concurrencia de los siguientes elementos: a).- causar un menoscabo en la salud de otro; c).- lo anterior que se haga por cualquier medio; y d).- el nexo causal entre la conducta y el resultado...

Para justificar lo anterior, obran en el sumario los siguientes elementos de prueba...

# Exhibit A
# 197

0197

... diligencia Ministerial practicada por el Agente del Ministerio Público dos, el mismo que se trasladó a la sala de ... de impuestos, cruz socorros, en virtud de haberse presentado una persona del sexo masculino quien manifestó ... una herida por proyectil de arma de fuego, procediendo a trasladarse a una capilla se localizó a una persona del sexo masculino sin vida en posición de cubido dorsal apuntando hacia el norte, el resto de su cuerpo en sentido opuesto, el cual presenta heridas al parecer producidas por proyectil de arma de fuego en el costado lado izquierdo, así como en el brazo izquierdo, así mismo hace constar que se encuentran presentes RIGOBERTO RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ quien manifestaron que aproximadamente las nueve y media de la noche del día veintiséis del año en curso se dirigieron a la Colonia la vijía, acompañados de DANIEL SANDOVAL ABUNDIS y otros sujetos ya que iban a pelear y a echar bronca con los que se juntan en la Capilla, en virtud de que un día anterior le habían echado "bilis" a DANIEL por lo que al llegar a dicho lugar escucharon unos disparos que hizo un "bato" que salió de una casa, todos corrieron y al cesar de los disparos se regresaron y vieron tirado a su amigo DANIEL procediendo a trasladarlo a la Cruz Verde en un carro que una persona les prestó; así mismo de fe de que se presenta una persona lesionada por proyectil de arma de fuego quien con dificultad dijo llamarse JULIO CESAR SEVILLANO GONZÁLEZ, mismo que refiere que aproximadamente a las nueve y media de la noche caminaban por la calle la Milpa en la Colonia el Vijía en compañía de DANIEL ABUNDIS, ROGELIO RIOS y otros ya que iban a pelear con unos "batos" a quienes les dicen los "tejones", ya que estos habían descontado a DANIEL y le iban a hacer un paro, llegando directamente a la ... donde viven tres de esos sujetos dos de los cuales son hermanos de nombres RIGO y DAVID, y el otro se llama ALDO OMAR ...

Exhibit A
198

GROTJE y este último salió con pistola en mano haciendo varios disparos, sintiéndose lesionado de la mano y del pecho y su amigo DANIEL quedó tirado, corriendo sus amigos CAÍN JUAN y JUANITO ALCALÁ, quienes los trasladaron a la Cruz Verde, encontrándose presente CAÍN JUAN EDUARDO VILLANUEVA ALVAREZ, quien coincide con lo que refiere el lesionado JULIO CÉSAR SEVILLANO, pero que desconoce las circunstancias de los hechos.- - - - - - - - - - - - - - - - - -

2.- Fe Ministerial de Lesiones practicada por la Representación Social respecto a JULIO CÉSAR SEVILLANO GONZÁLEZ, dando fe de tenerlo a la vista en le cual presenta heridas en la mano derecho, así como en el costado izquierdo y la línea media clavicular, al parecer producidas por proyectil de arma de fuego.- - - - - - - - - - - - - - - - - -

3.- Declara ROGELIO RÍOS MARTÍNEZ, ante la Agente del Ministerio Público Consignadora de la Averiguación Previa, e indicando que el día veintiséis de Julio de mil novecientos noventa y nueve como a las nueve horas de la noche se juntaron en la Calle Moctezuma en donde está el Correo de Zapópan DANIEL SANDOVAL ABUNDIS, JULIO MARTÍN NAVARRO, JOSÉ ANTONIO NAVA, así como otros sujetos que desconoce sus nombres, ya que eran un total de como unos veinte, comentándoles DANIEL que iban a la Colonia el Vijia para pelearse con unos "pinches batos" de la Colonia el Vijia, ya que les dijo que un día antes había tenido bronca con ellos ignorando el declarante quienes iban con los que se iban a pelear dirigiéndose al Vijia a pie pero el ya era más tarde y no sabiendo el lugar exacto pero por donde está una Capilla no vieron a nadie y se iban a regresar y habían caminado unos pocos metros cuando escucho unas detonaciones siendo como unas tres en donde todos corrieron para la Avenida Hidalgo y cuando iban a media cuadra se regresaron por la

**Exhibit A**

**199**

EL MARTIN y llegaron a la calle de Cuauthemoc, viendo que efectivamente estaban golpeando a su amigo EL DANY, al "DESIDERIO O EL DESI" y a MARTIN alias "EL BULBO", reconociendo a varios integrantes de la banda "LOS TEJONES", entre ellos a SAUL y al hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan "EL JACO" y a otro de nombre ALDO, los cuales estaban golpeando a sus amigos, que entonces ellos se fueron directo hacia donde se encontraban estos sujetos, los cuales se dirigieron hacia el carro de ALDO, en donde ALDO sacó su mano izquierda, viendo que tenía una pistola, con la cual les apuntó, disparándole sin decirles nada como en cuatro ocasiones, sin lograr lesionar a alguien, y posteriormente ALDO arrancó el carro y se fue, por lo que ellos también se retiraron a su domicilio, siendo el caso que el día viernes 25 veinticinco del mes y año en curso, se volvieron a juntar sus amigos DANY, EL BULBO, EL ROGER, EL RATA, EL NIPO y el de la voz, siendo aproximadamente las 22.00 veintidós horas, acordaron que al día siguiente 26 de junio iban a ir a chingar a los de la banda "LOS TEJONES" para desquitarse de la chinga que le habían puesto a sus amigos, por lo que el día sábado 26, siendo aproximadamente las 21.00 veintiún horas se juntaron EL DANY, EL ROGER, EL RATA, EL BULBO y otros sujetos más, siendo en total 20, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando piedras, tubos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tiene su casa los hermanos DAVID y RIGOBERTO, la cual se ubica enfrente de una capilla, en donde también viva ALDO, siendo que todos le empezamos a gritar, "SALGANSEN CABRONES PARA DARNOS UNOS PUTAZOS", viendo como salía ALDO con una pistola tipo revolver con la que anteriormente ya les había disparado y por lo que les dejo ir con la pistola, haciéndose para atrás EL DANY, quien en esos momentos ALDO les empezó a disparar, viendo que también salían los hermanos RIGOBERTO Y DAVID, sintiéndose el lesionado de su mano derecha y en la parte de su pecho, ya que ALDO les disparó el y a DANY cuando retrocedían, no viendo en donde quedó su amigo DANY, dándose cuenta posteriormente de que sus amigos tenían a su amigo DANY el cual estaba herido en su tipo, por lo que un amigo de nombre CAIN lo llevó en su camioleta Cruz verde.

