# PRUEBA 14

Exhibit A
215

0215

PUENTE GRANDE, JALISCO A 5 CINCO DE NOVIEMBRE DE 1999 MIL NOVECIENTOS NOVENTA Y NUEVE.

VISTO. Para resolver sobre el pedimento de ORDEN DE APREHENSION, solicitada por el Fiscal Consignador en contra de ALDO ORLANDO GROVER SAINZ, por su probable responsabilidad criminal en la comisión de los delitos de HOMICIDIO CALIFICADO Y LESIONES CALIFICADAS perpetrados en agravio de DANIEL SANDOVAL ABUNDIS y JULIO CÉSAR SEVILLANO GONZÁLEZ, en la causa penal 210/99-D y.

R E S U L T A N D O

Dio inicio la presente causa criminal con el número de la averiguación previa número 13.975/99 procedente de la Agencia del Ministerio Público Especial para Homicidios Intencionales en la que obran las siguientes constancias: Fe Ministerial practicada por el Agente del Ministerio Público Integrado; Fe Ministerial de lesiones relativas a JULIO CÉSAR SEVILLANO GONZÁLEZ; la declaración realizado por ROGELIO RIOS MARTÍNEZ; lo declarado por JOSÉ ANTONIO NAVA VALADEZ, Fe Ministerial del lugar de los hechos; transcripción de la parte médico de JULIO CÉSAR SEVILLANO declara JULIO CÉSAR SEVILLANO GONZÁLEZ, Fe Ministerial según proyectó la declaración, realizado por JORGE ARMANDO SANDOVAL ABUNDIS; la declaración realizada por MARÍA LUISA CUEVAS DUEÑAS; declara SALVADOR GONZÁLEZ GONZÁLEZ, así como CARLOS CROTTE IBARRA, JOSÉ ANTONIO NAVA VALADEZ, CARMEN BECERRA GUERRERO, VICENTE GONZÁLEZ CUEVAS, JULIO CÉSAR SEVILLANO GONZÁLEZ, ROGELIO RIOS MARTÍNEZ, el parte médico de lesiones número 17824 suscrito por los médicos de guardia de los Servicios Médicos del Zapopan, Jalisco; Fe Ministerial practicada por el Fiscal Integrador de varios objetos; con la identificación de

Exhibit A
216

cadáver por parte de MAGDALENA ABUNDIS ÓRTEGA; Fe
ministerial de un cadáver; trascripción del parte de cadáver; parte
médico número 4369/99 del Instituto Jalisciense de Ciencias
Forenses, Servicio Médico Forense relativo al occiso; oficio número
17632/99/480/650 suscrito por el Encargado de Guardia y el
perito en Criminalista y Fotógrafo en donde rinden dictamen de
fijación y recolección de indicios; un juego de 15 fotografías a
color tamaño postal relativa al cruce de las calles del lugar de los
hechos oficio número 17849/99/320.3/650 mediante el cual se
rinde dictamen químico; oficio número 17848/99/320.2/650
mediante el cual se rinde dictamen de colorimetría y
fisicoquímicas relativa a DANIEL SANDOVAL ABUNDIS, oficio
número 17850/99/320.2/650, también se rinde dictamen químico
relativo a ROGELIO RIOS MARTÍNEZ JOSÉ ANTONIO NAVA
VALDEZ, CAIN JUAN EDUARDO VILLANUEVA ALVAREZ YULIO
CESAR SERVIN ANOR con el resultado de autopsia practicada en el
cadáver de DANIEL SANDOVAL ABUNDIS por parte de los
médicos forenses del Instituto Jalisciense de Ciencias Forenses;
16696/99/150/650, mediante el cual se rinde dictamen de
balística forense con el acta de defunción relativa a DANIEL
SANDOVAL ABUNDIS, con todas y cada una de las constancias
que integran el sumario, así como la determinación en donde se
ordena remitir todo lo actuado a este Tribunal por
corresponderle el turno.

2.- Este Juzgado se avocó al conocimiento de los presentes
autos el día 04 cuatro de noviembre de mil novecientos noventa y
nueve, se dieron los avisos de Ley al Superior y la intervención
que legalmente corresponde al Fiscal de la adscripción,
procediéndose a resolver sobre el pedimento de orden de captura
por lo siguiente: - - - - - - - - - - - - - - - - - - -

**Exhibit A**

**217**

C O N S I D E R A N D O: - - - - - - - - - -

1-21

... El artículo 16 Constitucional en lo que aquí interesa, refiere ( )No podrá librarse orden de aprehensión sino por autoridad judicial y sin que preceda, denuncia acusación o querella de un hecho determinado que la señale como delito, sancionado cuando menos con pena privativa de libertad y existan datos que acrediten el cuerpo del delito y la responsabilidad criminal del indiciado ...

... TIPO PENAL DE HOMICIDIO.- Que en concepto de la Suscrita .......... si se encuentra debida y legalmente ................ en autos los ilícitos de HOMICIDIO Y LESIONES, ............ el artículo 218 y 206 ambos del Código Penal en el .............. en agravio el primero de DANIEL SANDOVAL .............. el segundo de los ilícitos de JULIO CESAR SEVILLANO GONZALEZ cuya comisión se le atribuye al implicado ALDO OMAR GROTE SAINZ.- - - - - - - - - - - - - - - - - - - -

... En efecto para acreditar la materialidad del ilícito de HOMICIDIO, es menester la concurrencia de los siguientes elementos: a) la existencia previa de una vida humana; b) la pérdida de la misma y c) el nexo causal entre la conducta y el resultado ...........................................

..... Por su parte la materialidad del tipo penal de Lesiones previsto por el artículo 206 del Código Punitivo Estatal vigente, es menester la concurrencia de los siguientes elementos: a).- causar un menoscabo en la salud de otro; c).- lo anterior que se haga por cualquier medio; y d).- el nexo causal entre la conducta y el resultado ...................................................

Para justificar lo anterior, obran en el sumario los siguientes elementos de prueba: ...........................

Exhibit A
218

0218

...Fe Ministerial practicada por el Agente del Ministerio Público... Separado mismo que se trasladó a la sala de urgencias del puesto de socorros, en virtud de haberse presentado una persona del sexo masculino quien manifestó encontrarse herida por proyectil de arma de fuego, procediendo a dar resguardo en una camilla se localizó a una persona del sexo masculino sin vida en posición de cubido dorsal apuntando hacia el norte... de su cuerpo en sentido opuesto, el cual presenta heridas al parecer producidas por proyectil de arma de fuego en el pecho del lado izquierdo, así como en el brazo izquierdo, así mismo hace constar que se encuentran presentes ROY ... RIOS MARTINEZ, y JOSÉ ANTONIO NAVA VALADEZ quien manifestaron que aproximadamente a las nueve y media ... la noche del día veintiséis del año en curso se dirigieron a la Colonia Capilla, acompañados de DANIEL SANDOVAL ABUNDIS ... otros sujetos, ya que iban a pelear y a echar bronca con ... se juntan en la Capilla, en virtud de que un día anterior le habían echado "bronca" a DANIEL, por lo que al llegar a dicho lugar escucharon unos disparos, que hizo un "bato" que salió de una casa, todos corrieron y al cesar de los disparos se regresaron ... vieron tirado a su amigo DANIEL, procediendo a trasladarlo a la Cruz Verde en un carro que una persona les prestó, así mismo ... fe de que se presenta una persona lesionada por proyectil de arma de fuego quien con dificultad dijo llamarse JULIO CESAR SEVILLANO GONZÁLEZ, mismo que refiere que aproximadamente a las nueve y media de la noche caminaban por la calle la Milpa en la Colonia el Vijia en compañía de DANIEL ABUNDIS, ROGELIO RIOS y otros ya que iban a pelear con unos "batos" a quienes les dicen los "tejones", ya que estos habían descontado a DANIEL y le iban a hacer un paro, llegando directamente a la casa donde viven tres de esos sujetos dos de los cuales son hermanos de nombres RIGO y DAVID, y el otro se llama ALDO OMAR

Exhibit A
219

GROTTIE, y este último salió con pistola en mano haciendo varios disparos, sintiéndose lesionado de la mano y del pecho y su amigo DANIEL quedó tirado, corriendo sus amigos CAÍN JUAN y JUANITO ALCALÁ, quienes los trasladaron a la Cruz Verde, encontrándose presente CAÍN JUAN EDUARDO VILLANUEVA ÁLVAREZ, quien coincide con lo que refiere el lesionado JULIO CÉSAR SEVILLANO, pero que desconoce las circunstancias de los hechos. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2.- Fe Ministerial de Lesiones, practicada por la Representación Social respecto a JULIO CÉSAR SEVILLANO GONZÁLEZ, dando fe de tenerlo a la vista en le cual presenta heridas en la mano derecho, así como en el costado izquierdo y la línea media clavicular, al parecer producidas por proyectil de arma de fuego. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

3.- Declara ROGELIO RIOS MARTÍNEZ, ante la Agente del Ministerio Público Consignador de la Averiguación Previa, e indicando que el día veintiséis de julio de mil novecientos noventa y nueve como a las nueve horas de la noche se juntaron en la Calle Moctezuma en donde está el Correo de Zapopan DANIEL SANDOVAL ABUNDIS, JULIO MARTÍN NAVARRO, JOSÉ ANTONIO NAVA, así como otros sujetos que desconoce sus nombres, ya que eran un grupo de como unos veinte, comentándoles DANIEL que iban a irse a la Colonia el Vijia para pelearse con unos "pinches batos" de la Colonia el Vijia, ya que les dijo que un día antes había tenido bronca con ellos ignorando el declarante quienes iban con los que se iban a pelear dirigiéndose al Vijia a pie pero el bata mero arras, y no sabiendo el lugar exacto pero por donde esta una Capillita no vieron a nadie y se iban a regresar y habían caminado unos pocos metros cuando escuchó unas detonaciones siendo como unas tres en donde todos corrieron para la Avenida Hidalgo y cuando iban a media cuadra se regresaron porque ya

Exhibit A
220

no escucharon mas disparos escuchando en ese momento otros
disparos sin precisar cuantos pero fueron varios no sabiendo
de los que hablan ya que en ese momento vio que DANIEL cayo al
suelo al verlo todos corrieron hacia la Avenida Hidalgo quedándose
el declarante en el lugar junto con otros tres amigos de los que
no recuerdan quienes eran, para posteriormente levantar a
DANIEL y darle auxilio caminando una cuadra pasando un
muchacho en un carro escuchando a sus amigos que se subieran
a ese carro, llevando a DANIEL a la Cruz Verde. - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - -

4.- Declara JOSE ANTONIO NAVA VELADEZ, mismo que
indica que el veintiseis de junio del año en curso, como a las
nueve o diez de la noche iba a echar pleito con unos cuates de la
Capilla o sea el Villa a donde se dirigían como quince amigos
entre los que iban ROGELIO, JULIO, DANIEL SANDOVAL y de los
demás no conoce sus nombres ya que DANIEL y otros de los que
con ellos iban les habían echado bronca por lo que al llegar
con ellos empezaron a gritar algunos amigos que iban en la
bola de ratas miedosos, "salgan de su casa cabrones", saliendo
un cuate y este empezo a disparar por una pistola hacia todos los
lados de donde ellos estaban, al escuchar los disparos corrieron
hacia atrás como media cuadra, y cuando dejo de disparar ese
muchacho se metió a su casa, y entonces vieron tirado a DANIEL
dirigiéndose ROGELIO y el declarante hacia DANIEL y lo
recogieron y lo cargaron caminando como dos cuadras pidiendo
auxilio a un cuate que no conoce pero que iba pasando en un
carro, dirigiéndose a la Cruz Verde, agregando que no supo
cuantos disparos hizo ese muchacho pero eran varios y la media
afiliación de quien disparo es, chaparro, pelo negro, barba de
candado, y se metió a la casa de enfrente de la Capilla. - - - - - - -

- - - - - - - - - - - - - - - - - - - - - -

5.- Fe Ministerial del lugar de los hechos practicada por el
integrador de la Averiguación Previa mismo que da fe de

