# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-013

Medical Examination of Aliens Seeking Adjustment of Status

(Please type or print clearly)

*I certify that on the date shown I examined:*

1. Name (Last in CAPS) Crotte
(First) Aldo Omar (Middle Initial)

2. Address (Street number and name) 2444 Bryant St (Apt. number)
(City) San Francisco (State) Cal. (ZIP Code) 94110

3. File number (A number)

4. Sex ☒ Male ☐ Female

5. Date of birth (Month/Day/Year) 09-29-69

6. Country of birth Mexico

7. Date of examination (Month/Day/Year) 04-07-88

**General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed:**

☒ No apparent defect, disease, or disability.

☐ The conditions listed below were found (check all boxes that apply).

*Class A Conditions*

☐ Chancroid
☐ Chronic alcoholism
☐ Gonorrhea
☐ Granuloma inguinale
☐ Hansen's disease, infectious
☐ HIV infection
☐ Insanity
☐ Lymphogranuloma venereum
☐ Mental defect
☐ Mental retardation
☐ Narcotic drug addiction
☐ Previous occurrence of one or more attacks of insanity
☐ Psychopathic personality
☐ Sexual deviation
☐ Syphilis, infectious
☐ Tuberculosis, active

*Class B Conditions*

☐ Hansen's disease, not infectious
☒ Tuberculosis, not active
☐ Other physical defect, disease or disability (specify below).

**Examination for Tuberculosis - Tuberculin Skin Test**

☐ Reaction ______ mm ☒ No reaction ☐ Not done

Doctor's name (please print) Pedro Pinto, MD.. Date read 04-11-88

**Examination for Tuberculosis - Chest X-Ray Report**

☐ Abnormal ☐ Normal ☒ Not done

Doctor's name (please print) Date read

**Serologic Test for Syphilis**

☐ Reactive Titer (confirmatory test performed) ☒ Nonreactive

Test Type S.TS.

Doctor's name (please print) Pacific MEdical Alb. Date read 04-11-88

**Serologic Test for HIV Antibody**

☐ Positive (confirmed by Western blot) ☒ Negative

Test Type HIV ..

Doctor's name (please print) Date read 04-11-88

**Immunization Determination** (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)

☒ Applicant is current for recommended age-specific immunizations.

☐ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained

REMARKS:

**Civil Surgeon Referral for Follow-up of Medical Condition**

☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**

The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly) Doctor's signature Date

**Applicant Certification:**

I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature Aldo Omar Crotte Date 4/7/88

Exhibit B

274

**Civil Surgeon Certification:**

My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)
PEDRO PINTO, M.D.
A Professional Corporation
1085 Valencia Street
San Francisco, CA 94110

Doctor's signature Pedro Pinto MD Date 4/7/88

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

274

Form I-693 (Rev. 09/04/87) N

REORDER SCIM - 1

FROM

WESTERN REGION
P. O. BOX 30040
LAGUNA NIGUEL, CA
926770000

REMITTER: CROTTE, ALDO
FOR: ALDO CROTTE
RECEIPT NUMBER: XPW892861504
FORM NO: I698
AMOUNT: $80

FILING DATE: 06/07/89
A-NUMBER: A92206764
BANK NO: 09190533
REMITTANCE TYPE: CMO

THIS LETTER ACKNOWLEDGES RECEIPT OF YOUR APPLICATION FOR PERMANENT RESIDENCE. YOU WILL BE SCHEDULED TO APPEAR FOR PROCESSING AT AN INS OFFICE SOMETIME AFTER 10/29/89. YOU WILL BE SENT ANOTHER LETTER ADVISING YOU OF THE EXACT PLACE AND TIME OF PROCESSING. THERE IS NO NEED FOR YOU TO CALL, WRITE, OR VISIT AN INS OFFICE TO INQUIRE ABOUT YOUR PROCESSING APPOINTMENT UNLESS YOU HAVE NOT RECEIVED AN APPOINTMENT BY 04/29/90.

TO

ALDO CROTTE
2444 BRYANT STREET
SAN FRANCISCO CA 94110

DIRECTOR
REGIONAL PROCESSING FACILITY

000468 08/08/89 PHASE2 FEE RCP

FROM

IMMIGRATION & NATZ SERVICE
C/O APPALACHIAN COMPUTER SERVICES
P.O. BOX 6001
LONDON, KY 40742-6002

FOR: ALDO CROTTE

A-NUMBER: 92206764

APPLYING FOR PERMANENT RESIDENCE - SOLICITANDO LA RESIDENCIA PERMANENTE

YOU ARE CURRENTLY A LAWFUL TEMPORARY RESIDENT OF THE UNITED STATES. YOU MAY SUBMIT YOUR APPLICATION FOR PERMANENT RESIDENCE ANYTIME FROM NOW UNTIL THE END OF YOUR ELIGIBILITY PERIOD ON OCTOBER 29, 1990. IF YOU DO NOT APPLY BY THIS DATE, YOU WILL LOSE YOUR PERMISSION TO REMAIN IN THE UNITED STATES.

USTED ESTA EN LOS ESTADOS UNIDOS COMO RESIDENTE TEMPORAL. PARA OBTENER RESIDENCIA PERMANENTE, USTED PUEDE SOLICITARLA EN CUALQUIER TIEMPO DESDE HOY HASTA EL FIN DE SU PERIODO DE ELIGIBILIDAD OCTUBRE 29, 1990. SI LA SOLICITA POR ESTA FECHA, PERDERA EL PERMISO PARA PERMANECER EN LOS ESTADOS UNIDOS.

TO

ALDO CROTTE
860 YORK ST
SAN FRANCISCO CA 94110

DIRECTOR
REGIONAL PROCESSING FACILITY

Exhibit B
275

027903

REORDER SCIM - 1

FROM
WESTERN REGION
P.O. BOX 30040
LAGUNA NIGUEL , CA
926770000

POSTAGE AND FEES PAID
US DEPARTMENT OF JUSTICE
JUS-433

FIRST CLASS MAIL

IMPORTANT INFORMATION ENCLOSED

TO
ALDO CROTTE
2444 BRYANT STREET
SAN FRANCISCO CA 94110

Exhibit B
276

#3







Exhibit B
277

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-000
Application to Replace Alien Registration Card

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name CROTTE | Given Name ALDO | Middle Initial OMAR

U.S. Mailing Address - C/O

Street Number and Name P.O. - BOX - 24412 | Apt #

City SAN FRANCISCO,

State CALIFORNIA | ZIP Code 94124

Date of Birth (Month/Day/Year) 09-29-1969 | Country of Birth MEXICO

Social Security # 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 | A # 92266764

### Part 2. Application Type.

1. My status is: (check one)
   a. [X] Permanent Resident
   b. [ ] Conditional Resident

2. Reason for application: (check one)
   I am a permanent resident or conditional resident and:
   a. [ ] my card was lost, stolen, or destroyed. I have attached a copy of an *identity document*
   b. [ ] I never received a card. I have attached a copy of an *identity document*
   c. [ ] my card is mutilated. I have attached the mutilated card.
   d. [ ] my card was incorrect when issued. I have attached the incorrect card and evidence of the correct information.
   e. [ ] my name or other Biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

   I am a permanent resident and:
   f. [ ] my present card has an expiration date on it and is expiring. I have attached my present card.
   g. [ ] I have reached my 14th birthday. I have attached my present card and a Fingerprint Card (Form FD-258)
   h. [ ] I was a commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. [ ] my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. [X] I have an old edition of the card.

### Part 3. Processing Information.

| | |
|---|---|
| Mother's First Name MARIA A SAINEZ | Father's First Name CARLOS CROTTE |
| City of Residence where you applied for an Immigrant Visa or Adjustment of Status: S F R | Consulate where Immigrant Visa was Issued or INS office where status was Adjusted: S F R |
| City/Town/Village of Birth: GUADALAJARA, JALISCO, MEXICO | Date of Admission as an immigrant or Adjustment of Status: 04-29-1988 |

Form I-90 (Rev. 07/28/92)Y *Continued on back.*

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| [ ] Applicant Interviewed | |

Status as ______ (Class) verified by ______ (Initials)

FD-258 forwarded on ______

I-89 Forwarded on ______

Remarks

Action Block

To Be Completed by *Attorney or Representative*, if any

[ ] Fill in box if G-28 is attached to represent the applicant

VOLAG# 278

ATTY State License # 278

Exhibit B

## Part 3. Processing Information (con't):

If you entered the U.S. with an Immigrant Visa, also complete the following:

Destination in U.S. at time of Admission

Port of Entry where Admitted to U.S.

Are you in deportation or exclusion proceedings? [X] No [ ] Yes

Since you were granted permanent residence, have you ever filed Form I-407, Abandonment by Alien of Status as Lawful Permanent Resident, or otherwise been judged to have abandoned your status? [X] No [ ] Yes

If you answer "yes" to any of the above questions, explain in detail on a separate piece of paper

## Part 4. Signature. *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Servi needs to determine eligibility for the benefit I am seeking.

*Signature* [signature] *Date* 4-25-2000 *Daytime Phone Number* 415-595-8390

*Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you cannot be found eligible for the requested document and this application may to be denied.*

## Part 5. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature [signature] Print Your Name Date 4-25-2000 *Daytime Phone Number* 415-595-8390

Firm Name and Address

Exhibit B
279







Exhibit B
280

# MUNICIPAL COURT IN THE CITY AND COUNTY OF SAN FRANCISCO • PROBATION ORDER

SAN FRANCISCO ADULT PROBATION DEPARTMENT • 880 BRYANT ST. ROOM 200 SAN FRANCISCO, CA 94103 (415) 553-1704

NO PRIOR

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | COURT NO. | COURT DATE | DEPT. NO. |
|---|---|---|---|---|---|
| CROTTE | ALDO | O | 8-28-92 | 8-28-92 | 12 |

| AKA | APD NO. | FILE NO. | SFPD NO. | JUDGE |
|---|---|---|---|---|
| | 325988 | | 450258 | James |

ADDRESS: 2444 BRYANT ST SAN FRANCISCO CA 94110

OFFENSE: 245(A) 1 PC/m

SOCIAL SECURITY NO. | CONVICTED BY | CII NO.

☐ INTERPRETER NEEDED/SPECIFY LANGUAGE

RECEIVED DATE | COMMUNITY SERVICES SUPERVISOR: Brooten

| D.O.B. | P.O.B. | SEX | PHONE NO. | CASELOAD NO. | C/S PROBATION OFFICER | PHONE |
|---|---|---|---|---|---|---|
| 9-29-69 | MEXICO | M | NONE | 39 | A. Lopez | |

INVESTIGATING PO, EXTENSION | DA | DEFENSE ATTORNEY

## COURT ACTION

THE ABOVE NAMED DEFENDANT, BEING PRESENT IN COURT AND HAVING BEEN CONVICTED OF VIOLATION(S) OF SECTION(S) 245(A) 1 PC/m

IT IS HEREBY ORDERED THAT:

☑ A. IMPOSITION OF SENTENCE SUSPENDED. ☐ BWI ☐ PROPOSED SENTENCE

☐ B. DEFENDANT BE SENTENCED TO ______ DAYS/MONTHS/ONE YEAR IN THE COUNTY JAIL, EXECUTION OF WHICH IS SUSPENDED.

☑ PROBATION GRANTED FOR 3 YEARS COMMENCING ON 8-28-92

☐ DIVERSION GRANTED ______ MONTHS/YEARS ☐ PROBATION DENIED

## TERMS AND CONDITIONS

1. ☑ SERVE 30 DAYS/MONTHS/ONE YEAR IN THE COUNTY JAIL 30 CTS
   ☐ THRU SWAP: SURRENDER DATE ______ (AND PAY SWAP FEES AS DETERMINED)
2. ☑ WARRANTLESS SEARCH CONDITION AS TO DEFENDANT'S PERSON, PREMISES OR VEHICLE: ANY TIME DAY OR NIGHT, WITH OR WITHOUT PROBABLE CAUSE, BY ANY PEACE, PAROLE, OR PROBATION OFFICER. 1035 Drug/Weapon
3. ☑ WEAPONS: DO NOT POSSESS ANY FIREARM OR ANY OTHER DANGEROUS OR DEADLY WEAPON.
4. ☐ ALCOHOL: DO NOT DRINK ALCOHOLIC BEVERAGES.
5. ☐ SUBMIT TO: DRUG/CHEMICAL TESTING AS DIRECTED BY THE PROBATION OFFICER.
6. ☐ DRIVING: DO NOT DRIVE WITHOUT A VALID DRIVER'S LICENSE AND INSURANCE.
7. ☐ NOT TO DRIVE WITH ANY MEASURABLE ALCOHOL IN BLOOD.
8. ☐ DRIVER'S LICENSE:
   ☐ A. SURRENDER LICENSE TO THE COURT TO BE FORWARDED TO D.M.V.
   ☐ B. DRIVING PRIVILEGE AND LICENSE IS SUSPENDED BY THE COURT FOR ______ MONTHS.
   ☐ C. DRIVING PRIVILEGE RESTRICTED BY THE COURT, EXCEPT THAT DEFENDANT IS AUTHORIZED TO DRIVE TO AND FROM, AND IN THE COURSE OF EMPLOYMENT AND ______
9. ☐ VEHICULAR VIOLATORS SCHOOL: TO ATTEND AND COMPLETE AS ASSIGNED.
   ☐ LEVEL 1 DUI (DRIVING UNDER THE INFLUENCE SCHOOL)
   ☐ LEVEL 2 FOP (FIRST OFFENDERS PROGRAM)
   ☐ DDP SECOND OFFENDERS PROGRAM, DRINKING DRIVERS PROGRAM.
   ☐ OTHER SCHOOL OR PROGRAM NAME ______
10. ☐ OBTAIN/CONTINUE IN-PATIENT/OUT-PATIENT DRUG/ALCOHOL/PSYCHIATRIC TREATMENT ______
11. ☐ DO NOT THREATEN, MOLEST, HAVE NO WRITTEN, TELEPHONE, PERSONAL OR THIRD PARTY CONTACT WITH ______
12. ☐ REGISTER PURSUANT TO PROVISIONS OF: [ ] 290PC [ ] 457.1PC [ ] 11590 H&S
13. ☐ PAY RESTITUTION TO THE VICTIM IN THE AMOUNT OF $ ______ OR IN AN AMOUNT AND MANNER TO BE DETERMINED BY THE COURT, OR THE PROBATION OFFICER, PLUS 10% ADMINISTRATIVE FEE.
14. ☐ RESTITUTION TO INCLUDE OUT OF POCKET EXPENSES ONLY.
15. ☐ PAY RESTITUTION TO THE RESTITUTION FUND PURSUANT TO SECTION 1203.04P.C. IN AN AMOUNT OF: ______
16. ☐ PERFORM ______ HOURS OF COMMUNITY SERVICE.
17. ☐ PAY PROBATION COSTS AT THE RATE OF $ ______ /MO. IN A MANNER DETERMINED BY THE PROBATION OFFICER.
18. ☐ PAY $ ______ FINE, INCLUDING PENALTY ASSESSMENT TO THE CASHIER'S OFFICE OF THE ADULT PROBATION DEPT. IN SUCH MONTHLY INSTALLMENTS AS DIRECTED BY THE PROBATION OFFICER.
19. ☐ PAY A $ ______ CRIMINAL ANALYSIS FEE PURSUANT TO SECTION 11372.5 HEALTH AND SAFETY CODE ON EACH COUNT.
20. ☐ PAY $ ______ DIVERSION FEE.
21. ☐ PAY $ ______ AIDS EDUCATION FINE PURSUANT TO P.C. 1463.23.
22. ☐ PAY THE COST OF INCARCERATION IN THE AMOUNT OF $ ______
23. ☑ OTHER CONDITIONS Left to stay away from phone of victim, Blanca Crotte
24. ☐ MAY REVERT TO COURT PROBATION UPON SUCCESSFUL COMPLETION OF CONDITIONS.
25. ☐ PROGRESS REPORT ORDERED FOR ______ DATE IN DEPT# ______

☑ NOTIFY THE PROBATION OFFICER IMMEDIATELY WHEN YOU CHANGE YOUR RESIDENCE OR EMPLOYMENT.

