ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

FILED
08 MAY -7 AM 11: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ALDO OMAR CROTTE SAINEZ,

Petitioner,

v.

STEVE STAFFORD, Acting United States Marshal for the Southern District of California, et al.,

Respondents.

Civil Action No. 08cv0819-J(AJB)

**PROOF OF SERVICE**

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 225 Broadway, Suite 900, San Diego, California, 92101-5030; and

2. That I served the within <u>Petition for Writ of Habeas Corpus</u> to counsel for Respondents by mailing a copy to:

>   KAREN P. HEWITT, U.S. Attorney
>   Attention: CHRISTOPHER TENORIO, AUSA
>   Assistant U.S. Attorney
>   880 Front Street
>   San Diego, California   92101

3. That I caused to be delivered an additional copy to Petitioner and the same was delivered and deposited in the U.S. mail, first class postage prepaid, at San Diego, California, on May 7, 2008.

I certify that the foregoing is true and correct. Executed on May 7, 2008, in San Diego, California.

_____
MARY LOU BELTETON