# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO OMAR CROTTE SAINEZ,<br><br>                  Plaintiff,<br>vs.<br>STEVE STAFFORD, Acting United States Marshal for the Southern District of California,<br><br>                  Defendant. | CASE NO. 08-CV-819-H (AJB)<br><br>ORDER SETTING SCHEDULE |

On May 6, 2008, Petitioner filed this case, seeking review pursuant to 28 U.S.C. § 2241 of the magistrate judge's order approving partial certification of Petitioner's extradition to Mexico. The magistrate judge stayed the certification of extradition pending the district court's review on this habeas petition. (See Case No. 07-MJ-0177-JMA.)

Having reviewed the record, the Court orders as follows. The government shall file its response in opposition on or before **May 30, 2008**. The response shall include any and all documents relevant to the determination of the issues raised by the petition. Petitioner shall file any reply on or before **June 13, 2008**. Absent a subsequent order to the contrary, the Court may submit this matter on the papers pursuant to Local Civil Rule 7.1(d)(1).

Furthermore, the Court notes that the exhibits to the petition contain personal

1  identification information, such as social security numbers in the tax forms of
2  Exhibit C. Petitioner shall resubmit a redacted version of the exhibits removing such
3  information.
4      IT IS SO ORDERED.
5  DATED: May 9, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Jason Ser
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008

U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Room 6293
San Diego, CA 92101