1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

| ALDO OMAR CROTTE SAINEZ, | CASE NO. 08-CV-819-H (AJB) |
|---|---|

12

Petitioner,

ORDER GRANTING
RESPONDENT'S MOTION
FOR EXTENSION OF TIME TO
FILE OPPOSITION

vs.

13
14

STEVE SAFFORD, Acting United
States Marshal for the Southern
District of California,

15

Respondent.

16

On June 12, 2008, the Respondent filed a motion for additional time to file an

17

opposition to the petition.  The Court grants the motion.  The government shall file its

18

opposition on or before **July 3, 2008**.  Petitioner shall file any optional reply on or

19

before **July 18, 2008**.  Absent a subsequent order to the contrary, the Court shall submit

20

this matter on the papers without oral argument.

21

IT IS SO ORDERED.

22

DATED:  June 13, 2008

23
24

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

25
26

COPIES TO:
All parties of record.

27
28