# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Aldo Omar Crotte Sainez

V.

Steve Safford, Acting United States Marshal for the Southern District of California

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08-CV-0819-H (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court denies the Petition for Writ of Habeas Corpus

August 25, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/ A. Garcia
(By) Deputy Clerk

ENTERED ON August 25, 2008

08-CV-0819-H (AJB)