9).- Con lo declarado por el el ROGELIO RIOS MARTINEZ, quien manifestó que el día 25 veinticinco de junio del año en curso, aproximadamente a las 22.30 horas se encontraba en compañía de varios amigos de nombre JULIO CESAR, DANIEL SANDOVAL, ANTONIO ARIAS alias el "EL RATA", a MARTIN alias "BULBO", MARTIN NAVARRO, alias "EL SOBACO" y demás amigos, los cuales se encontraban tomando cerveza, cuando empezaron a decir, que los de la banda de TEJONES, se habían chingado al DANY, el TESI, y a el BULBO, por lo cual se querían desquitar, y se pusieron de acuerdo, para el sábado 26 veintiséis de junio del año en curso ir a desquitarse de los TEJONES, y el día sábado 26 veintiséis siendo las 21.00 horas, se juntaron "EL DANY, EL RATA, JULIO CESAR y su hermano JUAN, alias "EL NIPO", EL BULBO, MARTIN alias el SOBACO, y demás amigos, los cuales llegaron a hacerles un paro, por lo que se fueron caminando al lugar en donde se juntan la BANDA DE LOS TEJONES, cerca de una capilla en la colonia El Vigía, en el Municipio de Zapopan, Jalisco, aclarando que ninguno de ellos iba armado, llegando a la esquina de la calle la Milpa, viendo que frente a la capilla salieron tres sujetos, que eran de la BANDA de TEJONES, viendo que uno de ellos discutía con su amigo DANY y

Exhibit A
Z100

02...

PROCURADURIA GENERAL DE JUSTICIA
DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
AV. PREVIA 13975/99
HOJA No. 32

CESAR, viendo que uno de los sujetos traía una pistola tipo revólver con la cual empezó a disparar en dos ocasiones, y lo hizo en contra de DANY Y JULIO CESAR, y todos los demás que los acompañaban se hicieron hacia atrás, y ya no se escucharon más disparos, por lo que de nueva cuenta regresaron a donde estaban los tres sujetos, viendo como este sujeto volvía a disparar en contra de sus amigos DANY Y JULIO CESAR y fue cuando vio que sus amigos cayeron al piso y se acercaron EL RATA, EL NIPO, y el declarante, y ayudaron al DANY, el cual tenía un agujero a la altura del pecho, y le pidieron a un amigo que llevaba a el DANY a la cruz verde, llegando a la cruz verde su amigo de nombre COLIN, quien llevaba a JULIO CESAR lesionado de la su mano derecha y del pecho, ya que también recibió un disparo del sujeto que traía la pistola, el cual se llama ALDO OMAR CROTE SAINZ, enterándose que el DANY había dejado de existir debido al disparo que le dio ALDO OMAR.

II).- Con las demás acuerdos y constancias que obran en las presentes actuaciones, por lo que el suscrito con fundamento en el artículo 21, Constitucional, tengo a bien entrar al estudio del siguiente:

C O N S I D E R A N D O.

I).- CUERPO DEL DELITO DE HOMICIDIO.- Respecto de la existencia material y legal del Cuerpo del delito de HOMICIDIO previsto por el artículo 213 del Código Penal vigente para el Estado de Jalisco, se acredita con las probanzas que a continuación se señalan.

- - Con la diligencia de fe ministerial practicada en el lugar de los hechos.
- - Con lo declarado por los comparecientes de nombres ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR SEVILLANO GONZALEZ, OSCAR EDUARDO SANDOVAL ABUNDIS, MARIA LUISA CUEVAS DUEÑAS, SALVADOR GONZALEZ GONZALEZ, CARLOS CROTE GUEVARA, CARMEN BECERRA GUERRERO, VICENTE GONZALEZ CUEVAS.
- - Con la fe ministerial del cadáver de DANIEL SANDOVAL ABUNDIS.
- - Con la transcripción del parte médico de cadáver número 1869/99, relativo a DANIEL SANDOVAL ABUNDIS.
- Con el resultado de la autopsia practicado al cadáver de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS.
- - Con la declaración de MAGDALENA ABUNDIS ORTEGA, quien identifica el cadáver como el de su hijo, que en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS.
- - Con la fe ministerial de un proyectil extraído del cadáver de DANIEL SANDOVAL ABUNDIS.
- - Con lo que se han reunido los requisitos señalados, ahora que reúne los extremos del artículo 16 Constitucional en vigor, ahora bien se reúne los extremos de los artículos 116 y 119 del Enjuiciamiento Penal para el Estado de Jalisco, los Elementos del Tipo Penal de HOMICIDIO, previsto



Exhibit A
201

0201

artículo 213 del Código Penal en Vigor para el Estado de Jalisco, constitutivos que se traducen en:

a) El presupuesto necesario para la integración del delito traducido en la existencia de una vida humana.

b) El elemento material del Homicidio traducido en la privación de la vida humana; y

c) El elemento moral traducido en la intención ó imprudencia de otro hombre para causar la muerte de un ser humano.

Los mismo se encuentran plenamente acreditados con los elementos de prueba y medios de convicción que se señalan a continuación.

PRIMERO) Se dio la fe ministerial del lugar de los hechos, en donde El agente del Ministerio Público en unión de su personal procedieron a trasladarse a la Colonia El Vigía en Zapopan, en donde estando plena y legalmente constituidos, se dió FE de que en el cruce de las calles La Milpa y Del Lazo, sobre la acera norte de la citada calle La Milpa y justo en el cruce con la calle Del Lazo y hacia el lado poniente se localiza la finca marcada con el número 376 que corresponde a una capilla, y como a quince metros hacia el poniente casi en la parte media de la fachada se aprecia un orificio de impacto y sobre la misma fachada y en la parte superior sobre el extremo del lado izq. erdo se aprecia un segundo orificio de impacto, haciéndose constar que al lado contiguo y hacia el poniente se localiza otra finca con el número 380 y en su parte inferior del extremo derecho de la fachada se aprecia un tercer orificio de impacto, todos los impactos al parecer producidos por arma de fuego, apreciándose vidrios esparcidos en un diámetro de cuatro metros, así mismo se DA FE que justo frente a los dos fincas antes mencionadas se localiza la finca marcada con el número 373, la cual tiene una ventana del lado derecho, la cual presenta quebrados los vidrios, así mismo en la fachada de la planta alta se encuentra otra ventana la cual también presenta los vidrios quebrados, procediendo a entrevistarse con la señora de la finca de nombre MARIA LUISA CUEVAS DUEÑAS, quien manifestó que llegaron varios sujetos que interceptaron a una persona de nombre ALDO OMAR CROTE, quien viene de los Estados Unidos de América, al cual le esta rentando un cuarto de su domicilio, que los sujetos le dañaron un vehículo de su propiedad, por lo que ALDO sacó un arma de fuego y les disparó a los sujetos.