**Exhibit A**
**221**

02

que en el cruce de las Calles La Milpa y del Lazo en donde da fe
de que en la acera norte de la Calle La Milpa hacia lado poniente se
localiza la finca marcada con el número trescientos setenta y seis
que corresponde a una Capilla y como a quince metros hacia el
poniente así en la parte media de la fachada se aprecia una
oquedad de impacto y sobre la misma fachada en la parte superior
del extremo izquierdo se aprecia un segundo orificio de impacto,
así como hacia el poniente se localiza la finca 380 en su parte
inferior de la fachada se aprecia un tercer orificio de impacto los
que al parecer son de proyectil de arma de fuego, sobre la Calle
del Lazo en que se une o cruce con la citada Calle la Milpa se aprecia
vidrios esparcidos de un diámetro de aproximadamente cuatro
metros, dando fe también de que en la acera sur de la Calle Milpa
frente a las dos fincas mencionadas se encuentra la 373 y tiene
un frente de aproximadamente ocho metros, con cochera de lado
izquierdo al frente dos plantas, constando la planta baja color
blanco y la planta alta sin pintar, doy fe de que sobre la fachada
del lado este se localiza una ventana de aproximadamente un
metro de ancho por ochenta centímetros de alto la que presenta
daños y que tiene los vidrios quebrados, en la fachada sobre la
planta alta se localiza otra ventana que presenta daños por que
también tiene los vidrios quebrados; dando fe de que se
encuentra MARIA LUISA CUEVAS DUEÑAS en dicha finca
informando que anteriormente llegaron varios sujetos que
intentaban matar a una persona del nombre ALDO OMAR CROTTE,
mismo que venía de los Estados Unidos teniendo como seis días
de haber llegado mismo que le rentaba un cuarto de la finca,
llegando ALDO en un vehículo de color blanco de su propiedad
mismo que al querer lo apedrearan y lo agredieron los sujetos,
sacando este un arma de fuego y desde la esquina de esas calles
la Milpa y del Lazo les disparo a los sujetos

Exhibit A

222

0222

...Trascripción del parte médico por parte del representante Social Consignador quien procedió a trascribir el parte médico número 3032/99 relativo a JULIO CÉSAR SEVILLANO GONZÁLEZ, al que presenta una herida al ppp agente proyectil arma de fuego, localizadas a nivel de sexto, espacio intercostal izquierdo, y línea media clavicular de aproximadamente 0.7 centímetros de diámetro de bordes invertidos, al parecer orificio de entrada y en mano derecho de aproximadamente 0.5 centímetros de diámetro en metacarpo distal de dedo índice de bordes invertidos al parecer orificio de entrada de aproximadamente un centímetro de diámetro en región hipotenar de bordes evertidos al parecer orificio de salida, lesiones que por sus situación y naturaleza no ponen en peligro y tardan menos de quince días en sanar...

...Declara JULIO CÉSAR SEVILLANO GONZÁLEZ, ante el representante Ministerio Público Consignador y refiere que el día veinte salida julio de la presente anualidad siendo alrededor de las nueve y media horas caminaba junto con DANIEL ABUNDIS y otros amigos dirigiéndose por la Calle La Milpa hacia la Colonia el ... donde se dirigían a pelear con los "tejones" por lo que ... acercan a su amigo DANIEL quien les dijo que un día anterior lo habían descontado por ello quería que le hicieran un ... pregándole si conoce a dichos sujetos ya que ellos viven a ... cuadras de su domicilio, llegando directamente a la casa de ... de los sujetos, la cual esta ubicada en la Calle Milpa siendo RIGO y DAVID, los cuales son hermanos, desconociendo sus apellidos ALDO OMAR CROTTE, y al llegar a esa casa les ... a los sujetos "salgan cabrones" saliendo RIGO y DAVID siendo ALDO OMAR CROTTE quien traía una pistola en la mano ... varios disparos a DANIEL y al declarante sintiéndose ... de su mano derecha corriendo ha... 
...JUAN y JUANITO ALCALÁ subiéndose a un ca...

**Exhibit A**
**223**

0223

llevaron a la CRUZ VERDE; viendo que DANIEL caía al suelo y agrega que sus amigos patearon el coche de ALDO y a la casa tiraron piedras [...]

Comparece nuevamente JULIO CÉSAR SEVILLANO GONZÁLEZ ante la Fiscalía Integradora y refiere que efectivamente el día veinticuatro de junio del presente año alrededor de las veintiuna horas se encontraba afuera de su domicilio ubicado en la Calle Nicolás Bravo número 178 en la Colonia del Municipio de Zapopan, Jalisco, acompañado de un amigo de nombre FERNANDO, quienes al estar platicando se [...] MARTÍN apodado "El Martín" acompañado de dos sujetos [...] que no recuerda sus nombres quienes llegaron a [...] un vehículo de color rojo, Joglway in y al estar con ellos [...] les dijeron que estaban descando al DANY la Banda Los [...] que le hicieran un paro, estando de acuerdo todos se [...] en el carro de MARTÍN quienes llevo hacia la esquina de [...] en donde se le conoce como "El Chaparral" en donde [...] golpeaban a DANIEL SANDOVAL apodado "EL Dany", ISIDRO apodado "El Deny" y MARTÍN al que le dicen [...] caso que al ver como golpeaban a los mencionados reconoció a SAUL y a su hermano que le apodan "El [...]", encontrando a otros dos hermanos más que se llaman DAVID Y RIGOBERTO apodados "El Japo", así mismo reconoció a [...] los que golpeaban a sus amigos, bajándose del carro igual que MARTÍN y FERNANDO para dirigirse hacia los "Tejones" quienes se hicieron hacia el carro de ALDO y al ver que los sujetos se iban hacia este ALDO saco su mano izquierda donde tenía una pistola parecida a un revolver ya que le alcanzo a ver su cilindro apuntándoles sin decirles nada y les disparo como una cuatro o cinco veces [...] posteriormente ALDO arranco su carro y se fue hacia [...] por lo que al ver esto optaron por retirarse a su casa, por lo que

**Exhibit A**
**224**

... que el día viernes es decir el día siguiente veinticinco de ... de ese mismo año se juntaron los amigos "el DANY, el ... y el ROGER, el RATA" y su hermano JUAN a quien le dicen ... y el declarante; y como a eso de los veintidós horas al ... en la casa del "ROGER" tomándose unas cervezas acordaron que el día veintiséis de ese mismo mes irían a "chingar" a la Banda de los Tejones para desquitarse de los que le habían hecho a sus amigos quedando de acuerdo en la casa del "ROGER", por tanto el veintiséis de junio como a las veintiuna horas se presentó con su hermano JUAN en la casa del ROGER en donde ya se encontraban "el DANY, el ROGER, el RATA, el BULBO" y otros más que conocía de vista de los que no recuerda sus nombres pero que eran como veinte, y al ponerse de acuerdo para ir con los Tejones caminaron sin que nadie llevara palos, piedras, tubos y ningún tipo de arma, y una vez dirigiéndose a la esquina de la Calle La Milpa "DANY" y el declarante quedándose atrás de dicha esquina los hermanos DAVID y RIGOBERTO, y al estar en las afueras de donde vive ALDO empezaron a gritar "sálganse cabrones para darnos unos putazos" y después de sus gritos salió ALDO al cual le vio de nuevo tipo revólver, siendo la misma con la que les había disparado anteriormente, misma que al salir se les dejó ir apuntándoles hacia el DANY y el declarante mismos que se hicieron hacia atrás, porque en ese momento empezaron los disparos observando que salían DAVID, RIGOBERTO y ALDO y al estarles disparando se sintió lesionado de su mano derecha así como en la parte de su pecho debajo de la tetilla del lado izquierdo, por lo que al sentirse lesionado cayó al suelo cuando caminaba hacia atrás por lo que ALDO les disparo a "DANY" y al declarando cuando retrocedieron y ya estando en el suelo no vio para donde se haya ido su amigo "DANY" ya que se sintió consciente y mareado así como que lo jalaban; al poco rato se ... se fue donde se da cuenta que sus amigos lo traían ... dejándolo a un lado de la Capilla es decir a espaldas

Exhibit A
225

022

dirigiéndose hacia su amigo "DANY" a quien le aprecio que en su camisa tenía un orificio a la altura del pecho del lado izquierdo y al verlo le empezó a hablar pero este no le contestaba ni se movía por lo que al verlo así mejor se retiró de su amigo, dirigiéndose hacia un ... de la que no recuerda su nombre y en eso paso un amigo de nombre CAIN arriba de un carro y al verlo este le dijo que se lo llevará en carro para llevarlo a la Cruz Verde ya que CAIN vio que salía sangre de la mano. - - - - - - - - - - - - - - - - - -

... Ministerial de un proyectil practicada por el Licenciado JOSE DE JESUS HERRERA BOCANEGRA, en donde da fe de tener a la vista un proyectil de arma de fuego que se le extrajo al cadáver de DANIEL SANDOVAL ABUNDIS. - - - - - - - - - - - -

... declarado OSCAR EDUARDO SANDOVAL ABUNDIS, ... manifiesta que ALDO OMAR CROTTE, es la persona que ... su hermano, mismo que se fue a refugio a la ... con el número 188 de la Calle Matamoros en ... donde vive un muchacho que le apodan "El borres" ... la persona que le ayudó a ALDO OMAR CROTTE, ... paradero los datos señalados, los obtuvo por ... del que no recuerda su nombre. - - - - - - - -

... declaración realizada por MARÍA LUISA CUEVAS CUEVAS quien refiere que el día 26 de junio del presente año ... nueve y media de la noche acudió a comprar leche a la panadería que se localiza en la calle Cuauhtémoc y la Milpa ... con ANA ... Y SUSY de cuatro y seis años de edad quien salía de la panadería vio que iba una bola de muchachos siendo de trece a quince los cuales traían en sus manos piedras y dos cuetes llevan dos pistolas y estos caminaban ... por la Calle de Cuauhtémoc y dieron vuelta por la Calle La Milpa y fue cuando al ir tras de ellos comenzó a ver que los que traían piedras

Exhibit A
226

0226

... su casa rompiendo los vidrios y gritaban "hay que ...su madre a ese puto" dirigiéndose a la esquina de la calle la Milpa y la cerrada del Lazo donde estaba estacionado ...del templo un carro de un amigo de la familia a quien le ...su casa sus' hijos y su esposa cuando llega de San ...mismo que responde al nombre de ALDO OMAR CROTT, viendo claramente que rompían los vidrios de su casa, así como los del carro de ALDO y este se encontraba dentro del vehículo y le decían "salto punto te vamos a matar y a partir tu madre" a base de piedras y de pronto ALDO salió de vehículo y corrió hacia la casa cuando de pronto escucho varios truenos como si fueran balomitas comenzando a correr por diferentes rumbos todos y cuando llegó a su casa salía ALDO sin decir nada se subió al carro y se retiró del lugar al parecer por miedo de que lo siguieran dañando, encontrándose en su casa SALVADOR F GOMEZ GONZÁLEZ y su hijo VICENTE GONZÁLEZ CUEVAS, llegando unas patrullas quienes comenzaron a investigar para posteriormente retirarse, ya que al parecer había un fallecido así como otras personas que se encontraba herida manifestándoles lo ...permitiendo el pase a su casa para que revisaran que no se encontraba ALDO, siendo el carro de ALDO de color blanco con placas americanas y desde ese día este no se ha presentado ALDO en donde dormía encontrándose ahí sus pertenencias, señalando que unas vecinos de nombre CARMELITA y MARGARITA le comentaron que vieron los hechos narrados, haciéndole saber que falleció DANIEL SANDOVAL ABUNDIS y que CESAR SEVIDLANO GONZÁLEZ se encuentra lesionado agregando que la media afiliación de ALDO OMAR CROTTE, es de 28 años de edad y aproximadamente de un 1.67 centímetros, complexión fornido, tez moreno claro, cara redonda, frente regular cejas gruesas, ojos color café claros, boca regular, labios delgados, usa bigote y barba de candado como seña particular y

**Exhibit A**
**227**

esta tatuado de la espalda y a quien tiene de conocer de 12 a 13 años.- - - - - - - - - - -

11.- SALVADOR GONZÁLEZ GONZÁLEZ, quien manifestó que en relación a los hechos que se suscitaron el día veintiséis de julio del año en curso alrededor de la ocho y media de la noche cuando se encontraba en el interior de su domicilio junto con su hijo VICENTE GONZÁLEZ en la parte alta de la casa ya que se su esposa MARÍA LUISA CUEVAS DUEÑAS, había salido a la tienda cuando de repente rompieron un vidrio de la ventada que da a la calle y al caerle los vidrios en su cuerpo se asomó por la venta y vio que en la calle había como quince muchachos y entre ellos alcanzó a ver como a una distancia de ocho metros que estaban armados con pistolas y decía "vamos a darle en la madre a ese puto", por lo que al no ver a que personas se referían y que estaban tirando piedras a su casa, salió a la calle escuchando en estos momentos varios truenos como de palomitas, quedándose a dentro de la casa detrás de la puerta de entrada la que se encontraba emparejada, para posteriormente entrar corriendo ALDO amigo de la familia y quien vive actualmente en su casa, subió a su cuarto y salió corriendo para ver que se subía a su carro el que se encontraba estacionado en la esquina de su casa o sea afuera del templo en la calle cerrada del Lazo y la Milpa quien se fue sin saber en donde este, señala que cuando ALDO entró corriendo a la casa después de los truenos que escucho todos los sujetos corrían sin fijarse para que parte, posteriormente llego su esposa diciéndole que que había pasado que había visto cuando habían tirado piedras a la casa y amenazaban a ALDO, por lo que por temor a que los fueron agredir se metieron a su casa hasta que llego la policia de Zapopan quienes preguntaron que que había pasado, mismos que les informaron que habían matado a un muchacho y después de que les comentaron los sucedido les permitió pasar a su