☑ OBEY ALL LAWS. FEDERAL LAW PROHIBITS ANY CONVICTED FELON FROM POSSESSING A FIREARM.

☑ NOTIFY THE PROBATION OFFICER OF ANY ARRESTS NO MORE THAN 24 HOURS AFTER THEY OCCUR. (EXCLUDING WEEKENDS AND HOLIDAYS)

☑ REPORT TO THE PROBATION OFFICER MONTHLY OR AS DIRECTED. FAILURE TO REPORT IS A VIOLATION OF THE TERMS OF YOUR PROBATION.

Exhibit B

281

I ACKNOWLEDGE THAT PROBATION OFFICER HAS EXPLAINED ABOVE CONDITIONS.

X Aldo Omar Crotte 8-28-92
SIGNATURE OF DEFENDANT — DATE

DEF INIT ______ DATE ______

281

E.R. Clamm 8-28-92
SIGNATURE OF COURT CLERK/COURT OFFICER — DATE

SIGNATURE OF PROBATION OFFICER — DATE

**UNITED STATES DEPARTMENT OF JUSTICE**
**Executive Office for Immigration Review**
**Office of the Immigration Court**
**San Diego, California**

March 14, 2007

**File No. A92 206 764**

**In the Matter of**

**Aldo Crotte,**

**Respondent.**

**IN REMOVAL PROCEEDINGS**

**Government Motion to Terminate Proceedings**

The Government respectfully requests that proceedings be terminated without prejudice at this time. The Government believes it does not have, at this time, enough evidence to sustain the charges on the Notice to Appear. The Government would thus request that proceedings be terminated, without prejudice.

Respectfully submitted,

Monica Mubaraki
Assistant Chief Counsel
San Diego, CA

Exhibit B
282

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

In the Matter of:
QROTTE, ALDO OMAR
TN: CROTTE, ALDO OMAR
RESPONDENT

Case No: A92-206-764

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

After considering the facts and circumstances of this case and as there is no opposition from the parties, it is HEREBY ORDERED that these proceedings be terminated with / without prejudice.

NTA dated: Dec 26, 2006.

Reason for Termination:
DHS motion

HENRY P. IPEMA
Immigration Judge
Date: Mar 20, 2007

Appeal Waived/Reserved by A/I: NO APPEAL
Appeal Due Date: by both

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [✓] Alien's ATT/REP [✓] DHS
DATE: 3-20-07 BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Form EOIR 35 - 6T (Termination)

Exhibit B
283

CONFORMED COPY

U.S. Department of Justice
Executive Office for Immigration Review

OMB#1125-0001

# Application for Cancellation of Removal for Certain Permanent Residents

**PLEASE READ ADVICE AND INSTRUCTIONS BEFORE FILLING IN FORM**

**PLEASE TYPE OR PRINT**

Fee Stamp (Official Use Only)
1/23/07 002#19388 EVS-I
EOIR 42A $100.00

## PART 1 - INFORMATION ABOUT YOURSELF

1) My present true name is: *(Last, First, Middle)*
CROTTE, Aldo Omar

2) Alien Registration (or "A") Number(s):
92-206-764

3) My name given at birth was: *(Last, First, Middle)*
CROTTE< Aldo Omar

4) Birth Place: *(City and Country)*
Mexico

5) Date of Birth: *(Month, Day, Year)*
09/29/1969

6) Gender: ☒ Male ☐ Female

7) Height: 5'3

8) Hair Color: BROWN

9) Eye Color: BROWN

10) Current Nationality and Citizenship:
Mexican

11) Social Security Number:
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

12) Home Phone Number:
(925 )432-0906

13) Work Phone Number:
( )

14) I currently reside at:
*Apt. number and/or in care of*
2444 Bryan St.
*Number and Street*
San Francisco CA 94110
*City or Town* *State* *Zip Code*

15) I have been known by these additional name(s):
NONE

16) I have resided in the following locations in the United States: (List PRESENT ADDRESS FIRST, and work back in time for at least 7 years.)

| Street and Number - Apt. or Room # - City or Town - State - Zip Code | Resided From: *(Month, Day, Year)* | Resided To: *(Month, Day, Year)* |
|---|---|---|
| 2444 Bryan St. San Francisco CA 94110 | 00/00/1982 | PRESENT |
| | | |
| | | |
| | | |
| | | |

## PART 2 - INFORMATION ABOUT THIS APPLICATION

17) I, the undersigned, hereby request that my removal be cancelled under the provisions of section 240A(a) of the Immigration and Nationality Act (INA). I believe that I am eligible for this relief because I have been a lawful permanent resident alien for 5 or more years, have 7 years of continuous residence in the United States, and have not been convicted of an aggravated felony. I was admitted as or adjusted to the status of an alien lawfully admitted for permanent residence on 10/20/1989 *(Date)*

at San Francisco CA *(Place)*.

DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW

FEB 27 2007

IMMIGRATION COURT
SAN DIEGO, CA

Exhibit B
284

## PART 3 - INFORMATION ABOUT YOUR PRESENCE IN THE UNITED STATES

18) My first arrival into the United States was under the name of: *(Last, First, Middle)*
CROTTE, Aldo Omar

19) My first arrival to the United States was on: *(Month, Day, Year)*
00/00/1980

20) Place or port of first arrival: *(Place or Port, City, and State)*
San Ysidro

21) I: ☑ was inspected and admitted.
☑ I entered using my Lawful Permanent Resident card which is valid until 10/20/1989 *(Month, Day, Year)*.
☐ I entered using a ________ *(Specify Type of Visa)* visa which is valid until ________ *(Month, Day, Year)*.
☐ was not inspected and admitted.
☐ I entered without documents. Explain: ________.
☐ I entered without inspection. Explain: ________.
☐ Other. Explain: ________.

22) I applied on ________ *(Month, Day, Year)* for additional time to stay and it was ☐ granted on ________ *(Month, Day, Year)* and valid until ________ *(Month, Day, Year)*, or ☐ denied on ________ *(Month, Day, Year)*.

23) Since the date of my first entry, I departed from and returned to the United States at the following places and on the following dates:
*(Please list all departures regardless of how briefly you were absent from the United States.)*
***If you have never departed from the United States since your original date of entry, please mark an X in this box:*** ☐

| # | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
|---|---|---|---|---|
| 1 | San Ysidro CA | 2-3 per year | Vacation | Tijuana |
| | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected and Admitted? |
| | San Ysidro CA | 2-3 per year | Vacation | ☑ Yes ☐ No |
| 2 | Port of Departure *(Place or Port, City and State)* | Departure Date *(Month, Day, Year)* | Purpose of Travel | Destination |
| | Port of Return *(Place or Port, City and State)* | Return Date *(Month, Day, Year)* | Manner of Return | Inspected and Admitted? |

24) Have you ever departed the United States: a) under an order of deportation, exclusion, or removal?........ ☐ Yes ☑ No
b) pursuant to a grant of voluntary departure?........ ☐ Yes ☑ No

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued on page 3)*

25) I am not married: ☑
I am married: ☐

26) If married, the name of my spouse is: *(Last, First, Middle)*

27) My spouse's name before marriage was:

28) The marriage took place in: *(City and Country)*

29) Date of marriage: *(Month, Day, Year)*

30) My spouse currently resides at:
*Apt. number and/or in care of*
*Number and Street*
*City or Town* *State/Country* *Zip Code*

31) Place and date of birth of my spouse: *(City & Country; Month, Day, Year)*

32) My spouse is a citizen of: *(Country)*

33) If your spouse is other than a native born United States citizen, answer the following:
He/she arrived in the United States at: *(Place or Port, City and State)* ________.
He/she arrived in the United States on: *(Month, Day, Year)* ________.
His/her alien registration number(s) is: A# ________.
He/she was naturalized on: *(Month, Day, Year)* ________ at ________ *(City and State)*.

34) My spouse ☐ - is ☐ - is not employed. If employed, please give salary and the name and address of the place(s) of employment.

Exhibit B
285

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* |
|---|---|
| | $ |
| | $ |
| | $ |

285

*Please continue answers on a separate sheet as needed.*

Form EOIR-42A
Revised January 2006

## PART 4 - INFORMATION ABOUT YOUR MARITAL STATUS AND SPOUSE *(Continued)*

35) I ☐ - have ☑ - have not been previously married: *(If previously married, list the name of each prior spouse, the dates on which each marriage began and ended, the place where the marriage terminated, and describe how each marriage ended.)*

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

| Name of prior spouse: *(Last, First, Middle)* | Date marriage began: Date marriage ended: | Place marriage ended: *(City and Country)* | Description or manner of how marriage was terminated or ended: |
|---|---|---|---|
| | | | |

36) Have you been ordered by any court, or are otherwise under any legal obligation, to provide child support and/or spousal maintenance as a result of a separation and/or divorce? ☐ - Yes ☑ - No

## PART 5 - INFORMATION ABOUT YOUR EMPLOYMENT AND FINANCIAL STATUS

37) Since my arrival into the United States, I have been employed by the following named persons or firms: *(Please begin with present employment and work back in time. Any periods of unemployment or school attendance should be specified. Attach a separate sheet for additional entries if necessary.)*

| Full Name and Address of Employer | Earnings Per Week *(Approximate)* | Type of Work Performed | Employed From: *(Month, Day, Year)* | Employed To: *(Month, Day, Year)* |
|---|---|---|---|---|
| Disability | $ 370 | Shoulder Injury | 8/23/2004 | PRESENT |
| 3120 Pachuco Blvd. | $ 378 | Truck Driver | 11/28/01 | 8/23/2004 |
| | $ | | | |

38) If self-employed, describe the nature of the business, the name of the business, its address, and net income derived therefrom:

39) My assets (and if married, my spouse's assets) in the United States and other countries, not including clothing and household necessities, are:

**Self**

Cash, Stocks, and Bonds............................... $ 0
Real Estate.................................................... $ 0
Auto (dollar value minus amount owed)....... $ 0
Other (describe on line below)...................... $ 0
TOTAL $

**Jointly Owned With Spouse**

Cash, Stocks, and Bonds............................... $ 0
Real Estate.................................................... $ 0
Auto (dollar value minus amount owed)....... $ 0
Other (describe on line below)...................... $ 0
0 TOTAL $

40) I ☐ - have ☑ - have not received public or private relief or assistance (e.g. Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If you have, please give full details including the type of relief or assistance received, date for which relief or assistance was received, place, and total amount received during this time:

41) Please list each of the years in which you have filed an income tax return with the Internal Revenue Service:
1987-1988-1989-1990-1991-1992-1993-1994-1995-1996-1997-1998-1999-2000-2001-2002-2003-2004

Exhibit B
286

## PART 6 - INFORMATION ABOUT YOUR FAMILY *(Continued on page 5)*

42) I have 0 *(Number of)* children. Please list information for each child below, include assets and earnings information for children over the age of 16 who have separate incomes:

| Name of Child: *(Last, First, Middle)* Child's Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Now Residing At: *(City and Country)* Birth Date: *(City and Country)* | Immigration Status of Child |
|---|---|---|---|
| A#: | | | |
| Estimated Total of Assets: $ | | Estimated Average Weekly Earnings: $ | |
| A#: | | | |
| Estimated Total of Assets: $ | | Estimated Average Weekly Earnings: $ | |
| A#: | | | |
| Estimated Total of Assets: $ | | Estimated Average Weekly Earnings: $ | |

43) If your application is denied, would your spouse and all of your children accompany you to your:

Country of Birth - ☐ Yes ☐ No

Country of Nationality - ☐ Yes ☐ No

Country of Last Residence - ☐ Yes ☐ No

If you answered "No" to any of the responses, please explain:

44) Members of my family, including my spouse and/or child(ren) ☐ - have ☑ - have not received public or private relief or assistance (e.g., Welfare, Unemployment Benefits, Medicaid, TANF, AFDC, etc.). If any member of your immediate family has received such relief or assistance, please give full details including identity of person(s) receiving relief or assistance, dates for which relief or assistance was received, place, and total amount received during this time:

45) Please give the requested information about your parents, brothers, sisters, aunts, uncles, and grandparents, living or deceased. As to residence, show street address, city, and state, if in the United States; otherwise show only country:

| Name: *(Last, First, Middle)* Alien Registration Number: | Citizen of What Country: Birth Date: *(Month, Day, Year)* | Relationship to Me: Birth Date: *(City and Country)* | Immigration Status of Listed Relative |
|---|---|---|---|
| Carlos Crotte A#: | Mexico | 6-16-1931 Father | None |
| Complete Address of Current Residence, if Living: MEXICO, VERACRUZ | | | |
| Maria Sainez A#: | | 9/10/1947 Mother | LPR |
| Complete Address of Current Residence, if Living: 2185 Burton Ave. Pittsburg CA, 94565 | | | |

Exhibit B
287

*Please continue answers on a separate sheet as needed.*

## PART 7 - MISCELLANEOUS INFORMATION *(Continued on page 6)*

46) I ☐ - have ☑ - have not entered the United States as a crewman after June 30, 1964.

47) I ☐ - have ☑ - have not been admitted as, or after arrival in the United States acquired the status of, an exchange alien.

48) I ☐ - have ☑ - have not submitted address reports as required by section 265 of the Immigration and Nationality Act.

49) I ☑ - have ☐ - have never (either in the United States or in any foreign country) been arrested, summoned into court as a defendant, convicted, fined, imprisoned, placed on probation, or forfeited collateral for an act involving a felony, misdemeanor, or breach of any public law or ordinance (including, but not limited to, traffic violations or driving incidents involving alcohol). *(If answer is in the affirmative, please give a brief description of each offense including the name and location of the offense, date of conviction, any penalty imposed, any sentence imposed, and the time actually served.)*

09-29-1995 Carrying a Concealed Firearm under CA Penal Code 12025(a)(1)

07-31-2000 Carrying a Concealed Firearm under CA Penal Code 12025(a)(2)

Posession of a Controlled Substance under Ca H & S 11377(a) per NTA

50) Have you ever served in the Armed Forces of the United States? ☐ - Yes ☑ - No. If "Yes" please state branch *(Army, Navy, etc.)* and service number: ______

Place of entry on duty: *(City and State)* ______

Date of entry on duty: *(Month, Day, Year)* ______ Date of discharge: *(Month, Day, Year)* ______

Type of discharge: *(Honorable, Dishonorable, etc.)* ______

I served in active duty status from: *(Month, Day, Year)* ______ to *(Month, Day, Year)* ______

51) Have you ever left the United States or the jurisdiction of the district where you registered for the draft to avoid being drafted into the military or naval forces of the United States? ☐ Yes ☑ No

52) Have you ever deserted from the military or naval forces of the United States while the United States was at war? ☐ Yes ☑ No

53) If male, did you register under the Military Selective Service Act or any applicable previous Selective Service (Draft) Laws? ☐ Yes ☑ No
If "Yes," please give date, Selective Service number, local draft board number, and your last draft classification: ______

54) Were you ever exempted from service because of conscientious objection, alienage, or any other reason? ☐ Yes ☑ No

55) Please list your present or past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or any other place since your 16th birthday. Include any foreign military service in this part. If none, write "None." Include the name of the organization, location, nature of the organization, and the dates of membership.

| Name of Organization | Location of Organization | Nature of Organization | Member From: *(Month, Day, Year)* | Member To: *(Month, Day, Year)* |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit B
288

*Please continue answers on a separate sheet as needed.*

## PART 7 - MISCELLANEOUS INFORMATION *(Continued)*

56) Have you ever:

- ☐ Yes ☑ No been ordered deported, excluded, or removed?
- ☐ Yes ☑ No overstayed a grant of voluntary departure from an Immigration Judge or the Department of Homeland Security (DHS), formerly the Immigration and Naturalization Service (INS)?
- ☐ Yes ☑ No failed to appear for deportation or removal?