SEGUNDO) Fe ministerial, en donde se hace constar que el día 26 veintiséis de junio de 1999 mil novecientos noventa y nueve, se trasladó el Agente del Ministerio Público a la Sala de Urgencias del puesto de Socorros de la adscripción Cruz Verde de Zapopan, en virtud de haber sido presentado una persona del sexo masculino, el cual presenta heridas producidas por proyectil de arma de fuego, en donde estando plena y legalmente constituidos en dicho lugar, DA FE ministerial de que se tiene a la vista en una camilla anatómica a una persona del sexo masculino ya sin vida, el cual se encuentra en posición decúbito dorsal con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual presenta heridas producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, encontrándose presentes en el lugar los CC. ROGE... O RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ, los cuales identifica al cadáver, como a su amigo de nombre DANIEL SANDOVAL ABUNDIS, presentando también a otro lesionado por proyectil de arma de fuego, por lo que se DA FE que sobre una camilla anatómica otra persona del sexo masculino visiblemente lesionado, el cual se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual con

Exhibit A
202



# DEL ESTADO DE JALISCO

### DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
A.V. PREVIA: 13975/99
HOJA No. 33

mucha dificultad, manifestó llamarse JULIO CESAR SEVILLANO GONZALEZ.

TERCERO.- Fé ministerial de un cadáver, relativo a DANIEL SANDOVAL ABUNDIS, quien como huellas de violencia presenta al parecer una sola, herida por arma de fuego, la cual se encuentra con tres orificios, el primero de entrada situada en el brazo izquierdo cara externa, el segundo orificio de salida situado en el mismo muslo del brazo izquierdo pero en la cara interna, el tercer orificio de entrada situado en el tórax lado izquierdo, a nivel de la tetilla izquierda.

CUARTO.- Transcripción de parte, de cadáver número 1369/99, relativo a cadáver de DANIEL SANDOVAL ABUNDIS, el cual a la letra dice... cadáver del sexo masculino, en buen estado general de nutrición, con hipotermia generalizada, y vicios livideces en cara posterior del cuerpo, con hematoma en una herida por proyectil de arma de fuego con tres orificios, el primero de entrada localizado en tercio medio de brazo izquierdo cara lateral externa de 10 diez por 9 nueve milímetros 1 de forma ovalada, de bordes invertidos con un anillo de fisis de 5 punto cinco centímetros de diámetro, el segundo orificio del salida localizado en el mismo brazo y tercio, en su cara lateral interna de 19 nueve por 8 ocho milímetros, de bordes evertidos, de forma ovalada, el tercer orificio nuevamente de entrada, localizado en hemitórax izquierdo a nivel del 3 er espacio intercostal y la línea clavicular externa de 14 catorce por 10 diez milímetros, de forma ovalada, de bordes invertidos.

QUINTO.- Con el oficio número 1728/99, suscrito por los médicos forenses, mediante el cual remiten el resultado de la autopsia practicada al cadáver de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, del cual se deduce que su muerte se debió a las alteraciones causadas en los órganos interesados por el proyectil que produjo la herida con tres orificios, el primero de entrada, situado en la cara externa, tercio medio del brazo izquierdo de forma ovalada, de 10 diez por 9 nueve milímetros de diámetro y bordes invertidos, con anillo de fisis de 5 cinco milímetros de diámetro, el segundo orificio de salida, situado en la cara interna, tercio medio del mismo brazo izquierdo de forma ovalada, de 9 nueve por 8 ocho milímetros de diámetro y bordes evertidos, el tercero nuevamente de entrada, situado en la cara anterior del hemitórax izquierdo, a nivel del tercer espacio intercostal y sobre la línea clavicular externa, de forma ovalada, de 14 catorce por 10 diez milímetros de diámetro y bordes invertidos.

SEXTO.- Declaración de la Ciudadana de nombre MAGDALENA ABUNDIS ORTEGA, quien identificó el cadáver de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS, quien refiere que se enteró que un sujeto que acababa de llegar de los Estados Unidos había matado a su hijo, desconociendo como hayan sucedido los hechos.

Exhibit A
203

0203

**SEPTIMO.-** Fe ministerial de un proyectil extraído del cadáver de DANIEL SANDOVAL ABUNDIS, el cual presenta ralladuras en su estructura.

Material probatorio que al ser analizado en su conjunto con la totalidad de las probanzas, nos acreditan fehacientemente los elementos objetivos y subjetivos del tipo penal en estudio, ya que objetivamente una persona fue privada de la vida y subjetivamente los medios empleados fueron los idóneos consistiendo el nexo causal entre la ejecución de los hechos y los medios empleados la voluntad intencional del Agente activo, demostrándose que efectivamente se privó de la vida a una persona con la intención lógica de conseguir este objetivo, ya que como a quedado fedatado en actuaciones solo la muerte, en la Fe Ministerial de un cadáver se describe fehacientemente el organismo sin vida de un ser humano, y que de acuerdo al artículo 269 del Enjuiciamiento Penal vigente para el Estado de Jalisco, dicha inspección ministerial debe considerarse como la plena valor probatorio por practicarse con las formalidades de ley, así también se describen mediante el oficio número 1786/99 suscrito por los médicos forenses, del cual se desprende las lesiones que causaron la muerte a dicho ser humano que en vida llevaba el nombre de DANIEL SANDOVAL ABUNDIS, lesiones verificadas dentro de los sesenta días siguientes a que fueron causadas éstas, demostrándose que se privó de la vida a una personal cuya preexistencia ha quedado fedatada en actuaciones, demostrándose plenamente los extremos de los numerales 116, 119 y 132 del Enjuiciamiento Penal para Jalisco, violando normas y preceptos jurídicos establecidos en la ley con carácter de punitivos.