Exhibit A
228

aproximadamente a las 21:30 veintiuna horas con treinta minutos
llegó a la escuela donde se junta que es el cruce de las Calles
Cuauhtémoc y Libertad en Zapopan, Jalisco, en donde se
encontró con DANIEL SANDOVAL ABUNDIS, ROGELIO, JULIO, los
que ya se encontraban con varios sujetos mas de la banda Barrio
[...] así como varios mas del barrio U. R. a los que no
[...] conocía a DANIEL SANDOVAL ABUNDIS quien
[...] quieran a echar "bronca" a la Capilla y que por
[...] a sus cuates y el "DANY" le comentó que un
[...] el veinticinco de junio del año en curso se había
promovido con unos "morritos" sin decirles quien pero que le
[...] y como este es su cuate le dijo que si lo
acompañaba caminando por la calle rumbo al Barrio de la Capilla
[...] la Colonia del Vigía, y se pusieron al frente de DANIEL
[...] SANDOVAL ABUNDIS, JULIO a quien "EL JULY o JUI", y el
[...] atrás los demás siendo un total como de veinte
[...] y sin recordar en que calle pero donde se encuentra
la Capilla, la Colonia el Vigía en Zapopan, Jalisco, todos iban
gritando "Chingadera y media" [...] donde se le muestra una
fotografía [...] con el número 14 en donde aparece la
finca en color blanco en la parte de abajo y en la parte superior
no se encuentra pintada con dos ventanas tipo arco y de esta
salió [...] un varón de aproximadamente un metro sesenta
de estatura [...] quien se [...] hacia atrás complexión
delgada de aproximadamente 25 años de edad quien salió de la
finca 373 de la Calle Milpa, y cuando ese sujeto que al parecer
andaba "pedo" salió con pistola en mano la que cargaba con
ambas y después con la mano derecha quien se molestó porque
gritaban los muchas que iban con ellos y sin mas apunto con la
pistola la [...] movía para su derecha y su
izquierda pero [...] donde iban caminando [...] de
retirados de este como ocho metros y con el que no hablaron
nada ya que se escamaron porque traían la pistola en la mano

Exhibit A
229

0229

domicilio para que vieran que no tenían escondido a ALDO, señala que hasta la fecha no lo han visto ignora donde se encuentre, ya que la mayoría de su familia vive en California y haciéndole saber que la persona que falleció responde al nombre de DANIEL SANDOVAL ABUNDIS y al lesionado JULIO CÉSAR SEVILLANO GONZÁLEZ, a quienes no conoce pero le dicen que eran del barrio y la media afiliación es ALDO OMAR CROTTE es de 28 años de edad, complexión robusta, mide bajo, moreno claro, pelo corto, frente regular, mucha ceja, nariz regular, boca regular, labios delgados, ojos color café claro, usa bigote y barba cortita y es todo lo que tiene que manifestar. - - - - - - - - - - - -

12. Comparece CARLOS CROTTE GUEVARA, y refiere de que su hijo tenía problemas con la Autoridad así mismo se le informa que había muerto una persona y otra estaba herida ignorando los hechos pero quiere que se investiga hasta que no exista la responsabilidad de su hijo ALDO OMAR CROTTE, siendo hijo es de MARÍA AUXILIO SAINEZ, y señala que por parte de MARÍA LUISA CUEVAS DUEÑAS y SALVADOR GONZÁLEZ GONZÁLEZ le fueron entregadas las pertenencias de su hijo con las que él pasaba temporada de vacaciones en esta ciudad y con los cuales tenía estrecha amistad hace varios años y quien falleció responde al nombre de DANIEL SANDOVAL ABUNDIS y el lesionado es JULIO CÉSAR SEVILLANO GONZÁLEZ, quienes refiere que eran del barrio donde vivía su hijo temporalmente en la colonia el Vidia y la media afiliación es de 28 años de edad de complexión robusta, mide 1.65, un metro sesenta y cinco centímetros, moreno claro, pelo corto, frente regular, mucha ceja, nariz regular, boca regular, labios delgados, ojos color café claro, usa bigote con barba cortita ignorando que tenga tatuajes. - - - - - - -

13. La comparecencia de JOSÉ ANTONIO ___ ___, que indica que el día veintiséis de julio del año ___ ___,

Exhibit A
230

0230

donde pronto empezaron a gritar y aventar piedras sin saber quien haya sido, pero hacia la casa de donde salió el sujeto, quebrando los vidrios de la ventana, así como los de un carro que se encontraba afuera de la finca y fue cuando el sujeto empezó a dispararles y al ver eso, todos corrieron alejándose del lugar corriendo aproximadamente media cuadra en donde ya no escucharon disparos y fue cuando vio que el sujeto que disparó se metió a la finca y en eso vio que "DANY" se encontraba tirado en el piso herido así como JULIO quien también se encontraba herido, estando a una distancia uno de otro de aproximadamente tres metros esto a la mitad de la calle de donde estaba el sujeto que le hizo los disparos de ocho a nueve metros y procedieron a auxiliarlos y agrega que cuando fueron a echar broncas a la capilla no era una persona específica sino a los sujetos que se juntan ahí y que el sujeto que les disparó nunca antes lo habían visto mismo que salió de la finca y empezó a disparar el arma de fuego y lo único que sabe es que al parecer este radica en Estados Unidos.

14. Lo declarado por CARMEN BECERRA-GUERRERO misma que indica que en torno a los hechos en los cuales perdiera la vida EL DANY, que el día 26 veintiséis de junio de 1999 mil novecientos noventa y nueve, aproximadamente a las nueve y media de la noche, se encontraba en la esquina de las calles Adolfo Delgado y Cuauhtémoc comprando unos elotes y al estar en dicha esquina vieron que iba un montón de muchachos que traían en su manos unas maletitas de tela y al llegar a la esquina vieron que estos muchachos sacaron de los morralitos o maletitas unas pistolas pequeñas, al parecer calibre 22, y con cuales empezaron hacer disparos y esos disparos se dirigían hacia la calle Milpa y gritaban "no sean gallinas, tírenos a que no tienen huevos, ven yo te los pongo, me la pelas, yo te la meto", de ahí esos sujetos y muchachas empezaron a correr rumbo a la

Exhibit A
231

023

calle Cuahutémoc, y en esquina de la calle Milpa vieron que cayó un sujeto al piso quien en ese momento se regresaron los jóvenes a auxiliarlo, llevándoselo arrastrándolo, después supo que lo subieron a un carro y se lo llevaron a la Cruz verde, donde falleció, los sujetos armados eran JUAN ALCALA que vive por la calle Cuahutémoc, agregando que esos mismos muchachos un día antes por la misma calle se habían peleado por un muchacho hijo de Don Ramón y esos muchachos iban al barrio hacer destrozos, donde tiene veinticinco años viviendo por tal motivo conoce a la mayoría de los jóvenes, quienes son tranquilos. - - - - - - - - - -

Enseguida comparece VICENTE GONZALEZ CUEVAS a declarar y manifiesta que el día 26 veintiséis de junio del año en curso, siendo aproximadamente las 10:00 diez de la noche, se encontraba tranquilo en su domicilio dormido, pero empezó a escuchar ruidos en la calle levantándose para dirigirse a los cuartos con rumbo a la calle, en donde observó como veinte muchachos, quienes aventaban piedras hacia su casa y los que decían "salgan cabrones, a la verga los voy a matar" trayendo en ese momento que traía un arma o pistola sin saber quienes eran porque no los conoció, metiéndose rápido de la ventana y al dirigirse a su cuarto escuchó varias detonaciones de fuego siendo como ocho, de diferentes tonos, dirigiéndose a la planta alta para ver si se había metido su mamá quien había salido a comprar cosas, y viendo que sus papás ya se encontraban en su domicilio en esos momentos esos muchachos agredían su casa con piedras y gritaban groserías, comenzaron a retirarse y llegaron las patrullas. - - - - - -

15.- Declaración de ROGELIO RIOS MARTINEZ quien refiere que el día 26 veintiséis de junio de 1999 mil novecientos noventa y nueve como a las 22:30 veintidós horas treinta minutos se encontraba fuera de su domicilio ubicado en la finca marcada con el número 179 de la calle Moctezuma en Zapopan

Exhibit A
232

0232

Jalisco, en compañía de "Julio Cesar, Daniel Sandoval (A) "el Dani", Antonio Nava (a) " el rata" Martin (a) "el bulbo", Martin Navarro (A) "EL SOBACO" tomando cerveza y vino empezando a decir que la banda de "los tejones" se habían" chingando "a Dani, al "ELITESE" Y AL BULBO", que se querían desquitar en donde se pusieron de acuerdo para juntarse el sábado veintiséis afuera de su casa a las 12:00 veintiuna horas para ir a desquitarse de los "tejones", y al llegar a su casa "El Dani, El rata Julio Cesar, (a) "el Nipo, el bulbo, el martín, el sobaco" y demás amigos que conoce de vista los que llegaron a hacerles un paro se dirigieron hacia una capilla en la Colonia el Bijia, agregando que todos sus amigos no iban armados con nada, quedándose atrás el declarante por que se amarraba la cinta de un tenis, observando en ese momento que sus amigos daban la vuelta y unos se pararon en la esquina de la calle Milpa, acercándose el declarante y se percató de que en una casa que estaba frente a la capilla salieron tres personas del sexo masculino en donde sus amigos decían que sus amigos eran de la banda de "Los tejones" viendo que uno de ellos discutían con "el Dani y Julio Cesar" cuando en ese momento uno de los tres sujetos que salló de al casa vio que traía una pistola revolver y empezó a disparar en dos ocasiones en contra de el "Dani" y Julio Cesar por lo que al ver eso se hizo para atrás, y como ya no escuchó mas disparos e regreso hasta donde estaban los tres sujetos y volvió a disparar en contra de El Dani caía al suelo igual que Julio Cesar por lo que el deponente se dirigió hacia estos, acercándose también "EL NIPO, EL RATA " los que levantaron del piso a el Dani cuando vio que tenía un orificio en su camisa a la altura del pecho del lado izquierdo en donde también tenía una manchita de sangre y al verlo que no hablaba nada le pidieron "un paro" a un amigo del que no recuerda su nombre pero quién llevo a Dani a la Cruz Verde en compañía de "ANTONIO EL CAIN y Julio Cesar que se encontraba lesionado de la espalda al haber recibido un disparo que le hizo uno de los tres

Exhibit A
233

*121*

sujetos porque Julio Cesar les dijo que el que había disparado había sido A. DE MARICROTTE SAINES. - - - - - - - - - - - -

47.- El parte médico de lesiones número 17824 relativo a JULIO CESAR SEVILLANO GONZALEZ, suscrito por los médicos de Guardia de los Servicios Médicos de Urgencias del Ayuntamiento Constitucional de Zapopan en el que se advierte que las lesiones que se describen no ponen en peligro la vida y tardan mas de quince días en sanar. - - - - - - - - - - - - - - - - - - - - - - - - -

18.- Con la fe ministerial practicada por el Agente del Ministerio Público Integrador de la Averiguación Previa quien procedió a trasladarse a la Cruz Verde de Zapopan y da fe de que sobre una camilla se encuentra en posesión de decúbito dorsal apuntando hacia el norte y el resto de su economía corporal en sentido opuesto un cadáver del sexo masculino, de aproximadamente 20 veinte años de edad, quien viste unas trusas tipo boxer en el cuello trae dos cadenas de metal, en la muñeca una pulsera de tela, siendo el cadáver de aproximadamente un metro con sesenta centímetros complexión delgada, tez morena clara, pelo lacio negro, frente regular, ojos cafés, nariz recta, sin bigote ni tiene barba, labios regulares y el que no presenta señas particulares encontrándose en el lugar Rogelio Rios quien lo identifica a aquel en vida respondiera con el nombre de DANIEL SANDOVAL ABUNDIS, así mismo presentaron a Julio Cesar Sevillano Gonzalez quien resulto herido a causa de un arma de fuego así mismo da fe de una bolsa color negro de plástico la cual contiene una camisa de color azul la que se encuentra con una playera blanca, unos tenis de piel Naik los cuales tienen un cordón blanco cada uno un pantalón de mezclilla, en donde se encuentra una cartera que tiene una agenda de bolsillo y en la parte izquierda de la bolsa delantera de dicho pantalón varios llaveros así como un fajo. - - - - - - - - - - - -