57) Have you ever been:

- ☐ Yes ☑ No a habitual drunkard?
- ☐ Yes ☑ No one whose income is derived principally from illegal gambling?
- ☐ Yes ☑ No one who has given false testimony for the purpose of obtaining immigration benefits?
- ☐ Yes ☑ No one who has engaged in prostitution or unlawful commercialized vice?
- ☐ Yes ☑ No involved in a serious criminal offense and asserted immunity from prosecution?
- ☐ Yes ☑ No a polygamist?
- ☐ Yes ☑ No one who aided and/or abetted another to enter the United States illegally?
- ☐ Yes ☑ No a trafficker of a controlled substance, or a knowing assister, abettor, conspirator, or colluder with others in any such controlled substance offense (not including a single offense of simple possession of 30 grams or less of marijuana)?
- ☐ Yes ☑ No inadmissible or deportable on security-related grounds under section sections 212(a)(3) or 237(a)(4) of the INA?
- ☐ Yes ☑ No one who has ordered, incited, assisted, or otherwise participated in the persecution of an individual on account of his or her race, religion, nationality, membership in a particular social group, or political opinion?
- ☐ Yes ☑ No a person previously granted relief under sections 212(c) or 244(a) of the INA or whose removal has previously been cancelled under section 240A of the INA?

If you answered "Yes" to any of the above questions, explain:

58) The following certificates or other supporting documents are attached hereto as a part of this application: *(Refer to the Instructions for documents which should be attached.)*

Exhibit B
289

289

*Please continue answers on a separate sheet as needed.*

Form EOIR-42A
Revised January 2006

## PART 8 - SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT

*(Read the following information and sign below)*

I declare that I have prepared this application at the request of the person named in Part 1, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in a language the applicant speaks fluently for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form EOIR-42A may subject me to civil penalties under 8 U.S.C. 1324c.

| Signature of Preparer: | Print Name: Minerva Mendoza | Date: 2/21/2007 |
|---|---|---|
| Daytime Telephone #: 619-238-8080 | Address of Preparer: *(Number and Street, City, State, Zip Code)* 1010 2nd Suite 2300 San Diego CA 92101 | |

## PART 9 - SIGNATURE

**APPLICATION NOT TO BE SIGNED BELOW UNTIL APPLICANT APPEARS BEFORE AN IMMIGRATION JUDGE**

I swear or affirm that I know the contents of this application that I am signing, including the attached documents and supplements, and that they are all true to the best of my knowledge, taking into account the correction(s) numbered ______ to ______, if any, that were made by me or at my request.

*(Signature of Applicant or Parent or Guardian)*

Subscribed and sworn to before me by the above-named applicant at ____________

*Immigration Judge*

*Date: (Month, Day, Year)*

## PART 10 - PROOF OF SERVICE

I hereby certify that a copy of the foregoing Form EOIR-42A was: ☐ - delivered in person ☑ - mailed first class, postage prepaid

on 02/27/2007 *(Month, Day, Year)* to the Assistant Chief Counsel for the DHS (U.S. Immigration and Customs Enforcement-ICE)

at 880 Front St. Suite 2246 San Diego CA 92188 *(Number and Street, City, State, Zip Code)*

*(Signature of Applicant (or Attorney or Representative)*

DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW

FEB 27 2007

IMMIGRATION COURT
SAN DIEGO, CA

Exhibit B
290

*Please continue answers on a separate sheet as needed.*

# EXHIBIT C

[10] From: YOGESH KUMA... 9/29/95 11:57PM (619 bytes: 15 ln)
To: YOGESH KUMAR
Subject: ALDO CROTTE

------------------------------ Message Contents ------------------------------

This is to notify you that Aldo Crotte is an employee of West Coast Video Duplicating, 1739 Dolittle Dr., San Leandro, Ca. Ph #510-618-2600.

Aldo works in 3rd shift from 11:30 pm to 07:30 am Wednesday to Sunday. On ocassions he works overtime on his day off.

For further information please contact our Human Resources Dept.

Thanks!

Yogesh Kumar
3rd shift supervisor.

DEPARTMENT: Vault | Vault

| RATE | SHIFT | RATE | SHIFT |
|---|---|---|---|
| $ 5.00 ☒ HR. ☐ MO. ☐ ANNUAL | III | $ 6.00 ☒ HR. ☐ MO. ☐ ANNUAL | III |
| ☐ FULL-TIME ☐ REGULAR ☐ PART-TIME ☒ TEMPORARY | ☐ EXEMPT ☒ NON-EXEMPT | ☒ FULL-TIME ☒ REGULAR ☐ PART-TIME ☐ TEMPORARY | ☐ EXEMPT ☒ NON-EXEMPT |

**PERSONAL DATA/CHANGE**

| NAME | FORMER NAME | PHONE # ( ) |
|---|---|---|
| | | |

| CURRENT ADDRESS | CITY | STATE | ZIP CODE | DOB |
|---|---|---|---|---|
| | | | | |

**COMMENTS:** Promotion and adjustment.

| | | | |
|---|---|---|---|
| | | APPROVAL | DATE |
| SUPERVISOR Oscar A. Obando | DATE 020195 | DEPT. HEAD [signature] | DATE 2/1/95 |
| [signature] A. | DATE 2/3/95 | DIR. OF OPERATIONS | DATE |
| OPERATIONS | DATE 2/3/95 | PRESIDENT | DATE |

Exhibit C
291

11-92 WHITE / HUMAN RESOURCES BLUE / PAYROLL YELLOW / EMPLOYEE DISK ARCHIVE - B. FORMS PERSONNEL #1

FROM:

FINANCIAL FILM SERVICES INC
971 N LA CIENEGA BLVD #202
LOS ANGELES, CA. 90069

W-2 ENCLOSED

TO

FIRST CLASS MAIL

CROTTE, ALDO OMAR
2444 BRYANT ST,
SAN FRANCISCO, CA. 94110

1 Control number

2 Employer's name, address, and ZIP code

FINANCIAL FILM SERVICES INC
971 N LA CIENEGA BLVD #202
LOS ANGELES, CA. 90069

3 Employer's identification number: 95-3859394

4 Employer's State number: 303-1311-8

W-2 Wage and Tax Statement 1986

Copy B to be filed with employee's FEDERAL tax return

This information is being furnished to the Internal Revenue Service.

5 Statutory Employee | Deceased | Legal rep. | 942 emp. | Subtotal | Void

| Field | Value |
| --- | --- |
| 6 Allocated tips | |
| 7 Advance EIC payment | |
| 8 Employee's social security number | 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 |
| 9 Federal income tax withheld | 0.00 |
| 10 Wages, tips, other compensation | 45.00 |
| 11 Social security tax withheld | 3.22 |
| 13 Social security wages | 45.00 |
| 14 Social security tips | |
| 16 | CASDI 0.41 |
| 16a Fringe benefits incl. in Box 10 | |
| 17 State income tax | 0.00 |
| 18 State wages, tips, etc. | 45.00 |
| 19 Name of State | CA |
| 20 Local income tax | |
| 21 Local wages, tips, etc. | |

12 Employee's name, address and ZIP code

CROTTE, ALDO OMAR
2444 BRYANT ST,
SAN FRANCISCO, CA. 94110

Department of the Treasury—Internal Revenue Service
16-0331690

OMB No. 1545-0008

Exhibit C
292

6u

Department of the Treasury - Internal Revenue Service

Form **1040EZ** **Income Tax Return for Single filers with no dependents** (0) **1987**

OMB No. 1545-067

**Name & address**

Use the IRS mailing label. If you don't have one, please print.

Aldo O. Crotte
Print your name above (first, initial, last)

2444 Bryant Street
Present home address (number and street). (If you have a P.O. box, see instructions.)

San Francisco, CA 94110
City, town, or post office, state, and ZIP code

Please print your numbers like this: 0 1 2 3 4 5 6 7 8 9

Your social security number: 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

**Please read the instructions for this form on the reverse side.**

**Presidential Election Campaign Fund**
Do you want $1 to go to this fund? Note: Checking "Yes" will not change your tax or reduce your refund. ▶ X

**Report your income**

1 Total wages, salaries, and tips. This should be shown in Box 10 of your W-2 form(s). (Attach your W-2 form(s).) 1 — 6942

2 Taxable interest income of $400 or less. If the total is more ... 2 — 0

1 Control Number

OMB No. 1545-0008

Copy C For employee's records
This information is being furnished to the Internal Revenue Service

2 Employer's Name, Address, and ZIP Code:
Bepple's Pie Shop
1934 Union Street
San Francisco, CA 94123

3 Employer's Identification Number: 94-2704321

4 Employer's State I.D. Number: 239-4432-5

5 Statutory Employee | Deceased | Pension Plan | Legal Rep. | 942 Emp. | Subtotal | Deferred Compensation | Void

6 Allocated Tips

7 Advance EIC Payment

8 Employee's Social Security Number: 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

9 Federal Income Tax Withheld

10 Wages, Tips, Other Compensation: 6,942.36

11 Social Security Tax Withheld: 496.38

12 Employee's Name, Address, and ZIP Code:
Aldo O. Crotte
2444 Bryant St.
San Francisco, CA 94110

13 Social Security Wages: 6,942.36

14 Social Security Tips

16

16a Fringe Benefits incl. in Box 10

17 State Income Tax

18 State Wages, Tips, Etc.: 6,942.36

19 Name of State: CA

20 Local Income Tax: CASDI 83.32

21 Local Wages, Tips, Etc.

22 Name of Locality

Form **W-2 Wage and Tax Statement 1987**
-2515832 I.R.S. APP.

Department of the Treasury Internal Revenue Service

2
0
2
0
2
0
55
6

**Refund or amount you owe**

10 If line 8 is larger than line 9, subtract line 9 from line 8. Enter the **amount of your refund.** 10

11 If line 9 is larger than line 8, subtract line 8 from line 9. Enter the **amount you owe.** Attach check or money order for the full amount, payable to "Internal Revenue Service." 11 — 305

Attach tax payment here

**Sign your return**

**I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.**

Your signature

Date 3/19/88

MARIA E. IZAGUIRRE
3062 - 25th STREET
SAN FRANCISCO, CA 94110

M Izaguirre SS# 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

Exhibit C
293

293

For Privacy Act and Paperwork Reduction Act Notice, see page 31.

Form 1040EZ (1987)

Form **1040EZ** Department of the Treasury Internal Revenue Service

**Income Tax Return for Single filers with no dependents** **1988**

**Name & address**

Use the IRS mailing label. If you don't have one, please print.

Aldo O. Crotta
Print your name above (first, initial, last)

2444 Bryant St.
Present home address (number, street, and apt. no.). (If you have a P.O. box, see back.)

San Francisco, CA. 94110
City, town, or post office, state, and ZIP code

Please print your numbers like this: 0123456789

Your social security number: 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

Please read the instructions on the back of this form. Also, see page 13 of the booklet for a helpful checklist.

Presidential Election Campaign Fund — Do you want $1 to go to this fund? Note: Checking "Yes" will not change your tax or reduce your refund. X

**Report your income**

1 Total wages, salaries, and tips. This should be shown in Box 10 of your W-2 form(s). (Attach your W-2 form(s).) 1 — 10 118

Attach Copy B of Form(s)

2 Taxable interest income of $400 or less. If the total is more than $400, you cannot use Form 1040EZ. 2

3 ... income. 3 — 10 118

3 000

7 118

1 950

5 168

1 081

776

shown on line 7 above. Enter the amount ...

BEPPLE'S PIE SHOP
1934 UNION STREET
SAN FRANCISCO CA 94123
94-3054886

200 | Dept. | Year 1988 | Co. KU | Corp. | SIT-EIN 239-4432-5 | File Number -000104 | Advance EIC payment

OMB No. 1545-0008
Form W2-Wage and Tax Statement
Copy B: File with employee's FEDERAL tax return
Department of the Treasury-Internal Revenue Service
This information is being furnished to the IRS and appropriate State officials

| Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | Soc. sec. tax withheld | Soc. sec. wages |
|---|---|---|---|---|
| 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 | 1081.01 | 10117.58 | 759.35 | 10117.58 |
| | | Pension plan coverage? Yes/No: NO | Allocated tips | Soc. sec. tips |

Employee's name
ALDO C CROTTE
160 YORK ST
SAN FRANCISCO CA 94110

Employee's address and ZIP code

| State tax withheld | State wages | Name of State |
|---|---|---|
| 106.09 | 10117.58 | CA |
| Local tax withheld | Local wages | Name of locality |
| | CA SDI 121.52 | |

The social security rate of 7.51% includes 6.06% for retirement, survivors, and disability insurance and 1.45% for hospital insurance benefits.

**Refund or amount you owe**

10 If line 8 is larger than line 9, subtract line 9 from line 8. Enter the amount of your refund. 10 — 305

11 If line 9 is larger than line 8, subtract line 8 from line 9. Enter the amount you owe. Attach check or money order for the full amount, payable to "Internal Revenue Service." 11

Attach tax payment here

**Sign your return**

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

Your signature | Date 1-19-89

MARIA E. IZAGUIRRE
3772 - 25th STREET
SAN FRANCISCO ...

M Izaguirre SS# 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

Exhibit C
294

For Privacy Act and Paperwork Reduction Act Notice, see page 3. Form 1040EZ (1988)

Form **1040EZ**

**Name & address**

MARIA A SAINEZ
2444 BRYANT STREET
SAN FRANCISCO, CA 94110

3-5-1988 820

11-35/1210

PAY TO THE ORDER OF Internal Revenue Service $ 305.00

Three hundred Five 0/0 DOLLARS

Bank of America NT&SA
24th-Bryant Branch 0284
P.O. Box 37001 Rincon Annex
San Francisco, CA 94137

For 1987 (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 S.S.

MEMO Aldo O Crotte

Maria C. Sainez

0000030500

**W-2 City or Local Filing Copy**
Form W-2 Wage and Tax Statement 1989 OMB NO.1545-0008
Copy 2 to be filed with employee's CITY or LOCAL Income Tax return.

EMPLOYEE'S AND EMPLOYER'S COPIES COMPARED

| CONTROL NUMBER | DEPARTMENT | CORP | EMPLOYER USE ONLY |
|---|---|---|---|
| 4KD000104 | 200 | | A 9 |

EMPLOYER'S NAME, ADDRESS AND ZIP CODE
BEPPLE'S PIE SHOP
1934 UNION STREET

# W-2 and Earnings Summary

This year's W-2 is provided to you in a more convenient format. Your W-2 has been included on this form with an Earnings Summary which describes certain sections of the W-2 in more detail. In addition, on the reverse side is general information that you may find helpful in understanding your W-2.

The W-4 Profile Section of the Earnings Summary indicates information that will be used to determine your withholding taxes for 1990. If you wish to change any of this information, you must file a new W-4 with your Payroll Department. (You may obtain a W-4 Form from your Payroll Department.)

PAYER'S name, street address, city, state, and ZIP code
BANK OF AMERICA NT & SA 284 SEQ 0655617
P.O. BOX 37001
SAN FRANCISCO CA 94137

CORRECTED

SAVINGS
02845-00916

OMB No. 1545-0112
1989
Statement for Recipients of
**Interest Income**

PAYER'S Federal identification number: 94-1687665

RECIPIENT'S identification number: 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

1 Earnings from savings and loan associations, credit unions, bank deposits, bearer certificates of deposit, etc.: 20.82

2 Early withdrawal penalty

3 U.S. Savings Bonds, etc.

4 Federal income tax withheld

5 Foreign tax paid, (if eligible for foreign tax credit)

6 Foreign country or U.S. possession

RECIPIENT'S name, street address, city, state, and ZIP code
ALDO OMAR CROTTE
2444 BRYANT ST
SAN FRANCISCO CA 94110

**Copy B For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-INT

Department of the Treasury - Internal Revenue Service

**Refund or amount you owe**

8 If line 6 is larger than line 7, subtract line 7 from line 6. This is your refund. 8 — 301

Attach tax payment here.

9 If line 7 is larger than line 6, subtract line 6 from line 7. This is the amount you owe. Attach check or money order for the full amount, payable to "Internal Revenue Service." 9

**Sign your return**

(Keep a copy of this form for your records.)

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

Your signature X    Date 1-16-90

MARIA E. IZAGUIRRE
3052 25th STREET
SAN FRANCISCO, CA 94110
SS# 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

M. Izaguirre

**Exhibit C**
**295**

For Privacy Act and Paperwork Reduction Act Notice, see page 3 in the booklet.