**IX.- CLASIFICACIÓN DEL TIPO CON RELACIÓN A LA CONDUCTA.** Respecto al análisis integral de la conducta desplegada por el activo ALDO OMAR GROTTE SAINEZ, (NO DETENIDO)", éste es de considerarse como CALIFICADA de acuerdo a lo previsto por el artículo 213 con relación al 219 fracción I en su modalidad de VENTAJA, en su inciso, b), del Código Penal del Estado de Jalisco, se dan por reunidos los elementos de HOMICIDIO CALIFICADO con el inciso antes descrito, es decir Respecto del inciso B) en la modalidad de VENTAJA, de la fracción I del artículo 219 de la Ley Punitiva vigente para el Estado de Jalisco, que dice que el Homicidio se considera como CALIFICADO, "Cuando es superior por las armas que emplea, por su mayor destreza en el manejo de ellas, o por el número de los que lo acompañan", Calificativa anterior que quedan plenamente demostrada dentro de las actuaciones con lo manifestado por los comparecientes antes mencionados de nombres ROGELIO RIOS MARTINEZ, JOSE ANTONIO NAVA VALADEZ, JULIO CESAR SEVILLANO, en donde el primero refiere en lo que nos interesa que el día de los hechos, se encontraba en compañía de varios amigos de nombres JULIO CESAR, DANIEL SANDOVAL, ANTONIO LARA Alias el " EL RATA", MARTIN alias "BULBO", MARTIN NAVARRO alias " EL SOBACO", y demás amigos, los cuales se fueron caminando, al lugar en donde se juntan la BANDA DE LOS TEJONES, cerca de una capilla, en la colonia El Vigía, aclarando que ninguno de ellos iba armado, y llegando a la esquina de la calle la Mesa, viendo que de una casa que esta frente a la capilla, salieron tres sujetos, que eran de la BANDA LOS TEJONES, viendo que uno de ellos discutía con su amigo DANY y JULIO CESAR, viendo que uno de los sujetos traía una pistola tipo revolver con la cual empezó a disparar, lo hizo en contra de DANY Y JULIO CESAR, viendo como este sujeto volvió a disparar en contra de sus amigos DANY Y JULIO CESAR resultando de lo anterior muerto su amigo DANIEL SANDOVAL

Exhibit A
204

0

**DEL ESTADO DE JALISCO**

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.
AV. PREVIA: 13975/99
HOJA No: 34

ABUNDIS y su lesionado su amigo JULIO CESAR SEVILLANO, corroborándose aún más lo anterior, con el dicho del segundo compareciente al manifestar que, se pararon enfrente de la finca número, 376 de la calle Milpa, de donde salió un sujeto disparó, de pelo lacio hacia atrás del color negro, de unos 25 años, el cual salió muy bravo, con una pistola en la mano, por lo que éste muchacho se molestó y en esas les apuntó con la pistola, y comenzó a dispararles y resultando de lo anterior muerto su amigo DANIEL SANDOVAL ABUNDIS, y su lesionado su amigo, JULIO CESAR SEVILLANO, manifestando que el sujeto que traía la pistola, se llama ALDO OMAR OROTE SAIN, corroborándose aún más lo anterior con el dicho del último de los comparecientes que resultó lesionado, quien refiere que se enteró que los de la banda llamada "LOS TEJONES", habían golpeado a DANIEL, siendo varios los integrantes de la banda "LOS TEJONES", entre ellos, SAUL y el hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan "EL JARO", y a otro de sujeto de nombre ALDO, que el día sábado 26, siendo aproximadamente las 21 veintiún horas se juntaron EL DANY, EL ROGER, EL RATA, EL BUHO, y otros sujetos más, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando, piedras, tubos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tienen su casa, los hermanos DAVID y RIGOBERTO, la cual se ubica enfrente de una capilla, en donde también vive ALDO, por lo que todos le empezaron a gritar "SALGANSE CABRONES, PARA DARNOS UNOS PLOMAZOS", teniendo como salía ALDO con una pistola tipo revolver con la cual en esos momentos les había disparado, por lo que se les dejo ir, con la pistola habían disparado para atrás y él, y DANY, que en esos momentos ALDO les empezó a disparar, por lo que su amigo DANIEL SANDOVAL ABUNDIS resultó muerto y él, resultó lesionado. Declaraciones anteriores que se robustecen con la fe ministerial que se dio de un proyectil extraídos del cadáver de DANIEL SANDOVAL ABUNDIS, por lo que queda, claro y preciso que el sujeto agresor llevaba consigo UN ARMA DE FUEGO, siendo en este caso el arma de fuego calibre 22, resultando muerto DANIEL SANDOVAL ABUNDIS, siendo la causa de su muerte, una herida producida por ARMA DE FUEGO, por lo que no queda la menor duda de que existía UNA VENTAJA SUPERIOR a favor del inculpado de mérito, ya que quedó acreditado que efectivamente éste se encontraba ARMADO, mientras que el hoy occiso se encontraba desarmado, corroborándose lo anterior en virtud con el resultado de la prueba de COLORIMETRICA Y FISICOQUIMICA que le fue practicada al cadáver de DANIEL SANDOVAL ABUNDIS, la cual obtuvo resultados NEGATIVOS, lo cual indica que EN NINGUN MOMENTO EFECTUO DISPARO alguno, por lo que no queda la menor duda de que NO SE ENCONTRABA ARMADO, ya que si

F-PAP-9

Exhibit A
205

bien, es cierto de que existen declaraciones en las cuales se menciona que los que acompañaban al hoy occiso también llevaban armas de fuego, es de tomarse en consideración de que no se encontraron en el lugar de los hechos indicios que nos hicieran PRESUMIR la existencia de más armas, ya que no se encontró casquillo o cascajo alguno en el lugar de los hechos, más sin embargo al quedar por demás claro y establecido que el inculpado SI PORTABA ARMA, con la cual realizó varios disparos en la economía corporal del hoy occiso, causándole la muerte, lo cual se comprueba con el proyectil que fue extraído del cadáver, así como con el dicho de los testigos oculares antes mencionados, por lo que existe la plena CERTEZA de que ALDO OMAR CROTTE SAINEZ TENIA UNA VENTAJA sobre el hoy occiso, el cual se encontraba en estado INDEFENSO ( NO ESTABA ARMADO) por lo que no queda la menor duda de que cobra vida en los hechos que nos ocupa la calificativa en comento.