**Exhibit A**
**234**

0234

150

19.- Comparece MAGDALENA ABUNDIS ORTEGA y refiere que se presenta ante la Fiscalía Integradora con la finalidad de identificar plenamente sin temor a equivocarse a el cadáver que tuvo a la vista en medicina forense el que identifica como su hijo que respondiera al nombre de DANIEL SANDOVAL ABUNDIS, y que el día 26 veintiséis del Julio aproximadamente a las 22:00 veintidós horas se encontraba en su domicilio y fue informada por su hijo Oscar Eduardo Sandoval quien le indicó que habían herido a su hijo y que se lo habían llevado a la Cruz Verde dirigiéndose al lugar en donde le informaron que su hijo había fallecido desconociendo los hechos. - - - - - - - - - - - - - - - - - - - - - - -

20.- Parte ministerial de un cadáver practicado por la Representación Social en donde da fe de tener a la vista a DANIEL SANDOVAL ABUNDIS el que presenta una herida por proyectil de fuego la cual se encuentra con tres orificios, el primero de entrada situado en el brazo izquierdo, cara izquierda, el segundo orificio de salida situado en el mismo muslo del brazo con reentrada en la cara interna, el tercer orificio se reentrada situado en el tórax del lado izquierdo al nivel de la tetilla. - - - - -

21.- Transcripción del parte de cadáver por parte del fiscal consignador mismo que procedió a transcribir el parte de cadáver 369/99 relativo a DANIEL SANDOVAL ABUNDIS en el que se advierte cadáver de sexo masculino en buen estado de nutrición, con hipotermia generalizada rígido y con livideces en cara posterior del cuerpo con hipotermia, herida por proyectil de arma de fuego con tres orificios el primero de entrada localizada en tercio medio de brazo izquierdo, cara lateral externa de diez por nueve milímetros de forma ovalada de bordes invertidos con un anillo de fish de cinco centímetros de diámetro el segundo orificio de salida localizado mismo brazo y tercio en su cara lateral interna

Exhibit A
235

023

del nueve por ocho milímetros de bordes invertidos de forma ovalada, el tercer orificio nuevamente de entrada localizado en Hemitorax izquierdo a nivel del tercer espacio intercostal y la línea clavícula anterior de catorce por diez milímetros de forma ovalada de bordes invertidos.- - - - - - - - - - - - - - - - - - - - - - - -

22.- Oficio 1369/99 suscrito por los medios de Guardia Doctores Aracell Oropesa Biruett adscrita al servicio de médico forense del Instituto Jalisciense de Ciencias Forenses mediante el cual emite el parte medico de DAVID SANDOVAL ABUNDIS.- - - - -

23.- 7623/99/480/650 suscrito por el Encargado de Guardia Arturo Cisneros Cuarenta el Perito en Criminalística Victor Hugo García Aceves y el perito fotógrafo Filiberto de la Torre Salas quienes que remiten dictamen de fijación y recolección de indicios, anexando planimetría, mismos que se trasladaron a la finca marcada con el número 376 de la Calle Milpa hacia el Este, a la calle del Aser en la Colonia el Briseño donde se procedió a realizar una minuciosa observación de los indicios en relación a los hechos.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

24.- Un juego de 17 diecisiete fotografías a color tamaño postal, relativas al lugar en donde se suscitaron los presentes hechos.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

25.- Oficio número 17849/99/320.1/650 suscrito por los peritos químicos Jesús Reyes de la Torre Villegas y Darío Molina Atvisu adscritos al laboratorio químico adscritos a la Dirección de dictaminación pericial, laboratorio químico del Instituto Jalisciense de Ciencias Forenses a efecto de examinar el material remitido a fin de realizar la prueba de Walkir obteniendo resultados negativos.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Exhibit A
236

26.- El oficio número 17848/99/320.2/650 suscrito por los peritos químicos Jesús Reyes de la Torre Villegas y Darío Molina Arvizu mediante el cual emiten dictamen químico practicado a DANIAL SANDOVAL ABUNDIS con resultados negativos. - - - - - -

27.- El contenido del oficio número 17850/99/320.2/650 mediante el cual emiten el dictamen químico relativo a Rogelio Ríos Martínez, José Antonio Nava Valadez, Cain Juan Eduardo Villanueva Alvarez, Julio César Sevillano, de las pruebas efectuadas colorimetrícas y físicoquímicas. - - - - - - - - -

28.- Oficio número 1266/99 suscrito por la Doctora Arcelia Oropesas Viruett y Elias Avila Pérez mediante el cual remiten el resultado de autopsia practicado al cadáver de DANIEL SANDOVAL ABUNDIS en el que se desprende que presenta una herida por proyectil de arma de fuego, con tres orificios tres orificios el primero de entrada localizada en tercio medio de brazo izquierdo cara lateral externa de diez por nueve milímetros de forma ovalada de bordes invertidos con una anillo de fish de cinco milímetros de diámetro el segundo orificio de salida localizado en su brazo tercio en su cara lateral interna de nueve por ocho milímetros de bordes invertidos de forma ovalada, el tercer orificio nuevamente de entrada localizado en Hemitórax izquierdo a nivel del tercer espacio intercostal y la línea clavícula externa de diez milímetros de forma ovalada con bordes invertidos cráneo encéfalo y cerebelo de peso y volumen sin alteraciones, cuello esófago traqueas gruesos, abdomen la trayectoria que siguió el proyectil o la herida descrita fue de izquierda a derecha de adelante a atrás y de arriba hacia abajo, en su músculos del brazo posterior izquierda donde perforo el lóbulo superior perforo el pericardio y el corazón siguiendo su

Exhibit A
237

023

trayectoria en forma descendente perforando el diafragma penetrando a la cavidad abdominal donde lesiono el lóbulo izquierdo del hígado perforando el páncreas quedando alojado en en paranquinasdel mismo, de donde se extrajo y adjunto se remite se recolectaron tres mil ochocientos c.c de sangre libre de esta cavidades (tórax y abdomen), el baso de forme volumen normal la dosificación de alcohol etílico en sangre, realizada enal dirección de dictaminación pericial dio resultado de positivos concluyéndose que la muerte de DANIEL SANDOVAL ABUNDIS se debido a las alteraciones causas en los órganos interesados por el proyectil que produjo la herida descrita y que se verificó dentro de los sesenta días en que fue lesionado. - - - - - - - - -

29. Oficio 18696/99/15C/6650 suscrito por el Perito en balística forense Sergio Palacios Reynoso mediante el cual emiten dictamen de balística forense de un proyectil disparado el cual ha sido extraído del cadáver de quien en vida respondiera al nombre de DANIEL SANDOVAL ABUNDIS en el que se concluye corresponde al calibre nominal 22 (long rifle) en su estilo de bala de plomo con un peso oficial de cuarenta granos 2.59 granos. - - - - - - - -

30. Acta de Defunción número 56769 expedida por la Oficialía número 01 uno de Zapopan, Jalisco, relativa a DANIEL SANDOVAL ABUNDIS, registrada bajo el libro 05 cinco, acta 806, el día 27 veintisiete de junio de 1999 mil novecientos noventa y nueve, en donde se desprende que la muerte del referido se debió a la herida por proyectil de arma de fuego penetrante de tórax y abdomen. - - - - - - -

Los anteriores elementos de convicción, aún cuando aisladamente, alcanzan únicamente el rango de indicio unidos entre si y entrelazadas de una manera lógica natural, se valoran

Exhibit A
238

0238

en lo dispuesto por los artículos 264, 265, 266, 268, 269, 270 del Código Procesal de esta Entidad, los cuales merecen valor pleno para justificar que aproximadamente siendo las 22:30 veintidos horas con treinta minutos del día 26 veintiséis de junio 1999 mil novecientos noventa y nueve, el pasivo DANIEL SANDOVAL ABUNDIS existió teniendo vida y la perdió, ha causa de las heridas que el activo infirió con un arma de fuego y cuyo deceso se verificó dentro de los sesenta días en que fue lesionado sin que exista justificación, lesiones de las cuales se dio la respectiva fe ministerial mismas que provocaron su deceso según se desprende del dictamen de autopsia glosado a fojas (59 de sumario original), asimismo alguien ocasionó las lesiones que presenta el pasivo JULIO CESAR SEVILLANO GONZALEZ tal y como ha quedado debidamente reseñado en la respectiva fe ministerial y parte médico de lesiones, ocasionándole con ello una alteración y afectación en su salud, siendo dichas lesiones de que por su situación y naturaleza NO tienen en peligro la vida y tardan más de quince días en sanar, satisfaciéndose así todos y cada uno de los elementos constitutivos de los tipos penales de HOMICIDIO Y LESIONES previsto por los artículos 213 y 206 del Código Punitivo Estatal vigente en la Entidad, en relación a la fracción I del numeral 6 del ordenamiento legal antes invocado, de conformidad a los numerales 116, 117, 119 y 132 del ordenamiento penal en el Estado. - - - - - - - - - - - - - -

Ahora bien, en cuanto a la circunstancia de agravación que refiere el Fiscal Consignador en su determinación respecto a los ilícitos HOMICIDIO Y LESIONES la Suscrita Juzgadora estima en el caso particular que no se encuentra acreditada la calificativa prevista por la fracción I del artículo 219 inciso B) de VENTAJA en el que considera que es calificado "cuando el sujeto por las armas que emplea, por su mayor destreza, en el manejo de ellas o por el número de los que lo acompañan, dado

Exhibit A
239

que la calificativa de la ventaja se integra no solamente en
función de la superioridad del sujeto activo sobre el ofendido, sino
que es necesario además, que aquel no corra riesgo alguno, esto
es, que obra en situación de invulnerabilidad, sirviendo de apoyo
el criterio sustentado por la Primera Sala de la Suprema Corte de
Justicia de la Nación en la Tesis de Jurisprudencia firme número
292 y 294 de la Segunda Parte, Sexta Época, Apéndice 1917-1985
del Semanario Judicial de la Federación, página 641 y 642 que a
la letra dice:

VENTAJA CONCIENCIA DE LA.- La ventaja en
cualquiera de las circunstancias especificadas en la ley penal para
su configuración, sólo puede ser sancionado como calificativa del
delito, si el sujeto activo se da cuenta cabal de su superioridad
sobre la víctima.

VENTAJA EXISTENCIA DE LA CALIFICATIVA.- Para la
integración de la calificativa de VENTAJA, no basta la existencia
de hechos configurativos de una o más de las hipótesis recogidas
concretamente por la Legislación adjetiva al especificar los hechos
que puedan constituirla, sino es menester que la misma sea de tal
naturaleza que no exista riesgo alguno de que el agente pueda
ser muerto o herido.

Así pues, en el caso específico que nos ocupa la Fiscalía
jamás señaló las consideraciones respectivas por las que estimaba
que el activo tenía conciencia de su superioridad del hecho que
era más fuerte, con mayor destreza) de que no corría el riesgo de
ser lesionado o muerto, por lo que encontrándose impedida
técnicamente para llevar a cabo un análisis oficioso de la
calificativa en cuestión, pues al Fiscal omitió hacer
alusión al elemento subjetivo, no se puede estudiar, pues eso
conculcaría evidentemente lo estatuido en el artículo 21 de

Exhibit A
240

0240

Carta Magna en perjuicio del acusado, lo procedente será
por demostrada la misma, desapareciendo su influencia en
pena y estimar el delito de HOMICIDIO Y LESIONES únicamente
de manera intencional; así mismo de las declaraciones realizadas
por JULIO CESAR SEVILLANO GONZALEZ, en lo que aquí interesa
refiere que se dirigieron por la calle Milpa, en el Vigía, al parecer
como unos veinte sujetos en donde al llegar se encontraron con
DAVID, RIGO Y ALDO en donde vio que éste último les hizo unos
disparos a DANIEL y el, para posteriormente herirlos; por su
parte ROGELIO RIOS MARTINEZ aduce que se encontraba en
compañía de varios amigos entre ellos JULIO CESAR Y DANIEL
SANDOVAL tomando cerveza y lo que empezaron a decir que
querían desultarde la banda "los Tejones" llegando al acuerdo
de ir a la Capilla en la colonia El Vigía y al llegar a una
casa se encontraban afuera de ésta tres sujetos de los cuales uno
portaba pistola, JOSE ANTONIO NAVA VALADEZ indican que el
de los hechos se dirigió con unos amigos quienes le dijeron
que iban a "echar bronca" a la capilla a donde se dirigieron siendo
ellos como veinte sujetos, por lo que al llegar a finca salió un
sujeto quien al parecer se molesto porque gritaban y con pistola
en mano apunto indistintamente; que se dirigían si bien es cierto
estos testimonios, reseñaron que DANIEL SANDOVAL ABUNDIS
perdió la vida a causa de una herida por proyectil de arma de
fuego, así como JULIO CESAR SEVILLANO GONZALEZ sufrió
lesiones de las que por su situación y naturaleza no ponen en
peligro la vida y tardan mas de quince días en sanar, las que
fueron inferidas por proyectil de arma de fuego, también lo es
que de los atestos y de las constancias que integran el sumario,
no se determina que al momento de consumarse el ilícito el activo
se haya dado cuenta de su superioridad o que haya permanecido
inmune al peligro, pues es menester además que éste presente
un elemento subjetivo en el ánimo del activo para que las
circunstancias de agravación señalada opere; por ende lo se