Form 1040EZ (1989)

TAXABLE YEAR

# 1989 California Short Tax Form

FORM **540A**

**Step 1 Name and Address**

**Use the California mailing label. If you don't have one, please print or type.** For Privacy Act Notice, see instructions.

Your first name and initial (if joint return, also give spouse's name and initial): ALDO O.
Last name: CROTTE
Your social security number: 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

Present home address – number and street including apartment number, P.O. Box or rural route: 2444 BRYANT ST.
Spouse's social security number:

City, town or post office, state and ZIP code: SAN FRANCISCO, CA. 94110

Do Not Write In These Spaces: P / M / A / R / E

**Step 2 Filing Status**

Check only one

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and name here.
4 ☐ Head of household. Enter name and relationship of qualifying person. Do not claim this person as a dependent.
5 ☐ Qualifying widow(er) with dependent child. Enter year spouse died 19 ____.

**Step 3 Exemptions**

| Line | Description | No. | Amount |
|---|---|---|---|
| 6 | If someone (such as your parent) can claim you as a dependent on his or her tax return, check here, skip lines 7 through 10 and enter -0- on line 11 | ● 6 ☐ | |
| 7 | Personal: If you checked box 1 or 3 above, enter $55. If you checked box 2, 4 or 5, enter $110 | 7 | 55 |
| 8 | Blind: If you or your spouse is visually impaired, enter $55. If both are visually impaired, enter $110 | 8 | |
| 9 | Senior: If you or your spouse is 65 or older, enter $55. If both are 65 or older, enter $110 | ● 9 | |
| 10 | Dependents: Enter name and relationship. Do not include yourself, spouse or person listed in Step 2 above. Number of dependents ____ x $55 | 10 | |
| 11 | Total exemption credits. Add lines 7 through 10. Enter here and on line 18 below | 11 | 55 |

**Step 4 Taxable Income**

Attach copy of your Form(s) W-2, W-2G, W-2P and 1099-R here

| Line | Description | No. | Amount |
|---|---|---|---|
| 12 | Federal adjusted gross income from line 3 of your Form 1040EZ, line 13 of your Form 1040A, or line 31 of your Form 1040 | 12 | 9,832 |
| 13 | California income adjustments. Enter amount from side 2, Part I, line 5 | ● 13 | 0 |
| 14 | California adjusted gross income. Subtract line 13 from line 12. If $20,900 or less, see instructions | ● 14 | 9,832 |
| 15 | Enter the larger of: • Your **standard deduction** • Your **itemized deductions**. See page 4 for the chart or worksheet that applies to you. Be sure to enter an amount on this line | ● 15 | 2,070 |
| 16 | Taxable income. Subtract line 15 from line 14. If less than -0-, enter -0- | 16 | 7,762 |

**Step 5 Figure Your Tax and Credits**

| Line | Description | No. | Amount | Total |
|---|---|---|---|---|
| 17 | Tax. Use the tax table in the instructions to find the tax on the amount shown on line 16 | 17 | | 116 |
| 18 | Exemption credits. Enter amount from line 11 above | 18 | 55 | |
| 19 | Credit for child and dependent care expenses. See instructions | ● 19 | | |
| 20 | Credit for taxpayers with limited income. See instructions | ● 20 | 12 | |
| 21 | Total credits. Add lines 18 through 20 | 21 | | 67 |
| 22 | Total tax. Subtract line 21 from line 17. If less than -0-, enter -0- | ● 22 | | 49 |

**Step 6 Overpaid Tax or Tax Due**

Attach check or money order here

| Line | Description | No. | Amount | Total |
|---|---|---|---|---|
| 23 | California income tax withheld. Enter total from all 1989 W-2 and 1099-R forms | ■ 23 | 82 | |
| 24 | Renter's credit. Enter amount from side 2, Part II, line 9 | ■ 24 | 60 | |
| 25 | Total payments and credits. Add line 23 and line 24 | 25 | | 142 |
| 26 | Overpaid tax. If line 25 is more than line 22, subtract line 22 from line 25 | 26 | | 93 |
| 27 | Tax due. If line 25 is less than line 22, subtract line 25 from line 22 | 27 | | |

**Step 7 Refund or Amount You Owe**

| Line | Description | No. | Amount |
|---|---|---|---|
| 28 | Voluntary contributions. Enter amount from side 2, Part III, line 9 | ● 28 | |
| 29 | **Refund or no amount due.** Subtract line 28 from line 26. Mail return to: **Franchise Tax Board, P.O. Box 942840, Sacramento, CA 94240-0000** | ■ 29 | 93 |
| 30 | **Amount you owe.** Add line 27 and line 28. Attach check or money order for full amount payable to "Franchise Tax Board." Write your social security number and "1989 Form 540A" on it. Mail it with your return to: **Franchise Tax Board, P.O. Box 942867, Sacramento, CA 94267-0001** | ■ 30 | |

**Step 8 Sign Your Return**

Under penalties of perjury, I declare that I have examined this return and to the best of my knowledge and belief, it is true, correct and complete.

Your signature X

Spouse's signature (if filing jointly, both must sign) X

Date 1 ... 1/90

Exhibit C

Signature of paid preparer (*declaration of preparer is based on all information of which preparer has any knowledge.*) [signature]

Preparer's SSN/FEIN ...-5900

Firm's name (or yours if self-employed): Maria E. Izaquirre
Firm's address: 3062 25th ST. S. F. CA. 94110

296

296

28

Form **1040** Department of the Treasury-Internal Revenue Service

# U.S. Individu[al In]come Tax Return 1990

For the year January 1-December 31, 1990, or other tax year beginning , 1990, ending , 19 . OMB No. 1545-0074

Label

Use IRS label. Otherwise, please print or type.

ALDO O. CROTTE
2444 BRYANT STREET
SAN FRANCISCO, CA 94110

Your social security number: 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

Spouse's social security number:

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**

| | Yes | | No |
|---|---|---|---|
| Do you want $1 to go to this fund? | Yes | X | No |
| If joint return, does your spouse want $1 to go to this fund? | Yes | | No |

Note: Checking 'Yes' will not change your tax or reduce your refund.

**[Fili]ng Status** [Ch]eck only [on]e box.

1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household. If qualifying person is your child but not your dependent, enter child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ).

**[E]xemptions**

6a [X] Yourself — If someone can claim you as a dependent, do not check box 6a. Check the box on line 33b

b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) Name (first, initial, and last name) | (2) Under age 2 | (3) If age 2 or older, dependent's SSN | (4) Relationship | (5) Mos lived in home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
- lived with you: 0
- didn't live with you due to divorce or separation: 0

No. of other dependents listed on 6c: 0

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

Attach check or money order on top of any Forms W-2, W-2G, and W-2P.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 11,969 |
| 8a | Taxable interest income | 8a | 63 |
| 8b | Tax-exempt interest income | 8b | |
| 9 | Dividend income | 9 | |
| 10 | Taxable refunds of state and local income taxes, if any | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | |
| 14 | Capital gain distributions not reported on line 13 | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions 16a — 16b Taxable amount | 16b | |
| 17a | Total pensions and annuities 17a — 17b Taxable amount | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) | 20 | |
| 21a | Social Security benefits 21a — 21b Taxable amount | 21b | |
| 22 | Other income | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7-22. Your total income ▶ | 23 | 12,032 |

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction | 24a | |
| 24b | Spouse's IRA deduction | 24b | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN | 29 | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | 30 | 0 |

**Adj Gr Income** 31 Subtract line 30 from line 23. This is your adjusted gross income ▶ 31: 12,032

Left margin (cut off): 'E: ...nt processing, ...return like this ...tions): ...ns not ...a payer ...te. See ...per and include ...d. ...own on ...he form ...you are ...099-INT ...cable to ...Annual ...with the ...Forms ...yer". On ...d as the nominee

Exhibit C
297

H773 CF2067 12/11/90

09

Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 1991

For the year January 1–December 31, 1991, or other tax year beginning , 1991, ending , 19 | OMB No. 1545-0074

Label

Use IRS label. Otherwise, please print or type.

ALDO O. CROTTE
2444 BRYANT STREET
SAN FRANCISCO, CA 94110

Your social security number: 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

Spouse's social security number:

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? . . . Yes [ ] X No
If joint return, does your spouse want $1 to go to this fund? . . . Yes No
**Note:** Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household. If qualifying person is your child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶19 ).

**Exemptions**
6 a [X] **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who: • lived with you 0; • didn't live with you due to divorce or separation 0
No. of other dependents on 6c: 0

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed . . . Add numbers entered on lines above ▶ 1

**Income**

Please attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 9,304 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 61 |
| 8b | Tax-exempt interest income. DON'T include on line 8a . . 8b | | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | |
| 14 | Capital gain distributions not reported on line 13 | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions . . . 16a; 16b Taxable amount | 16b | |
| 17a | Total pensions and annuities 17a; 17b Taxable amount | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) | 20 | 842 |
| 21a | Social Security benefits . . 21a; 21b Taxable amount | 21b | |
| 22 | Other income (list type and amount) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7–22. This is your **total income** ▶ | 23 | 10,207 |

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 24a | Your IRA deduction | 24a | |
| 24b | Spouse's IRA deduction | 24b | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction | 26 | |
| 27 | Keogh retirement plan and self-employed SEP ded | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your **total adjustments** ▶ | 30 | 0 |

Exhibit C
298

298

**AGI**

| Line | Description | | Amount |
|---|---|---|---|
| 31 | Subtract line 30 from line 23. This is your **adjusted gross income** ▶ | 31 | 10,207 |

2A

Form **1040** Department of the Treasury Internal Revenue Service
**U.S. Individual Income Tax Return** **1994** (99) IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1994, or other tax year beginning , 1994, ending , 19 OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

MARIA A SAINEZ
2185 BURTON AVE
PITTSBURG CA 94656

Your social security number: 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
Spouse's social security no.

**Presidential Election Campaign** — Do you want $3 to go to this fund? / If a joint return, does your spouse want $3 to go to this fund? (Yes / No)
Note: Checking "Yes" will not change your tax or reduce your refund.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

**Filing Status** (See page 12.) Check only one box.

1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [X] Head of household (with qualifying person). (See page 13.) If qualifying person is a child but not your dependent, enter child's name here. ▶ ALDO CROTTE
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19 ). (See page 13.)

**Exemptions** (See page 13.)

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his/her tax return, **do not** check box 6a. But be sure to check box on line 33b on page 2 — No. of boxes checked on 6a and 6b: 1
b [ ] **Spouse**

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Chk. if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mo. lived in your home in 1994 |
|---|---|---|---|---|
| ALDO CROTTE | | 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 | Son | 12 |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 14.

No. of your children on 6c who:
- lived with you: 1
- didn't live with you due to divorce or separation (see page 14): 0

Dependents on 6c not entered above: 0

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 15.

Enclose, but do not attach, any payment with your return.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 14,568. |
| 8a | **Taxable** interest income (see page 15). Attach Schedule B if over $400 | 8a | 0. |
| b | **Tax-exempt** interest (see pg. 16). DON'T include on line 8a — 8b 0. | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 0. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 16) | 10 | 238. |
| 11 | Alimony received | 11 | 0. |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0. |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | 0. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 0. |
| 15a | Total IRA distributions — 15a 0. — b Taxable amount (see pg. 17) | 15b | 0. |
| 16a | Total pensions and annuities — 16a 0. — b Taxable amount (see pg. 17) | 16b | 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0. |
| 19 | Unemployment compensation (see page 18) 0. | 19 | 0. |
| 20a | Social security benefits — 20a 0. — b Taxable amount (see pg. 18) | 20b | 0. |
| 21 | Other income. | 21 | 0. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income.** ▶ | 22 | 14,806. |

**Adjustments to Income**

Caution: See instructions ▶

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | 0. |
| b | Spouse's IRA deduction (see page 19) | 23b | 0. |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | 0. |
| 25 | One-half of self-employment tax | 25 | 0. |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | 0. |
| 27 | Keogh retirement plan & self-employed SEP deduction | 27 | 0. |
| 28 | Penalty on early withdrawal of savings | 28 | 0. |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | 0. |
| | | | 0. |
| 30 | Add lines 23a through 29. These are your **total adjustments** ▶ | 30 | 0. |

**Adj. Gr. Income** 31 Subtract line 30 from line 22. This is your **adjusted gross income** ▶ 31 14,806.

Exhibit C
299

299

H733 104012 NTF 6710 Preparers Edition Form **1040** (1994)

Copyright Forms Software Only. 1994 Nelco, Inc. N9410401

Form 1040A (99) Department of the Treasury -- Internal Revenue Service

# U.S. Individual Income Tax Return 1994

IRS Use Only -- Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 16.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

Your first name & initial | Last name | Present home address | Apt. No. | City, town, or post office, state, & ZIP code

ALDO OMAR CROTTE
P. O. BOX
SAN FRANCISCO CA 94124

Your social security number 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

Spouse's social security no.

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

| Presidential Election Campaign Fund (See page 17.) | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Check the box for your filing**

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶

## 1994 W-2 and EARNINGS SUMMARY

**This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.**

1. The following information reflects your final 1994 paystub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 910.63 | Social Security Tax Withheld Box 4 of W-2 | 56.46 | CA State Income Tax Box 18 of W-2 | 5.51 |
| | | | | SUI/SDI Box 14 of W-2 | 11.84 |
| Fed. Income Tax Withheld Box 2 of W-2 | 74.86 | Medicare Tax Withheld Box 6 of W-2 | 13.20 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 910.63 | 910.63 | 910.63 | 910.63 |
| Reported W-2 Wages | 910.63 | 910.63 | 910.63 | 910.63 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISCO CA 94124

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 1994 AUTOMATIC DATA PROCESSING, INC.

FOLD AND DETACH HERE

g person is a child but not your
.... ▶ 19 ). (See page 19.)
on his or her tax
ne 18b on page 2.

No. of boxes checked on 6a and 6b: 0

endent's nship to ou | (5) No. of mos. lived in home in 1994

No. of your children on 6c who:
- lived with you: 0
- didn't live with you due to divorce or separation (see page 23): 0

Dependents on 6c not entered above: 0

Add numbers entered on lines above: 0

| Line | | Amount |
|---|---|---|
| 7 | | 911. |
| 8a | | 0. |
| | 0. | |
| 9 | | 0. |
| mount 26). 10b | | 0. |
| mount 27). 11b | | 0. |
| 12 | 0. | 0. |
| mount 31). 13b | | 0. |
| ▶ 14 | | 911. |

**Figure your adjusted gross income**

15a Your IRA deduction (see page 34). 15a 0.

b Spouse's IRA deduction (see page 34). 15b 0.

c Add lines 15a and 15b. These are your **total adjustments**. 15c 0.

16 Subtract line 15c from line 14. This is your **adjusted gross income**. If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned income credit" on page 44. ▶ 16 911.

Exhibit C
300

H733 1040A12C NTF 8681

Copyright Forms Software Only, 1994 Nelco, Inc. N94A1

Form **1040A** (99) Department of the Treasury – Internal Revenue Service

# U.S. Individual Income Tax Return 1994

IRS Use Only -- Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 16.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

Your first name & initial | Last name | Present home address | Apt. No. | City, town, or post office, state, & ZIP code

ALDO OMAR CROTTE

P. O. BOX

SAN FRANCISCO CA 94124

**Your social security number** 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

**Spouse's social security no.**

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

| **Presidential Election Campaign Fund** (See page 17.) | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Check the box for your filing status** (See page 17.) Check only one box.

1 [X] Single

2 [ ] Married filing joint return (even if only one had income)

3 [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶

4 [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶19 ). (See page 19.)

**Figure your exemptions** (See page 20.)

6a [ ] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 18b on page 2.

No. of boxes checked on 6a and 6b: 0

b [ ] **Spouse**

c **Dependents:**

If more than seven dependents, see page 23.

| (1) Name (first, initial, and last name) | (2) Ck. if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
- lived with you: 0
- didn't live with you due to divorce or separation (see page 23): 0

Dependents on 6c not entered above: 0

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed.

Add numbers entered on lines above: 0

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 25.