**IV.- ELEMENTOS DEL TIPO PENAL DE LESIONES.-** Que la existencia material y legal del Tipo Penal de LESIONES previsto por el artículo 206 del Código Penal vigente para el Estado de Jalisco, queda a juicio del suscrito de esta Representación Social, plena y legalmente acreditado con los Elementos de Prueba y medios de convicción que se mencionan a continuación:

a).- El presupuesto necesario para la integración del delito traducido en la existencia de la Salud de un ser humano; b).- El elemento material del Homicidio traducido en el menoscabo de la salud de un ser humano; c).- El elemento moral traducido en la intención como imprudencia de otro hombre para causar el menoscabo en salud de otro.

Lo mismo se encuentran plenamente acreditados en los términos de los artículos 16 , 117 y 132 del Código de Procedimientos Penales de la Entidad, con los elementos de prueba y medios de convicción que se señalan a continuación:

**PRIMERO.-** Fe ministerial, en donde se hace constar que el día 26 veintiseis de junio de 1999, mil novecientos noventa y nueve, se trasladó el agente del Ministerio Público a la Sala de Urgencias del puesto de Socorros de la denominada Cruz Verde de Zapopan, en virtud de haber sido presentado una persona del sexo masculino el cual presenta heridas producidas por proyectil de arma de fuego, en donde estando plena y legalmente constituidos en dicho lugar, DA FE ministerial de que se tiene a la vista en una camilla anatómica a una persona del sexo masculino ya sin vida, el cual se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual presenta heridas producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, encontrándose presentes en el lugar los CC. ROGELIO RIOS MARTINEZ y JOSE ANTONIO NAVA VALADEZ, los cuales identifica al cadáver como a su amigo de nombre DANIEL SANDOVAL ABUNDIS, el presentando también a otro lesionado por proyectil de arma de fuego, por lo que se DA FE que sobre una camilla se encuentra una persona del sexo masculino visiblemente lesionado, mismo que se encuentra en posición decúbito dorsal, con su cabeza apuntando hacia el norte y el resto de su economía corporal en sentido opuesto, el cual manifestó llamarse JULIO CESA GONZALEZ.-

**SEGUNDO.-** Fe ministerial de lesiones del lesionado de nombre JULIO CESAR SEVILLANO GONZALEZ, el cual presenta heridas en la mano

Exhibit A

206




PROCURADURIA GENERAL DE JU...
DEL ESTADO DE JALISCO

DIRECCION GENERAL ... AVERIGUACIONES PREVIAS

AGENCIA: ESP. HOM. INT.
AV. PREVIA: 13975/99
HOJA No. 35

... derecha, así como en el costado izquierdo y en la línea media clavicular, al parece producidas por proyectil de arma de fuego evertidos ...

TERCERO.- Transcripción del parte médico número 3032/99, relativo a JULIO CESAR SEVILLANO GONZALEZ, el cual a la letra dice:".... Presenta heridas al parecer producidas por agente proyectil arma de fuego, localizadas a nivel del sexto espacio intercostal izquierdo y línea media clavicular de aproximadamente 0.7 centímetros de diámetro, de bordes ... ertidos, al parecer orifico de entrada y en mano derecha, de aproximadamente 0.5 centímetros de diámetro, en metacarpo distal de dedo índice de bordes invertidos, al parecer orifico de entrada y de aproximadamente 1 un centímetro de diámetro en región hipotenar de bordes evertidos al parecer orifico de salida. Lesiones que por su situación y naturaleza no ponen en peligro la vida y tardan menos de 15 quince días en sanar, se ignoran secuelas...."

CUARTO.- Declaración de una persona ofendida de nombre JULIO CESAR SEVILLANO GONZALEZ, quien refiere que el día 26 veintiséis de junio del año en curso, siendo aproximadamente las 21:30 veintiún horas con treinta minutos iban caminando cohete veinte sujetos, entre ellos sus amigos DANIEL ABUNDIS, ROGELIO RIOS y otros más, esto por la calle Milpa, en la Colonia El Vigía, ya que iban a ponerse con unos batos que les dicen "LOS TEJONES", ya que le iban a hacer el ... a su amigo DANIEL, ya que les comento que el día que sintió les habían descontado "LOS TEJONES", ... llegando directamente a la casa de tres de ... integrante de los "TEJONES", la cual se encuentra ubicada en la calle Milpa, siendo RIGO y DAVID, los cuales son hermanos y viviendo también ahí ALDO OMAR CROTE, que al llegar les gritaron "SALGAN CABRONES", saliendo los dos hermanos RIGO y DAVID, así como ALDO OMAR CROTE, en donde éste último traía en su mano una pistola con la cual realizo varios disparos, que él y DANIEL iban adelante, por lo cual en esos momentos él sintió lesionado de su mano derecha y le empezó a doler el costado izquierdo del pecho, corriendo todos hacia la vuelta, en donde llego su amigo CAIN JUAN y JUANITO ALCALA en un carro, viendo como también DANIEL caía herido, procediendo a llevar a ambos a la Cruz Verde, viendo como los demás les tiraban piedras a la casa y vehículo de ALDO OMAR ...

De lo que una vez analizado se desprende que ALDO OMAR CROTTE ... INEZ, el día 26 veintiséis de junio del año en curso, aproximadamente a las 21:30 veintiún horas con treinta minutos, en el cruce de las calles La Milpa y Del Lazo, en la Colonia El Vigía, le disparó con una pistola tipo revolver, calibre .32 en contra de JULIO CESAR SEVILLANO GONZALEZ, en varias ocasiones causándole las lesiones que se menciona ... de lesiones número 3032, que obra dentro de actuaciones, quedando plenamente demostrado y comprobado que dichos disparos tenían la intención