Exhibit A
241

0241

puede afirmar la existencia de la calificativa de VENTAJA al no quedar demostrada en actuaciones.- - - - - - - - - -

IV.- PROBABLE RESPONSABILIDAD CRIMINAL.- Que en concepto de la Suscrita Juzgadora si se encuentra debida y legalmente acreditada en actuaciones la responsabilidad probable del encausado ALDO OMAR CROTE SAINES en la comisión de los ilícitos de HOMICIDIO SIMPLE INTENCIONAL Y LESIONES, perpetrado en agravio el primero de los delitos de quien en vida llevara el nombre de DANIEL SANDOVAL ABUNDIS y el segundo de los delitos en agravio de JULIO CÉSAR SEVILLANO GONZALEZ.- - - - - - - - - - - - - - - - -

En efecto para arribar a la anterior determinación sirven de base los mismos elementos de convicción que se han dejado debidamente reseñados en el considerando que antecede entre los que se destaca por su importancia e idoneidad jurídica la declaración vertida por el pasivo JULIO CÉSAR SEVILLANO —— GONZALEZ, mismo ante la Fiscalía Integradora y refiere que efectivamente el día veinticuatro de junio del presente año alrededor de las veintiuna horas se encontraba afuera de su domicilio se encontraba en la Calle Nicolás Bravo número 178 en la Colonia del Municipio de Zapopan, Jalisco, acompañado de un amigo de nombre FERNANDO quienes al estar platicando se presentó MARTÍN apodado "El Martín" acompañado de dos amigos de los que no recuerda sus nombres quienes llegaron a bordo de un vehículo de color rojo tipo guayín y al estar con ellos MARTÍN les dijo "que estaban descontando al DANY la Banda Los Tejones que le hicieran un paro" estando de acuerdo todos se subieron al carro de MARTÍN quien los llevo hacía la esquina de Cuauhtémoc en donde se le conoce como "El Chaparral" en donde efectivamente golpeaban a DANIEL SANDOVAL apodado "EL Dany", DESIDERIO apodado "El Desy" y MARTÍN lo que le dicen

Exhibit A
242

Bulbo" y es el caso que al ver como golpeaban a los mencionados reconoció a SAUL y a su hermano que le apodan "El Tejón", así como a otros dos hermanos más que se llaman DAVID Y RIGOBERTO, apodados "El Japo", así mismo reconoció a ALDO, siendo esos cinco los que golpeaban a sus amigos bajándose del carro igual que MARTÍN y FERNANDO, para dirigirse hacia los "Tejones" quienes se hicieron hacia el carro de ALDO y al ver que los sujetos se iban hacia, este ALDO saco su mano izquierda donde tenía una pistola, parecida a un revolver ya que le alcanzo a ver su cilindro, apuntándoles sin decirles nada, y les disparo como una cuatro o cinco veces sin lesionar a nadie posteriormente ALDO arranco su carro y se fue hacia la Capilla por lo que al ver eso optaron por retirarse a su casa, por lo que resulta que el día viernes es decir el día siguiente veinticinco de junio de ese mismo año se juntaron los amigos "el DANY el BULVO, el ROGER, el RATA" y su hermano JUAN a quien le dicen "el NIPO" y el declarante; y como a eso de los veintidós horas al estar en la casa del "ROGER" tomandose unas cervezas acordaron que el día veintiséis de ese mismo mes irían a "chingar" a la banda de los Tejones para desquitarse de los que le habían hecho a sus amigos quedando de acuerdo en la casa del "ROGER", por tanto el veintiséis de junio como a las veintiuna horas se presentó con su hermano JUAN en la casa del ROGER en donde ya se encontraban "el DANY, el ROGER, el RATA, el BULBO" y otros mas que conocía de vista de los que no recuerda sus nombres pero que eran como veinte, y al ponerse de acuerdo para ir con los Tejones caminaron sin que nadie llevara palos, piedras, tubos y ningún tipo de arma, y una vez dirigiéndose a la esquina de la Calle La Milpa "DANY" y el declarante quedándose atrás de dicha esquina, los hermanos DAVID y RIGOBERTO, y al estar en las afueras de donde vive ALDO empezaron a gritarles "salgan cabrones para darnos unos putazos" y después de sus gritos salió ALDO al cual le vio de nuevo tipo revolver, siendo la misma con la

Exhibit A
243

024

que les había disparado anteriormente, misma que al salir se les dejó ir apuntándoles hacia el DANY y el declarante mismos que se hicieron hacia atrás porque en ese momento empezaron los disparos observando que salían DAVID RIGOBERTO y ALDO y al estarles disparando se sintió lesionado de su mano derecha así como en la parte de su pecho debajo de la tetilla del lado izquierdo por lo que al sentirse lesionado cayo al suelo cuando caminaba hacia atrás por lo que ALDO les disparo a "DANY" y al declarante cuando retrocedieron y ya estando en el suelo no vio para donde se haya ido su amigo "DANY" ya que se sintió inconsciente y mareado así como que lo jalaban; al poco rato se repuso y se da cuenta que sus amigos lo traían cargando dejándolo a un lado de la Capilla es decir a espaldas dirigiéndose hacia su amigo "DANY" a quien le aprecio que en su camisa tenía un orificio a la altura del pecho del lado izquierdo y al verlo empezó a hablar pero este no le contestaba ni se movía por lo que al ver eso mejor se retiro de su amigo dirigiéndose hacia la esquina de la que no recuerda su nombre y en eso paso un amigo de nombre CAIN arriba de un carro y al verlo este le dijo que se subiera al carro para llevarlo a la Cruz Verde ya que CAIN vio que le salía sangre de la mano; declaración ministerial a la cual se le concede valor probatorio de indicio de conformidad con lo establecido por el numeral 266 del Enjuiciamiento Penal en el Estado, toda vez que la misma se encuentra corroborada con otros medios de convicción, como lo es lo declarado por ROGELIO RIOS MARTINEZ, mismo que aduce que como a las nueve horas de la noche se juntaron en la Calle Moctezuma en donde esta el Correo de Zapopan DANIEL SANDOVAL ABUNDIS, JULIO MARTÍN NAVARRO, JOSÉ ANTONIO NAVA, así como otros sujetos que desconoce sus nombres, ya que eran un total de cómo unos veinte, comentándoles DANIEL que iban a ir a La Colonia el Villa para pelearse con unos "pinches batos" de la Colonia, ya que les dijo que un día antes había tenido bronca con ellos

Exhibit A
244

ignorando el declarante quienes iban con los que se iban a pelear
dirigiéndose al Villa a pie pero el iba a mero atrás y no sabiendo
el lugar exacto pero por donde esta una Capillita no vieron a
nadie y se iban a regresar y habían caminado unos pocos metros
cuando escuchó unas detonaciones siendo como unas tres en
donde todos corrieron para la Avenida Hidalgo y cuando iban a
media cuadra se regresaron por que ya no escucharon mas
disparos escuchando en ese momento otros disparos sin precisar
cuantos pero fueron varios no sabiendo quien los realizó ya que
en ese momento vio que DANIEL cayo al piso, al verlo todos
corrieron hacia la Avenida Hidalgo quedándose el declarante en el
lugar junto con otros tres amigos de los que no recuerdan
quienes eran, para posteriormente levantar a DANIEL y darle
auxilio caminando una cuadra pasando un muchacho en un carro
escuchando a sus amigos que se subieran a ese carro, llevando a
DANIEL a la Cruz Verde; por su parte JOSÉ ANTONIO NAVA
VALADEZ, señala el veintiséis de junio del año en curso, como a
las nueve o diez de la noche iba a echar pleito con unos cuates de
la Capilla o sea el Vigía a donde se dirigían como quince amigos
entre los que iban ROGELIO, JULIO, DANIEL SANDOVAL y de los
demás no conoce sus nombres ya que DANIEL y otros de los que
iban un día anterior les habían echado bronca por lo que al llegar
a la Capilla empezaron a gritar algunos amigos que iban en la
bola "le batos miedosos", "salgan de su casa cabrones", saliendo
un cuate y este empezó a disparar con una pistola hacia todos los
de ellos en donde ellos estaban, al escuchar los disparos corrieron
hacia atrás como media cuadra, y cuando dejo de disparar ese
cuate se metió a su casa y entonces vieron tirado a DANIEL
dirigiéndose ROGELIO y el declarante hacia DANIEL y lo
recogieron y lo cargaron caminando como dos cuadras pidiendo
auxilio a un cuate que no conoce pero que iba pasando en un
carro dirigiéndose a la Cruz Verde, agregando que no supo
cuantos disparos hizo ese muchacho pero eran varios y media

Exhibit A
245

afiliación de quien disparo es, chaparro, pelo negro, barba de candado, y se metió a la casa de enfrente de la Capilla; declaraciones ministeriales a las cuales se les concede valor probatorio pleno de conformidad a lo establecido por el numeral 264 de la Ley Adjetiva Penal vigente en la Entidad, por ser acorde a las circunstancias de modo, tiempo y lugar del hecho delictivo; aunado a lo anterior existe aunado año anterior existe la versión que realiza MARIA LUISA CUEVAS DUEÑAS, quien refiere que el día 26 de junio del presente año como a las nueve y media de la vio que iba una bola de muchachos siendo de diez a quince los cuales traían en sus manos piedras y dos sujetos llevan dos pistolas y estos iban caminando por la Calle de Cuauhtémoc y fueron vuelta por la Calle La Milpa y fue cuando al ir tras de ellos comenzó a ver que los que traían piedras las tiraban a su casa rompiendo los vidrios y gritaban hay que darle en su madre a esa puta dirigiéndose a la esquina de la Calle La Milpa y la realizada del lazo donde estaba estacionado afuera del templo un carro pero amigo de la familia a quien le brindan su casa sus hijos y su esposa cuando llega de San Francisco mismo que responde al nombre de ALDO OMAR CROTTE viendo claramente le arrojaron los vidrios de su casa así como los del carro de ALDO y este se encontraba dentro del vehículo y le decían "salto punto te vamos a matar" y a partir tu madre" tirandole piedras y de pronto ALDO salió de vehículo y corrió hacia la casa cuando de pronto escucho varios truenos como si fueran palomitas, comenzando a correr por diferentes rumbos todos y cuando llego a su casa salió del lugar sin decir nada se subió al carro y se retiro del lugar al parecer por miedo de que lo siguieran dañando, encontrándose en su casa SALVADOR GÓMEZ GONZÁLEZ y su hijo VICENTE GONZÁLEZ CUEVAS, agregando que la media afiliación de ALDO OMAR CROTTE, es de 20 años de edad y aproximadamente de un 1.67 centímetros, complexión robido tez moreno claro, cara redonda, frente regular, cejas escasas, ojos

Exhibit A
246

café claros, boca regular, labios delgados, usa bigote y ... de candado como seña particular y esta tatuado de la ... y a quien dice de conocer de 12 a 13 años, declaración ... a la cual se le concede valor probatorio de indicio de conformidad con lo establecido por el numeral 265 del Cuerpo de Leyes antes invocado; aunado a lo anterior existe la Fe Ministerial ... por el Agente del Ministerio Público Consignador mismo ... trasladó a la sala de urgencias del puesto de socorros, en ... de haberse presentado una persona del sexo masculino ... esto encontrarse herida por proyectil de arma de ... procediendo al dar fe de que en una camilla se localizó a ... del sexo masculino sin vida en posición de cubido ... apuntando hacía el norte y el resto de su cuerpo en sentido ... la cual presenta heridas al parecer producidas ... ... de arma de fuego en el pecho del lado izquierdo, así ... el brazo izquierdo; así mismo hace constar que se ... presentes ROGELIO RIOS MARTÍNEZ y JOSÉ ... NAVA VALADEZ, quien manifestaron que ... a las nueve y media de la noche del día ... seis del año en curso se dirigieron a la Colonia el Vijia, ... acompañados de DANIEL SANDOVAL ABUNDIS y otros sujetos, ya ... iban a pelear y a echar bronca con los que se junta en la ... en virtud de que un día anterior habían echado "broa" a ... DANIEL, por lo que al llegar a dicho lugar escucharon unos ... ... que salió de una casa y todos ... cesar de los disparos se regresaron y vieron tirado a ... DANIEL, procediendo a trasladarlo a la Cruz Verde en ... carro que una persona les prestó; así mismo da fe de que se ... una persona lesionada por proyectil de arma de fuego ... con dificultad, dijo llamarse JULIO CESAR SEVILLANO GONZÁLEZ, mismo que refiere que aproximadamente ... ... media de la noche caminaban por la calle la Milpa en la Colonia ... Vijia en compañía de DANIEL ABUNDIS, ROGELIO RIOS y