Enclose, but do not attach, any payment with your return.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2. | 7 | 911. |
| 8a | **Taxable** interest income (see page 25). If over $400, attach Schedule 1. | 8a | 0. |
| b | **Tax-exempt** interest. DO NOT include on line 8a. 8b 0. | | |
| 9 | Dividends. If over $400, attach Schedule 1. | 9 | 0. |
| 10a | Total IRA distributions. 10a 0. — 10b Taxable amount (see page 26). | 10b | 0. |
| 11a | Total pensions and annuities. 11a 0. — 11b Taxable amount (see page 27). | 11b | 0. |
| 12 | Unemployment compensation (see page 30). 0. | 12 | 0. |
| 13a | Social security benefits. 13a 0. — 13b Taxable amount (see page 31). | 13b | 0. |
| 14 | Add lines 7 through 13b (far right column). This is your **total income.** ▶ | 14 | 911. |

**Figure your adjusted gross income**

| Line | Description | | Amount |
|---|---|---|---|
| 15a | Your IRA deduction (see page 34). 15a 0. | | |
| b | Spouse's IRA deduction (see page 34). 15b | | |
| c | Add lines 15a and 15b. These are your **total adjustments.** | 15c | 0. |
| 16 | Subtract line 15c from line 14. This is your **adjusted gross income.** If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned income credit" on page 44. ▶ | 16 | 911. |

Exhibit C

301

H733 1040A12C NTF 8681

1994 Form 1040A page 1

Copyright Forms Software Only, 1994 Nelco, Inc. N94A1

33

| | |
|---|---|
| 1 Wages, tips, other comp. 5000.88 | 2 Federal income tax withheld 525.39 |
| 3 Social security wages 5000.88 | 4 Social security tax withheld 310.06 |
| 5 Medicare wages and tips 5000.88 | 6 Medicare tax withheld 72.51 |
| a Control Number 007165 XGL / Dept. 000123 | Corp. / Employer use only T 138 |
| c Employer's name, address, and ZIP code<br>MEDIACOPY<br>1739 DOOLITTLE DR<br>SAN LEANDRO CA 94577<br>Batch #510 | |
| b Employer's FED ID number 68-0063365 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other<br>50.02 CA SDI |
| 15 Stat emp. / Deceased / Pension plan | Legal rep. / Hshld. emp. / Deferred comp. |
| e/f Employee's name, address and ZIP code<br>ALDO CROTTE<br>P.O. BOX 24412<br>SAN FRANCISCO CA 94124 | |
| 16 State CA / Employer's state ID 324-8011-3 | 17 State wages, tips, etc. 5000.88 |
| 18 State income tax 54.30 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

**W-2** Employee Reference Copy Wage and Tax Statement **1995**

Copy C for Employee's Records. OMB No. 1545-0008

# 1995 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more de
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 1995 paystub plus any adjustments submitted by your emplo

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 5000.88 | Social Security Tax Withheld Box 4 of W-2 | 310.06 | CA. State Income Tax Box 18 of W-2 | 54.30 |
| | | | | SUI/SDI Box 14 of W-2 | 50.02 |
| Fed. Income Tax Withheld Box 2 of W-2 | 525.39 | Medicare Tax Withheld Box 6 of W-2 | 72.51 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 5,000.88 | 5,000.88 | 5,000.88 | 5,000.88 |
| **Reported W-2 Wages** | **5,000.88** | **5,000.88** | **5,000.88** | **5,000.88** |

3. Employee W-4 Profile To change your Employee W-4 Profile Information, file a new W-4 with your payroll d

**ALDO CROTTE**
**P.O. BOX 24412**
**SAN FRANCISCO CA 94124**

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 1995 AUTOMATIC DATA PROCESSING, INC.

FOLD AND DETACH HERE

Exhibit C
302

# California Resident Income Tax Return 1997

APE

540

FEDERAL RETURN ATTACHMENT REQUIRED: [ ] YES [X] NO

DO NOT ATTACH LABEL

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 SAIN 97
MARIA A SAINEZ

Do Not Write in These Spaces
P
AC
A
R
RP

**Step 1**

Name and Address

2185 BURTON AVENUE
PITTSBURG CA 94565-4179

FOR COMPUTERIZED USE ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 4 | 30 | 0 | 49 | 0 | 62 | 0 |
| 06 | 0 | 31 | 0 | 50 | 0 | APE | 0 |
| 09 | 0 | 35 | 0 | 51 | 0 | 3800 | 0 |
| 10 | 1 | 36 | 0 | 52 | 0 | 3803 | 0 |
| 12 | 34990 | 37 | 376 | 53 | 0 | CATMT | 0 |
| 14 | 525 | 38 | 1437 | 54 | 0 | SCHG1 | 0 |
| 16 | 0 | 39 | 0 | 55 | 0 | 5870A | 0 |
| 17 | 35008 | 41 | 0 | 56 | 0 | 5805 5805F | 0 |
| 18 | 7818 | 43 | 1061 | 57 | 0 | | |
| 20 | 512 | 44 | 0 | 58 | 1061 | | |
| 21 | 136 | 45 | 1061 | 59 | 0 | | |
| 23 | 0 | 46 | 0 | 61 | 0 | | |
| 28 | 0 | 47 | 0 | | | | |
| 29 | 0 | 48 | 0 | | | | |

**Step 2**
Filing Status
Check only one.

1 [ ] Single
2 [ ] Married filing joint return (even if only one spouse had income)
3 [ ] Married filing separate return. Enter spouse's SSN above and full name here ..........
4 [X] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter child's name here ......................
5 [ ] Qualifying widow(er) with dependent child. Enter year spouse died 19

**Step 3**
Exemptions

Do not enter dollar amounts in the boxes.
Attach check or money order and Form 540-V here.

6 If someone can claim you (or your spouse, if married) as a dependent on their tax return, check the box here .......... • 6 [ ]
7 Personal: If you checked box 1, 3, or 4 above, enter 1. If you checked box 2 or 5, enter 2. If you checked the box on line 6, see instructions .......... 7 1
8 Blind: If you (or if married, your spouse) are visually impaired, enter 1. If both are visually impaired, enter 2 .......... 8
9 Senior: If you (or if married, your spouse) are 65 or older, enter 1. If both are 65 or older, enter 2 ........ • 9
10 Dependents: Enter name and relationship. Do not include yourself, your spouse or the person listed on line 4.
ALDO O. CROTTE - CHILD
Enter the total no. of dependents 10 1
11 Total number of exemptions. Add line 7 through line 10 .......... 11 2

**Step 4**
Taxable Income

Attach copy of your Form(s) W-2, W-2G and 1099-R here.

12 State wages from your Form(s) W-2, box 17 .......... • 12 34,990.
13 Federal AGI from Form 1040, line 32; Form 1040A, line 16; Form 1040EZ, line 4; or TeleFile Tax Record, line H .... 13 35,533.
14 California adjustments — subtractions. Enter the amount from Schedule CA (540), line 32, column B .......... • 14 525.
15 Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions .......... 15 35,008.
16 California adjustments — additions. Enter the amount from Schedule CA (540), line 32, column C .......... • 16
17 California adjusted gross income. Combine line 15 and line 16 .......... • 17 35,008.
18 Enter your CA **standard deduction OR** your CA **itemized deductions** .......... • 18 7,818.
19 Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- .......... 19 27,190.

**Step 5**
Tax

20 Tax. Check if from [X] Tax Table [ ] Tax Rate Schedule [ ] FTB 3800 or [ ] FTB 3803 .......... 20 512.
21 Exemption credits. Check one: [X] Flowchart [ ] Federal AGI limit or [ ] CA TMT limit .... • 21 136.
22 Subtract line 21 from line 20. If less than zero, enter -0- .......... 22 376.
23 Tax. Check if from [ ] Schedule G-1 and [ ] form FTB 5870A .......... • 23
24 Add line 22 and line 23 .......... 24 376.

Exhibit C 303

For Privacy Act Notice, see instructions.

Continue to Side 2

CAIA3912 12/10/97

303

-25



HDC
Human Dynamics Corporation
"The Smart Alternative"

Starving Students CA,TX,W

| | |
|---|---|
| CHECK # | 4694309 |
| PERIOD ENDING | 12/15/02 |
| CHECK DATE | 12/19/02 |

| | |
|---|---|
| EE ID | 04010012350 |
| DEPT | 00038 |

ALDO CROTTE
P.O BOX 24412
SAN FRANCISCO, CA 94124

| EARNINGS | RATE | HOURS | AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Regular | 11.00 | 41.75 | 459.25 | 778.25 |
| Commiss | | | 3.60 | 9.60 |
| Dead Ti | 6.75 | 1.00 | 6.75 | 6.75 |
| Overtim | 5.50 | 2.75 | 15.13 | 61.88 |
| GROSS | | | 484.73 | 856.48 |

| | |
|---|---|
| SSN | 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 |
| FEDERAL | S 99 |
| STATE | S 99 |

| DEDUCTION | AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed WH | 0.00 | 0.00 |
| FI SS | 30.05 | 53.10 |
| FI Med | 7.03 | 12.42 |
| CA WH | | .00 |
| CA Disabil | 4.36 | 7.71 |
| NET | 443.29 | |

Exhibit C
304



)2 ederal Income Tax Summary Page 1

ALDO OMAR CROTTE 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

| NCOME | |
|---|---|
| Wages, salaries, tips, etc | 3,039 |
| Total income | 3,039 |
| **ADJUSTMENTS TO INCOME** | |
| Total adjustments | 0 |
| Adjusted gross income | 3,039 |
| **ITEMIZED DEDUCTIONS** | |
| Taxes | 51 |
| Total itemized deductions | 51 |
| **TAX COMPUTATION** | |
| Standard deduction | 4,700 |
| Larger of itemized or standard deduction | 4,700 |
| Income prior to exemption deduction | -1,661 |
| Exemption deduction | 3,000 |
| Taxable income | -4,661 |
| Tax before credits | 0 |
| **CREDITS** | |
| Total credits | 0 |
| Tax after credits | 0 |
| **OTHER TAXES** | |
| Total tax | 0 |
| **PAYMENTS** | |
| Federal income tax withheld | 186 |
| Earned income credit | 231 |
| Total payments | 417 |
| **REFUND OR AMOUNT DUE** | |
| Amount overpaid | 417 |
| Amount refunded to you | 417 |
| Amount you owe | 0 |
| **TAX RATES** | |
| Marginal tax rate | 0.0% |

Exhibit C
305

27

TAX CARE
1310-D MONUMENT BLVD
CONCORD, CA 94520
(925) 688-1400

February 10, 2003

ALDO OMAR CROTTE
P.O BOX 24412
SAN FRANCISCO, CA 94124-0412

Dear Aldo Omar,

Your 2002 Federal Individual Income Tax return will be electronically filed with the Internal Revenue Service. No tax is payable with the filing of this return. You will receive a refund of $417.

Your 2002 California Individual Income Tax Return will be electronically filed with the State of California. No tax is payable with the filing of this return. You will receive a refund of $24.

Please be sure to call if you have any questions.

Sincerely,

3/10/03

Tanvir Choudhary

Exhibit C
306



55

Starving Students CA,TX,W

| | |
|---|---|
| CHECK # | 4732634 |
| PERIOD ENDING | 12/28/03 |
| CHECK DATE | 12/31/03 |

| | |
|---|---|
| EE ID | 04010012350 |
| DEPT | 00038 |

ALDO CROTTE
P.O BOX 24412
SAN FRANCISCO, CA 94124

| | |
|---|---|
| SSN | 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 |
| FEDERAL | S 99 |
| STATE | S 99 |

| EARNINGS | RATE | HOURS | AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dead Ti | 6.75 | 20.00 | 135.00 | 3817.14 |
| Regular | | | | 4761.05 |
| Overtim | | | | 174.65 |
| Commiss | | | | 19.44 |
| Other E | | | | 15.69 |
| GROSS | | | 135.00 | 8787.97 |

| DEDUCTION | AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed WH | 0.00 | 0.00 |
| FI SS | 8.37 | 544.88 |
| FI Med | 1.96 | 127.48 |
| CA WH | | .00 |
| CA Disabil | 1.22 | 79.15 |
| NET | 123.45 | |

Exhibit C
307

39

Page 1

03 Calii .iia Income Tax Summary 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

ALDO OMAR CROTTE

| | 2003 | 2002 | Diff |
|---|---|---|---|
| **FEDERAL ADJUSTED GROSS INCOME** | | | |
| Federal adjusted gross income | 8,788 | 3,039 | 5,749 |
| **ADJUSTED GROSS INCOME** | | | |
| Adjusted gross income | 8,788 | 3,039 | 5,749 |
| **ITEMIZED DEDUCTIONS** | | | |
| Federal itemized deductions | 79 | 51 | 28 |
| Less state, local and foreign taxes | 79 | 51 | 28 |
| California itemized deductions | 0 | 0 | 0 |
| California standard deduction | 3,070 | 3,004 | 66 |
| **TAX COMPUTATION** | | | |
| Total taxable income | 5,718 | 35 | 5,683 |
| Tax | 57 | 0 | 57 |
| Exemption credits | 82 | 80 | 2 |
| Net tax | 0 | 0 | 0 |
| **CREDITS** | | | |
| Renter's credit | 60 | 60 | 0 |
| Total tax less credits | 0 | 0 | 0 |
| **PAYMENTS** | | | |
| California income tax withheld | 0 | 24 | -24 |
| Total payments | 0 | 24 | -24 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid | 0 | 24 | -24 |
| Amount you owe | 0 | 0 | 0 |
| Amount refunded to you | 0 | 24 | -24 |
| **TAX RATES** | | | |
| Marginal tax rate | 1.0% | 1.0% | 0.0% |

Exhibit C
308

3

# Federal Income Tax Summary

Page 1

ALDO OMAR CROTTE 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

| | 2003 | 2002 | Diff |
|---|---|---|---|
| **ICOME** | | | |
| Wages, salaries, tips, etc | 8,788 | 3,039 | 5,749 |
| Total income | 8,788 | 3,039 | 5,749 |
| **DJUSTMENTS TO INCOME** | | | |
| Total adjustments | 0 | 0 | 0 |
| Adjusted gross income | 8,788 | 3,039 | 5,749 |
| **EMIZED DEDUCTIONS** | | | |
| Taxes | 79 | 51 | 28 |
| Total itemized deductions | 79 | 51 | 28 |
| **AX COMPUTATION** | | | |
| Standard deduction | 4,750 | 4,700 | 50 |
| Larger of itemized or standard deduction | 4,750 | 4,700 | 50 |
| Income prior to exemption deduction | 4,038 | -1,661 | 5,699 |
| Exemption deduction | 3,050 | 3,000 | 50 |
| Taxable income | 988 | -4,661 | 5,649 |
| Tax before credits | 99 | 0 | 99 |
| **REDITS** | | | |
| Total credits | 0 | 0 | 0 |
| Tax after credits | 99 | 0 | 99 |
| **OTHER TAXES** | | | |
| Total tax | 99 | 0 | 99 |
| **PAYMENTS** | | | |
| Federal income tax withheld | 0 | 186 | -186 |
| Earned income credit | 188 | 231 | -43 |
| Total payments | 188 | 417 | -229 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid | 89 | 417 | -328 |
| Amount refunded to you | 89 | 417 | -328 |
| Amount you owe | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate | 10.0% | 0.0% | 10.0% |
| Effective tax rate | 10.0% | 0.0% | 10.0% |

Exhibit C
309



**ion**solutions
*A business solutions provider*

Starving Students CA,TX,W

| CHECK # | 4756722 |
|---|---|
| PERIOD ENDING | 08/29/04 |
| CHECK DATE | 09/03/04 |

| EE ID | 04010012350 |
|---|---|
| DEPT | 00038 |

ALDO CROTTE
P.O BOX 24412
SAN FRANCISCO, CA 94124

| EARNINGS | RATE | HOURS | AMOUNT | YEAR TO DATE |
|---|---|---|---|---|
| Dead Ti | 6.75 | 20.00 | 135.00 | 4536.00 |
| Vac lea | 11.00 | 68.00 | 748.00 | 748.00 |
| Regular | | | | 135.00 |
| GROSS | | | 883.00 | 5419.00 |

| SSN | 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 |
|---|---|
| FEDERAL | S 99 |
| STATE | S 99 |

| DEDUCTION | AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed WH | 0.00 | 0.00 |
| FI SS | 54.75 | 335.99 |
| FI Med | 12.80 | 78.66 |
| CA WH | | .00 |
| CA Disabil | 10.42 | 63.84 |
| NET | 805.03 | |