Exhibit A
207

... causar un menoscabo en la salud del sujeto pasivo, ya que le dio en ... en el costado izquierdo, causándole de esta manera las lesiones que presenta, de las cuales se dio la respectiva fe ministerial de las mismas. - - - - - - - - - **CALIFICATIVA DEL DELITO DE ACUERDO A LA CONDUCTA.-** Respecto del análisis integral de la conducta desplegada por el ... se ... del ... como **CALIFICADA** de acuerdo a lo previsto por el artículo 206 en relación al 219 fracción I en su modalidad de **VENTAJA** en su inciso b), numerales del Código Penal vigente para el Estado de Jalisco, el que se da por reproducido, y en particular lo que respecta a la fracción I en su modalidad de **VENTAJA** en su inciso b), en referencia, que dice que las lesiones se consideran como CALIFICADAS, "**CUANDO EL ACTIVO ES SUPERIOR POR LAS ARMAS QUE EMPLEA, POR SU MAYOR DESTREZA EN EL MANEJO DE ELLAS, O POR EL NÚMERO DE LOS QUE LO ACOMPAÑAN**", queda debidamente acreditada. Con lo propiamente mencionado por el ofendido lesionado de nombre JULIO CESAR SEVILLANO GONZALEZ, quien manifiesta por lo que ... que dos interese que se enteró que dos de la banda llamada "LOS TEJONES", habían golpeado a DANIEL, siendo varios los integrantes de la ... de "LOS TEJONES", entre ellos SAUL y el hermano de éste que le dicen "EL TEJON", así como a otros dos hermanos que se llaman DAVID y RIGOBERTO, en donde a uno lo apodan "EL JAPO" y otro de sujeto de nombre ALDO, con ... el día sábado ... siendo aproximadamente las 21:00 ... horas se juntaron EL DANY, EL GÜERO, EL RATA, EL BULBO y otros sujetos más, poniéndose de acuerdo para ir con la banda de "LOS TEJONES", llevando piedras, tubos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa, en donde tiene su casa los hermanos DAVID y RIGOBERTO, la cual se ubica enfrente de una capilla, en donde también viven ALDO, pudiendo que todos empezamos a gritar "SALGANSEN CABRONES PARA DARNOS UNOS TAZOS", viendo como salía ALDO con una pistola tipo revolver en ... que anteriormente ya les había disparado, por lo que se les dejó ir con la pistola, haciéndose para atrás él y ... NY que en esos momentos ALDO les empezó a disparar, por lo que su amigo DANIEL SANDOVAL ABUND ... resultó muerto y él resultó lesionado, corroborándose aún más lo anterior con el dicho del testigo ocular de nombre JOSE ANTONIO NAVA VALADEZ, quien manifestó que el día ... de los hechos se paró en la enfrente de la finca número 376 de la calle Milpa, de donde salió un sujeto chaparro, de pelo lacio hacia atrás de color negro, de unos 25 años, el cual salió muy bravo con una pistola en la mano, por lo que éste ... se molestó y sin más les apuntó con la pistola y comenzó a dispararles, resultando de lo anterior muerto su amigo DANIEL SANDOVAL ABENDIS, y lesionado su amigo JULIO CESAR SEVILLANO, manifestando que él sujeto que traía la pistola, se llama ALDO OMAR GROTE SAINZ, corroborándose aún más lo anterior con el dicho del otro testigo ocular, de hombre ROGELIO RIOS MARTINEZ, quien dijo que el día de los hechos, se encontraba en compañía de varios amigos de nombre JULIO CESAR, DANIEL SANDOVAL, ANTONIO ... alias el "EL RATA", a MARTIN alias "BULBO", a MARTIN NAVARRO alias "EL SOBACO", y demás amigos, los cuales se fueron caminando, al lugar en donde se juntan la BANDA DE LOS TEJONES, cerca de una capilla en la colonia EL Vigía, aclarando que ni ... ... amigo, y llegando a la esquina de la calle la Milpa, viendo que de una casa que está frente a la capilla salieron tres sujetos, que eran de la BANDA TEJONES, viendo que uno de ellos discutía con su amigo DANY y JULIO,

Exhibit A
208

**PROCURADURIA GENERAL DE JUSTICIA**
**DEL ESTADO DE JALISCO**



DIRECCION GENERAL DE AVERIGUACIONES PREVIAS.

AGENCIA: ESP. HOM. INT.
A.V. PREVIA: 13975/99
HOJA No. 36

CESAR, viendo que uno de los sujetos traía una pistola tipo revolver con la cual empezó a disparar en dos ocasiones, y lo hizo en contra de DANY Y JULIO CESAR, viendo como este sujeto volvía a disparar en contra de sus amigos DANY Y JULIO CESAR, resultando de lo anterior muerto su amigo DANI DEL SANDOVAL ABUNDIS, y lesionado su amigo JULIO CESAR SEVILLANO. Declaraciones anteriores "que se robustecen con la fe ministerial que se le dió, a las lesiones y que presentó JULIO CESAR SEVILLANO, así como la transcripción del correspondiente parte médico de lesiones, del cual se desprende que sus heridas FUERON CAUSADAS POR PROYECTIL DE ARMA DE FUEGO, por lo que queda claro y preciso que el sujeto agresor llevaba consigo UN ARMA DE FUEGO, siendo en este caso el arma de fuego calibre .22, resultando lesionado JULIO CESAR SEVILLANO GONZALEZ siendo su heridas causadas como consecuencia de un ARMA DE FUEGO, por lo que no queda la menor duda de que existía UNA VENTAJA SUPERIOR a favor del inculpado de mérito, ya que queda acreditado que efectivamente este se encontraba ARMADO, mientras que el ofendido en mención se encontraba desarmado, corroborándose lo anterior en virtud con el dicho de los testigos mencionados con anterioridad, por lo que no queda la menor duda de que el hoy lesionado, NO SE ENCONTRABA ARMADO, ya que si bien es cierto de que existen declaraciones en las cuales se menciona que los que acompañaban al hoy occiso también llevaban armas, deben de tomarse en consideración de que no se encontraron en el lugar de los hechos indicios que nos hiciera PRESUMIR la existencia de más armas, ya que no se encontró casquillo o casdajo alguno en el lugar de los hechos, más sin embargo si queda por demás claro y establecido que el inculpado SI PORTABA ARMA, con la cual realizo varios disparos sobre la economía corporal del hoy lesionado, causándole las lesiones que se mencionan en el respectivo parte médico, por lo que existe la plena CERTEZA de que ALDO OMAR CROTTE SAINEZ TENIA UNA VENTAJA sobre el ofendido lesionado el cual se encontraba en estado INDEFENSO (NO ESTABA ARMADO) por lo que no queda la menor duda de que cobra vida en los hechos que nos ocupa la calificativa en comento.