Exhibit A
247

024

proyectil que produjo la herida descrita y que se verificó dentro [...]
de los sesenta días en que fue lesionado, así como el parte de [...]
lesiones relativo y parte de lesiones 3032 suscrito por los medic[...]
de guardia de la cruz verde de Zapopan, relativo al pasivo JULI[...]
CESAR SEVILLANO GONZALEZ desprendiéndose que las lesion[...]
que sufrió son de las que por su situación y naturaleza no pone[...]
en peligro la vida y tardan mas de quince días en sanar; medi[...]
de prueba y convicción los cuales al valorados por los diverso[...]
numerales 284, 265, 266, 268, 269, 271, 272 y 275 d[...]
Enjuiciamiento Penal en el Estado, alcanzan valor probatorio ple[...]
que en conjunto con el resto de los contenidos en el presente fall[...]
toda vez que de los indicios que resultaron las diferente[...]
probanzas aportadas y tomando en consideración la naturaleza[...]
las distintas circunstancias en que se suscito el mismo así co[...]
en un enlace lógico, jurídico y natural no arriban a de demostr[...]
de manera probable que ALDO OMAR CROTTE SAINEZ siendo[...]
21.30 veintiuna horas con treinta minutos del día 26 veintiséis[...]
[...]mil novecientos noventa y nueve, el pasivo DANI[...]
SANDOVAL ABUNDIS existió teniendo vida y la perdió, ha ca[...]
[...]lesiones que el activo infirió con un arma de fuego y c[...]
[...]se verifico dentro de los sesenta días en que [...]
[...]sin que exista justificación, lesiones de las cuales se[...]
[...]mismas que provocaron su deceso[...]
según se desprende del dictamen de autopsia glosado a fojas [...]
[...], asimismo ALDO OMAR CROTTE SAINE[...]
[...]lesiones al pasivo JULIO CESAR SEVILLANO GONZA[...]
[...]como ha quedado debidamente reseñado en la respectiva[...]
[...] y parte médico de lesiones 3032 expedido por servi[...]
[...]urgencias, glosado al sumario a fojas[...]
[...]con ello, un menoscabo y alteración en su sa[...]
[...]dichas lesiones de que por su situación y naturaleza[...]
[...]peligro la vida y tardan mas de qui[...]
conductas previstas por los numerales 213 y 206 en relación [...]

fracción I del Código Penal en el Estado, dado que los ilícitos en
cuestión fueron perpetrados por el activo al haber efectuado los
disparos con el arma de fuego, ocasionándole la muerte y las
lesiones a los pasivos, debiendo por ende de responder de su
conducta ante la ley reunidos que son los extremos del numeral
16 Constitucional, procediendo a decretar la correspondiente
orden de aprehensión.- - - - - - - - - - - - - - - - - - - - - - - - - -

Se lo anteriormente expuesto y de conformidad a lo
dispuesto por los artículos 213 y 304 en relación al 6 fracción I del
Código Punitivo Estatal Vigente, así como 104 y 157 y relativos
del Enjuiciamiento Penal en el Estado, lo procedente será decretar
ORDEN DE APREHENSION en contra del implicado ALDO OMAR
CROTTE SAINEZ como probable responsabilidad criminal en la
comisión de los delitos HOMICIDIO SIMPLE INTENCIONAL Y
LESIONES, perpetrado el primero en agravio de DANIEL
SANDOVAL ARANDIS Y el segundo de los delitos en agravio JULIO
CESAR SEVILLANO GONZALEZ procediéndose a resolver la
presente resolución de conformidad a las siguientes :- - - - - - - -

Por lo anteriormente expuesto y fundado se procede a
resolver conforme a las siguientes: - - - - - - - - - - - - - - - - - -

Grounds

P R O P O S I C I O N E S - - - - - - - - -

PRIMERA.- Se decreta ORDEN DE APREHENSION solicitada
por el Fiscal Consignador en contra ALDO OMAR CROTTE SAINEZ
por su probable responsabilidad en la comisión de los delitos de
HOMICIDIO SIMPLE INTENCIONAL Y LESIONES perpetrado el
primero en agravio de quien en vida llevara el nombre de DANIEL
SANDOVAL ARANDIS y el segundo de lesiones en agravio de
JULIO CESAR SEVILLANO GONZALEZ.- - - - - - - - - - - - - - -

Exhibit A
249

SEGUNDA.- Notifíquese personalmente al Fiscal de la adscripción para su conocimiento y efectos legales inherentes.-

TERCERA.- Remítase copia autógrafa al carbón de la presente resolución al Procurador General de Justicia en el Estado, para que ordene a quien corresponda del personal a su digno cargo y se avoquen a la localización y captura del implicado de mérito, hecho que sea lo anterior, lo ponga a disposición de la Suscrita en el interior del Reclusorio Preventivo de la zona Metropolitana, para su continuar con la secuela legal del ...

NOTIFIQUESE PERSONALMENTE.

Así lo resolvió y firma la Juez Undécimo de lo Criminal, Licenciada GABRIELA DE LEON CARRILLO, en unión de su Secretario de Acuerdos Licenciado JORGE ARMANDO RUBIO ... que autoriza y DA FE.-

ANTE EL AGENTE DEL MINISTERIO PUBLICO, EL DIA : 9 de ... a las 12:00 hora ...

NOTA.- En la misma fecha que se actúa ... número 2309 ... se da cumplimiento a lo ordenado.-

Exhibit A
250

0250

# PRUEBA 15

Exhibit A
251

0251

CUENTA.- Con esta fecha 22 veintidós de abril del añ[...] dos mil cinco, day cuenta al Juez con el ofic[...] número 281/2005, que signa el Fiscal adscrito presentad[...] el día 19 diecinueve de abril de éste año.- I- 2 -I- conste. -

LA SECRETARIO DE ACUERDOS
LICENCIADO EDUARDO PEÑA PEÑA

AUTO.- CENTRO DE PREVENCION Y READAPTACION [...] DEL ESTADO DE JALISCO, A 22 VEINTIDOS [...] DE ABRIL DEL AÑO 2005 [...]

CAJA CUARTA [...] [...] oficio número 281/2005, que suscribe [...] Agente del Ministerio Público adscrito a éste Juzgado, [...] el contenido de misma y atendiendo a su petición, [...] del conocimiento que actualmente se encuentra [...] la orden de aprehensión dictada por éste Organo [...] dentro de la presente causa penal 440/99-D, el 05 cinco de noviembre de 1999 mil novecientos noventa y nueve en contra de ALDO CESAR CROTTE SAINEZ, por los delitos de HOMICIDIO SIMPLE INTENCIONAL Y LESIONES, cometidos en agravio de; el primero DANIEL SANDOVAL ABUNDIS y el segundo en perjuicio de JULIO CESAR SEVILLA GONZALEZ, lo anterior en razón que el delito de HOMICIDIO prevista por el artículo 213 de la [...] la Penal del Estado, en la época [...] de los hechos [...] tiene una sanción de 12 doce a 18 [...] prescripción [...] que para los efectos de la [...] tienen que transcurrir 18 dieciocho años 03 tres meses de prisión, lo que ha la fecha no ha acontecido;

Exhibit A
252
0252



Exhibit A

253

0253

# PRUEBA 16

Exhibit A
254

0254



**GOBIERNO DE JALISCO**
PODER EJECUTIVO

PROCURADURÍA GENERAL DE JUSTICIA

CÓDIGO PENAL PARA EL ESTADO LIBRE Y SOBERANO DE JALISCO

TÍTULO QUINTO

EXTINCIÓN DE LA RESPONSABILIDAD PENAL
CAPÍTULO VIII

Prescripción de la acción Penal

ART. 81.- [illegible]

ART. 82.- [illegible]

ART. 83.- [illegible]

ART. 84.- [illegible]

ART. 85.- [illegible]

ART. 86.- [illegible]

TÍTULO DECIMO SEXTO

DELITOS CONTRA LA VIDA Y LA
INTEGRIDAD CORPORAL

CAPÍTULO I

Lesiones

ART. 206.- [illegible]

www.jalisco.gob.mx

Exhibit A
255

0255



**GOBIERNO
DE JALISCO**
PODER EJECUTIVO

**PROCURADURÍA GENERAL
DE JUSTICIA**

... responsable del delito de lesiones que no pongan en peligro la vida se le impondrán:

... de tres días a seis meses de prisión o multa por el importe de ocho a ocho días de salario, cuando las lesiones tarden en sanar un tiempo mayor de quince días. Si tales lesiones son simples, sólo se perseguirán a querella del ofendido;

II.    De tres meses a dos años de prisión, cuando las lesiones tarden en sanar más de quince días;

III.    De seis meses a cinco años de prisión, cuando las lesiones dejen al ofendido cicatriz notable en la cara, cuello o partes descubiertas;

...una a cinco años de prisión, cuando las lesiones produzcan menoscabo de las funciones u órganos del ofendido; y

V.    De dos a ocho años de prisión, cuando las lesiones... la pérdida de cualquier función orgánica o de un miembro, de un ojo o causen... alteración... permanente... deformidad incorregible...
si el incapacidad permanente para trabajar... al ofendido...

ART. 208...

ART. 209...

ART. 210...

ART. 211...

Exhibit A
256

0256



GOBIERNO
DE JALISCO
PODER EJECUTIVO

PROCURADURÍA GENERAL
DE JUSTICIA

(HOJA TRES)

ART. 212.- De las lesiones que cause algún animal será responsable el que
con esta intención lo azuce o lo suelte.

De las lesiones que cause un animal será culpable su dueño o
encargado si no toma las precauciones para evitarlo.

CAPÍTULO III

Homicidio

ART. 213.-

Exhibit A
257

0257

# PRUEBA 17

Exhibit A
258

0258



# DEL ESTADO DE JALISCO



ACTA CIRCUNSTANCIADA: 03/2007

- - - **ACTA CIRCUNSTANCIADA.-** En la ciudad de Guadalajara, Jalisco, siendo las nueva diecinueve horas, del día 07 siete de Febrero del 2007 dos mil siete, el suscrito Licenciado JOSE CARVAJAL JIMENEZ, agente del Ministerio Público, quien actúa y da fe, en unión de sus testigos de asistencia ALBERTO JUAN GERARDO IÑIGUEZ PEREZ y SERGIO ARMANDO VELAZQUEZ RAMIREZ, procedí a levantar el Acta Circunstanciada en virtud de haber recibido el oficio vía fax número DEX/0316/07, de fecha 23 del mes y año en curso, suscrito por el Licenciado ALEJANDRO FLORES RODRIGUEZ, Subdirector de Extradiciones en Ausencia del Director de Extradiciones, y visto su contenido solicita copia de una impresión fotográfica de ALDO OMAR CROTTE SAINEZ, con motivo del trámite de Extradición Internacional y con ello a fin de hacerla llegar a la Agregaduría de la Procuraduría General de la República en Washington, D.C., Estados Unidos de América, y en el entendido de no contar con ella, se practiquen diligencias ministeriales encaminadas a obtener una imagen fotográfica del extraditable, a quien el Juez Décimo Primero de lo Penal del Primer Partido Judicial del Estado, decretó Orden de Aprehensión, dentro de la causa penal 440/99-D, por su probable responsabilidad en la comisión de los delitos de HOMICIDIO SIMPLE INTENCIONAL y LESIONES. Por lo que a la brevedad posible y en forma urgente se lleve a cabo la identificación del antes citado, en el entendido que dichas personas se encuentran voluntariamente en el interior de esta Jefatura de División y manifiesten su intención de colaborar, por lo que se procederá a tomar sus respectiva declaraciones en este momento, debiendo asentar copias de sus identificaciones, y concluidas las diligencias, se remitan a la Dirección General de Extradiciones, lo que se asienta en la presente para los fines legales a que haya a lugar. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - Así lo acordó y firmo el agente del Ministerio Público en unión de sus testigos de Asistencia con los que legalmente actúa. - - - - - -