# Federal Income Tax Summary

ALDO OMAR CROTTE 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

| | 2004 | 2003 | Diff |
|---|---|---|---|
| **INCOME** | | | |
| Wages, salaries, tips, etc. | 5,419 | 8,788 | -3,369 |
| Total income | 5,419 | 8,788 | -3,369 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments | 0 | 0 | 0 |
| Adjusted gross income | 5,419 | 8,788 | -3,369 |
| **ITEMIZED DEDUCTIONS** | | | |
| Taxes | 363 | 79 | 284 |
| Total itemized deductions | 363 | 79 | 284 |
| **TAX COMPUTATION** | | | |
| Standard deduction | 4,850 | 4,750 | 100 |
| Larger of itemized or standard deduction | 4,850 | 4,750 | 100 |
| Income prior to exemption deduction | 569 | 4,038 | -3,469 |
| Exemption deduction | 3,100 | 3,050 | 50 |
| Taxable income | -2,531 | 988 | -3,519 |
| Tax before credits | 0 | 99 | [illegible] |
| **CREDITS** | | | |
| Total credits | 0 | 0 | 0 |
| Tax after credits | 0 | 99 | -99 |
| **OTHER TAXES** | | | |
| Total tax | 0 | 99 | -99 |
| **PAYMENTS** | | | |
| Earned income credit | 390 | 188 | 202 |
| Total payments | 390 | 188 | 202 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid | 390 | 89 | 301 |
| Amount refunded to you | 390 | 89 | 301 |
| Amount you owe | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate | 0.0% | 10.0% | -10.0% |
| Effective tax rate | 0.0% | 10.0% | -10.0% |

Exhibit C
311

004 **California Income Tax Summary** **Page 1**

ALDO OMAR CROTTE 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

| | 2004 | 2003 | Diff |
|---|---|---|---|
| **FEDERAL ADJUSTED GROSS INCOME** | | | |
| Federal adjusted gross income | 5,419 | 8,788 | -3,369 |
| **ADJUSTED GROSS INCOME** | | | |
| Adjusted gross income | 5,419 | 8,788 | -3,369 |
| **ITEMIZED DEDUCTIONS** | | | |
| Federal itemized deductions | 363 | 79 | 284 |
| Less state, local and foreign taxes | 363 | 79 | 284 |
| California itemized deductions | 0 | 0 | 0 |
| California standard deduction | 3,165 | 3,070 | 95 |
| **TAX COMPUTATION** | | | |
| Total taxable income | 2,254 | 5,718 | -3,464 |
| Tax | 23 | 57 | -34 |
| Exemption credits | 85 | 82 | 3 |
| Net tax | 0 | 0 | 0 |
| **CREDITS** | | | |
| Renter's credit | 60 | 60 | 0 |
| Total tax less credits | 0 | 0 | 0 |
| **PAYMENTS** | | | |
| California income tax withheld | 0 | 0 | 0 |
| Total payments | 0 | 0 | 0 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount overpaid | 0 | 0 | 0 |
| Amount you owe | 0 | 0 | 0 |
| **TAX RATES** | | | |
| Marginal tax rate | 1.0% | 1.0% | 0.0% |

Exhibit C
312

44

# EXHIBIT D

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

March 31, 2006
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP)) DOI:05/28/03

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 579103

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| March 31, 2006 | 146749 | May 28, 2003 | ******** | ******** |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | COMPROMISE AND RELEASE |

PAY ** Eighteen Thousand , Four Hundred and Twenty Five Dollars **

AMOUNT
$ 18,425.00

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

Exhibit D

TO THE ORDER OF:
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

312

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

313

⑈579103⑈ ⑆061112788⑆ 3299777815⑈

58

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

January 16, 2006
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 1-3-2006 - TO - 1-16-2006

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 452772

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| January 16, 2006 | 146749 | May 28, 2003 | January 3, 2006 | January 16, 2006 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

314

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

314

⑈452772⑈ ⑆061112788⑆ 3299777815⑈

59

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

January 30, 2006
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 1-17-2006-To-1-30-2006

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 480251

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| January 30, 2006 | 146749 | May 28, 2003 | January 17, 2006 | January 30, 2006 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D
315

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈480251⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISCO, CA 94124

January 30, 2006
Our Ref : 146749 - PD-4B

**RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP)) DOI:05/28/03**

Permanent Disability payments are ending because we have advanced all of the permanent disability benefits owed to you.

Our records show you have been paid Permanent Disability benefits totalling $5,500.00. These benefits were paid as follows:

| Type | Weekly Rate ($) | From | Through | Weeks | Days | Total Amount ($) |
|---|---|---|---|---|---|---|
| Lump Sum (01/30/06) | | | | | | 260.74 |
| Regular | 185 | 08/02/05 | 01/30/06 | 26 | 0 | 4,810.00 |
| Regular | 158.15 | 08/05/04 | 08/23/04 | 2 | 5 | 429.26 |

Although you are represented by an attorney, the state requires that I advise you of your remedies.

Please call if you have any questions. If you want further information, you may contact the local state Information and Assistance office by calling (415) 703-5020 or you may receive recorded information by calling 1-800-736-7401.

You may also consult an attorney of your choice. Should you decide to be represented by an attorney, you may or may not receive a larger award, but, unless you are determined to be ineligible for an award, the attorney's fee will be deducted from any award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits.

You may also apply to the Workers' Compensation Appeals Board to resolve a dispute.

Sincerely,
Brigitte Khani
Claims Examiner

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 480624

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| January 30, 2006 | 146749 | May 28, 2003 | ******** | ******** |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Two Hundred and Sixty Dollars and 74 Cents **

AMOUNT
$260.74

Exhibit D
316

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISCO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈480624⑈ ⑆061112788⑆ 3299727815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

August 29, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 8-16-2005 - TO - 8-29-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 229705

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| August 29, 2005 | 146749 | May 28, 2003 | August 16, 2005 | August 29, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

TO THE ORDER OF

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

317

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

December 30, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 12-20-2005 - TO - 1-02-2006

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 427997

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| December 30, 2005 | 146749 | May 28, 2003 | December 20, 2005 | January 2, 2006 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

318

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

318

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

December 19, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 12-06-2006 - TO - 12-19-2006

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK • HOLD AT AN ANGLE TO VIEW

**TheZenith**

**DEKALB COUNTY OFFICE**
**BANK OF AMERICA, N.A.**
Atlanta, Dekalb County, GA, 30345

**BR 409859**

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| December 19, 2005 | 146749 | May 28, 2003 | December 6, 2005 | December 19, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

Exhibit D
319

⑈409859⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

December 5, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 11-22-2005 - TO - 12-05-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 384902

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| December 5, 2005 | 146749 | May 28, 2003 | November 22, 2005 | December 5, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

320

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

320

⑈384902⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

November 21, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 11-08-2005 - TO - 11-21-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

TheZenith

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 365119

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| November 21, 2005 | 146749 | May 28, 2003 | November 8, 2005 | November 21, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

321

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

321

⑈365119⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

November 7, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370 00 10-25-2005 — 11-07-05

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 342023

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| November 7, 2005 | 146749 | May 28, 2003 | October 25, 2005 | November 7, 2005 |

64-1278
611

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

AMOUNT

PAY ** Three Hundred and Seventy Dollars **

$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

322

TO THE ORDER OF

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

322

⑈342023⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

October 24, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 10-11-2005 TO - 10-24-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 321164

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| October 24, 2005 | 146749 | May 28, 2003 | October 11, 2005 | October 24, 2005 |

64-1278
611

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

323

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

323

⑈321164⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 9412

October 10, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 9-27-2005 - TO - 10-10-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 296645

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| October 10, 2005 | 146749 | May 28, 2003 | September 27, 2005 | October 10, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

Exhibit D

324

TO THE ORDER OF

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

324

⑈296645⑈ ⑆061112788⑆ 3299777815⑈

69-

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

September 26, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$370.00 9-13-05 — 9-26-05

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 269073

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| September 26, 2005 | 146749 | May 28, 2003 | September 13, 2005 | September 26, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

325

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

September 12, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$770.00 8-30-2005 – 9-12-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

TheZenith

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 247635

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| September 12, 2005 | 146749 | May 28, 2003 | August 30, 2005 | September 12, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

326

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

326

⑈247635⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

March 30, 2006
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP)) DOI:05/28/03

Please find attached our check # 576955 for $280.41.
This check pays your vocational rehabilitation supplementary payment.

If you have any questions, please call me at (818) 713-1000.

Sincerely,
Brigitte Khani
Claims Examiner

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

TheZenith

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 576955

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| March 30, 2006 | 146749 | May 28, 2003 | ******** | ******** |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | Attorney's Fees |

PAY ** Two Hundred and Eighty Dollars and 41 Cents **

AMOUNT
280.41

Exhibit D

327

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

327

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

July 11, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$278.34 - 6-28-05 - 7-11-05

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 990913

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| July 11, 2005 | 146749 | May 28, 2003 | June 28, 2005 | July 11, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | Voc. Rehab. Maintenance Allowance |

PAY ** Two Hundred and Seventy Eight Dollars and 34 Cents **

AMOUNT
$ 278.34

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

328

TO THE ORDER OF

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

328

⑈990913⑈ ⑆061112788⑆ 3299777815⑈

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

July 25, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$278.34 7-12-05 – 7-25-05

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 169093

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| July 25, 2005 | 146749 | May 28, 2003 | July 12, 2005 | July 25, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | Voc. Rehab. Maintenance Allowance |

PAY ** Two Hundred and Seventy Eight Dollars and 34 Cents **

AMOUNT
$278.34

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

329

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

329

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

August 1, 2005
Our Ref : 146749
Your Ref : N/A

RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP) ) DOI:05/28/03

$139.17 = 7-26-05 — 8-01-2005

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 182062

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| August 1, 2005 | 146749 | May 28, 2003 | July 26, 2005 | August 1, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | Voc. Rehab. Maintenance Allowance |

PAY ** One Hundred and Thirty Nine Dollars and 17 Cents **

AMOUNT
$ 139.17

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

330

TO THE ORDER OF

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

330

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

August 15, 2005
Our Ref : 146749 - PD-2

**RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP)) DOI:05/28/03**

We are resuming payments for Permanent Disability benefits.

The reason for the resumption of benefits is you are no longer receiving Vocational Rehabilitation benefits.

The enclosed check in the amount of $370.00 pays you from 08/02/05 through 08/15/05. Payments will be sent to you every two weeks on Monday until until we have advanced a total of $5,500.00 of permanent disability benefits.

We will continue to provide any other benefits due you as outlined in the pamphlet previously sent to you. You may contact a state Information and Assistance Officer with the Division of Workers' Compensation for free information by calling (415) 703-5020.

Sincerely,
Melissa Greco
Claims Examiner

cc: ROBERT K. WYMAN
HAFFORD, ARNOLD
GEORGE HIDA

ZENITH P.O. Box 9055, Van Nuys, CA 91409 (818) 713-1000

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**TheZenith**

DEKALB COUNTY OFFICE
BANK OF AMERICA, N.A.
Atlanta, Dekalb County, GA, 30345

BR 206254

64-1278
611

| DATE OF CHECK | CLAIM NUMBER | DATE OF INJURY | PAYMENT FROM | PAYMENT THRU |
|---|---|---|---|---|
| August 15, 2005 | 146749 | May 28, 2003 | August 2, 2005 | August 15, 2005 |

| CLAIMANT | PAYMENT TYPE |
|---|---|
| ALDO CROTTE | PERMANENT DISABILITY ADVANCE |

PAY ** Three Hundred and Seventy Dollars **

AMOUNT
$ 370.00

Exhibit D

VOID AFTER 6 MONTHS
All Checks Require Two Signatures

331

TO THE ORDER OF
ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈206254⑈ ⑆061112788⑆ 3299777815⑈

76




# WORLDWIDE

## educational services of CA

2280 Diamond Boulevard, Suite 330
Concord, California 94520
TEL: (510) 798-2000
FAX: (510) 798-5314

e-mail: wcsoc@ix.netcom.com
website: worldwideeducsvsofca.com

Waiver
Release of Liability Form

I, ALDO OMAR CROTTE (name of participant) am attending a Forklift Training (program/activity) on JAN 15, 2005 (date of activity) at 2280 Diamond Blvd. Suite 330 (location of activity)

I understand that Worldwide Educational Services, its officers, employees and agents assume no liability for injury, accident, illness, death or property damage resulting from or in any way connected with this event.

I understand the parameters involved in this program/activit: I have read this statement and fully understand its contents. I am aware that this is a release of liability of Worldwide Educational Services, its officers, employees or agents and sign this statement of my own free will.

Signature Aldo Omar Crotte

DATE Jan -15-2005

Exhibit D
332



**WORLDWIDE**

**educational services of CA**

2280 Diamond Boulevard, Suite 330
Concord, California 94520
TEL: (510) 798-2000
FAX: (510) 798-5314

e-mail: wesoc@ix.netcom.com
website: worldwideeducsvsofca.com

Waiver
Release of Liability Form

I, ALDO OMAR CRÔTTE am attending a Forklift Training
(name of participant) (program/activity)

on JAN 15, 2005 at 2280 Diamond Blvd. Suite 330
(date of activity) (location of activity)

I understand that Worldwide Educational Services, its officers, employees and agents assume no liability for injury, accident, illness, death or property damage resulting from or in any way connected with this event.

I understand the parameters involved in this program/activity. I have read this statement and fully understand its contents. I am aware that this is a release of liability of Worldwide Educational Services, its officers, employees or agents and sign this statement of my own free will.

Signature Aldo Omar Crôtte

DATE Jan -15-2005

Exhibit D
333

# EXHIBIT E

# Pittsburg Adult Education Center

Pittsburg, California

## Certificate of Achievement

This is to verify that

ALDO CROTTE

has successfully demonstrated competence in:

COMPUTER BASICS 12 WEEKS

MARCH 4, 2005

Date

Marlene G. Ward
Instructor

[signature]
Principal

Exhibit E
334



# Pittsburg Adult Education Center

Pittsburg, California

## Certificate of Completion

This is to verify that

ALDO CROTTE

has successfully completed
and demonstrated competence in:

WORD PROCESSING / BUSINESS SKILLS

JUNE 3, 2005

Date

Instructor

Principal

Exhibit E
335

(3)

# WORLDWIDE EDUCATIONAL SERVICES OF CALIFORNIA, INC.

*is proud to award this*

*Certificate*

*to*

*Aldo Crôtte*

*for successful completion of*

*Forklift Safety as required by Cal/OSHA Title 8, Section 3664a*

*on*

*January 15, 2005*

Instructor

AWARDED THIS DAY AT:
2280 Diamond Boulevard, #330
Concord, CA 94520

Exhibit E
336

LITHO IN U.S.A.

# EXHIBIT F

**Jeff Malmuth & Co.** Since 1992 CAREER AND VOCATIONAL SERVICES BILINGUAL SPANISH

## VOCATIONAL REHABILITATION PROGRESS REPORT # 7

| | |
|---|---|
| Claims Administrator: Zenith-Woodland Hills | Employee: Aldo Omar Crotte |
| Address: 21255 Califa Street | Claim #: 146749 — DOI: 5/28/03 |
| City/State/Zip: Woodland Hills, CA 91367 | Employer: Starving Students, Inc. |
| Contact Name: Robin Lennon | Report Date: May 26, 2005 — Period Covered: 3/30/05 - 5/25/05 |
| Anticipated Plan Submission Date: TBA | Date Vocational Feasibility: 8/10/04 |
| Plan Goal: Fork Lift Driver — Plan Start 11/29/04 | Plan Completion Date: 8/1/05 |
| Dates of Meetings/Appointments/Classes: Attended: Please see attached report | Dates Missed Meetings/Appointments/Classes: Please see attached report |

Services Provided: Vocational services.