IV) PROBABLE RESPONSABILIDAD PENAL. A juicio y criterio jurídico del suscrito Representante Social, resuelve, la probable responsabilidad penal de ALDO OMAR CROTTE SAINEZ (NO DETENIDO) en la comisión del delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con relación al 219 fracción IV, calificativa de VENTAJA, en su inciso b), del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS así como su probable responsabilidad en el delito de LESIONES CALIFICADAS, previsto por el artículo 206 en

Exhibit A
209

del artículo 319 fracción I en su modalidad de **VENTAJA** en su inciso b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de **JULIO CESAR SEVILLANO GONZALEZ**, se encuentran plena y legalmente acreditados con todos y cada uno de los medios de prueba y elementos de convicción que se mencionan en el resultando que antecede, los cuales se dan por reproducidos en su totalidad en obvio de repeticiones y por economía procesal, de los cuales sobresale de manera muy en especial lo declarado por J... **JULIO CESAR SEVILLANO GONZALEZ**, quien refiere que el día 24 veinticuatro de junio del año en curso, siendo aproximadamente las 21:00 veintiuna horas, se encontraba en compañía de un amigo de nombre **FERNANDO**, cuando llegó otro amigo de nombre **MARTIN**, el cual venía acompañado de otros dos amigos, quien nos dijo "QUE SE ESTABAN DESCONTANDO AL DANY, LOS DE LA BANDA LOS TEJONES, QUE LE HICIERAMOS UN PARO", por lo que todos se subieron al carro de **MARTIN** y llegaron a la calle de Cuauhtémoc, viendo que efectivamente estaban golpeando a su amigo **EL DANY** al **DESIDERIO O EL DESI** y a **MARTIN** dijo "EL BULBO" reconociendo a varios integrantes de la banda "**LOS TEJONES**", entre ellos a **SAUL** y el hermano de éste que le dicen "**EL T...NE**", así como a otros dos hermanos que se llaman **DAVID** y **RIGOBERTO**, en donde a uno lo apodan "**EL JAPO**" y a otro de nombre **ALDO**, los cuales estaban golpeando a sus amigos, que entonces ellos se fueron directo hacia donde se encontraban estos sujetos, los cuales se dirigieron hacia el carro de **ALDO** en donde **ALDO** sacó su mano izquierda, viendo que tenía una pistola, con la cual les apuntó, disparándole sin decirles nada como en cuatro ocasiones, sin lograr lesionar a alguien, y posteriormente **ALDO** arrancó el carro y se fue, por lo que ellos también se retiraron a su domicilio, siendo el caso que el día viernes 25 veinticinco del mes y año en curso, se volvieron a juntar sus amigos **DANY, EL BULBO, EL ROGER, EL RATA, EL MIPO** y el de la voz, siendo aproximadamente las 22:00 veintidós horas, acordando que al día siguiente 26 de junio iban a ir a chingar a los de la banda "**LOS TEJONES**" para desquitarse de la chinga que les habían puesto a sus amigos, por lo que el día sábado 26, siendo aproximadamente las 21:00 veintiún horas se juntaron **EL DANY, EL ROGER, EL RATA, EL BULBO** y otros sujetos más, siendo en total 20, poniéndose de acuerdo para ir con la banda de "**LOS TEJONES**", llevando piedras, tubos, sin llevar ninguna arma de fuego, llegando a la esquina de la calle Milpa en donde tiene su casa los hermanos **DAVID** y **RIGOBERTO** (oficial se ubica enfrente de una capilla), en donde también vive **ALDO**, por lo que todos le empezamos a gritar "SALGANSEN, CABRONES PARA DARNOS UNOS PUTAZOS", viendo como salió **ALDO** con una pistola tipo revólver con la que anteriormente ya les había disparado, por lo que se les dejó ir con la pistola, haciéndose para atrás él y **DANY**, que en esos momentos **ALDO** les empezó a disparar viendo que también salían los hermanos **RIGOBERTO Y DAVID**, sintiéndose él, lesionado de su mano derecha y en la parte de su pecho, ya que **ALDO** les disparara él y **DANY** cuatro veces que vio en donde quedó su amigo **DANY**, dándose cuenta posteriormente de que sus amigos tenían a su amigo **DANY** el cual estaba herida en su cabello que un amigo de nombre **CAIN** los llevó en su carro a la Cruz Verde, corroborándose aún más su versión con el dicho del testigo de nombre **ROGELIO RIOS MARTINEZ**, quien manifestó, que él día 25 veinticinco del mes en curso, aproximadamente a las 22:30 horas, se encontraba con varios amigos de nombres **JULIO CESAR DANIEL SANDOVAL ANTONIO LARA** Alias el "**EL RATA**", **MARTIN** alías "**BULBO**",

**Exhibit A**
**210**



# PROCURADURIA GENERAL DE JUSTICIA
# DEL ESTADO DE JALISCO

DIRECCION GENERAL DE AVERIGUACIONES PREVIAS

AGENCIA ESP. HOM. INT.

AV. PREVIA: 13975/99.

HOJA No. 37.

Exhibit A
2.1.1

PODER JUDICIAL

CONSEJO DE LA JUDICATURA

con un brazo con una pistola en la mano, por lo que éste muchacho se movió y se las más les apuntó con la pistola, moviéndola hacia la derecha y hacia la izquierda, pero hacia donde ellos se encontraban, los cuales se encontraban parados como a unos 07 u 08 ocho metros, por lo que en eso sin saber quién empezó empezaron a aventar piedras y a quebrar los vidrios de la ventana de la casa, que entonces éste sujeto se enojó y comenzó a dispararles, por lo que todos se echaron a correr, corriendo como media cuadra, que cuando ya no escucharon más disparos, se pararon y vieron que el sujeto se metía de nueva cuenta a su casa, viendo que DANY se encontraba tirado en el piso herido de bala, encontrándose JULIO también herido, que entonces pidieron el auxiliarlos, manifestando que el sujeto que los agredió, al **Declaraciones** anteriores que se deberán valorar conforme lo establecen los artículos 195 con relación al 264 del Enjuiciamiento Penal del Estado de Jalisco, toda vez que los relacionados los cuales fueron percibidos por medio de sus sentidos y no en construcciones, de Cuales resultan verosímiles y concuerdan fielmente con las demás probanzas recabadas dentro del sumario, por lo que concatenados con **VALOR PROBATORIO PLENO,** con las respectivas fes ministeriales que se hechos del cadáver, de una persona lesionada, de un **Pruebas,** éstas, que son del **PLENO VALOR PROBATORIO,** de acuerdo a lo 262 en relación al 264 del Código de Procedimientos para el Estado de Jalisco, por haberse practicado con los **El parte de cadáver,** la de lesiones y el resultado de la autopsia emitidos por escrito por medio de oficios de la Dirección del Servicio Médico de acuerdo al valor que la según lo dispuesto por el artículo 220 en relación 262 en relación al 268, del Enjuiciamiento Penal vigente para el de Jalisco, la Representación Social, considera que las fotografías en dicho dictámenes es de **VALOR PROBATORIO** debido a que dicho parte del cadáver fue elaborado por un Médico Forense, encontrándose además el contenido de los oficios números 17621/99, 11850/99, 17168/99, 17849/99, 18696/99 suscritos por peritos del Instituto Jalisciense de Ciencias Forenses, prueba de las cuales se consideran de acuerdo al artículo 262 en relación 266 del Enjuiciamiento Penal vigente para el estado de Jalisco, **VALOR** que debe ser integral del Juzgador, dictámenes elementos de prueba citados los anteriores, los cuales entrelazados de una manera lógica y jurídica tienen por demostrada la responsabilidad penal de, **ALDO OMAR OROHETESAINEZ (NO DETENIDO)** en la comisión del delito de **HOMICIDIO CALIFICADO,** previsto por los artículos 213 con relación al 219 con la III en su modalidad de **VENTAJA,** en su inciso, b), del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida se le nombrase **DANIEL SANDOVAL ABUNDIS,** así como su probable responsabilidad penal en el delito de **LESIONES CALIFICADAS,** previsto por el artículo 206 en relación al 219 fracción I en su modalidad de **VENTAJA** en su inciso b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de **JULIO CESAR SEVILLA LARA,** quedando plenamente demostrada su responsabilidad penal en el delito que se le imputa, toda vez que el inculpado de mérito, haciendo la **VENTAJA,** en su inciso B por el hecho de que el inculpado se encontraba