EL AGENTE DEL MINISTERIO PUBLICO ADSCRITO
A LA DIVISION DE CUMPLIMIENTO
DE MANDAMIENTOS JUDICIALES

LIC. JOSE CARVAJAL JIMENEZ


TESTIGO DE ASISTENCIA
ALBERTO JUAN GERARDO
IÑIGUEZ PEREZ

TESTIGO DE ASISTENCIA
SERGIO ARMANDO VELAZQUEZ
RAMIREZ

# Exhibit A
# 259



# DEL ESTADO DE JALISCO



**ACTA CIRCUNSTACIADA: 03/2007**

- - - DECLARA UNA PERSONA COMPARECIENTE VOLUNTARIA.- En la ciudad de Guadalajara, Jalisco, y siendo las 20:00 horas, del día 07 siete de Febrero del 2007 dos mil siete, el suscrito agente del Ministerio Público, en unión de sus testigos de asistencia con quien legalmente actúa y da fe, procedí a tomar declaración a una persona compareciente voluntaria, la cual es debidamente advertida y protestada en los términos de los artículos 201 y 202 del Código de Procedimientos Penales del Estado de Jalisco, para que se conduzca con la verdad en lo que declare haciéndole saber de los delitos y las penas en que incurren quienes declaren falsamente ante una autoridad en el ejercicio de sus funciones, incurre en el delito de Falsedad de Declaraciones y en informes dados a una Autoridad, el cual se castiga con pena de tres meses a dos años de prisión, de conformidad al artículo 168 del Código Penal del Estado, enterado de lo anterior por sus generales manifestó llamarse: - - - - - - - - - - - - - - - - - - - - -
- - - CESAR BENITEZ CASTILLO, Mexicano, mayor de edad, originario de Zapopan, Jalisco, con domicilio en la finca marcada con el número 341 de la calle Milpa, colonia El Vigía, Zapopan, Jalisco, de ocupación albañil, si sabe leer y escribir en virtud de haber cursado hasta el tercer grado de educación secundaria, y en estos momentos se identifica con la credencial de elector expedida por el Instituto Federal Electoral con número de folio 2911091728022, en donde aparece una fotografía que concuerda fielmente con los rasgos físicos del declarante, y sin más generales que manifestar continuó diciendo: - - -
- - - Que comparezco ante esta Representación social a efecto de declarar de una manera voluntaria como me lo solicitaron, para lo cual manifiesto lo siguiente: En estos momentos y una vez que estoy presente ante esta oficina, me consta que efectivamente conozco a la persona de nombre ALDO OMAR sin recordar su apellido, pero se que su segundo apellido es SAINEZ, y el motivo por el cual lo conozco es porque él venía de los Estados Unidos, y llegaba a hospedarse a una casa que se localiza por la calle Milpa, sin recordar el número, y el tiempo que tengo de conocerlo es de aproximadamente 15 quince años, puesto que todo el tiempo he vivido en el domicilio señalado con antelación, y el sólo venía de una o dos veces por año, siendo que muy poco se juntaba con la misma gente de la colonia, y en estos momentos se me muestra una impresión fotográfica a color donde aparece una persona de perfil el cual sólo se le aprecia parte del rostro sin distinguirse bien su cara, y tiene el pelo corto, barba corta, velludo, viste una playera con vivos en diferentes colores, a quien identifico plenamente sin temor a equivocarme como a ALDO OMAR, y el cual creo que tenga una edad aproximada de 30 treinta a 35 treinta y cinco años edad, y la ultima vez que lo vi fue el día 03 tres de Junio del año 1999 mil novecientos noventa y nueve, agregando que el es de aproximadamente 1.65 a 1.70 metros aproximadamente de estatura, tez clara, ojos cafés claros, siempre ha usado barba como de chivo, y de hecho algunos conocidos le decían "el chivo", es de complexión poco robusto, y en aquel entonces vestía tipo pachuco, con camisetas



## DEL ESTADO DE JALISCO

de tirantes, pantalones tipo de vestir, zapatos de charol, y como señas particulares en su cuerpo, recuerdo que tenia un tatuaje de una imagen de una virgen de Guadalupe en el pecho, y otros tatuajes en su economía corporal sin recordar los mismos.- Siendo todo lo que tengo que manifestar, ratifico mi dicho previa lectura que le dio a la misma firmando al margen y calce en presencia del suscrito agente del Ministerio Público, quien legalmente actúa con testigos de asistencia que dan fe. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FIRMA DEL DECLARANTE. Cesar Benitez C.

EL AGENTE DEL MINISTERIO PUBLICO ADSCRITO
A LA DIVISION DE CUMPLIMIENTO
DE MANDAMIENTOS JUDICIALES

LIC. JOSE CARVAJAL JIMENEZ

TESTIGO DE ASISTENCIA
ALBERTO JUAN GERARDO
IÑIGUEZ PEREZ

TESTIGO DE ASISTENCIA
SERGIO ARMANDO VELAZQUEZ
RAMIREZ

## Exhibit A
## 261

F-PG-6A

0261

PROCURADURÍA GENERAL
DEL ESTADO DE JALISCO



Exhibit A
262

F-PG-6A




- - - CERTIFICACIÓN.- En la ciudad de Guadalajara, Jalisco, a siendo las 21:00 veintiuna
horas, del día 07 siete de Febrero del 2007 dos mil siete, los C. C. ALBERTO JUAN
GERARDO IÑIGUEZ PEREZ y SERGIO ARMANDO VELAZQUEZ RAMIREZ,
mexicanos, mayores de edad, empleados públicos, y de acuerdo a lo establecido por el
artículo 14 catorce del Código de Procedimientos Penales del Estado; CERTIFICAN Y
HACEN CONSTAR que la presente copia fotostática y al carbón, contenida en una foja,
concuerda fiel y legalmente con su original, de donde fue compulsada la misma y que se
tuvo a la vista en el local que ocupa esta Jefatura de División de Cumplimiento a
Mandamientos Judiciales.- Lo que se asienta para constancia y sus efectos legales
correspondientes.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Testigo de Asistencia                               Testigo de Asistencia

JUAN GERARDO IÑIGUEZ PEREZ          SERGIO ARMANDO VELAZQUEZ RAMIREZ

Exhibit A
263

0263

DE LA
REPUBLICA

- - - En la Ciudad de México, Distrito Federal, a 15 (quince) de marzo de 2007 (dos mil siete), - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - El que suscribe, Licenciado en Derecho **Jorge Rosas García**, Director General de Extradiciones y Asistencia Jurídica de la Subprocuraduría Jurídica y de Asuntos Internacionales de la Procuraduría General de la República y Agente del Ministerio Público de la Federación, de conformidad con los artículos 2 y 4 fracción VIII, inciso d), del Reglamento de la Ley Orgánica de la Procuraduría General de la República, en ejercicio de las facultades previstas en el numeral 35, fracción I, en relación con el artículo 12, fracción X, del mismo ordenamiento, actuando de conformidad con lo dispuesto por el artículo 16 del Código Federal de Procedimientos Penales, en compañía de testigos de asistencia que al final firman y dan fe. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - C E R T I F I C A: - - - - - - - - - - - - - - - - - - - -
- - - Que las presentes copias fotostáticas constantes de noventa y cuatro (94) fojas útiles son reproducción fiel y concuerdan en todos sus términos con la copia certificada del proceso penal número 440/99-D, del índice del Juzgado Décimo Primero de lo Penal con residencia en Puente Grande, Jalisco, documentos relacionados con el expediente de extradición internacional iniciado en contra de **ALDO OMAR CROTTE SAINEZ**, por su probable responsabilidad en la comisión de los delitos de homicidio simple intencional y lesiones, mismos que se tuvieron a la vista y se hizo la compulsa correspondiente, lo que se hace constar para todos los efectos legales a que haya lugar. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - DAMOS FE. - - - - - - - - - - - - - - - - - - - - - - - - - -


Testigo de Asistencia.                              Testigo de Asistencia.

PROCURADURIA GENERAL
DE LA REPUBLICA
DIRECCION GENERAL DE
EXTRADICIONES Y
ASISTENCIA JURIDICA

Lic. Alejandro Flores Rodríguez                     Lic. Tisbe Cázares Mejía

4/105

Exhibit A
264



SECRETARÍA DE GOBERNACIÓN
UNIDAD DE GOBIERNO

POR ACUERDO DEL C. SECRETARIO DE GOBERNACIÓN, LA C. LIC. MARÍA DEL ROCÍO GARFIAS AGUILAR, JEFE DEL DEPARTAMENTO DE PROCESOS DE LEGALIZACIÓN DE LA SUBDIRECCIÓN DE FORMALIZACIÓN Y CONTROL DE LA DIRECCIÓN DE COORDINACIÓN POLÍTICA CON LOS PODERES DE LA UNIÓN CERTIFICA: QUE EL C. LIC. JORGE ROSAS GARCÍA, ERA DIRECTOR GENERAL DE EXTRADICIONES Y ASISTENCIA JURÍDICA DE LA SUBPROCURADURÍA JURÍDICA Y DE ASUNTOS INTERNACIONALES DE LA PROCURADURÍA GENERAL DE LA REPÚBLICA, EL DÍA 15 DE MARZO DE 2007, Y SUYA LA FIRMA QUE APARECE EN EL PRESENTE DOCUMENTO.

MÉXICO, D.F. A 16 DE MARZO DE 2007.

REGISTRO No. 4105
DERECHOS PAGADOS $ 0.00
S/PAGO DE DERECHOS:

ESTA SECRETARÍA NO SE HACE RESPONSABLE DEL CONTENIDO DEL DOCUMENTO.

*LGA/AML/





SECRETARÍA DE GOBERNACIÓN
UNIDAD DE GOBIERNO

F. 8

386467

LA SECRETARIA DE RELACIONES EXTERIORES CERTIFICA:

que... LA C. LIC. MARIA DEL ROCIO GARFIAS AGUILAR, ERA JEFE DEL

DEPARTAMENTO DE PROCESOS DE LEGALIZACION DE LA SUBDIRECCION

DE FORMALIZACION Y CONTROL DE LA DIRECCION DE COORDINACION

POLITICA CON LOS PODERES DE LA UNION DE LA SECRETARIA DE .

GOBERNACION EL DIA 1 6 MAR 2007

y que es suya la firma que antecede.

Tlatelolco, D.F. ......de... 16      MARZO ............................de 20...2007

P.O. DEL C. SECRETARIO

El Delegado de la

**Exhibit A
265**

0265

09120

Washington, D.C., a 29 de diciembre de 2006

Señora Secretaria:

En nombre de mi Gobierno, tengo a honra referirme al Tratado de Extradición suscrito entre los Estados Unidos Mexicanos y los Estados Unidos de América, para solicitar al Gobierno de Vuestra Excelencia, con base en los Artículos 1, 2, y en particular con fundamento en el Artículo 11 del citado Tratado, la **DETENCION PROVISIONAL CON FINES DE EXTRADICION INTERNACIONAL DE ALDO OMAR CROTTE SAINEZ**, a quien las autoridades mexicanas reclaman por su probable responsabilidad en la comisión de los delitos de **HOMICIDIO SIMPLE INTENCIONAL y LESIONES**, ilícitos de los cuales resultó orden de aprehensión en contra del reclamado según la causa penal número 440/99-D, decretada por el Juez Undécimo de lo Criminal del Primer Partido Judicial del Estado de Jalisco.

La **URGENCIA** de presentar la petición que se menciona en el párrafo que antecede se justifica en que el Subagregado Regional de la Procuraduría General de la República en San Diego, California, informó que **ALDO OMAR CROTTE SAINEZ** fue detenido en el cruce fronterizo entre San Diego, California y Tijuana, Baja California, con base en una alerta roja emitida por la oficina de Interpol México.

(ORDEN DE APREHENSION...)

A la Excelentísima Señora
Condoleezza Rice
Secretaria de Estado
Washington, D.C.



Exhibit A
266

0266

9570-17292

ORDEN DE APREHENSION

El 5 de noviembre de 1999, el Juez Undécimo de lo Criminal del Primer Partido Judicial del Estado de Jalisco, libró orden de aprehensión en contra de **ALDO OMAR CROTTE SAINEZ**, dentro de la causa penal número 440/99-D, por ser probable responsable en la comisión de conductas constitutivas de los delitos de **HOMICIDIO SIMPLE INTENCIONAL** y **LESIONES**, previstos y sancionados por los artículos 213 y 206, en relación con el 6, fracción I, del Código Penal del Estado de Jalisco, vigente en la época en que sucedieron los hechos.

Las conductas que se le atribuyen al reclamado, por las que se libró orden de aprehensión en su contra, son punibles conforme a la legislación de ambos países con pena privativa de libertad cuyo máximo no es menor de un año, como lo establece el artículo 2, numeral 1, del Tratado de Extradición entre los Estados Unidos Mexicanos y los Estados Unidos de América, en relación con los numerales 1 y 2 de su Apéndice.

Los elementos constitutivos del delito que motivaron al Juez Undécimo de lo Criminal del Primer Partido Judicial del Estado de Jalisco, para librar la orden de aprehensión en contra de **ALDO OMAR CROTTE SAINEZ**, tienen como base los siguientes:

HECHOS

El 24 de junio de 1999, a las 21:00 horas aproximadamente, Julio César Sevillano González se encontraba fuera de su domicilio ubicado en la Calle Nicolas Bravo 178, municipio de Zapopan, Jalisco, acompañado de un amigo de nombre Fernando. Al estar platicando se presentó Martín, quien es apodado "El Martín" acompañado de otras dos personas, mismas que llegaron a bordo de un vehículo color rojo tipo guayin.