Summary of Activities and Comments: Spoke with client. His hand has been hurting lately. He has been doing [illegible] light typing in class to minimize the discomfort. Informed him that in a few weeks will begin job placement.

Recommendations/Plan of Action: **Continue Services**

Next Reporting Date: 6/25/05

| | | |
|---|---|---|
| Jeff Malmuth, M.S., CRC<br>Telephone: 415-362-7005 | Signature: [signature] | Date: May 26, 2005 |

| Attachments: | Copies Sent To: | |
|---|---|---|
| Letters<br>Itemized Report<br>Itemized Invoice<br>Report Preparation Time: .5= 30min. minutes | Deborah Lieberman, Esq.<br>Arnold A. Hafford, Esq.<br>Aldo Omar Crotte | Phase 0 0.00<br>Phase A 2,944.50<br>Phase B [illegible]<br>Phases Total 3,354.00 |

Exhibit F
337

DWC Form RU-121 (Revised 9/98)

San Francisco • Concord • Fremont • Berkeley • Redwood City • Petaluma • Santa Rosa • Daly City
Tel (415) 362 7005 Fax (415) 362 7040





/ISION OF WORKERS' COMPENSATIC

WORKEHS' COMPENSATION APPEALS BOARD

# NOTICE OF HEARING

**DATE OF SERVICE:** *07/20/2006*

**WCAB CASE NBR(s):** *SFO 0470255*

**EMPLOYEE:** *ALDO O. CROTTEE*

**EMPLOYER:** *STARVING STUDENTS MOVING CO*

**INSURER:** *HUMAN DYNAMICS CORP*

**TYPE OF HEARING:** *STATUS CONFERENCE*

**DATE OF HEARING:** *08/10/2006 THURSDAY*

**TIME OF HEARING:** *1:30*

**LENGTH OF HEARING:**

**LOCATION:** *455 GOLDEN GATE AVE., 2ND FLOOR*
*SAN FRANCISCO CA 94102*

**JUDGE:** *DAVID HETTICK*
*(415) 703-5039*

**SPECIAL COMMENTS/INSTRUCTIONS:**

You are hereby notified that the above entitled case is set for hearing before the Division of Workers' Compensation of the State of California. Continuances are not favored and will be granted only upon clear showing of good cause. Please arrive before scheduled appearance time.

NOTICE TO PARTIES: **Disability accommodation is available upon request.** Any person with a disability requiring an accommodation, auxiliary aid or service, or a modification of policies or procedures to ensure effective communication and access to the programs of the Division of Workers' Compensation, should contact the **Disability Accommodation Coordinator** at the local District Office of the WCAB, or **the state-wide Disability Accommodation Coordinator at 1-866-681-1459 (toll free). The state-wide Coordinator can also be reached through the California Relay Service, by dialing 711 or 1-800-735-2929 (TTY) or 1-800-855-3000 (TTY-Spanish).**

Exhibit F

338

Accommodations can include modifications of policies or procedures or provision of auxiliary aids or services. Accommodations include, but are not limited to, an Assistive Listening System (ALS), a Computer-Aided Transcription System or Communication Access Realtime Translation (CART), a sign language interpreter, documents in Braille, large print or on computer disk, and audio cassette recording. Accommodation requests should be made as soon as possible. Requests for an ALS or CART should be made no later than five (5) days before the hearing.

NOTICE TO INSURER: The employer will not receive Notice of Hearing.



## BUDGET FOR VOCATIONAL REHABILITATION PLAN EXPENDITURES

Identify incurred and estimated costs for this rehabilitation plan. For injuries on or after 1/1/94, the maximum expenditure for vocational rehabilitation expenses shall not exceed $16,000.

### RESOURCES TO EMPLOYEE

$ 158.15 Weekly VRMA Rate $ 12% withheld for attorney fees; $139.17 Payment to employee

VRMA/VRTD paid prior to plan (including attorney fees) Total: $ 2,552.99

Dates: From 7/2204 to 8/4/04 8 /2204 to 11/28/04 (113 days )

VRMA/VRTD to be paid during plan (including attorney fees) Total: $ 5,557.84

Dates: From 11/29/04 to 8/1/05 (246 days)

Transportation Expenses to be paid as follows: $ .34 per mile Total: $ 500.00

### PLAN EXPENDITURES

Training/Tuition fees, if any (specific recipient): $Worldwide Education Total: $ 425.00

Other Costs (specific type, recipient and method of payment)

Pitsburg Adult School $______ / ______ Total: $ 1,714.00

School Supplies $______ / ______ Total: $ 100.00

### [illegible]

(List Evaluation and Plan Development fees to date and estimated fees for Plan Monitoring and Placement)

Phase I: Evaluation $______ DOI's on /after 1/1/94 where VR was initiated on /after 1/1/98

Plan Monitoring $______ Phase B: $ 1,400.00

Phase II: Placement $______ Total: $4,400.00

TOTAL ESTIMATE OF PLAN EXPENDITURES: $15,549.83

### ADDITIONAL RESOURCES TO EMPLOYEE

Permanent Disability Supplement paid to date: $______ / Week Total: $______

Permanent Disability Supplement to be paid: $______ / Week Total: $______

______ $______ / ______ Total: $______

### SECTION C

1.List results of vocational testing, if any, and how they support the vocational objective: RAVEN:"definitely above the average in intellectual capacity", if a score lies at or above the 75th percentile; (It may be designated II + if it lies at or above the 90th percentile) for people of the same age-group.

2.Describe why this employee will be employable in the vocational objective of this plan. Include assessment of labor market.
The LM / Employment Development Department / Occupational Outlook Handbook supports this objective.Employment of heavy vehicle and mobile equipment service technicians and mechanics is expected to grow slower than the average for all occupations through the year 2012.

INITIALS

A. O. E. [signature]

Exhibit F

339

ALDO CROTTE
P.O. BOX 24412
SAN FRANCISO, CA 94124

January 30, 2006
Our Ref : 146749 - PD-4B

**RE: ALDO CROTTE (STARVING STUDENTS INC. (A CORP)) DOI:05/28/03**

cc: ROBERT K. WYMAN
HAFFORD, ARNOLD
GEORGE HIDA

Exhibit F
340

**Jeff Malmuth & Co.** Since 1992 CAREER AND VOCATIONAL SERVICES BILINGUAL SPANISH

## VOCATIONAL REHABILITATION PROGRESS REPORT # 4

| | | |
|---|---|---|
| Claims Administrator: Zenith-Woodland Hills | Employee: Aldo Omar Crotte | |
| Address: 21255 Califa Street | Claim #: 146749 | DOI: 5/28/03 |
| City/State/Zip: Woodland Hills, CA 91367 | Employer: Starving Students, Inc. | |
| Contact Name: Robin Lennon | Report Date: January 6, 2005 | Period Covered: 10/19/04 - 12/15/04 |
| Anticipated Plan Submission Date: TBA | Date Vocational Feasibility: 8/10/04 | |
| Plan Goal: Fork Lift Driver | Plan Start 11/29/04 | Plan Completion Date:8/1/05 |
| Dates of Meetings/Appointments/Classes: Attended: Please see attached report | Dates Missed Meetings/Appointments/Classes: Please see attached report | |

Services Provided: Vocational services.

Summary of Activities and Comments: Client meeting: Aldo is enjoying his computer class. He is learning very much and likes the way the teacher presents the materials. Informed him that the carrier has concerns about the plan.

Recommendations/Plan of Action: **Continue Services**

Next Reporting Date: 1/15/05

| | | |
|---|---|---|
| Jeff Malmuth, M.S., CRC<br>Telephone: 415-362-7005 | Signature: | Date: January 6, 2005 |

Attachments:
- Letters
- Itemized Report
- Itemized Invoice

Report Preparation Time: .5= 30min. minutes

Copies Sent To:
Deborah Lieberman, Esq.
Arnold A. Hafford, Esq.
Aldo Omar Crotte

| | |
|---|---|
| Phase 0 | 0.00 |
| Phase A | 2,879.50 |
| Phase B | 0.00 |
| Phases Total | 2,879.50 |

Exhibit F
341

DWC Form RU-121 (Revised 9/98)

(12)

**Jeff Malmuth & Co.** Since 1992
CAREER AND VOCATIONAL SERVICES
BILINGUAL SPANISH

**The Flood Building**
**(BART Powell Station)**
**870 Market Street, Suite 579**
**San Francisco, CA 94102**
Tel. (415) 362-7005 • Fax (415) 362-7040
jmalmuth@aol.com
www.jmalmuth.com

**Berkeley** - 1636 California Street, Suite C
**Concord** - 2827 Concord Boulevard
**Fremont** - 38750 Paseo Padre Parkway, Suite A-9
**Redwood City** - 40 Birch Street, Suite B
**Santa Rosa** - 451 College Avenue, Suite D

Jeff Malmuth, M.S., CRC
Pamela Rosenthal, M.A., MFT
Michele Alba, B.A.
Linda Kohl, B.A.
Elva Reyes, B.A.
Denise Resnikoff, QRR
Jesus Arroyo, QRR

Administrative Manager
Edward A. Rivas-Duke

Early Return To Work
Essential Function Job Analyses / Job Descriptions
F.E.H.A. Evaluations (Interactive Process)
A.D.A. Evaluations
Labor Market Research
Career Counseling
Professional Résumés
Vocational Evaluations
Expert Testimony

January 6, 2005

Zenith-Woodland Hills
21255 Califa Street
Woodland Hills, CA 91367
Attn: Robin Lennon

**Re: Aldo Omar Crotte**
**Cl : 146749**
**DOI: 5/28/03**
**QIW: Post 1994**

**REHABILITATION REPORT NO. 4**

**Summary of contacts**

< 10/19/04 > Spoke with carrier for update on case.

< 10/22/04 > Client meeting: Aldo contacted the adult schools regarding obtaining his GED. He needs to have at least one year of high school to apply for his GED. He contacted the Forklift school and spoke with a woman who explained the inventory procedures.
[1.0LE-A-35]

< 10/26/04 > Job analysis. Forklift Driver. [.6LE-A-35]

< 10/26/04 > Contact with parties regarding job analysis to doctor requesting comment on appropriateness of proposed vocational objective. [.3LE-A-35]

< 10/26/04 > Faxed job analysis to the carrier.

< 10/27/04 > Client meeting: Aldo visited the school, however it was in the evening and Neil was unable to give him a tour of the campus as she was getting ready to leave for the evening. He will be available to see the school next week. I will have the school call him this week to schedule a time to meet. [1.0LE-A-35].

Exhibit F
342

< 10/27/04 > Telephoned school. Left message. Asked Neil to call me back to schedule a time for Aldo to visit the school during the day and possible sit on a class.

***LIEBERMAN & HARMS***
*A PROFESSIONAL CORPORATION*
*Attorneys at Law*

*Deborah Lieberman*
*Sally M. Harms*

Page Plaza
44 Page St., Ste. 400
San Francisco, CA 94102
tel: (415) 864-4333
fax: (415) 864-0310

July 23, 2003

Starving Students Inc., Attn: Debbie
3120 Pacheco Blvd.
Martinez, CA 94553

Re: Aldo Omar Crotte v. Starving Students Inc. and Human Dynamics Corp.
WCAB No.: Unassigned (Date of Injury: 3/1/03)
Claim No.: CA030098

Re: Aldo Omar Crotte v. Starving Students Inc. and
WCAB No.: Unassigned (Date of Injury: 5/28/03)
Claim No.: 146749

Dear Debbie:

This office represents Mr. Crotte in his captioned workers' compensation case. You should receive a Notice of Representation under separate cover. In researching Mr. Crotte's file, we have discovered shortcomings in the amount he was paid in temporary disability (TD), wages, and wage loss temporary disability (WLTD). Before his injury, Mr. Crotte's wages were $11 per hour. After the injury they were reduced to $6.75 per hour. Mr. Crotte was told that the reduction was because "workers' comp would make up the rest." This is not the case. To discriminate in any way, including reducing wages, against an employee because he sustained a work injury is a violation of Labor Code section 132a and can subject the employer to severe penalties. The following periods are those for which Mr. Crotte is owed: 3/13/03-3/16/03, 32 hours of full pay, or $352; from 3/31/03 through 5/28/03 when he worked partial hours (see enclosed stubs), for an average $170 per week differential for 8.43 weeks, or $1433.10, from 5/29/03 to today, when he has only worked half time, which is eight weeks of $85 per week differential, or $680. This total is $2475.10. Please deduct 13% of this amount for attorneys fees, or $321.76, and send it to this office, and remit the balance of $2153.34 to Mr. Crotte immediately. Failure to do so could result in a penalty up to $10,000.

Very truly yours,

Deborah Lieberman
encl (stubs)
cc: Aldo Crotte

Exhibit F
343

**Jeff Malmuth & Co.** Since 1992
CAREER AND VOCATIONAL SERVICES
BILINGUAL SPANISH

The Flood Building
(BART Powell Station)
870 Market Street, Suite 579
San Francisco, CA 94102
Tel. (415) 362-7005 • Fax (415) 362-7040
jmalmuth@aol.com
www.jmalmuth.com

Berkeley - 1636 California Street, Suite C
Concord - 2827 Concord Boulevard
Fremont - 38750 Paseo Padre Parkway, Suite A-9
Redwood City - 40 Birch Street, Suite B
Santa Rosa - 451 College Avenue, Suite D

Jeff Malmuth, M.S., C.
Pamela Rosenthal, M.A., MF
Michele Alba, B.A.
Linda Kohl, B.A.
Elva Reyes, B.A.
Denise Resnikoff, QRR
Jesus Arroyo, QRR

Administrative Manager
Edward A. Rivas-Duke

January 6, 2005

JAN 11 2005

Make checks payable to Jeff Malmuth.
Federal ID #06-1675459
Date: January 6, 2005
Invoice #: 133610

Bill to: The Zenith
21255 Califa Street
Woodland Hills, CA 91367
Attn: Robin Lennon

Re: Aldo Omar Crotte
CL: 146749
DOI: 5/28/03
ER: Starving Students, Inc.
QIW: Post 1994

| Date | Description | Phase | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 10/26/04 | Counseling & Research (LE) | A | 35 | .6 | 65.00 | 39.00 |
| 10/26/04 | Counseling & Research (LE) | A | 35 | .3 | 65.00 | 19.50 |
| 10/27/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 10/29/04 | Telephone Calls (LE) | A | 51 | .2 | 65.00 | 13.00 |
| 11/5/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 11/12/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 11/17/04 | Telephone Calls (LE) | A | 51 | .2 | 65.00 | 13.00 |
| 11/17/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 11/19/04 | Telephone Calls (LE) | A | 51 | .2 | 65.00 | 13.00 |
| 11/24/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 11/29/04 | Counseling & Research (GD) | A | 35 | .1 | 65.00 | 6.50 |
| 12/1/04 | RU-102 (LE) | A | 44 | 2.0 | 65.00 | 130.00 |
| 12/1/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 12/1/04 | Counseling & Research (LE) | A | 35 | .3 | 65.00 | 19.50 |
| 12/8/04 | Counseling & Research (GD) | A | 35 | .1 | 65.00 | 6.50 |
| 12/10/04 | Counseling & Research (LE) | A | 35 | 1.0 | 65.00 | 65.00 |
| 12/15/04 | Reporting (LE) | A | 53 | .5 | 65.00 | 32.50 |
| | TOTALS | | | 12.5 | | $812.50 |

PHASE SUMMARY

| | This invoice | Aggregate |
|---|---|---|
| Phase 0 | 0.00 | 0.00 |
| Phase A | 812.50 | 2,879.50 |
| Phase B | 0.00 | 0.00 |
| TOTALS | 812.50 | 2,879.50 |

Exhibit F
344

**Jeff Malmuth & ). Since 1992**
CAREER AND VOCATIONAL SERVICES
BILINGUAL SPANISH

**The Flood Building**
**(BART Powell Station)**
**870 Market Street, Suite 579**
**San Francisco, CA 94102**
Tel. (415) 362-7005 • Fax (415) 362-7040
jmalmuth@aol.com
www.jmalmuth.com

**Berkeley** - 1636 California Street, Suite C
**Concord** - 2827 Concord Boulevard
**Fremont** - 38750 Paseo Padre Parkway, Suite A-9
**Redwood City** - 40 Birch Street, Suite B

*"Expert, Friendly and Courteous Staff"*

Early Return To Work
Essential Function Job Analyses / Job Descriptions
F.E.H.A. Evaluations (Interactive Process)
A.D.A. Evaluations
Labor Market Research
Career Counseling
Professional Résumés
Vocational Evaluations
Expert Testimony

June 8, 2005

Robin Lennon
Zenith-Woodland Hills
21255 Califa Street
Woodland Hills, CA 91367

**RE:** **Aldo Omar Crotte**
**Claim No:** **146749**
**Employer** **Starving Students, Inc.**
**Injury Date:** **5/28/03**

Dear Ms. Robin Lennon:

Enclosed please find progress reports for the above-mentioned client.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jeff Malmuth, M.S., CRC
Vocational Rehabilitation Counselor

JM:le

Cc: Deborah Lieberman, Esq.
Arnold A. Hafford, Esq.