Exhibit A

Page 2 of 2

0212

## DEL ESTADO DE JALISCO

AGENCIA ESP. HOM. INT.
AV. PREVIA: 13975/99

[text heavily degraded and illegible] ... en su modalidad de VENTAJA ... en el delito de LESIONES CALIFICADAS ... en relación al 219 fracción I en su modalidad de VENTAJA en su inciso b) del mismo cuerpo de Leyes cometido en agravio de JULIO CESAR SEVILLANO GONZALEZ.-----

CUARTO.- El cúmulo de DANIEL SANDOVAL ABUNDIS ... circunstancia anterior que ... llevar a cabo sus negras intenciones, como fue el ... responde a JULIO CESAR SEVILLANO GONZALEZ quedando plenamente acreditada la responsabilidad penal del inculpado en comento, quedando plenamente comprobado que el indiciado de referencia de una manera DOLOSA e INTENCIONAL ... una persona física, cuya preexistencia ... sus actuaciones, así mismo le causó un ... humano, violando con ello normas y conductas establecidas por la ley con carácter punible ...

... anteriormente expuesto y con fundamento en lo establecido por los artículos 8, 16 y 21 de la Constitución Política de los Estados Unidos Mexicanos 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 206, con relación al 219, 213 ... y su modalidad de VENTAJA inciso b), del Código Penal vigente para el Estado de Jalisco; 1, 2, 3, 4, 5, 6, 7, 8, 88, 89, ... 264, 268, 269, 271, 272, y demás relativos y aplicables del Código de Procedimientos Penales en vigor para el Estado de Jalisco, así como 4, fracción I de la Nueva Ley Orgánica de la Procuraduría General de Justicia del Estado de Jalisco, que el suscrito tengo a bien dictar la siguiente:

### DETERMINACION

PRIMERO.- Remítase la totalidad de las presentes actuaciones en originales y anexos, al C. JUEZ PENAL QUE LE CORRESPONDA CONOCER DE LA CAUSA, a efecto de que se sirva abrir la correspondiente AVERIGUACION JUDICIAL en contra de ALDO OMAR CROTTE SAINEZ (NO DETENIDO) por su Probable Responsabilidad Penal en la comisión del delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con relación al 219 fracción I en su modalidad de VENTAJA en su inciso, b), del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS así como su probable responsabilidad penal en el delito de LESIONES CALIFICADAS, previsto por el artículo 206 con relación al 219 fracción I en su modalidad de VENTAJA en su inciso b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de JULIO CESAR SEVILLANO GONZALEZ.-----

SEGUNDO.- Téngase a esta Representación Social ejercitando la acción penal, en la relativa a la reparación del daño moral y material, reservándome el derecho de ampliar, variar o modificar el ejercicio de la acción penal de los bienes que se le consignan.------

TERCERO.- En virtud de que se encuentran reunidos los requisitos previstos por el artículo 16 Constitucional y 104 del Enjuiciamiento Penal del Estado de Jalisco, le solicito a Usted C. JUEZ ... se sirva librar la correspondiente ORDEN DE APREHENSION en contra de ALDO OMAR CROTTE SAINEZ (NO DETENIDO) en la comisión del delito de HOMICIDIO CALIFICADO, previsto por los artículos 213 con

EXHIBIT A
213

0213



relación al 219 fracción I en su modalidad de VENTAJA, en su inciso, b), del Código Penal del Estado de Jalisco, cometido en agravio de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS así como su Probable responsabilidad penal en el delito de LESIONES CALIFICADAS previsto por el artículo 206 en relación al 219 fracción I en su modalidad de VENTAJA en su inciso, b) del mismo cuerpo de Leyes antes invocado, cometido en agravio de JULIO CESAR SEVILLANO GONZALEZ - - -

CUARTO.- El cadáver de DANIEL SANDOVAL ABUNDIS no se encuentra a disposición en virtud de haberse concedido su inhumación.- - - -

QUINTO.- Se pone a su disposición, en el interior del Deposito de armas de la Supremo Corte de Justicia del Estado, el proyectil que fue extraído del cadáver de DANIEL SANDOVAL ABUNDIS, cuyas características se mencionan en la fe ministerial, que obra dentro de actuaciones.- - - -

- - - Así lo resolvió y firma el Ciudadano Agente del Ministerio Público Especial para Delitos Intencionales, licenciado JOSE DE JESUS HERRERA BOCANEGRA en unión de su personal de asistencia los C.C. ANA MARIA GARCIA MORALES y ANGELICA PACHECO VARGAS, Secretario de Acuerdos con que legalmente actúa y da fe.-

AGENTE DEL MINISTERIO PUBLICO

LIC. JOSE DE JESUS HERRERA BOCANEGRA

ACTUARIO

ANA MARIA GARCIA                    ANGELICA PACHECO VARGAS

Exhibit A
214