En ese momento, Martín les comentó *"se están descontando al Dany la banda los tejones, que le hicieran un paro"*. Posteriormente, todos se trasladaron al lugar conocido como *"El Chaparral"* en donde Saúl, sus hermanos David y Rigoberto, también conocidos como "los tejones", y **ALDO OMAR CROTTE SAINEZ** estaban golpeando a Daniel Sandoval (a) "El Dany", a Desiderio (a) "El Desy" y a Pedro (a) "El Pelón".



Exhibit A
267

Una vez que arribaron al lugar, Martín y Fernando se bajaron del auto y se dirigieron hacia "los tejones". Estos se fueron al carro de **ALDO OMAR CROTTE SAINEZ**, quien en ese momento sacó una pistola tipo revólver y disparó cuatro o cinco veces sin lesionar a nadie.

Por lo anterior, el 25 de junio de 1999, "El Dany" y sus amigos estaban tomando unas cervezas en casa de "El Roger" y acordaron que al día siguiente irían a "chingar" a la banda de "los tejones" para desquitarse de lo que habían hecho.

El 26 de junio de 1999, alrededor de las 21:00 horas, Julio César Sevillano González, y su hermano Juan se presentaron en la casa de "El Roger", en donde se encontraban "El Dany", "El Rata", "El Bulbo" y otros, y se pusieron de acuerdo para ir con "los tejones".

Posteriormente, se trasladaron a una esquina de la calle La Milpa, lugar donde vive **ALDO OMAR CROTTE SAINEZ**, y empezaron a gritar "*...sálganse cabrones para darnos unos putazos....*", por lo que salió **ALDO OMAR CROTTE SAINEZ** y empezó a disparar un revolver en contra de las personas que se encontraban fuera de su domicilio, lesionando a Julio César Sevillano González y a Daniel Sandoval Abundis (a) "El Dany".

Las personas lesionadas fueron remitidas al servicio médico de urgencias de Zapopan, Jalisco, donde se determinó que las lesiones causadas a Julio César Sevillano González, ponen en peligro la vida y tardan más de quince días en sanar. Asimismo, de la necroscopia practicada al cadáver de Daniel Sandoval Abundis, (a) "El Dany", se determinó que presentaba heridas por arma de fuego con tres orificios: el primero en el brazo izquierdo, el segundo en la cara interna del muslo del brazo izquierdo, y el tercero en el tórax del lado izquierdo a nivel de la tetilla.

Los hechos relatados y los elementos de prueba aportados dentro de la investigación de los mismos motivaron al Juez de la causa, a librar la orden de aprehensión en contra del reclamado.

### MEDIA FILIACION

Conforme a lo dispuesto en el artículo 11, numeral 1 del Tratado de Extradición entre los Estados Unidos Mexicanos y los Estados Unidos de América, que fundamenta la presente solicitud, a continuación se proporcionan los datos que se tienen para obtener de la media filiación del reclamado:

Exhibit A
268

| | |
|---|---|
| **Nombre** | **ALDO OMAR CROTTE SAINEZ.** |
| **Nacionalidad** | Mexicana. |
| **Fecha de nacimiento** | 29 de septiembre de 1969. |
| **Edad** | 37 años. |
| **Complexión** | Robusta. |
| **Tez** | Morena clara. |
| **Cejas** | Gruesas y pobladas. |
| **Estatura** | 1.67 aproximadamente. |
| **Labios** | Delgados. |
| **Ojos** | Color café. |
| **Observaciones** | Usa barba y cuenta con tatuajes de figuras religiosas. |
| **Nombre de sus padres** | Carlos Crotte Guevara y María Auxilio Sainez. |
| **Domicilios** | Cuenta con un negocio con razón social "Mr. Wolf", con domicilio en P.O. BOX 24412, San Francisco, California. |

Con fundamento en el artículo 19 del Tratado de Extradición entre los Estados Unidos Mexicanos y los Estados Unidos de América, el gobierno de México solicita el aseguramiento y entrega de los artículos, instrumentos, objetos de valor o documentos relacionados con los delitos, aún cuando no hayan sido utilizados para su ejecución o que de cualquier manera puedan servir de prueba en el proceso instruido en su contra, que se encuentren en posesión del reclamado al momento de su detención o sean detectados posteriormente.

Me permito asegurar a Vuestra Excelencia que en términos del artículo 11, numeral 3, del tratado de extradición en comento, el gobierno de México se compromete a presentar la petición formal de extradición internacional, dentro del plazo de sesenta días, a partir de la fecha en que se confirme la **DETENCION PROVISIONAL** con fines de extradición del reclamado **ALDO OMAR CROTTE SAINEZ**, por lo que le agradeceré comunicarme a la brevedad posible, la fecha precisa en que comience a correr el plazo a que se hace mención en el Tratado de referencia.

Exhibit A
269

Por lo arriba señalado Señora Secretaria, al encontrarse la petición que hago dentro de los supuestos descritos por el Tratado de Extradición vigente entre nuestros dos países, al tiempo que, en mi opinión, se satisfacen tanto los procedimientos internos del Estado mexicano como los requisitos del Tratado invocado para dar curso a esta solicitud de **DETENCION PROVISIONAL**, ruego a Vuestra Excelencia su amable intervención para obtener de las autoridades estadounidenses competentes, incluso de las judiciales, la extradición de los Estados Unidos de América a México de **ALDO OMAR CROTTE SAINEZ**.

Al agradecer a Vuestra Excelencia anticipadamente su valiosa cooperación en la extradición solicitada, hago propicia la ocasión para renovarle las seguridades de mi más alta y distinguida consideración.

**EMBAJADA DE MEXICO
WASHINGTON, D. C.**

Carlos de Icaza
Embajador

Exhibit A
270

0270

09120

# UNOFFICIAL TRANSLATION

Washington, DC   December 29, 2006

Madam Secretary:

On behalf of my Government, I have the honor of referring to the Extradition Treaty signed between the United Mexican States and the United States of America, in order to request from Your Excellency's Government, on the basis of Article 1, Article 2, and, particularly, Article 11 of the Extradition Treaty, the **PROVISIONAL ARREST FOR INTERNATIONAL EXTRADITION PURPOSES** of ALDO OMAR CROTTE SAINEZ. This person is wanted by the Mexican authorities for his alleged perpetration of the crimes of *HOMICIDIO SIMPLE INTENCIONAL y LESIONES* (SIMPLE INTENTIONAL HOMICIDE and BATTERY). These crimes resulted in an arrest warrant being issued to the accused, within criminal investigation 440/99-D, by the Eleventh Criminal Judge of the First Judicial District in the state of Jalisco.

The **URGENCY** to present the request, which is mentioned in the preceding paragraph, is justified by the fact that the Regional Deputy Attaché of the Mexican Attorney General's Office in San Diego, California informed that **ALDO OMAR CROTTE SAINEZ** was arrested at the border crossing between San Diego, California and Tijuana, Baja California, based on a red alert issued by the office of Interpol Mexico.

## ARREST WARRANT

On November 5, 1999, the Eleventh Criminal Judge of the First Judicial District in the state of Jalisco issued an arrest warrant to **ALDO OMAR CROTTE SAINEZ**, within criminal investigation 440/99-D, for his alleged perpetration of the crimes of *HOMICIDIO SIMPLE INTENCIONAL y LESIONES* (SIMPLE INTENTIONAL HOMICIDE and BATTERY). These crimes are covered and punishable under Article 213 and Article 206, in accordance with Article 6, section I of the Penal Code for the state of Jalisco in force at the time the events took place.

The conducts attributed to the accused, upon which the arrest warrant was issued, are punishable by the laws of both countries by an imprisonment sentence of no less than one year, as is established in Article 2, paragraph 1 of the Extradition Treaty signed between the United Mexican States and the United States of America, and included in paragraph 1 and paragraph 2 of this Treaty's Appendix.

The elements constituting the crimes, which led the Eleventh Criminal Judge of the First Judicial District in the state of Jalisco to issue the arrest warrant to **ALDO OMAR CROTTE SAINEZ**, are based upon, among others, the following

(Facts...)

To Her Excellency
Condoleezza Rice
Secretary of State
Washington, DC

# Exhibit A
# 271

1

## FACTS

On June 24, 1999, at about 9:00 p.m., Julio César Sevillano González was outside his home, located on *Calle Nicolás Bravo*, 178, in the municipality of Zapopan, Jalisco, accompanied by a friend whose name is Fernando. While he was talking, Martín, whose nickname is *El Martín* appeared, accompanied by two other people who arrived in a red van.

At that moment, Martín told them "the *Tejones* gang is beating Dany up. Give me a hand!". Afterwards, all of them went to the place known as *El Chaparral* where Saúl, his brothers -- David and Rigoberto, also known as *los tejones* -- and **ALDO OMAR CROTTE SAINEZ** were beating up Daniel Sandoval, a.k.a. *El Dany*, Disiderio, a.k.a. *El Desy* and Martín, a.k.a. *El Bulbo*.

Once they arrived at the location, Martín and Fernando got out of the vehicle and headed over to where the *Tejones* were. They went over to **ALDO OMAR CROTTE SAINEZ**'s car where the accused drew a gun and fired four or five shots without wounding anyone.

In view of the above, on June 25, 1999, *El Dany* and his friends were drinking some beers at the home of *El Roger* and they decided that, on the following day, they would go and "beat the living crap out of" the *Tejones* gang to get even with what they had done.

On June 26, 1999, at about 9:00 p.m., Julio César Sevillano González and his brother, Juan, arrived at the home of *El Roger* where *El Dany*, *El Rata*, *El Bulbo* and others were and they agreed on going to see the *Tejones*.

Afterwards, they went to the corner of *Calle La Milpa*, where **ALDO OMAR CROTTE SAINEZ** lives and they began to shout "*...come on out assholes and let's beat the shit out of each other...*" So **ALDO OMAR CROTTE SAINEZ** went outside and began to shoot a gun at the people who were outside his home, wounding Julio César Sevillano González and Daniel Sandoval Abundis, a.k.a. *El Dany*.

The wounded individuals were taken to the emergency medical service in Zapopan, Jalisco, where it was determined that the wounds inflicted upon Julio César Sevillano González were life-threatening and take more than 15 days to heal. Moreover, the autopsy performed on the corpse of Daniel Sandoval Abundis, a.k.a. *El Dany* determined that there were gunshot wounds with three orifices: the first was in the left arm, the second in the inner left arm and the third in the left side of the thorax, at the height of the nipple.

The stated facts and elements of evidence provided during the investigation led the Case Judge to issue an arrest warrant to the accused.

## GENERAL PERSONAL DATA

In compliance with Article 11, paragraph 1 of the Extradition Treaty signed between the United Mexican States and the United States of America, upon which the present request is based, the following are the available general personal data which were able to be obtained regarding the accused:

NAME:                    **ALDO OMAR CROTTE SAINEZ**

Exhibit A
272

2

| | |
|---|---|
| NATONALITY: | MEXICAN |
| DATE OF BIRTH: | SEPTEMBER 29, 1969 |
| AGE: | 37 YEARS OLD |
| BUILD: | ROBUST |
| COMPLEXION: | LIGHT TANNED |
| EYEBROWS: | THICK, BUSHY |
| HEIGHT: | ABOUT 1.67 METERS TALL |
| LIPS: | THIN |
| EYES: | BROWN |
| REMARKS: | HE HAS A BEARD AND HAS RELIGIOUS-THEMED TATOOS |
| PARENTS' NAME: | CARLOS CROTTE GUEVARA and MARÍA AUXILIO SAINEZ |
| ADDRESS: | HE OWNS A BUSINESS CALLED "MR. WOLF"; THE ADDRESS IS P.O. BOX 24412, SAN FRANCISCO, CALIFORNIA |

We request the Government of the United States of America, in compliance with Article 19 of the Extradition Treaty signed between the United Mexican States and the United States of America, the confiscation and seizure of all objects, items and instruments in possession of the accused at the time, or at a later date, of his arrest, which could be used as evidence within the criminal investigation being carried out against him.

I assure Your Excellency that I will submit the formal extradition request within sixty days from the date the **PROVISIONAL ARREST** for extradition purposes of the accused, **ALDO OMAR CROTTE SAINEZ**, is confirmed. As a result, I would appreciate being informed as soon as possible when this sixty-day period, mentioned in the Extradition Treaty, starts running.

In view of the above, Madam Secretary, and since this petition satisfies the conditions described in the Extradition Treaty currently in force between our two countries, and, to the best of my knowledge, also satisfies the internal procedures of the Mexican State as well as the procedures established by the Extradition Treaty for this petition of **PROVISIONAL ARREST** for extradition purposes, I hereby request Your Excellency's kind mediation so as to obtain from the competent U.S. authorities, even the judicial authorities, the extradition of **ALDO OMAR CROTTE SAINEZ** from the United States of America to Mexico.

With thanks in advance for Your Excellency's valuable assistance concerning this matter, I avail myself of this opportunity to renew to Your Excellency the assurances of my highest and most distinguished consideration.

Carlos de Icaza
Ambassador

**Exhibit A**
**273**

0273