Exhibit F
345

**Jeff Malmuth & Co.** Since 1992
CAREER AND VOCATIONAL SERVICES
BILINGUAL SPANISH

The Flood Building
(BART Powell Station)
870 Market Street, Suite 579
San Francisco, CA 94102
Tel. (415) 362-7005 • Fax (415) 362-7040
jmalmuth@aol.com
www.jmalmuth.com

Berkeley - 1636 California Street, Suite C
Concord - 2827 Concord Boulevard
Fremont - 38750 Paseo Padre Parkway, Suite A-9
Redwood City - 40 Birch Street, Suite B
Santa Rosa - 451 College Avenue, Suite D

Jeff Malmuth, M.S., CRC
Pamela Rosenthal, M.A., MFT
Michele Alba, B.A.
Linda Kohl, B.A.
Elva Reyes, B.A.
Denise Resnikoff, QRR
Jesus Arroyo, QRR

Administrative Manager
Edward A. Rivas-Duke

Early Return To Work
Essential Function Job Analyses / Job Descriptions
Interactive Process
Labor Market Research
Career Counseling
Vocational Evaluations
Expert Testimony

January 5, 2005

Robin Lennon
Zenith-Woodland Hills
21255 Califa Street
Woodland Hills, CA 91367
Tel: 818-713-1000

Employer Starving Students, Inc.
Injury Date 5/28/03

*RU-102 Final*

Dear Ms. Robin Lennon:

Enclosed please find the original RU-102 for Aldo Omar Crotte, which has been reviewed and signed by the client and attorney.

Please feel free to contact me if you have any questions or concerns.

Sincerely,

Jeff Malmuth, M.S., CRC
Vocational Rehabilitation Counselor

JM:le

cc: Deborah Lieberman, Esq.
Arnold A. Hafford, Esq.

Enclosure: Signed RU-102

Exhibit F
346



**SECTION B**

| VOCATIONAL OBJECTIVE | ESTIMATED WEEKLY EARNINGS UPON COMPLETION |
|---|---|
| Fork Lift Driver | $10-12 per hour |

**Type of Plan**

| With Same Employer | With New Employer |
|---|---|
| ___ 1. Modified Job | ___ 3. Direct Placement |
| ___ 1. Alternative Work | ___ 4. On-The-Job Training |
| | XX 5. Educational Training |
| | ___ 6. Self-Employment |

**DESCRIBE NATURE AND EXTENT OF REHABILITATION PLAN:**

Aldo Omar Crotte will be provided with the following services:

Worldwide Educational Services
2280 Diamond Blvd., Suite #330
Concord , CA 94520
925-798-2001
[illegible]

[illegible]
1151 Stoneman Ave.
Pittsburg, CA 94565
925-473-4460
[illegible]

[illegible]
In conjunction with the Fork lift training he will work on building computer skills. He will take basic computer classes from 11/29/04- 6/3/05. Classes meet Monday, Wednesday and Friday from 8:30 AM -10:30 AM.

At the conclusion of training, Aldo Omar Crotte will be provided with 60 days of placement services. This will include access to our office computers if appropriate. Resumes, cover letters and other job related correspondence will be provided to facilitate placement activities.

Doctor approved the JA on Pending.

DATE VOCATIONAL FEASIBILITY DETERMINED: 8/10/04

PLAN COMMENCEMENT DATE: 11/29/04

EXPECTED COMPLETION DATE (Including placement assistance): 8/1/05

# WEEKS OF TRAINING: 26 weeks DAYS OF PLACEMENT ASSISTANCE 60 DAYS

INITIALS A.O.C.

Exhibit F
347



# PI' .SBURG ADULT EDUC TION CENTER

*Dedicated to Lifelong Learning*

1151 Stoneman Avenue Pittsburg, CA 94565
Telephone (925) 473-4460
Fax (925) 473-4470

ACCREDITED
Western Association of Schools and Colleges

April 29, 2005

Jeff Malmuth
2827 Concord Blvd
Concord, CA

**RE: ALDO CROTTE**

Dear Jeff,

Enclosed is the progress report through April 29, 2005 for the above student. If you have any questions or concerns feel free to contact me.

Sincerely,

Walter Ruehlig
Director of Special Programs

Exhibit F
348

LIEBERMAN & HARMS
A PROFESSIONAL CORPORATI

*Attorneys at Law*

*Deborah Lieberman*
*Sally M. Harms*

Page Plaza
44 Page St., Ste. 400
San Francisco, CA 94102
tel: (415) 864-4333
fax: (415) 864-0310

March 15, 2005

Workers' Compensation Appeals Board
P.O. Box 429003
San Francisco CA 94142-9003

Re: Aldo Omar Crotte v Starving Students and Human Dynamics Corporation
WCAB CASE NO.:SFO 0470255 ( 03/01/03 Head, Neck, RT Upper Extremeties)
Carrier Case No.:CA030098

Re: Aldo Omar Crotte v Starving Students and Zenith Insurance Company
WCAB Case No.:SFO 0470256 (05/28/03 Head, Neck, RT Upper Extremeties)
Carrier Case No.:146749

Gentlepersons:

1. (x) Enclosed for filing please find:

Substitution of Attorneys form
Notice and Request for Allowance of Lien

copies are served as noted below.

Sincerely yours,

H. Shakeri

Enclosures

cc: R. Wyman, Esq.
Aldo Omar Crotte
Cristina Aguirre / Zenith
Benton Morley / Human Dynamics Corporation
Arnold A. Hafford, Esq.

Exhibit F
349

SFO 047C
SFO 047025

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS

# WORKERS' COMPENSATION APPEALS BOARD

## NOTICE AND REQUEST FOR ALLOWANCE OF LIEN

(*Print or type names and addresses; include ZIP Codes*)

ID OR CASE NO.

| | |
|---|---|
| Aldo Omar Cotte — Injured Worker | PO Box 24412 SF Ca 94124 — Address |
| 3/1/03; 5/28/03 — Date of Claimed Injury | 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 — Social Security Number; 9/29/69 — Date of Birth |
| Robert Wyman — Attorney for Injured Worker | 825 Van Ness #601 SF Ca 9410[illegible] — Address |
| Starving Students Moving Co. — Employer | 3120 Pacheco Blvd Martinez CA 9[illegible] — Address |
| Harmon Dynamics — Insurance Carrier or, if Self-Insured, Certificate Name | 4711 E. Falcon Dr. Ste [illegible] Mesa AZ 852[illegible] — Address Where Claim Administered |
| Zenith — Adjusting Agency, if Agency Administered | |
| Zenith: A. Hallford, Norwood & Liebs — Attorney for Employer/Carrier | PO Box 905 Van Nuys CA 91409 — Address |
| Lieberman + Hamms — Lien Claimant | [illegible] Hacienda Dr #205 Pleasanton C[illegible] — Address and Telephone No. |
| Attorney for Lien Claimant | PMB 133-80 Cabrillo Hwy N Ste [illegible] Half Moon Bay CA 94019 — Address and Telephone No. |

The lien claimant hereby requests the Workers' Compensation Appeals Board to determine and allow as a lien the sum of See fee per agreement Dollars ($________) against any amount now due or which may hereafter become payable as compensation to the above named worker on account of the above claimed injury.

This request and claim for lien is for (*Mark appropriate box*):

- ☐ The reasonable expense incurred by or on behalf of said worker for medical treatment to cure or relieve from the effects of said injury; or
- ☐ The reasonable medical expense incurred to prove a contested claim; or
- ☐ The reasonable value of living expenses of said worker or of his or her dependents, subsequent to the injury, or
- ☐ The reasonable living expenses of the spouse or minor children, or both, of said worker, subsequent to the date of injury, where such worker has deserted or is neglecting his or her family; or
- ☐ The reasonable fee for interpreter's services performed on ________, 19____.
- ☒ attorney fee

*NOTE: ITEMIZED STATEMENT JUSTIFYING THE LIEN MUST BE ATTACHED*

FOR INJURIES OCCURRING ON OR AFTER JANUARY 1, 1990, FOR WHICH THE LIEN CLAIMANT DOES NOT HAVE A WCAB IDENTIFICATION NUMBER, the lien claimant declares under penalty of perjury that:

- ☐ a copy of the original completed Employee's Claim for Workers' Compensation Benefits (DWC Form 1) is attached, or
- ☐ the lien claimant does not have a copy of the claim form, but made the following efforts to secure one:

☒ a copy of the lien claim and supporting documents was served by mail or delivered to each of the above-named parties.

Signature of Attorney for Lien Claimant — Signature of Lien Claimant — Date 3/18/05

## EMPLOYEE'S CONSENT TO ALLOWANCE OF LIEN

Exhibit F
350

*I consent to the requested allowance of a lien against my compensation.*

Signature of Attorney for Injured Worker

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RE IONS
DIVISION OF INDUSTRIAL ACCIDENTS

# WORKERS' COMPENSATION APPEALS BOARD

Aldo Omar Crotte

Case No. WCAB NO. SFO 0470255, SFO 0470256

*Applicant*

vs.

**SUBSTITUTION OF ATTORNEYS**

Starving Students and Human Dynamics Corporation and Zenith Insurance Company

*Defendants*

Aldo Omar Crotte hereby substitutes and appoints ROBERT K. WYMAN, Esq. as his/her attorney above entitled case, in the place of Deborah Lieberman, Esq. of LIEBERMAN & HARMS wh have respectively consented hereto. A copy has been served on all parties or their attorneys where they h attorneys.

Dated March 3, 2005

(client)

Deborah Lieberman of Lieberman & Harms
(Former Attorney)

Copies Have Been Served On:
(Adverse Parties &/or Attorneys)

44 Page Ste. 400, SF, CA 94102; 415 864-4333
Address and Telephone Number of Attorney

Robert K. Wyman, Esq.
(Present Attorney)

Exhibit F
351

825 Van Ness Ste. 601, SF, CA 94109 415 ~~460-0023~~ 200-7608
Address and Telephone Number of Attorney

# PERSONNEL ACTION NOTICE (PAN)

NAME: LAST / FIRST / M.I.: Crotte, Aldo

SOCIAL SECURITY #:

EFFECTIVE DATE: 2-6-95

LOCATION/DEPT. CODE:

[ ] EXEMPT [X] NON-EXEMPT

[X] BRISBANE [ ] LOS ANGELES [ ] OTHER:

HIRE DATE:

STATUS CHANGE: [ ] ADD [X] CHANGE

ACTION: [ ] NEW HIRE [X] ADJUSTMENT [ ] RE-HIRE [ ] COMPENSATION [ ] TRANSFER [ ] PERSONAL DATA [ ] ADDRESS/PHONE [ ] OTHER:

| CURRENT | | NEW/CHANGE | |
|---|---|---|---|
| JOB TITLE: Packer I (temp) | JOB CODE: | JOB TITLE: Packer III W.C.V.D. | JOB CODE: |
| DEPARTMENT: Vault | | DEPARTMENT: Vault (Local) | |
| RATE: $ 5.00 [X] HR. [ ] MO. [ ] ANNUAL | SHIFT: III | RATE: $ 6.00 [X] HR. [ ] MO. [ ] ANNUAL | SHIFT: III |
| [ ] FULL-TIME [ ] REGULAR [ ] PART-TIME [X] TEMPORARY | [ ] EXEMPT [X] NON-EXEMPT | [X] FULL-TIME [X] REGULAR [ ] PART-TIME [ ] TEMPORARY | [ ] EXEMPT [X] NON-EXEMPT |

**PERSONAL DATA/CHANGE**

NAME: | FORMER NAME: | PHONE # ( ):

CURRENT ADDRESS: | CITY: | STATE: | ZIP CODE: | DOB:

**COMMENTS:** Promotion and adjustment.

| | | | | |
|---|---|---|---|---|
| SUPERVISOR: Oscar A. Obando | DATE: 020195 | DEPT. HEAD: [signature] | ABRA | DATE |
| [signature] | DATE: 2/3/95 | DIR. OF OPERATIONS | | DATE: 2/1/95 |
| OPERATIONS | DATE: 2/3/95 | PRESIDENT | | DATE |

Exhibit F

352

352

# EXHIBIT G

FEB-12-2007 10:16A FROM: TO:16192389080 P.1

ROLLING STOCK

695 SOUTH VAN NESS AVENUE SAN FRANCISCO, CA 94110
(415) 558-9121 Fax # (415) 558-9143

TO: WHOM IT MAY CONCERN

RE: ALDO CROTE

FROM: ADAM HASSETT, OWNER ROLLING STOCK

I HAVE WORKED AT/OWNER ROLLING STOCK OF SAN FRANCISCO, CA FOR THE PAST 19 YEARS. WE ARE A TIRE & WHEEL STORE LOCATED IN THE HEART OF THE MISSION DISTRICT. ALDO IS ONE OF MY MOST LOYAL CUSTOMERS, PARTONIZING FOR AS LONG AS I CAN REMEMBER. HE IS A VERY HONEST, UP FRONT, LOYAL GUY WHOM I'VE BECOME FRIENDS WITH. THROUGHOUT THE YEARS I'VE REALLY COME TO KNOW ALDO - NOT ONLY THROUGH MY BUSINESS BUT THROUGH FRIENDS, RELATIVES, & NEIGHBORS. EVERYONE I KNOW, WHO KNOWS ALDO HAS VERY HIGH REGARDS FOR HIM & HIS PERSONAL CHARACTERISTICS. THAT WHY I NOT ONLY CONSIDER ALDO A GOOD CUSTOMER, BUT ALSO A FRIEND. IF THERE IS ANYTHING I CAN DO TO TESTIFY TO HIS PERSONAL CHARACTER, I WILL.

SINCERELY,

[signature], OWNER

Exhibit G
353

353

79

Dear Judge Henry P. Ipema Jr,
2/18/07

My name is Gustavo H. Gomez a good friend of Mr. Aldo O. Crotte inmate #92206764. I am writing you this letter to tell you what a great citizen of our community he is out here in the San Francisco Bay Area. Aldo has done alot for our community, things like helping alot of the kids out here stay out of gangs & trouble. Throwing drives for the homeless, the need & the sick. Aldo is a big part of our "Lowriding" community, showing kids how instead of spending their money on drugs, guns, and other types of controband, as he always said "you can actually turn an old car that's been passed down by your grandfather into a beautiful show car, and it keeps you healthy and out of all the drama in the street". He has been a big part of the San Francisco Carnaval for years, always

focused on motivating the kids and the young teens out here in our area. The reason I tell you all this is because I was one of those kids in trouble,gangs, and also in jail, and Aldo was the one that helped me get out of all that mess. I now got my own buisness as a roadside assistance, run a construction buisness , have my own car club "Carnales Customs",my 66 impala lowrider that Aldo help me build. I have this because Aldo took the time to talk to me & put good sence into me by telling me that there are roads to choose in life and by gangbanging, doing or selling drugs is not the way, it only leads you to one place jail or dead. All the advice he gave me I took into consideration & feel as if I'm making it in life, and thats not only me there are alot of other people that feel the same way about him. I really hope you feel the words that I'm writing you, your honor and consider a good recomendation on his up comming hearing. I can type foreve

Exhibit G
355

S1